United States District Court
Southern District of Florida

FILED by ____ D.
OCT 0 9 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Case No. 11-20701-CR-King

United States of America

v.

Joseph Harvey,
        Defendant,

## Notice of Appeal

To the honorable Judge of said court:

Now comes, Joseph Harvey, your defendant in the above styled and numbered cause and gives this his notice of appeal from the Judgement and sentence of this court, entered on October 3, 2012.

Dated: October 3, 2012

Joseph Harvey
J.H.T  Pro se

Joseph Horvey
95555-3004
FDC Miami
PO Box 019120
Miami, Fl. 33101

Legal Mail    04 OCT 2012 PM 1 L

Hon. Judge James L. King
Federal Justice Building
99 N.E. 4th St.
Miami, Fl. 33132

33132214599