UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   11-20701-CR-KING

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH HARVEY,

        Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Joseph Harvey, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 28th day of September, 2012.

        Respectfully submitted,

        MICHAEL CARUSO
        Federal Public Defender

By:   *s/ Jan C. Smith, II*
        Jan C. Smith, II
        Assistant Federal Public Defender
        Florida Bar No.  0117341
        150 West Flagler, Suite 1700
        Miami, Florida  33130
        Tel:  (305) 530-7000
        Fax: (305) 536-4559
        E-mail: jan_smith@fd.org

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                *s/ Jan C. Smith, II*
                Jan C. Smith, II