```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION

 3                     CASE 11-20701-CR-JLK

 4
     THE UNITED STATES OF AMERICA,
 5
                          Plaintiff,
 6
          vs.
 7
     JOSEPH HARVEY,                        MIAMI, FLORIDA
 8   ANJA KARIN KANNELL,                   JUNE 4, 2012
                                           MONDAY - 9:00 A.M.
 9
                          Defendants.
10   _____
11             TRANSCRIPT OF JURY TRIAL PROCEEDINGS
               BEFORE THE HONORABLE JAMES LAWRENCE KING
12             SENIOR UNITED STATES DISTRICT JUDGE
                              DAY 1
13   _____
14   APPEARANCES:

15   FOR THE GOVERNMENT:
                         THOMAS WATTS-FITZGERALD, A.U.S.A.
16                       TIMOTHY J. ABRAHAM, A.U.S.A.
                         United States Attorney's Office
17                       99 N.E. 4th Street
                         Miami, FL  33132 - 305/961-9413
18                                      305/961-9438
                         Email:  thomas.watts-fitzgerald@usdoj.gov
19                               Timothy.Abraham@usdoj.gov
20   FOR THE DEFENDANT
     JOSEPH HARVEY:
21                       JAN CHRISTOPHER SMITH, II, A.F.P.D.
                         Federal Public Defender's Office
22                       150 W. Flagler Street
                         Miami, FL 33130 - 305/530-7000
23                       Email:  jan_smith@fd.org

24

25
```

```
 1   APPEARANCES CONT'D:

 2   FOR THE DEFENDANT
     ANJA KARIN KANNELL:
 3                               LEONARDO SPITALE, JR., ESQ.
                                 Leo Spitale, Jr., P.A.
 4                               1607 Ponce de Leon Boulevard, Ste. 206
                                 Coral Gables, FL  33134 - 305/446-3030
 5                               Email:  leo@spitalelaw.com

 6   REPORTED BY:
                                 ROBIN MARIE DISPENZIERI, RPR
 7                               Official Federal Court Reporter
                                 United States District Court
 8                               400 No. Miami Ave., Ste. 8S67
                                 Miami, FL  33128 - 305/523-5659
 9                               Email:  Rdispenzieri@gmail.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          TABLE OF CONTENTS

2                                                             PAGE

3   APRIL KANNELL ............................................ 29

4        Direct Examination By Mr. Spitale .................... 29

5        Cross-Examination By Mr. Watts-Fitzgerald ............ 37

6        Redirect Examination By Mr. Spitale .................. 70

7   CHARLOTTE SALINGER ...................................... 171

8        Direct Examination By Mr. Watts-Fitzgerald .......... 171

9   NANCY LEE COOPER ........................................ 176

10        Direct Examination By Mr. Watts-Fitzgerald .......... 176

11   JORDAN SMITH ............................................ 182

12        Direct Examination By Mr. Watts-Fitzgerald .......... 182

13        Cross-Examination By Mr. Smith ...................... 203

14        Cross-Examination By Mr. Spitale .................... 205

15        Redirect Examination By Mr. Watts-Fitzgerald ........ 206

16

                             INDEX TO EXHIBITS

17

    Exhibits                    Marked for           Received
18                              Identification       in Evidence

19   Description                 Page     Line     Page    Line

20   Government Exhibit 15 .......................... 194        5

21

22

23

24

25

4

MORNING SESSION - 9:00 A.M.

09:10:52    THE COURT:  You can tell, the air conditioning is off
in the building and has been.  We've been working on it
since -- my Courtroom Deputy and I got here -- she got here
around 7:00, I got here about 7:15.  The only information we
have about fixing the air conditioning is -- they're dealing
with it is -- well, anyhow, we got erroneous information from
GSA saying they were working on it.

Then when I had the Court Executive check in and deal
with the jury and everything else, the Court Executive reported
back that actually the technicians were on their way here,
driving here, and they haven't arrived yet, and so goodness
09:10:53    knows when it will be fixed.  The first information we got was
09:10:53    that a chiller was totally broken or down or something, so we
09:10:53    don't know.

09:10:53    When I walked in this courtroom this morning about
09:10:53    7:30, and walked into the jury room just to see whether or not
09:10:53    this was feasible to ask citizens to come in here and sweat
09:10:53    through this heat and this -- there are no windows we can open.
09:10:53    There is no way we can get any air in this totally sealed
09:10:53    building, and it was very hot and it still is.

09:10:53    My concern is bringing jurors, citizens in here and
09:10:53    having them sit here and sweat in this heat.  I don't think
09:10:53    that's reasonable.  I don't think it's a good way to proceed at
09:10:53    9:00.

| | | |
|---|---|---|
| 09:10:53 | 1 | So we told the Jury Section to push the jury selection |
| 09:10:53 | 2 | panel back, to hold the panel until 1:00, and that we would be |
| 09:10:53 | 3 | in touch with them as soon as the Court Executive gets back and |
| 09:10:53 | 4 | gives me an honest, truthful answer about what's going on on |
| 09:10:53 | 5 | the roof where the chiller is. |
| | 6 | So we'll have to see, but the entire building -- I |
| 09:10:54 | 7 | have checked with Judge Garber, and his courtroom next door is |
| 09:10:54 | 8 | the same.  Now, I don't know how it is down on the lower |
| 09:10:54 | 9 | floors. |
| 09:10:54 | 10 | Mr. Watts-Fitzgerald, what is it?  Is it -- |
| 09:10:54 | 11 | MR. WATTS-FITZGERALD:  When I was here last night, |
| | 12 | Your Honor, I noticed it go out and I made a call then too.  Of |
| 09:10:54 | 13 | course, I'm assuming -- |
| | 14 | THE COURT:  Speak into the microphone. |
| | 15 | MR. WATTS-FITZGERALD:  I noticed last night when I was |
| | 16 | here, Your Honor, that it had gone out and made a call, too, |
| 09:10:54 | 17 | but as of this morning all of the U.S. Attorneys' offices, |
| 09:10:54 | 18 | floors all the way down to the snack bar, are the same as here. |
| 09:10:54 | 19 | There's no cooling whatsoever. |
| 09:10:54 | 20 | THE COURT:  Uh-huh.  Okay.  All right.  So that |
| 09:10:54 | 21 | explains why -- as you know, I like to start promptly.  And I |
| | 22 | told you all to be here, I know Mr. Spitale was here and |
| 09:10:54 | 23 | perhaps others early, but that's the situation.  So the jury -- |
| 09:10:54 | 24 | the voir dire and selection of the jury has been pushed back to |
| 09:10:54 | 25 | at least 1:00 today in hopes that they can get something done |

09:10:54  1  about the air conditioning.

09:10:55  2          As I say, in the old days when we didn't have air

09:10:55  3  conditioning we could open the windows, but now you can't open

09:10:55  4  windows in a federal building so this is where we are.

09:10:55  5          Now, then, when I arrived here this morning my

09:10:55  6  Courtroom Deputy, Ms. Williams, told me that there had been a

09:10:55  7  whole bunch of pleadings filed over the weekend.  The ones on

09:10:55  8  voir dire, of course, you were following my instructions, and I

09:10:55  9  expected those and I saw the -- I got -- I received those.

09:10:55  10         Now, the other, there have been some motions filed

09:10:55  11  here.  We have docket number 88, which is a motion to suppress

09:10:55  12  by Mrs. Kannell.

09:10:55  13         We have Government's notice of filing an attachment of

09:10:55  14  some sort, docket 93 -- docket entry 93.

09:10:56  15         Docket 90 is a partial motion to dismiss the

          16  indictment filed by Mrs. Kannell.

09:10:56  17         Docket number 91 is the government's response to the

09:10:56  18  motion to suppress, motion to suppress evidence.  That is

09:10:56  19  referring to Defendant Exhibit 88.

09:10:56  20         Then we've got Docket number 84 -- 94.  Excuse me.

09:10:56  21  94, which is the government's response to partial motion to

09:10:56  22  dismiss indictment.

09:10:56  23         Now, I have not been able because I have been dealing

          24  with this emergency of the air conditioning and trying to

09:10:56  25  get -- and the Court Executive was very helpful.  I've been

| | |
|---|---|
| 09:10:56 | 1 |
| | 2 |
| 09:10:56 | 3 |
| 09:10:56 | 4 |
| 09:10:56 | 5 |
| 09:10:56 | 6 |
| 09:10:56 | 7 |
| 09:10:56 | 8 |
| 09:10:56 | 9 |
| 09:10:57 | 10 |
| 09:10:57 | 11 |
| 09:10:57 | 12 |
| 09:10:57 | 13 |
| 09:10:57 | 14 |
| 09:10:57 | 15 |
| 09:11:02 | 16 |
| | 17 |
| 09:11:03 | 18 |
| 09:11:08 | 19 |
| 09:11:10 | 20 |
| 09:11:14 | 21 |
| 09:11:18 | 22 |
| 09:11:23 | 23 |
| 09:11:26 | 24 |
| 09:11:27 | 25 |

trying to get his help on that.  So I have not read these.

The docket entries that I just told you starting with -- well, it would be 88, 90, 91, 92, 93.  So as long as we have time, as we sit here in short sleeves all perspiring, I might as well hear from -- Mr. Spitale, I believe, is the one who has filed these motions over the weekend.

Mr. Spitale, your motions.

MR. SPITALE:  Yes, Your Honor.  As to number 88, which is the motion to suppress, that's a motion to suppress computers which were obtained from the daughter of the defendant.  Her name is April Kannell.  She stated she is on her way.  She should be here within about ten minutes.

And the basis of that motion is, she gave consent to the -- to the postal inspector to take the computers, and the basis of our motion is whether that was a valid consent or not.

THE COURT:  Well, why was it not?  Tell me that.

MR. SPITALE:  Well --

THE COURT:  What does the record show?

MR. SPITALE:  -- what has been indicated by the discovery is -- and confirmed by her, is that postal inspectors went up to Kissimmee where she lives.  They took her from her home where she was staying, which was not her own home but that of her boyfriend's mother, they took her down to the police station.

By the way, this was approximately two months after

| | | |
|---|---|---|
| 09:11:30 | 1 | the arrest of Mrs. Kannell.  Postal inspectors called up, they |
| 09:11:36 | 2 | went up to see her.  They talk to her and they take her down to |
| 09:11:39 | 3 | the police station and they -- and start talking to her about |
| 09:11:41 | 4 | the case, and then I guess they asked about the computers, and |
| 09:11:46 | 5 | I think that she asked does she have to give them to them, but |
| 09:11:51 | 6 | their response apparently -- because it's confirmed by the |
| 09:11:55 | 7 | government's responses -- well, if you don't give it to us we |
| 09:11:58 | 8 | can obtain a search warrant to go get it at the place where |
| 09:12:03 | 9 | you're staying, and if you sell it you can be charged with |
| 09:12:10 | 10 | tampering with evidence. |
| 09:12:12 | 11 | She has indicated to me that she felt -- she did not |
| 09:12:15 | 12 | feel free to give her consent voluntarily because of the fact |
| 09:12:23 | 13 | that the search warrant would have been executed on the home |
| 09:12:26 | 14 | of -- not her home, but that of her boyfriend's mother, and she |
| 09:12:31 | 15 | felt that she didn't want that to happen, and as a result of |
| 09:12:34 | 16 | that she gave consent. |
| 09:12:36 | 17 | The other issue I believe related to that is that |
| 09:12:40 | 18 | there were three computers according to what she told me.  Two |
| 09:12:43 | 19 | of them had passwords and one of them did not.  So the one that |
| 09:12:49 | 20 | did not is the one that we believe is -- is the one there was a |
| 09:12:51 | 21 | right to privacy for and that's the one we are trying to |
| 09:12:57 | 22 | suppress. |
| 09:12:57 | 23 | THE COURT:  Two of them had passwords and one did not. |
| 09:13:01 | 24 | MR. SPITALE:  That's what she told me, Your Honor.  My |
| 09:13:03 | 25 | client is indicating something else to me, but -- or let me |

9

1   refine that.

09:13:05   2   She had passwords for the other two, and one of them
09:13:11   3   she says she did not have a password for.

09:13:14   4   THE COURT:  Okay.  Did she give them the passwords?

09:13:18   5   MR. SPITALE:  I believe --

09:13:20   6   THE COURT:  What does the record show?  It's unclear?

09:13:23   7   MR. SPITALE:  I don't have anything in the record to
09:13:27   8   indicate to me whether she gave -- well, obviously, she didn't
09:13:29   9   give the password to the one that she didn't have --

09:13:33   10   THE COURT:  I know that, but let's talk about the one
09:13:37   11   she did.

12   MR. SPITALE:  Yes, she did.

13   THE COURT:  She's sitting there.  She knows, yeah.

14   MR. SPITALE:  I believe so, Your Honor.

09:13:37   15   THE COURT:  So she gave the passwords to the police;
09:13:39   16   is that correct?

09:13:40   17   MR. SPITALE:  That's what I understand, Your Honor.

09:13:44   18   THE COURT:  Uh-huh.  Okay, fine.  For the two that she
09:13:48   19   had and, of course, she did not for the one she did not.  All
20   right.  Okay.

21   Now -- all right.  All right.  Mr. Watts-Fitzgerald.

09:14:12   22   Of course, I recognize this case has been pending for
09:14:16   23   some time and this is -- this matter could have been brought up
09:14:19   24   and could have been dealt with by the Magistrate at any time in
25   the last -- since the case has been pending.

```
09:14:23   1          And we're dealing with a late issue.  Rather than

09:14:30   2   having any further delay in the trial, are we in a position, in

09:14:33   3   your judgment, to deal with this on the record as it now

09:14:36   4   stands?

           5          I should have asked Mr. Spitale the same question,

09:14:37   6   but -- do you feel comfortable that the record is complete,

09:14:40   7   Mr. Spitale?

09:14:41   8          MR. SPITALE:  Well, we -- we have April Kannell.  I

09:14:54   9   don't know if she's here.  She's subpoenaed to be here, Your

09:14:58  10   Honor, and so --

09:15:08  11          THE COURT:  Well, I am asking you a question.  Are you

          12   satisfied and comfortable about submitting the matter on the

          13   record as it now stands with the -- presumably the statements

09:15:08  14   of the police and the statements and whatever they said

09:15:10  15   Mrs. Kannell or Ms. Kannell told them.  I mean, whatever the

09:15:12  16   record is.  I have not reviewed the record.

          17          Are we going to need, in your judgment, for the

          18   defense an evidentiary hearing?  For the defense.  It's your

          19   motion.

          20          MR. SPITALE:  So you're asking me if I am ready to

          21   proceed?

          22          THE COURT:  I am asking you if you are satisfied with

          23   the record.  You filed a motion.  The motion is based on the

          24   record.  As it now stands, are you satisfied to submit it on

          25   that basis you've told me about, or do you want to have an
```

|          |    |                                                                          |
|----------|----|--------------------------------------------------------------------------|
|          |  1 | evidentiary hearing where witnesses will be brought in before a          |
| 09:15:54 |  2 | Magistrate, presumably, and sworn to tell the truth and they             |
| 09:15:54 |  3 | will have a half-day hearing or an all-day hearing, or whatever          |
| 09:16:01 |  4 | they need to do to get the matter resolved?                              |
| 09:16:02 |  5 | MR. SPITALE:  My client indicates to me that she wants         |
| 09:16:06 |  6 | me to point out that in addition to the fact that April Kannell          |
| 09:16:12 |  7 | would be charged with tampering with evidence and go to jail,            |
| 09:16:15 |  8 | that it would result in her younger daughter going to DCF.               |
| 09:16:21 |  9 | THE COURT:  Now, answer the question.  Do we need an           |
| 09:16:23 | 10 | evidentiary hearing or not?  That's all argument, what she's             |
| 09:16:27 | 11 | saying, and I will consider all of that at the time that we              |
| 09:16:31 | 12 | consider the oral submissions, the argument, if you please, on           |
| 09:16:35 | 13 | the record.                                                              |
|          | 14 | MR. SPITALE:  Yes, Your Honor.                                 |
| 09:16:36 | 15 | THE COURT:  First you have the trial, then you have           |
| 09:16:38 | 16 | the record.                                                              |
| 09:16:38 | 17 | MR. SPITALE:  Yes, Your Honor.                                 |
| 09:16:40 | 18 | THE COURT:  Then you have the argument.                       |
|          | 19 | MR. SPITALE:  Yes, Your Honor.                                 |
| 09:16:40 | 20 | THE COURT:  Now, do you need an evidentiary hearing?          |
| 09:16:42 | 21 | MR. SPITALE:  Yes, sir.                                        |
| 09:16:44 | 22 | THE COURT:  You do.                                           |
| 09:16:44 | 23 | All right.  Now, that's the status of the defense.            |
| 09:16:47 | 24 | Mr. Watts-Fitzgerald, come and let me hear from you on        |
| 09:16:50 | 25 | your position, the government's position.                                |

| | | |
|---|---|---|
| 09:16:52 | 1 | MR. WATTS-FITZGERALD:  Your Honor, our position is |
| 09:16:54 | 2 | that aside from the issue of timeliness, and as I noted in my |
| 09:17:00 | 3 | response pleading, these materials have been in -- the fact of |
| 09:17:02 | 4 | the seizure has been known literally since the outset of the |
| 09:17:07 | 5 | case, certainly by the time of the superseding indictment in |
| 09:17:11 | 6 | February. |
| 09:17:12 | 7 | These events occurred because the defendants were |
| 09:17:14 | 8 | arrested in October of 2011. |
| | 9 | On the 28th of November -- |
| 09:17:19 | 10 | THE COURT:  Wait.  Slow down.  The defendant was |
| 09:17:21 | 11 | arrested, Mrs. Kannell.  That's the only one we are talking |
| 09:17:25 | 12 | about here.  The defendant was arrested when? |
| 09:17:30 | 13 | MR. WATTS-FITZGERALD:  October 5th, Your Honor. |
| 09:17:38 | 14 | THE COURT:  October 20th of -- |
| 09:17:39 | 15 | MR. WATTS-FITZGERALD:  No, october 5th, Your Honor. |
| 09:17:40 | 16 | THE COURT:  5th.  October 5th of 2011; is that |
| 09:17:40 | 17 | correct? |
| 09:17:44 | 18 | MR. WATTS-FITZGERALD:  That's correct, Your Honor. |
| 09:17:47 | 19 | THE COURT:  All right.  And then? |
| 09:17:47 | 20 | MR. WATTS-FITZGERALD:  The defendant's daughter, April |
| 09:17:49 | 21 | Kannell, to whom they have referred as a witness in route, |
| 09:17:54 | 22 | apparently was directed by one or more of the defendants to |
| 09:17:58 | 23 | proceed to a hotel in Delray Beach where they had been residing |
| 09:18:03 | 24 | and where some of their personal items remained.  The |
| 09:18:07 | 25 | government did not go to that location or seize any of those |

09:18:11  1  items.

09:18:12  2       Within a day or two, April Kannell returned to that

09:18:16  3  location and took custody -- conceded by the defense on motion

09:18:20  4  at defendant Kannell's direction -- of a variety of electronic

09:18:26  5  and other valuable items.  These included the three laptops at

09:18:34  6  issue in this case, an iPad notebook computer, a camera, some

09:18:40  7  expensive golf clubs and other items.

09:18:43  8       According to a subsequent interview of April Kannell,

09:18:47  9  her mandate from her mother was to sell those items.  She

09:18:51  10  proceeded to do that with several of them.  She pawned them or

09:18:56  11  sold them to a pawn shop.  The three laptop -- and she sold the

09:18:59  12  iPad computer.  The three laptop computers --

09:19:03  13       THE COURT:  The person who has standing in all of

09:19:06  14  this, of course, is a defendant, Mrs. Kannell.  So far, from

09:19:12  15  what I understand, there's no record.

         16       MR. WATTS-FITZGERALD:  Yes, Your Honor.

09:19:25  17       THE COURT:  It may be that the other defendant,

09:19:26  18  Mr. Harvey, also has some sort of standing, it all depends.  I

09:19:30  19  don't know, but right now we are talking about somebody, a

09:19:35  20  daughter, being apparently instructed or told by her mother,

09:19:40  21  Mrs. Kannell, the defendant here, to go to Mrs. Kannell's home

09:19:45  22  or where she was living, and take items out of the home.

09:19:50  23       Now, I don't know when that was.  You told me when the

09:19:54  24  defendant, Mrs. Kannell, was arrested, which was October 5th.

09:19:57  25  When did this instruction take place, if you know from the

| | | |
|---|---|---|
| 09:20:01 | 1 | record? |
| 09:20:01 | 2 | MR. WATTS-FITZGERALD:  The best we can define, and |
| 09:20:06 | 3 | this is largely from the interview with April Kannell, she went |
| 09:20:09 | 4 | back to the hotel room approximately two days after the arrest, |
| 09:20:13 | 5 | on or about the 7th of October. |
| 09:20:16 | 6 | THE COURT:  Okay. |
| 09:20:17 | 7 | MR. WATTS-FITZGERALD:  April Kannell actually lives up |
| 09:20:21 | 8 | in the Orlando area, Your Honor, so she had to journey back and |
| 09:20:26 | 9 | forth.  After she acquired the items she sold several of them, |
| 09:20:31 | 10 | as I indicated, and also took one of the three laptop computers |
| 09:20:35 | 11 | at issue here and sold it to either the woman or the daughter |
| 09:20:39 | 12 | of the woman with whom she was living. |
| 09:20:41 | 13 | Her living arrangements were somewhat as defense has |
| 09:20:45 | 14 | described.  April Kannell was living with her boyfriend in a |
| 09:20:50 | 15 | home -- a small home owned by the mother of the boyfriend at |
| 09:20:53 | 16 | which there were several other residents including the daughter |
| 09:20:58 | 17 | of the homeowner. |
| 09:21:00 | 18 | April Kannell advised subsequently that she had sold |
| 09:21:05 | 19 | one of the computers for $100 to that individual. |
| 09:21:07 | 20 | On November 28th, Postal Inspector Claudia Angel, who |
| 09:21:25 | 21 | was the lead government investigator, contacted April Kannell |
| 09:21:29 | 22 | in person at the home by pre-arrangement.  April Kannell was |
| 09:21:34 | 23 | asked to come to the Postal Inspection Services Office in the |
| 09:21:40 | 24 | Orlando area or in West Palm Beach, at her convenience, to be |
| 09:21:45 | 25 | interviewed about the underlying case.  She indicated that she |

| | | |
|---|---|---|
| 09:21:49 | 1 | had no transportation.  Accordingly, the postal inspector went |
| 09:21:53 | 2 | to her home. |
| 09:21:55 | 3 | Upon arriving there, and based on information |
| 09:21:57 | 4 | previously gleaned by research and investigation, the agent |
| 09:22:02 | 5 | suggested that they not conduct the interview there.  And the |
| 09:22:06 | 6 | reasons were multiple, Your Honor. |
| | 7 | First, the boyfriend -- |
| 09:22:11 | 8 | THE COURT:  You see, we are getting into an awful lot |
| 09:22:15 | 9 | of factual evidence here and all of that.  We are talking about |
| 09:22:18 | 10 | a motion to suppress now.  So, so far it's my understanding, on |
| 09:22:28 | 11 | the basis of what you have submitted -- well, that's -- it will |
| 09:22:30 | 12 | be borne out by the record.  We have to look at the record. |
| 09:22:34 | 13 | But on your submission, at least, there were three |
| 09:22:40 | 14 | laptops that were retrieved by Ms. April Kannell, the daughter |
| 09:22:45 | 15 | of the defendant, Anja Kannell, who had in her possession the |
| | 16 | laptops which were the property of the defendant. |
| 09:22:56 | 17 | She then picked up -- her mother told her to pick them |
| 09:22:58 | 18 | up, she went and picked them up.  She sold one and there is |
| | 19 | nothing about the other two. |
| 09:23:04 | 20 | Let's focus on -- this is all we are talking about, |
| 09:23:06 | 21 | are just these three computers.  What happened to the other |
| 09:23:10 | 22 | two? |
| 09:23:10 | 23 | MR. WATTS-FITZGERALD:  When the inspector got there |
| 09:23:13 | 24 | and they went for the interview, the inspector learned that two |
| 09:23:16 | 25 | of the computers were still in April Kannell's custody back at |

09:23:23    1    the house, and the third was at the house, but it had been sold

            2    to one of the other residents.

09:23:26    3          The agent advised April Kannell that we were

09:23:29    4    interested in the computers and --

09:23:31    5          THE COURT:  Let me -- let's just -- I'm sorry.

09:23:32    6    Ms. Kannell picked up the computers in, I think you said, Boca

09:23:39    7    Raton.  Boca?

09:23:40    8          MR. WATTS-FITZGERALD:  Delray, Your Honor.

09:23:42    9          THE COURT:  Delray.  Picked them up at her mother's

09:23:46   10    home.  Where did she take them?

09:23:49   11          MR. WATTS-FITZGERALD:  She transported them to the

09:23:52   12    Orlando area, Your Honor.

09:23:53   13          THE COURT:  You don't know where, what house, where?

09:23:56   14          MR. WATTS-FITZGERALD:  It was actually in Kissimmee.

           15          THE COURT:  All right.

09:23:59   16          MR. WATTS-FITZGERALD:  To a house where she was

09:24:00   17    residing but did not own.

09:24:02   18          THE COURT:  Okay.  She took the three computers.

09:24:06   19          MR. WATTS-FITZGERALD:  Yes, Your Honor, along with

09:24:08   20    other items.

09:24:09   21          THE COURT:  I'm sorry?

           22          MR. WATTS-FITZGERALD:  Along with other items.

09:24:09   23          THE COURT:  I understand, but the computers are the

09:24:11   24    only things we are dealing with, that he's moved to suppress.

09:24:13   25          MR. WATTS-FITZGERALD:  Your Honor, the fourth

| | | |
|---|---|---|
| 09:24:14 | 1 | computer, which we were never able to recover, she had already |
| | 2 | sold by the time we -- |
| 09:24:17 | 3 | THE COURT:  So there are four computers.  It's the |
| 09:24:20 | 4 | first I've heard of that. |
| 09:24:22 | 5 | MR. WATTS-FITZGERALD:  An iPad notebook, Your Honor. |
| 09:24:25 | 6 | THE COURT:  Well, I think we are going to need an |
| 09:24:27 | 7 | evidentiary hearing to find out what happened and the |
| 09:24:34 | 8 | expectation of privacy.  I don't know, I think the legal issue |
| | 9 | will probably focus on whether or not a defendant who |
| 09:24:40 | 10 | authorizes a relative -- in this case, a daughter -- to go to |
| 09:24:41 | 11 | her home and pick up items, but the focus is on the four |
| 09:24:51 | 12 | computers. |
| 09:24:52 | 13 | And the girl -- the daughter does that and takes them |
| 09:24:56 | 14 | to a facility where she is sharing a home with others, her |
| 09:25:01 | 15 | boyfriend, her boyfriend's mother and others in Kissimmee.  The |
| 09:25:07 | 16 | agents then picked them up from there.  With the stripping out |
| 09:25:11 | 17 | of all who said what, the agents, they obtained one, two, three |
| 09:25:17 | 18 | or four computers from Ms. Kannell, the daughter, in Kissimmee |
| 09:25:23 | 19 | on that date. |
| 09:25:24 | 20 | How many computers did they get? |
| 09:25:26 | 21 | MR. WATTS-FITZGERALD:  By the end of that day, Your |
| 09:25:29 | 22 | Honor, in Kissimmee, April Kannell transferred to the |
| 09:25:31 | 23 | investigators three computers. |
| 09:25:34 | 24 | THE COURT:  She handed them to them, right? |
| | 25 | MR. WATTS-FITZGERALD:  And executed -- |

| | | |
|---|---|---|
| 09:25:36 | 1 | THE COURT:  Where did she get them from?  See, I am |
| 09:25:39 | 2 | trying to trace the computers. |
| 09:25:41 | 3 | MR. WATTS-FITZGERALD:  She retrieved the one that she |
| 09:25:44 | 4 | had sold to the other resident of the house. |
| | 5 | THE COURT:  Okay. |
| 09:25:47 | 6 | MR. WATTS-FITZGERALD:  And she had the other two.  So |
| | 7 | after the -- |
| 09:25:49 | 8 | THE COURT:  Where?  In her car?  In her purse? |
| 09:25:52 | 9 | MR. WATTS-FITZGERALD:  In the home, Your Honor.  She |
| 09:25:53 | 10 | got them and conveyed them to us -- |
| | 11 | THE COURT:  All right. |
| | 12 | MR. WATTS-FITZGERALD:  -- after executing a voluntary |
| | 13 | consent. |
| 09:25:57 | 14 | THE COURT:  All right.  You will get into all of that |
| 09:25:59 | 15 | at the argument.  Excuse me for interrupting you.  If we know |
| 09:26:03 | 16 | the facts, the rest of it falls into place. |
| 09:26:06 | 17 | So the young woman, after she retrieved it from |
| 09:26:09 | 18 | Delray, the mother's home, took it to Kissimmee.  Then she had |
| 09:26:13 | 19 | four computers.  She sold one, but she retrieved that.  So she |
| 09:26:17 | 20 | went and retrieved the other two, so she had three computers |
| 09:26:22 | 21 | that she gave to the agent there when he was at the home in |
| 09:26:25 | 22 | Kissimmee. |
| 09:26:27 | 23 | Is that approximately correct? |
| 09:26:28 | 24 | MR. WATTS-FITZGERALD:  Yes, Your Honor. |
| 09:26:29 | 25 | THE COURT:  Now, what about the fourth computer? |

09:26:31    1   Where is it?

09:26:33    2           MR. WATTS-FITZGERALD:  It was sold and gone.

09:26:34    3           THE COURT:  It's gone.  So that's not the motion.  The

09:26:34    4   motion to suppress does not deal with the fourth computer, am I

09:26:39    5   correct, Mr. Spitale?

09:26:40    6           MR. SPITALE:  Yes, Your Honor.

09:26:42    7           THE COURT:  So we are dealing with three computers.

09:26:43    8           Now, the issue is, under these circumstances whether

09:26:50    9   Mrs. Anja Kannell, the defendant in this case, has an

09:26:58   10   expectation to privacy that would prohibit the computers from

09:27:09   11   being unlawfully seized or unlawfully coming into the hands of

09:27:13   12   the government for use in this case.  That seems to be the

09:27:17   13   issue.

09:27:20   14           Now, Mr. Spitale says that he wishes to have an

09:27:25   15   evidentiary hearing on this to flush out and develop all these

09:27:28   16   facts.  What is your position with respect to that -- or is the

09:27:31   17   issue one that regardless of what was said, regardless of

09:27:35   18   whether somebody felt intimidated, didn't feel intimidated,

09:27:41   19   whether words were spoken that could be misconstrued or

09:27:47   20   construed as threats or not, whether any of that exists at all

09:27:50   21   or not, without regard to that, taking it in the light most

09:27:54   22   favorable to the defendant on trial here, Mrs. Kannell, would

09:28:02   23   that make any difference legally with respect to the seizure of

           24   the computers from the home of the -- of the --

           25           Let the record reflect we have to pause here while the

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | Court Reporter mops her brow.  I think that's important for the |
|         | 2  | record.  Not to embarrass you, but simply to put on the record |
|         | 3  | how hot it is here today and why we are probably going to have |
|         | 4  | to continue this case.                                       |
| 09:28:31 | 5  | All right.  So that seems to be the problem.  Now, |
| 09:28:32 | 6  | that's a legal issue.  Now, that goes to whether it's necessary |
| 09:28:39 | 7  | to have an evidentiary hearing.                              |
| 09:28:41 | 8  | What is the government's position in response to |
| 09:28:44 | 9  | Mr. Spitale's first motion for an evidentiary hearing and, |
| 09:28:48 | 10 | second, his motion to suppress?                              |
| 09:28:51 | 11 | MR. WATTS-FITZGERALD:  Your Honor, it's the |
| 09:28:53 | 12 | government's position that we could address this in the course |
| 09:28:56 | 13 | of the trial.  The Court could reserve ruling.  We will place |
| 09:29:01 | 14 | into evidence the facts and circumstances regarding the |
| 09:29:05 | 15 | government's receipt of those computers, the execution of a |
| 09:29:07 | 16 | waiver, a consent on the part of Ms. Kannell, and the fact that |
| 09:29:09 | 17 | this was not coerced and that the defendant herein has no |
| 09:29:13 | 18 | reasonable expectation of privacy because she directed her |
| 09:29:18 | 19 | daughter to sell those away to third parties with no |
| 09:29:23 | 20 | restrictions, ergo not demonstrating either the necessary legal |
| 09:29:26 | 21 | subjective or objective expectation of privacy required by the |
| 09:29:31 | 22 | case law and the Fourth Amendment.                           |
| 09:29:33 | 23 | And I cite the relevant case law and facts in my |
| 09:29:36 | 24 | pleading, Your Honor.                                        |
| 09:29:47 | 25 | THE COURT:  All right.  Thank you.                           |

| | | |
|---|---|---|
| 09:29:48 | 1 | Mr. Spitale, what is your position respecting why this |
| 09:29:51 | 2 | matter cannot be considered in the alternative method that has |
| 09:29:56 | 3 | been suggested by Mr. Watts-Fitzgerald?  Namely, that it be |
| 09:30:01 | 4 | considered as the case moves forward and at the time that we |
| 09:30:04 | 5 | get to the point where there is an introduction or an attempted |
| 09:30:07 | 6 | introduction of the evidence from the three seized computers, |
| 09:30:14 | 7 | that we would take whatever -- whatever testimony was necessary |
| 09:30:22 | 8 | outside the presence of the jury.  I suppose that would be the |
| 09:30:26 | 9 | testimony of the defendant, Mrs. Kannell, if she wished to |
| 09:30:30 | 10 | testify -- she would not be required to do so -- and the |
| 09:30:34 | 11 | testimony, I presume, of her daughter.  I believe you said you |
| 09:30:38 | 12 | have subpoenaed her for trial this morning. |
| 09:30:45 | 13 | So the issue is whether or not it would be so |
| 09:30:49 | 14 | disruptive of the trial to excuse the jury for what might be a |
| 09:30:53 | 15 | two or three-hour hearing in the middle of the trial to take |
| 09:30:56 | 16 | evidence that could not be presented in their presence because |
| 09:31:04 | 17 | it would infringe upon or overlap with the defendant's Fifth |
| 09:31:10 | 18 | Amendment right not to testify before the jury.  So we have |
| 09:31:12 | 19 | problems with that. |
| 09:31:13 | 20 | Mr. Spitale, what is your position? |
| 09:31:16 | 21 | MR. SPITALE:  Your Honor, I know that -- |
| | 22 | THE COURT:  Come on up to the microphone. |
| 09:31:18 | 23 | MR. SPITALE:  I know that April Kannell -- |
| 09:31:20 | 24 | THE COURT:  Come up to the podium. |
| 09:31:22 | 25 | Thank you. |

| | | |
|---|---|---|
| 09:31:22 | 1 | MR. SPITALE:  Thank you, Your Honor. |
| 09:31:24 | 2 | I know that April Kannell, who is the daughter, who |
| 09:31:26 | 3 | was subpoenaed to be here this morning, the only way she was |
| 09:31:30 | 4 | able to come down here was because we sent a subpoena -- |
| 09:31:35 | 5 | THE COURT:  I don't mind.  I am not taking -- I am not |
| 09:31:38 | 6 | talking about taking -- doing an evidentiary hearing this |
| 09:31:40 | 7 | morning.  They have got to get their agents.  They've got to |
| | 8 | get people, you've got to get people.  We are looking at -- |
| 09:31:44 | 9 | that's why motions to suppress normally are considered early on |
| 09:31:48 | 10 | in the case.  This case, as we know, has been pending -- well, |
| 09:31:53 | 11 | the arrest was October 5th?  I don't know.  When was the |
| | 12 | indictment?  I should have that. |
| 09:31:59 | 13 | Joyce, when was the indictment, do you know? |
| 09:32:02 | 14 | MR. WATTS-FITZGERALD:  Your Honor, if I may, the |
| 09:32:03 | 15 | superseding indictment on which we are proceeding was February |
| 09:32:11 | 16 | 9th, 2012. |
| 09:32:16 | 17 | THE COURT:  Tell me when the indictment was. |
| 09:32:18 | 18 | MR. WATTS-FITZGERALD:  February 9th. |
| | 19 | THE COURT:  Huh? |
| | 20 | MR. WATTS-FITZGERALD:  February 9th, Your Honor. |
| 09:32:18 | 21 | THE COURT:  February 9th.  And the superseding |
| 09:32:19 | 22 | indictment was when? |
| 09:32:21 | 23 | MR. WATTS-FITZGERALD:  That was the superseding, Your |
| | 24 | Honor.  The original -- |
| 09:32:24 | 25 | THE COURT:  When was the original indictment?  That's |

09:32:26   1   when she knew about this motion to suppress.  When was the

            2   original indictment?

09:32:29   3            MR. WATTS-FITZGERALD:  Your Honor --

09:32:29   4            COURTROOM DEPUTY:  October 4th --

            5            MR. WATTS-FITZGERALD:  October --

            6            THE COURT:  Just a minute.

09:32:43   7            COURTROOM DEPUTY:  October 4th, 2011.

09:32:43   8            THE COURT:  October 4th, 2011.  Okay.  So you see, the

09:32:44   9   defendant has known that she was going to be arrested.  She was

09:32:47  10   arrested on -- I'm sorry.  She was indicted on that date.  She

09:32:49  11   was arrested on October 5th.  Apparently, the indictment came

09:32:54  12   out before the arrest.  Is that correct, Mr. Watts-Fitzgerald?

09:32:57  13           MR. WATTS-FITZGERALD:  That's correct, Your Honor.

09:33:00  14           THE COURT:  All right.  So certainly she has known

09:33:02  15   about the indictment.  And then it was on 7th October,

09:33:13  16   according to the submission, so it would be two days later,

09:33:17  17   October 7th, Mrs. Kannell apparently told her daughter, on the

09:33:22  18   record we now have, to go pick up this stuff and get rid of it.

09:33:28  19   Sell it or do whatever, get the money.  She needed the money.

09:33:34  20   Let's assume that was the very innocent reason, not imputing

09:33:39  21   any improper motive to Mrs. Kannell.  She said go pick up --

09:33:42  22   sell the golf clubs, sell the computers, get some money.

09:33:47  23        All right.  Now, all of that happened October 4th, 5th

09:33:55  24   and 7th of 2011.  So we now find ourselves at June 1st.  So

09:33:57  25   that's six, seven, eight months ago.

| | | |
|---|---|---|
| 09:33:58 | 1 | Now, over the weekend, with the trial set and after |
| 09:34:00 | 2 | the calendar call, we get this motion -- or you may have |
| | 3 | mentioned the calendar call, let's say that -- so it's coming |
| 09:34:09 | 4 | late in the proceeding.  So now, your client wants an |
| 09:34:12 | 5 | evidentiary hearing on this where she can testify.  She was |
| 09:34:16 | 6 | telling you things to tell me.  Well, that's not in the record, |
| | 7 | you see. |
| | 8 | MR. SPITALE:  Yes, Your Honor. |
| 09:34:20 | 9 | THE COURT:  I can't consider it.  I didn't interrupt |
| 09:34:22 | 10 | you, I will let it go on, but I can't consider it if it's not |
| 09:34:26 | 11 | in the record.  So somebody has to testify to that under oath |
| 09:34:30 | 12 | and be cross-examined and whatever, both sides.  You have an |
| | 13 | evidentiary hearing. |
| 09:34:36 | 14 | Now, in the normal course of our procedures here in |
| 09:34:38 | 15 | the Southern District of Florida, under the criminal rules, |
| 09:34:41 | 16 | this motion would have been made in October or November or |
| 09:34:44 | 17 | maybe December at least.  The superseding indictment was in |
| 09:34:54 | 18 | February, it could have been made in February.  A Magistrate |
| 09:34:57 | 19 | could have scheduled it for a half-day evidentiary hearing and |
| 09:35:01 | 20 | could have resolved and sorted out all of these things.  The |
| 09:35:05 | 21 | defendant could have testified and all of that. |
| 09:35:08 | 22 | That did not occur, so we are here.  We take it where |
| 09:35:09 | 23 | we find it.  I am here now with a motion that has been filed |
| 09:35:13 | 24 | over the weekend, and we've got -- but for this air |
| 09:35:17 | 25 | conditioning mess we've got here in the courthouse, we would |

09:35:22  1   have been deep into jury selection.  We would have been halfway

09:35:26  2   through jury selection at this point.

09:35:32  3         So the question is, when do we have this evidentiary

09:35:35  4   hearing?  How can I give you this evidentiary hearing so it

09:35:39  5   doesn't interfere with the trial of the case?

09:35:43  6         Mr. Watts-Fitzgerald's suggestion is, of course, a

09:35:46  7   logical one, but for the fact that it causes a half day

09:35:50  8   interruption at trial, which I normally don't like to do at

09:35:54  9   all.

09:35:54  10        Mr. Watts-Fitzgerald is standing.  Let's see if he's

         11   got an idea.

         12        Mr. Watts-Fitzgerald.

09:35:58  13        MR. WATTS-FITZGERALD:  Your Honor, part of the reason

09:36:00  14   I suggest we deal with this at the time that Postal Inspector

09:36:06  15   Angel testifies is, the evidence from the computers is at the

09:36:09  16   back end of the case and won't come up till very late.  And I

09:36:13  17   know the Court is solicitous of two groups in any trial, the

09:36:18  18   jury and the civilian witnesses.

09:36:21  19        I have 50 witnesses on my list.  Better than 25 of

09:36:25  20   them are civilian witnesses.  Many of them, the victims, Your

09:36:29  21   Honor, are elderly, mobility challenged.  They have traveled a

09:36:32  22   great distance.  I already have a group in town.  More are

09:36:35  23   coming.  Are on planes right now.  It would be a tremendous,

09:36:39  24   beyond inconvenience, it would be a true imposition on this

09:36:43  25   group, who are otherwise simply witnesses to the criminal

| | | |
|---|---|---|
| 09:36:46 | 1 | conduct, to send them away and try and bring them back again, |
| 09:36:50 | 2 | Your Honor.  We have people that are on buses and trains |
| 09:36:53 | 3 | because they have never flown in their life. |
| 09:36:55 | 4 | THE COURT:  All of which is a problem created by |
| 09:36:58 | 5 | counsel, not the Court.  Now, counsel didn't move for it |
| 09:37:02 | 6 | timely.  The Court is reluctant to deny a motion that is not |
| 09:37:07 | 7 | timely filed by a defendant because it's automatically point |
| 09:37:10 | 8 | one on any appeal, and it creates a whole lot of other |
| 09:37:15 | 9 | complications for the Appellate Court, and they are very busy |
| 09:37:18 | 10 | people up there and we should avoid complications like that if |
| 09:37:22 | 11 | we can.  We should deal with them here in some orderly fashion |
| 09:37:27 | 12 | that protects the rights of the defendant to raise an issue |
| 09:37:31 | 13 | that the defendant thinks is important and to raise it even |
| 09:37:33 | 14 | though the defendant is responsible for not raising it timely, |
| 09:37:38 | 15 | obviously. |
| 09:37:41 | 16 | The government had no responsibility to say we want to |
| 09:37:47 | 17 | come in and have a hearing on whether or not we seized these |
| 09:37:50 | 18 | computers properly.  That's up to the defense.  So that didn't |
| 09:37:55 | 19 | happen until a day before jury selection or over the weekend. |
| 09:37:59 | 20 | So there is where we are.  Doing it, though, even if it be at |
| 09:38:03 | 21 | the end of the trial, means we've got to excuse the jury |
| 09:38:07 | 22 | because we have to hear from the defendant. |
| 09:38:08 | 23 | Now, if your defendant is not going to testify, then |
| 09:38:11 | 24 | it makes a big difference.  Is she going to testify?  See, |
| 09:38:16 | 25 | there is a big problem.  If she's not, we don't have her |

09:38:20  1   motivation and her reasons and all that for telling her

09:38:23  2   daughter to go pick up the stuff.  All we have is her phone

09:38:27  3   call from the -- through the testimony of the daughter,

09:38:32  4   assuming the daughter testifies.

09:38:33  5        I don't know, she may have reasons why she does not

09:38:38  6   wish to testify.  I mean, legitimate Fifth Amendment reasons

09:38:40  7   why she does not.  Or not.  I don't suggest she does.  I just

09:38:46  8   say there are complications with this.  It can be easily sorted

09:38:52  9   out two or three months before trial, but are very difficult to

09:38:53  10  do on the morning the jury is to be selected or during the

09:38:56  11  trial.

09:38:57  12       I do not wish to, obviously, delay sending 51 or 25 or

09:39:04  13  35, whatever they are, elderly people who are alleged to be

09:39:09  14  victims home after they have arrived all down here.

09:39:14  15       So in final summation, that seems to be the issue.  Is

09:39:18  16  it still your position that we take it up either at a separate

09:39:23  17  evidentiary hearing and delay the trial until it is concluded

09:39:28  18  or take it up during the trial?

09:39:31  19       MR. SPITALE:  Your Honor, I think that both of the

09:39:33  20  witnesses are here -- the postal inspector and April Kannell is

09:39:37  21  here, she arrived -- and given the fact that you said that the

09:39:41  22  trial wouldn't start -- that jury selection wouldn't start

09:39:43  23  until 1:00, we have enough time to take the testimony now and

09:39:48  24  get that out of the way so it wouldn't interrupt the trial as

09:39:55  25  far as the period of time and interrupt the schedule of the

| | | |
|---|---|---|
| 09:39:58 | 1 | people coming here.  I think it would be best to do -- take the |
| 09:40:02 | 2 | testimony now.  I don't think it's going to be a long period of |
| 09:40:06 | 3 | time that it's going to take to take that testimony. |
| 09:40:08 | 4 | THE COURT:  Is there any objection by the government |
| 09:40:10 | 5 | to this?  Do you have all of your witnesses here? |
| 09:40:14 | 6 | MR. WATTS-FITZGERALD:  We are ready to proceed, Your |
| 09:40:17 | 7 | Honor. |
| 09:40:17 | 8 | THE COURT:  All right, then.  The burden is upon |
| 09:40:21 | 9 | the -- we will follow that procedure then.  We will grant |
| 09:40:24 | 10 | Mr. Spitale's motion for an evidentiary hearing. |
| 09:40:26 | 11 | And, Mr. Spitale, you can call your first witness. |
| | 12 | COURTROOM DEPUTY:  Do you solemnly swear that the |
| | 13 | testimony you are about to give will be the truth, the whole |
| | 14 | truth and nothing but the truth so help you God? |
| | 15 | THE WITNESS:  I do. |
| | 16 | COURTROOM DEPUTY:  Will you please state your name and |
| | 17 | spell your last name for the record. |
| 09:41:05 | 18 | THE WITNESS:  April Kannell. |
| 09:41:06 | 19 | THE COURT:  All right.  The record should reflect this |
| 09:41:09 | 20 | is being taken prior to jury selection while we wait on them to |
| 09:41:14 | 21 | fix the air conditioning out of the presence of the jury. |
| 09:41:18 | 22 | The defendants are all present, their counsel present, |
| 09:41:23 | 23 | the government is here, and this is a defense motion to |
| 09:41:40 | 24 | suppress three computers, three computers, that were allegedly |
| 09:41:42 | 25 | seized by the government on or about October 7th, 2011 from the |

KANNELL - Direct

| | | |
|---|---|---|
| 09:41:44 | 1 | possession of Ms. Kannell, the daughter of Anja Kannell, a |
| 09:41:53 | 2 | defendant. |
| 09:41:54 | 3 | Mr. Spitale? |
| | 4 | MR. SPITALE:  May it please the Court. |
| | 5 | APRIL KANNELL, DEFENDANT'S WITNESS, SWORN |
| | 6 | DIRECT EXAMINATION |
| 09:41:56 | 7 | BY MR. SPITALE: |
| 09:41:56 | 8 | Q.  Ms. Kannell, would you please tell the Court your age. |
| 09:42:02 | 9 | A.  Twenty-three. |
| 09:42:03 | 10 | Q.  Okay.  I believe it was on November the 28th, 2011, this is |
| 09:42:10 | 11 | when these computers were obtained by the postal inspectors; is |
| 09:42:13 | 12 | that correct? |
| 09:42:14 | 13 | A.  Yes. |
| 09:42:15 | 14 | Q.  Okay.  Where were you living at that time? |
| 09:42:17 | 15 | A.  Should I tell my whole address or just Kissimmee? |
| 09:42:21 | 16 | Q.  And who were you living with? |
| 09:42:24 | 17 | A.  My man's mother. |
| 09:42:27 | 18 | Q.  Your boyfriend's mother's house? |
| 09:42:29 | 19 | A.  Uh-huh. |
| 09:42:30 | 20 | Q.  And how did you obtain the computers? |
| 09:42:33 | 21 | A.  I picked them up. |
| 09:42:36 | 22 | Q.  From? |
| 09:42:37 | 23 | A.  Where they were staying. |
| 09:42:39 | 24 | Q.  Was it in Delray Beach or -- |
| 09:42:41 | 25 | A.  Yes. |

KANNELL - Direct

| | | |
|---|---|---|
| 09:42:42 | 1 | MR. WATTS-FITZGERALD:  Your Honor, I'm sorry, but we |
| 09:42:43 | 2 | are having a great deal of difficulty hearing the witness.  If |
| 09:42:47 | 3 | she could pull the microphone in closer. |
| 09:42:50 | 4 | THE COURT:  Could you repeat your last answer please. |
| 09:42:54 | 5 | THE WITNESS:  Yes, sir. |
| 09:42:56 | 6 | THE COURT:  What was the last question?  Ask the |
| 09:43:01 | 7 | question again, Mr. Spitale. |
| 09:43:03 | 8 | BY MR. SPITALE: |
| 09:43:03 | 9 | Q.  Did you obtain the computers from Delray Beach? |
| 09:43:07 | 10 | A.  Yes, sir. |
| 09:43:08 | 11 | Q.  How many computers were there? |
| 09:43:09 | 12 | A.  There was four. |
| 09:43:10 | 13 | Q.  Okay.  And you took them back to your -- to where you were |
| 09:43:14 | 14 | residing in Kissimmee? |
| 09:43:16 | 15 | A.  Uh-huh. |
| 09:43:16 | 16 | Q.  You've got to say yes or no. |
| 09:43:20 | 17 | A.  Yes, sir. |
| 09:43:20 | 18 | Q.  Okay.  And that was approximately November -- or October |
| 09:43:23 | 19 | the 7th, 2011, right? |
| 09:43:26 | 20 | A.  Around those times.  I don't really know exact dates. |
| 09:43:34 | 21 | Q.  Okay.  And what did your mom or Mr. Harvey tell you to do |
| 09:43:38 | 22 | with the computers? |
| 09:43:38 | 23 | A.  They didn't necessarily give me anything to do, but I did |
| 09:43:42 | 24 | sell them.  I sold two so I could have money. |
| 09:43:46 | 25 | Q.  For what? |

09:43:46  1  A.  To do all the things I had to do.

09:43:49  2  Q.  Which was?

09:43:49  3  A.  I had to get a rental car.  I had to pay for three days.

09:43:53  4  To go to pick it up, clear out everything, pay for storage and

09:43:58  5  go back to pick it back up and then go back to my house.

09:44:02  6  Q.  And you also were taking care of your younger sister, who

09:44:06  7  is their daughter; is that correct?

09:44:06  8  A.  Yes, sir.

09:44:07  9  Q.  And you were authorized to pay for her support with that

09:44:10  10  money also, correct?

09:44:11  11  A.  Yes, sir.

09:44:16  12  Q.  All right.  So there came a period of time, apparently

09:44:18  13  around November 28th, 2011, when you were contacted by a postal

09:44:22  14  inspector; is that right?

09:44:23  15  A.  Yes, sir.

09:44:24  16  Q.  Okay.  And what did she tell you when she gave you a call?

09:44:28  17  A.  She told me she wanted to see my sister and ask me a few

09:44:33  18  questions.

09:44:33  19  Q.  Okay.  And did you go -- did she come to see you?

09:44:36  20  A.  Yes, she did.

09:44:37  21  Q.  Okay.  And what did she do when she got to your place?

09:44:40  22  A.  She asked to see my sister.  She seen her for less than a

09:44:45  23  minute, said hi, and then asked me to take a ride.

09:44:49  24  Q.  Okay.  And where was that ride to?

09:44:51  25  A.  The police department.

KANNELL - Direct

09:44:53    1    Q.   In Kissimmee, Florida?

09:44:54    2    A.   Yes, sir.

09:44:55    3    Q.   Okay.   What did you discuss at the police department?

09:44:59    4    A.   She asked me what they did for a living, all different

09:45:03    5    types of questions pertaining to them, and I told her that I

09:45:10    6    don't know what they do because me and my mom had a very rocky

09:45:13    7    relationship, so she never told me anything.   I mean I always

09:45:15    8    wondered, but I never knew.

09:45:18    9    Q.   Okay.   Did there come a point in time in that interview

09:45:19   10    when she talked to you about the computers?

09:45:21   11    A.   Yes.   She wanted to obtain the items that I had picked up

09:45:25   12    from the hotel, but I had sold one.   I don't -- there's no way

09:45:27   13    of tracking that one.   And then I had three at the house, two

09:45:31   14    which did not work.   One didn't have no charger.   It didn't

           15    turn on.   The other one had a charger, but I sold that computer

09:45:41   16    and I sold the charger to my sister-in-law which also resided

09:45:47   17    in the house.

09:45:47   18    Q.   You say sister-in-law, but it was the sister of your

09:45:51   19    boyfriend?

09:45:52   20    A.   Yes.

09:45:52   21    Q.   And that's two of the computers you just mentioned, one

09:45:53   22    that you sold to --

           23    A.   Yes, sir.

09:45:54   24    Q.   -- the girl that you lived with?

09:45:55   25    A.   Yeah.   The other two did not work.

| | | |
|---|---|---|
| 09:45:57 | 1 | Q.  Okay.  And they were in your house? |
| 09:45:58 | 2 | A.  Yes. |
| 09:45:59 | 3 | Q.  Okay.  Did you discuss those two with the postal inspector? |
| 09:46:03 | 4 | A.  They wanted everything.  And they told me they would take a |
| 09:46:06 | 5 | look at the one that I sold, if there was nothing they needed |
| 09:46:09 | 6 | from it, they would let me have it; but I guess they had got |
| 09:46:12 | 7 | into it, they found something, I don't know what, but they |
| 09:46:16 | 8 | ended up taking it, which -- they told me they would be giving |
| 09:46:20 | 9 | it back after the case was over. |
| 09:46:21 | 10 | Q.  Okay.  Did you have passwords for any of these computers? |
| 09:46:24 | 11 | A.  The one computer that I sold. |
| 09:46:25 | 12 | Q.  You had a password for that one? |
| 09:46:27 | 13 | A.  Uh-huh. |
| 09:46:27 | 14 | Q.  And you did not have a password for the other two? |
| 09:46:30 | 15 | A.  They didn't work.  One didn't even have a charger.  It |
| 09:46:34 | 16 | didn't turn on.  The other one, I sold the charger, so it was |
| 09:46:40 | 17 | pointless. |
| 09:46:41 | 18 | Q.  Did there come a time when the postal inspector advised you |
| 09:46:44 | 19 | of what she would do if you did hand over the computers? |
| 09:46:46 | 20 | THE COURT:  Why don't you just -- you are leading her. |
| 09:46:47 | 21 | Why don't you just ask her what was said. |
| | 22 | MR. SPITALE:  Thank you, Your Honor. |
| | 23 | BY MR. SPITALE: |
| 09:46:51 | 24 | Q.  All right.  Ms. Kannell, just tell the Court what it was |
| 09:46:54 | 25 | that the postal inspector told you regarding the computers. |

09:46:57 THE COURT: Let's establish the predicate, when,
09:47:00 where, who was present. The normal predicate so that we know
09:47:04 what we are talking about.

09:47:07 BY MR. SPITALE:

09:47:07 Q. All right. When you were at the police station in
09:47:09 Kissimmee, who was present with you?

09:47:11 A. It was Inspector Angel -- Angela, I think -- and another
09:47:16 gentleman. I don't remember his name.

09:47:18 Q. Was he a postal inspector also?

09:47:20 A. I think he was from the Kissimmee Police Department.

09:47:23 Q. And those two were present with you?

09:47:25 A. Yes.

09:47:26 Q. When you had a conversation with them?

09:47:28 A. Yes.

09:47:32 Q. Okay. What did they first talk to you about?

09:47:34 A. They just wanted information.

09:47:36 Q. Okay. And that's something that you have already related
09:47:38 to the Court --

A. Uh-huh.

09:47:39 Q. -- the questions they were asking you?

09:47:40 A. Yes.

09:47:41 Q. Did there come a point in time when they asked you
09:47:45 specifically about the computers?

09:47:46 A. Well, they just said they needed them. I told them, you
09:47:52 know, I did sell one of them. They're like, well, we'll just

09:47:56 look at it. If there's nothing wrong we'll let you have it, but we have to take the other two.

09:47:58 Q. What else did they ask you regarding the computers?

09:48:01 A. If I knew the passwords. I told them to one, and they have 09:48:07 to figure out the other ones. They said that's not a problem, they can do that.

Q. Did they ever present to you --

09:48:10 THE COURT: Let's get the full conversation.

BY THE COURT:

09:48:12 Q. This is the crux of the matter: You have said here that -- 09:48:21 the question was did there come a point in time when they asked 09:48:36 you specifically about the computers.

09:48:38 Answer: They just said they needed them. I did tell them I sold one of them. Well, they said that we need it and 09:48:39 we have to take the other two.

09:48:39 Now, could you tell us, please, what you said in 09:48:41 response? What did you -- when they said we want the computers, we have to take them, what did you say?

09:48:44 A. I was a little adamant about it because I didn't know if 09:48:48 they were, like, able to do it. I said, "What would happen if 09:48:52 I didn't give them to you?" They said they could get a search 09:48:57 warrant and it's possible that they could charge me with 09:49:01 tampering with evidence.

09:49:03 Q. Do you remember what they said they could charge you with?

09:49:07 A. With tampering with evidence.

| | | |
|---|---|---|
| | 1 | Q.   Tampering with evidence. |
| | 2 | What did you say when they told you that? |
| 09:49:07 | 3 | A.   I said, "Fine, I'll just give them to you because I don't |
| 09:49:11 | 4 | need problems at my house." |
| 09:49:13 | 5 | THE COURT:  Uh-huh.  Okay.  All right.  Go ahead. |
| 09:49:14 | 6 | BY MR. SPITALE: |
| 09:49:14 | 7 | Q.   Okay.  Did you feel as a result of you living in the -- |
| 09:49:17 | 8 | THE COURT:  No.  That's -- |
| 09:49:17 | 9 | MR. WATTS-FITZGERALD:  Objection, Your Honor. |
| 09:49:19 | 10 | THE COURT:  Sustained.  You can't elicit their mental |
| 09:49:22 | 11 | processes.  That's why we get the word spoken.  Sustained.  Go |
| 09:49:24 | 12 | ahead. |
| 09:49:25 | 13 | BY MR. SPITALE: |
| 09:49:25 | 14 | Q.   What were you feeling at the time that they -- that you |
| 09:49:28 | 15 | turned over the computers to them? |
| 09:49:30 | 16 | A.   I felt a little uncomfortable because, like I said, I |
| 09:49:34 | 17 | didn't know if they were allowed to do that, but since they |
| 09:49:37 | 18 | are, you know, federal government, I guess they had the right |
| 09:49:39 | 19 | to, but in the back of my mind I felt they didn't because it |
| 09:49:43 | 20 | was at my house. |
| 09:49:45 | 21 | Q.   It was at your house? |
| 09:49:47 | 22 | A.   Yes. |
| 09:49:47 | 23 | Q.   And so even though you felt that way, you signed the |
| 09:49:51 | 24 | consent for them to take the computers? |
| 09:49:54 | 25 | A.   I am not too sure if I did.  It was a while ago.  I don't |

KANNELL - Cross

| | | |
|---|---|---|
| 09:49:59 | 1 | remember signing anything, but I possibly might have.  But I'm |
| 09:50:02 | 2 | not going to say because I don't remember. |
| 09:50:05 | 3 | Q.  And then what actually happened after -- did you go back to |
| 09:50:10 | 4 | the house? |
| 09:50:10 | 5 | A.  We went back to the house.  They looked at the one |
| 09:50:13 | 6 | computer, less than 30 seconds they said, "We need to take it." |
| 09:50:18 | 7 | So they took that one and the other two. |
| 09:50:19 | 8 | Q.  Okay.  The one that they looked at, was that the one you |
| 09:50:23 | 9 | had sold already? |
| 09:50:24 | 10 | A.  Yes, sir. |
| 09:50:25 | 11 | Q.  Okay.  And the other two that were not optional, they took |
| 09:50:31 | 12 | those with them too? |
| 09:50:32 | 13 | A.  Yes, sir. |
| 09:50:32 | 14 | Q.  They didn't look at them? |
| 09:50:34 | 15 | A.  Nope.  No, sir. |
| 09:50:34 | 16 | Q.  All right.  And this happened in Kissimmee, Florida? |
| 09:50:36 | 17 | A.  Yes, sir. |
| 09:50:37 | 18 | MR. SPITALE:  I have nothing further, Your Honor. |
| 09:50:40 | 19 | THE COURT:  All right.  Cross-examination.  Go ahead, |
| | 20 | cross-examination. |
| | 21 | CROSS EXAMINATION |
| 09:50:44 | 22 | BY MR. WATTS-FITZGERALD: |
| 09:50:44 | 23 | Q.  Good morning, Ms. Kannell. |
| 09:50:52 | 24 | We have never met, have we? |
| 09:50:54 | 25 | A.  No, sir. |

KANNELL - Cross

| | | |
|---|---|---|
| 09:50:54 | 1 | Q.  Okay.  Well, I am Tom Watts-Fitzgerald.  I'm going to ask |
| 09:51:00 | 2 | you a few questions following up on counsel's. |
| 09:51:03 | 3 | You reside with your boyfriend, correct? |
| 09:51:05 | 4 | A.  Yes, sir. |
| 09:51:05 | 5 | Q.  And when did you first learn that your mother had been |
| 09:51:10 | 6 | arrested? |
| 09:51:10 | 7 | A.  The day it happened. |
| 09:51:11 | 8 | Q.  Who called you and told you? |
| 09:51:13 | 9 | A.  She did. |
| 09:51:14 | 10 | Q.  And she asked you to come down to the West Palm Beach area |
| 09:51:17 | 11 | to pick up your half sister, correct? |
| 09:51:20 | 12 | A.  Yes, sir. |
| 09:51:20 | 13 | Q.  Did you do that? |
| 09:51:21 | 14 | A.  Yes, sir. |
| 09:51:21 | 15 | Q.  Did you go straight back to your residence in Kissimmee or |
| 09:51:26 | 16 | did you go to the hotel first in Delray Beach? |
| 09:51:29 | 17 | A.  I think I went to the hotel.  It took me a while, but I |
| 09:51:34 | 18 | found it. |
| 09:51:34 | 19 | Q.  Did you take things from the hotel at that time? |
| | 20 | A.  No, I didn't. |
| 09:51:35 | 21 | Q.  Okay.  But you saw what was there? |
| 09:51:36 | 22 | A.  No.  They wouldn't even let me in that night. |
| 09:51:39 | 23 | Q.  So you returned to Kissimmee, and approximately two days |
| 09:51:42 | 24 | later you went back to collect things out of the hotel room? |
| 09:51:46 | 25 | A.  About.  Approximately. |

| | | |
|---|---|---|
| 09:51:47 | 1 | Q.  Okay.  And among the things you collected from the hotel |
| 09:51:51 | 2 | room were the three computers we are concerned with here, |
| 09:51:54 | 3 | correct? |
| 09:51:54 | 4 | A.  Yes, sir. |
| 09:51:55 | 5 | Q.  And additionally, you collected a camera, some golf clubs, |
| | 6 | a couple of computer printers and another computer, an iPad |
| 09:52:02 | 7 | notebook, correct? |
| 09:52:03 | 8 | A.  Yes, sir. |
| 09:52:03 | 9 | Q.  Now, what was your intent in taking all of those back to |
| 09:52:07 | 10 | Kissimmee? |
| 09:52:07 | 11 | A.  I didn't know how serious this case was, so my intent was |
| 09:52:11 | 12 | keeping it until they got out, and then as the days go on, I |
| 09:52:16 | 13 | find out what was happening.  Then I had to make a lot of |
| 09:52:19 | 14 | trips, so I ended up pawning most of it. |
| 09:52:23 | 15 | Q.  Okay.  And your sister had told you to take those things |
| 09:52:27 | 16 | out of the hotel, correct? |
| 09:52:27 | 17 | A.  My sister? |
| 09:52:28 | 18 | Q.  I'm sorry, your mother. |
| 09:52:30 | 19 | A.  Not necessarily told me, but it's a common courtesy.  I'm |
| 09:52:34 | 20 | not going to leave her stuff to be thrown away.  Like I said, I |
| 09:52:38 | 21 | didn't know how serious the case was.  I figured they would be |
| 09:52:41 | 22 | out in a day or two.  I didn't know.  So, of course, I'm going |
| 09:52:44 | 23 | to pick up their stuff so it's not thrown away. |
| 09:52:48 | 24 | Q.  Okay.  So you picked it up so it wouldn't be thrown away |
| 09:52:52 | 25 | and you took it back to Kissimmee, and you started selling the |

KANNELL - Cross

40

09:52:55  1  items?

09:52:55  2  A.   After I learned about what was going on and --

09:52:57  3        THE COURT:  Excuse me.  Let me go back just a moment.

          4  BY THE COURT:

09:52:59  5  Q.   When you talked to your mother and she said I've been

09:53:03  6  arrested, come pick up your sister, and you went over and you

09:53:07  7  picked up your sister and on that day you didn't pick up

09:53:10  8  anything.  You just got your sister and took care of her, took

09:53:14  9  her back to Kissimmee, right?

09:53:23  10  A.   Yes, sir.

09:53:24  11  Q.   Now, did you -- when you went back two days later, I

09:53:24  12  believe you said on direct that your mother called and said go

09:53:29  13  pick up some property or go pick up or clean out the apartment.

09:53:33  14        Did your mother tell you that?  Did I misunderstand

09:53:37  15  your direct?  I mean, just whatever happened, did you --

09:53:40  16  A.   I honestly -- honestly, I don't remember.  I just think I

09:53:43  17  picked it up, but it might have been possible that she did tell

09:53:47  18  me too, but -- I mean my sister's items were in there, and I

09:53:50  19  needed her clothes because I didn't have any clothes for her,

09:53:53  20  so I needed to get her stuff out of there.

09:53:55  21  Q.   So on your own, after you took your sister back to

09:54:00  22  Kissimmee and got her, you thought about it and you figured,

09:54:02  23  well, she's going to need some clothes and some other stuff.

09:54:06  24  So on your own, your mother didn't call you.  You just drove

          25  back --

KANNELL - Cross

41

09:54:11   1   A.  She called me, and I asked her where was it, because I

09:54:15   2   needed her clothes, and she told me where it was.

09:54:19   3   Q.  Where what was?

09:54:21   4   A.  Where the hotel was so I can get her items.  They also had

           5   a dog --

           6   Q.  Oh.

09:54:26   7   A.  -- that was there.  So they actually had to take the dog to

09:54:28   8   the pound because I can't take a dog.

09:54:31   9   Q.  Okay.  So let's back up then.  So when your mother calls,

09:54:33  10   said I'm arrested, come get your sister, you did not -- where

09:54:40  11   was the sister?  I thought she wasn't at the hotel -- at the

09:54:44  12   apartment where you --

09:54:45  13   A.  No, I picked up my sister from the Postal Service, postal

09:54:51  14   Inspector.  I don't remember exactly where it was, but it was

09:54:54  15   like a little building and there was a postal man that said

09:55:00  16   Postal Marshal I think on his shirt and he was -- he had her

09:55:03  17   until I picked her up.

09:55:05  18   Q.  You went to the postal inspector's office --

          19   A.  I think I'm right.  Yeah.

09:55:08  20   Q.  -- and got your sister?

09:55:09  21   A.  Uh-huh.

09:55:10  22   Q.  Oh.  See, now this -- when we get these facts we understand

09:55:13  23   better what's going on.

09:55:15  24        All right.  So when you picked up your sister, that

09:55:18  25   was at wherever the postal inspector's office was, in -- what

KANNELL - Cross

42

| | | |
|---|---|---|
| 09:55:25 | 1 | city was that, do you know? |
| 09:55:27 | 2 | A.  I think Delray. |
| | 3 | Q.  Delray. |
| 09:55:29 | 4 | A.  I'm not -- I'm not too sure. |
| 09:55:31 | 5 | Q.  All right.  Well, you believe it was Delray.  All right. |
| 09:55:42 | 6 | Okay.  Now, then you go home and you think about it |
| 09:55:44 | 7 | and you get another call from your mother; is that right? |
| 09:55:46 | 8 | A.  Actually, I was trying to look for it myself.  My sister, |
| | 9 | she was like, oh, this one looks so nice. |
| 09:55:49 | 10 | Q.  Did you get a call from your mother? |
| 09:55:52 | 11 | A.  Yeah, later on that night. |
| 09:55:53 | 12 | Q.  You got a call from your mother. |
| | 13 | A.  Uh-huh. |
| 09:55:56 | 14 | Q.  This was the same night you picked up your sister? |
| 09:56:05 | 15 | A.  Yes. |
| 09:56:06 | 16 | Q.  Okay, good. |
| 09:56:07 | 17 | Now, then, when you -- when she called you that night |
| 09:56:09 | 18 | what, if anything, did she tell you to do about her clothes and |
| 09:56:14 | 19 | her other -- her personal belongings? |
| 09:56:15 | 20 | A.  Well, I needed to get the clothes.  So I needed to -- |
| 09:56:18 | 21 | Q.  I don't care what you needed, young lady, just answer the |
| 09:56:23 | 22 | question please. |
| 09:56:25 | 23 | What did she say to you? |
| 09:56:27 | 24 | A.  Honestly, I don't remember.  She probably did tell me to |
| | 25 | pick it up.  I don't remember. |

KANNELL - Cross

| | | |
|---|---|---|
| 09:56:30 | 1 | Q.  No, not what she probably did, what did -- |
| 09:56:34 | 2 | A.  Okay.  She told me to pick it up. |
| 09:56:36 | 3 | Q.  Well, I'm not trying to force you to say that.  I want to |
| 09:56:37 | 4 | know what she said.  I don't want -- |
| 09:56:40 | 5 | A.  I don't remember. |
| 09:56:42 | 6 | Q.  All right.  That's fine.  Now, just a moment.  Slow down. |
| 09:56:44 | 7 | Take it easy. |
| 09:56:46 | 8 | All right.  You don't remember what she said to you. |
| 09:56:47 | 9 | Okay.  But you do remember asking her the address of her |
| 09:56:51 | 10 | apartment, or how to get to her apartment, I guess?  Did you or |
| 09:56:55 | 11 | not? |
| 09:56:56 | 12 | A.  Yes. |
| 09:56:56 | 13 | Q.  Did you know before that conversation where her apartment |
| 09:57:01 | 14 | was? |
| 09:57:01 | 15 | A.  No. |
| 09:57:02 | 16 | Q.  No.  So you had to have learned it, logically, and at that |
| 09:57:06 | 17 | time you said where is your apartment and she -- did she give |
| 09:57:09 | 18 | you an address? |
| 09:57:10 | 19 | A.  I think she gave me an address.  I believe so.  I'm not -- |
| 09:57:14 | 20 | I don't know if she remembered the address or told me how to |
| 09:57:18 | 21 | get there.  I'm not too sure, but I believe it was the address. |
| 09:57:30 | 22 | Q.  Just a moment.  Let me read. |
| 09:57:31 | 23 | But you got the address and you believe you got it |
| 09:57:35 | 24 | from her, where she was living; is that correct? |
| 09:57:41 | 25 | A.  Yes, sir. |

KANNELL - Cross

44

09:57:41  1   Q.  All right.  Now, that was at night.  You said the night you

09:57:47  2   took your sister home.  What did you then -- and did you say

09:57:50  3   anything to her?  Did you tell her what you were going to do or

09:57:54  4   not going to do?  Just your words, what did you tell her?

09:57:57  5   A.  I told her I was going to get the stuff, all of my sister's

09:58:03  6   clothes, everything that's in there, but the dog I cannot take.

09:58:06  7   Q.  You said you were going to get the stuff?

09:58:09  8   A.  The items in the room.

09:58:11  9   Q.  What items?

09:58:11  10  A.  The clothes, everything that was in there except for the

09:58:16  11  dog.

         12  Q.  Okay And what --

09:58:17  13  A.  Which I didn't know how much was in there until I got

09:58:20  14  there.

09:58:21  15  Q.  And she didn't tell you to do that, but you decided -- you

09:58:25  16  told her you were going to do that?

09:58:27  17  A.  Well, I had to get my sister's clothes.  So if I'm going to

         18  get my sister's clothes, I will get everything.

09:58:31  19  Q.  I know there are a lot of reasons why you might have wanted

09:58:34  20  to do it.  The question is what was said.  You see, when we

09:58:38  21  know what you said and what she said, then we can figure out

09:58:42  22  all the rest.

09:58:43  23      When she gave you the address you told her, I'm going

09:58:50  24  to go over and pick up all your clothes and property and take

09:58:50  25  it away, but I'm not going to take the dog because I can't take

KANNELL - Cross

| | | |
|---|---|---|
| 09:58:55 | 1 | the dog. |
| 09:58:55 | 2 | A.  Yes, sir. |
| 09:58:57 | 3 | Q.  Is there anything else you said other than that? |
| 09:59:00 | 4 | A.  Honestly, I don't remember. |
| 09:59:02 | 5 | Q.  I'm sorry? |
| 09:59:03 | 6 | A.  Honestly, I don't remember. |
| 09:59:06 | 7 | Q.  Okay.  All right.  Now, that was -- what time at night was |
| 09:59:08 | 8 | that approximately? |
| 09:59:10 | 9 | A.  It was dark.  About dark. |
| | 10 | Q.  Okay. |
| 09:59:14 | 11 | A.  Around 7:00 or 8:00 I think. |
| 09:59:16 | 12 | Q.  And this would have been in -- I believe it was October |
| 09:59:20 | 13 | that she called and told you she was arrested. |
| 09:59:26 | 14 | THE COURT:  What was the date of the arrest? |
| 09:59:28 | 15 | MR. WATTS-FITZGERALD:  October 5th, Your Honor. |
| 09:59:31 | 16 | BY THE COURT: |
| 09:59:31 | 17 | Q.  All right.  So it was approximately -- does that sound |
| 09:59:33 | 18 | about right to you, October 5th -- |
| | 19 | A.  Yes, sir. |
| 09:59:35 | 20 | Q.  -- that she called and said she was arrested and you went |
| 09:59:39 | 21 | and picked up your sister and brought her back, and it's that |
| 09:59:44 | 22 | same night, October 5th, that she calls you, or is it the next |
| 09:59:49 | 23 | night she said -- that you had the conversation -- |
| 09:59:53 | 24 | A.  The same night. |
| 09:59:55 | 25 | Q.  -- about picking up -- the same night. |

KANNELL - Cross

46

| | | |
|---|---|---|
| 09:59:55 | 1 | So after you had been to Boca Raton, you had driven |
| 10:00:00 | 2 | back to Kissimmee with your sister; is that right? |
| 10:00:04 | 3 | A.  Yes, sir. |
| 10:00:05 | 4 | Q.  Okay, good.  Boca Raton, and then back to Kissimmee. |
| 10:00:05 | 5 | Now, she calls you and it's early evening on the 5th. |
| 10:00:11 | 6 | Did you go that night to -- |
| 10:00:12 | 7 | A.  I was still in the area because I got there pretty late.  I |
| 10:00:18 | 8 | had to find a ride to take me to go pick her up and I had to |
| | 9 | get -- |
| 10:00:21 | 10 | Q.  You were still in the area when?  I thought you were back |
| 10:00:25 | 11 | in Kissimmee. |
| 10:00:25 | 12 | A.  No, no.  The same day I was still there.  I went to the |
| 10:00:27 | 13 | hotel that night, but they would not let me retrieve the items. |
| 10:00:32 | 14 | Q.  All right.  She called and said she was arrested and to |
| 10:00:37 | 15 | come pick up your sister.  In that conversation did she tell |
| 10:00:41 | 16 | you to take any of the property? |
| 10:00:45 | 17 | Did she mention the dog in that first conversation? |
| 10:00:48 | 18 | A.  I don't think so. |
| 10:00:50 | 19 | Q.  Okay, so fine. |
| 10:00:52 | 20 | So you went to pick up the sister, and you picked up |
| 10:00:56 | 21 | the sister at the postal inspector -- the post office or |
| 10:01:00 | 22 | wherever it was, and then you -- what time of the day was that |
| 10:01:06 | 23 | that you went to pick up your sister? |
| 10:01:09 | 24 | A.  It was pretty late.  Not late, but it was right around -- |
| 10:01:14 | 25 | like, it was still daylight, but it was getting -- the sun was |

KANNELL - Cross

47

10:01:16   1   starting to set.

10:01:17   2   Q.  So you drove -- you were in Kissimmee when you got the

10:01:20   3   first phone call?

10:01:21   4   A.  No, I was -- I was here.

10:01:22   5   Q.  You were in Miami?

10:01:23   6   A.  Well, in that area, because by the time I got -- when I got

10:01:26   7   the first call where she told me to pick up my sister, I was in

10:01:32   8   Kissimmee.

10:01:34   9   Q.  That's what I want to know.  When you got that first call

10:01:36  10   you were in Kissimmee.  Okay, good.

10:01:37  11           And then you drove over to Delray?

10:01:42  12           THE COURT:  Where was it?

10:01:44  13           MR. WATTS-FITZGERALD:  The pick-up was actually in

10:01:47  14   West Palm, Your Honor.

10:01:50  15   BY THE COURT:

10:01:50  16   Q.  You were in Kissimmee.  You got a phone call from your

10:01:55  17   mother, and you think it was late in the day, either late

          18   afternoon or --

10:01:57  19   A.  No.  She called me -- the first call -- the first call when

10:01:59  20   she was getting arrested was probably 1:00 in the afternoon.

          21   Q.  Okay.

10:02:04  22   A.  12:00 or 1:00.

10:02:08  23   Q.  Approximately 1:00.  Approximately 1:00 in the afternoon.

10:02:10  24           All right, and you immediately left Kissimmee and

10:02:13  25   drove where?

KANNELL - Cross

48

| | | |
|---|---|---|
| 10:02:15 | 1 | No, you didn't.  What did you do? |
| 10:02:18 | 2 | A.  I had to find money and I had to get a -- |
| 10:02:20 | 3 | Q.  What did you do? |
| 10:02:21 | 4 | A.  My son's grandmother lent me the money to come out here. |
| 10:02:26 | 5 | Q.  All right.  You borrowed money.  Then what did you do? |
| 10:02:29 | 6 | A.  I had to call a few friends to see if they could bring me |
| 10:02:34 | 7 | out there.  My friend had just gotten to work, and then she |
| | 8 | said, well, let me ask my manager. |
| 10:02:38 | 9 | Q.  Let's skip that. |
| 10:02:38 | 10 | You called two friends -- |
| | 11 | A.  She took me. |
| 10:02:41 | 12 | Q.  You called two friends, and ultimately you got -- |
| | 13 | A.  A ride. |
| 10:02:42 | 14 | Q.  -- somebody to drive you, and it was one of your friends? |
| 10:02:46 | 15 | A.  Yes. |
| 10:02:47 | 16 | Q.  What was her name? |
| 10:02:48 | 17 | A.  Marisa. |
| 10:02:49 | 18 | Q.  Marisa? |
| 10:02:51 | 19 | Marisa.  All right. |
| 10:02:52 | 20 | So you and Marisa get in Marisa's car and drive from |
| 10:02:58 | 21 | Kissimmee to where?  To the postal inspector's office? |
| 10:03:03 | 22 | A.  Yes. |
| 10:03:04 | 23 | Q.  And that was in? |
| 10:03:05 | 24 | A.  I guess if it was West Palm Beach -- I don't know. |
| | 25 | Q.  You don't know where -- |

| | | |
|---|---|---|
| 10:03:08 | 1 | A.  It was somewhere in the Delray area, like close to there. |
| 10:03:11 | 2 | I don't know my areas out here.  I don't know them too much. |
| 10:03:14 | 3 | It was long ago, so I don't remember. |
| 10:03:16 | 4 | Q.  You don't remember where you picked up your sister.  You |
| 10:03:20 | 5 | picked her up at the postal inspector's office, but you don't |
| 10:03:24 | 6 | know what city it was in. |
| 10:03:26 | 7 | Take your time to think.  Can you remember the city at |
| 10:03:28 | 8 | all? |
| 10:03:30 | 9 | A.  I know I went the wrong way.  There was a street that had a |
| 10:03:35 | 10 | whole bunch of hotels on it. |
| 10:03:38 | 11 | Q.  But you don't remember the city? |
| 10:03:40 | 12 | A.  No. |
| 10:03:41 | 13 | Q.  All right.  But you got to the postal inspector's office |
| 10:03:44 | 14 | someplace in one of these cities.  You picked up your sister. |
| 10:03:50 | 15 | You are still with Marisa. |
| 10:03:52 | 16 | What did you do?  Did you -- what did you do then? |
| 10:03:54 | 17 | Did you go back to Kissimmee or did you just sit there? |
| 10:03:58 | 18 | A.  No.  I was asking my sister, but my sister is only six, if |
| 10:04:01 | 19 | the hotel was around here so I could, you know, go get my |
| 10:04:06 | 20 | sister's clothes, and she was like, oh, this one is -- |
| 10:04:07 | 21 | Q.  Who were you talking to, your sister? |
| 10:04:11 | 22 | A.  My little sister, because I figured, you know, she -- |
| 10:04:13 | 23 | Q.  I can't hear you, ma'am. |
| | 24 | Who did you talk to? |
| | 25 | A.  My little sister. |

KANNELL - Cross

50

| 10:04:13 | 1 | Q.  All right.  So you and your sister are having a |
| 10:04:16 | 2 | conversation and you ask her some questions.  After your |
| 10:04:20 | 3 | conversation with your little sister -- you are in the car with |
| 10:04:24 | 4 | Marisa and your little -- just the three of you, or is there |
| 10:04:27 | 5 | somebody else? |
| 10:04:28 | 6 | A.  My boyfriend. |
| 10:04:29 | 7 | Q.  Huh? |
| | 8 | A.  My boyfriend. |
| 10:04:29 | 9 | Q.  Oh, your boyfriend was there.  Okay. |
| 10:04:32 | 10 | All right.  So now you, your boyfriend, Marisa are |
| 10:04:36 | 11 | there with your little sister, and it is some time after 1:00. |
| 10:04:43 | 12 | We don't know where it is, so we don't know how long it would |
| 10:04:47 | 13 | take you to drive there. |
| 10:04:49 | 14 | A.  About four hours. |
| 10:04:51 | 15 | Q.  Four hours. |
| | 16 | A.  About three or four hours. |
| 10:04:51 | 17 | Q.  Oh, okay.  That's good.  Three to four hours from Kissimmee |
| 10:04:57 | 18 | to wherever you picked up your sister. |
| 10:05:00 | 19 | Okay.  So now it must be probably around 4:00 or 5:00. |
| 10:05:06 | 20 | 5:00, 6:00 approximately.  I don't need -- is that fair?  Is |
| 10:05:10 | 21 | that correct, where you are? |
| 10:05:12 | 22 | A.  About that. |
| 10:05:14 | 23 | Q.  Okay.  You've got your little sister.  How long were you |
| 10:05:15 | 24 | there at the post office getting your sister?  Just a short |
| | 25 | while or -- |

KANNELL - Cross

51

| | | |
|---|---|---|
| 10:05:19 | 1 | A.   Not too long.   Probably -- |
| | 2 | Q.   Two hours? |
| 10:05:22 | 3 | A.   No, no, no.   Like 15 minutes. |
| 10:05:24 | 4 | Q.   15 minutes.   A short while.   Okay.   15, half hour, |
| 10:05:28 | 5 | whatever.   You've got your sister in the car, and now there are |
| 10:05:32 | 6 | four of you in the car, and you did not drive straight back to |
| 10:05:39 | 7 | Kissimmee.   You stayed there for a while until you what, talked |
| 10:05:45 | 8 | to your mother again? |
| 10:05:46 | 9 | A.   Um, yeah. |
| 10:05:48 | 10 | Q.   Okay.   Did you call her or did she call you? |
| 10:05:51 | 11 | A.   I can't call the jail, so she called me. |
| 10:05:55 | 12 | Q.   She called you.   So this would have been, then, somewhere |
| 10:05:59 | 13 | in the time range of 4:00 or 5:00 to 6:00 or 7:00.   It would be |
| 10:06:08 | 14 | early evening, is that about right? |
| 10:06:08 | 15 | A.   It was about the sunset time.   It was -- |
| 10:06:11 | 16 | Q.   About sunset time in October.   Well, that's probably a |
| 10:06:13 | 17 | little early but, anyway -- approximately whatever, but it was |
| 10:06:18 | 18 | getting dark, and you are in the same city where the postal |
| 10:06:24 | 19 | inspector's office is, and you've got your sister, and she |
| 10:06:27 | 20 | called you. |
| 10:06:29 | 21 | Now, this is after you have picked up your sister. |
| 10:06:33 | 22 | How long did you drive around after you picked up your sister? |
| 10:06:38 | 23 | Were you waiting on your mom to call or what? |
| 10:06:40 | 24 | A.   I was kind of waiting for her to call.   It was probably 30 |
| 10:06:44 | 25 | minutes.   I got lost. |

KANNELL - Cross

| | | |
|---|---|---|
| 10:06:46 | 1 | Q.  Okay. |
| | 2 | A.  We didn't know -- |
| 10:06:47 | 3 | Q.  Otherwise, you would have driven -- probably driven back to |
| 10:06:50 | 4 | Kissimmee with your sister? |
| 10:06:52 | 5 | A.  Yeah.  But I still needed her clothes, so -- |
| 10:06:55 | 6 | Q.  But you still needed -- how did you know you needed her |
| | 7 | clothes? |
| 10:07:00 | 8 | A.  There was none with her.  She didn't have nothing but -- |
| 10:07:02 | 9 | Q.  You needed your sister's clothes? |
| 10:07:05 | 10 | A.  Yes.  That's the only thing she had on her, and I -- |
| 10:07:11 | 11 | Q.  Was your sister before you picked her up at the post office |
| | 12 | and before your mother's arrest living with your mother at the |
| | 13 | apartment? |
| | 14 | A.  Yes, sir. |
| | 15 | Q.  I'm sorry? |
| | 16 | A.  Yes, sir. |
| 10:07:13 | 17 | Q.  Okay.  So you said to your little sister words to the |
| 10:07:15 | 18 | effect, where are your clothes.  She said they're back at the |
| 10:07:20 | 19 | apartment, and you probably said, well, where is it -- that's |
| 10:07:24 | 20 | what you were telling me a minute ago -- and she said I don't |
| 10:07:24 | 21 | know; is that right? |
| | 22 | A.  Yes, sir. |
| 10:07:26 | 23 | Q.  I mean the address she didn't know. |
| 10:07:32 | 24 | How old is your sister? |
| 10:07:34 | 25 | A.  She's six.  She's going to be seven on the 14th of this |

KANNELL - Cross

| | | |
|---|---|---|
| 10:07:37 | 1 | month. |
| | 2 | Q.  Six-and-a-half. |
| 10:07:38 | 3 | A.  She's going to be seven this month, yes. |
| 10:07:39 | 4 | Q.  Okay, fine.  So she's about six-and-a-half. |
| 10:07:41 | 5 | Okay.  So you waited on your mom to call and your mom |
| 10:07:44 | 6 | gave you the address.  What did your mom tell you when you said |
| 10:07:52 | 7 | I've got -- I've got your daughter, I've got my sister, we're |
| 10:07:55 | 8 | here.  I need to go pick up clothes, so I'm going to go -- you |
| | 9 | probably said I'm going to go pick up her clothes. |
| 10:07:59 | 10 | At that time did your mom tell you to pick up anything |
| 10:08:02 | 11 | else, specifically computers? |
| 10:08:05 | 12 | A.  No. |
| 10:08:06 | 13 | Q.  No. |
| 10:08:07 | 14 | Okay.  So then you went over there.  And when you got |
| 10:08:10 | 15 | over there, I think you have already told us, but generally you |
| 10:08:16 | 16 | picked up your clothes and things, personal things, whatever |
| 10:08:20 | 17 | they were, for your sister, and additionally you picked up four |
| 10:08:25 | 18 | computers, some golf clubs and something else. |
| 10:08:30 | 19 | What did you pick up? |
| 10:08:32 | 20 | A.  A camera. |
| 10:08:33 | 21 | Q.  A camera.  Okay.  What else? |
| 10:08:35 | 22 | A.  My sister's toys. |
| 10:08:39 | 23 | Q.  I'm sorry.  Her things.  Her toys. |
| 10:08:41 | 24 | A.  Yeah. |
| 10:08:42 | 25 | Q.  Yeah.  But as far as your mom's things, the computers, the |

KANNELL - Cross

54

| | | |
|---|---|---|
| 10:08:48 | 1 | four computers, a camera and -- you told me something else. |
| 10:08:54 | 2 | What was it? |
| 10:08:55 | 3 | A.  A printer. |
| 10:09:01 | 4 | Q.  Huh? |
| 10:09:02 | 5 | A.  Printer. |
| 10:09:02 | 6 | Q.  Printer.  Okay.  Printer and golf clubs. |
| 10:09:04 | 7 | Okay.  Things that -- things that would -- did you |
| 10:09:12 | 8 | pick up any of your mom's clothing for example?  Clothes? |
| 10:09:16 | 9 | A.  I picked up everything that was in that room. |
| 10:09:20 | 10 | Q.  You picked up everything in the apartment? |
| 10:09:23 | 11 | A.  Everything. |
| 10:09:24 | 12 | Q.  Clothes? |
| 10:09:24 | 13 | A.  Yes, all their clothes. |
| 10:09:30 | 14 | Q.  And where -- how much space -- where did you put it?  Did |
| | 15 | you -- |
| 10:09:33 | 16 | A.  I had to get a rental car, I had to get storage. |
| 10:09:35 | 17 | Q.  So you went out and got a rental car? |
| 10:09:39 | 18 | A.  Yeah.  I had to get a storage for a day, drop off the stuff |
| 10:09:43 | 19 | and come back and pick up the rest of the stuff.  I was unaware |
| | 20 | what was in the hotel until I got there. |
| 10:09:47 | 21 | Q.  So you get the call from your mother, and she doesn't tell |
| 10:09:52 | 22 | you to take anything except get the stuff for your sister, but |
| 10:09:57 | 23 | you go and get a -- Marisa and your boyfriend and your sister. |
| 10:10:06 | 24 | Did you go straight to the apartment or you went |
| 10:10:10 | 25 | somewhere and rented a car? |

KANNELL - Cross

| | | |
|---|---|---|
| 10:10:12 | 1 | A.   The same day? |
| 10:10:13 | 2 | Q.   Yeah.  What did you do after your mom said -- |
| | 3 | A.   It took me a while -- |
| 10:10:17 | 4 | Q.   -- go pick up your sister's stuff?  What did you do then? |
| 10:10:21 | 5 | A.   It took -- it took me a while to find it.  Once I found |
| | 6 | it -- |
| 10:10:24 | 7 | Q.   You went to the apartment? |
| 10:10:26 | 8 | A.   Yes.  Well, it's a hotel.  I had to talk to the front desk. |
| 10:10:31 | 9 | The supervisor was not there or she was unavailable. |
| 10:10:32 | 10 | Q.   You went to the apartment and you picked up the stuff? |
| 10:10:36 | 11 | A.   Yes, sir, but not the same day. |
| 10:10:42 | 12 | Q.   Where did you take it?  Did you take it and put it in |
| | 13 | Marisa's car? |
| 10:10:45 | 14 | A.   That was the day I had the rental, the same day.  I did not |
| 10:10:48 | 15 | pick up anything because they would not let me in the room. |
| | 16 | Now, a couple -- I think it was the next day -- |
| 10:10:49 | 17 | Q.   Young lady, it would be helpful if you would listen |
| 10:10:54 | 18 | carefully to my questions and answer them.  I took you |
| | 19 | carefully through step by step what you did. |
| 10:10:56 | 20 | After you had your sister with you and she was safe, |
| 10:11:01 | 21 | you drove around or waited until you got a call from your |
| 10:11:05 | 22 | mother.  You told your mother you needed to pick up her |
| 10:11:10 | 23 | clothes, but she didn't know where the apartment was.  Your |
| 10:11:17 | 24 | mother told you the address of the apartment.  You told me |
| 10:11:22 | 25 | earlier that you, your boyfriend, your sister and Marisa drove |

KANNELL - Cross

| | | |
|---|---|---|
| 10:11:24 | 1 | to that address and you picked up your little sister's stuff. |
| | 2 | Is that -- |
| 10:11:28 | 3 | A.  No. |
| | 4 | Q.  No, you did not? |
| 10:11:29 | 5 | A.  Not that day. |
| 10:11:30 | 6 | Q.  What did you do after your mother told you to -- |
| 10:11:31 | 7 | A.  We went to the -- we went to the hotel.  They would not |
| 10:11:36 | 8 | release anything to me. |
| 10:11:37 | 9 | Q.  Then what did you do? |
| 10:11:39 | 10 | A.  I called the social -- the inspector to see if he could |
| 10:11:42 | 11 | call her and release the items to me because they didn't -- |
| 10:11:45 | 12 | Q.  From right there at the hotel? |
| 10:11:46 | 13 | A.  Yes, but they were not -- she was unavailable, so I left my |
| 10:11:50 | 14 | name and number.  She gave me a call the next day. |
| 10:11:53 | 15 | Q.  What did you do then?  Did you leave? |
| 10:11:54 | 16 | A.  We left and went back to Kissimmee. |
| 10:11:58 | 17 | Q.  You left and went back to Kissimmee.  Okay, fine.  You took |
| 10:11:59 | 18 | your sister home to Kissimmee. |
| 10:12:02 | 19 | And then what -- your sister still didn't have any |
| 10:12:12 | 20 | clothes -- her own clothes or anything, right? |
| 10:12:13 | 21 | A.  I bought a pack of panties and -- |
| 10:12:16 | 22 | Q.  You bought some things for her, but she didn't have |
| | 23 | anything from -- |
| | 24 | A.  Of hers, no. |
| 10:12:21 | 25 | Q.  Her toys or anything like that. |

KANNELL - Cross

| | | |
|---|---|---|
| 10:12:23 | 1 | A.  Nothing. |
| 10:12:28 | 2 | Q.  Okay.  Then when did -- what was the next time you went to |
| 10:12:31 | 3 | the apartment?  Was it a day later? |
| 10:12:33 | 4 | A.  I think it was the next day I had spoken to -- I believe it |
| 10:12:35 | 5 | was the next day I spoke to the lady and she told me to come |
| 10:12:40 | 6 | out there and show my ID and speak with her. |
| 10:12:45 | 7 | Q.  Show what?  Hide what?  Do what? |
| 10:12:47 | 8 | A.  Show my ID and I needed to speak -- |
| | 9 | Q.  Oh, show your ID.  Okay. |
| 10:12:50 | 10 | A.  Yes, the supervisor. |
| 10:12:52 | 11 | Q.  So you went and showed the ID to the police inspector? |
| 10:12:56 | 12 | A.  No, no.  The hotel. |
| | 13 | Q.  The hotel. |
| 10:12:58 | 14 | A.  The hotel.  And I -- |
| 10:12:59 | 15 | Q.  So you drove to the hotel. |
| | 16 | A.  Uh-huh. |
| 10:13:03 | 17 | Q.  You believe it was one day later.  That would be the 6th; |
| 10:13:07 | 18 | is that correct? |
| 10:13:08 | 19 | A.  I believe so. |
| 10:13:09 | 20 | Q.  The day after your mother's arrest.  It was the next day |
| 10:13:13 | 21 | you went back to the apartment, and you went from Kissimmee |
| 10:13:17 | 22 | over there. |
| 10:13:18 | 23 | How many hours did it take you to drive wherever you |
| 10:13:21 | 24 | went that day? |
| 10:13:22 | 25 | A.  Three-and-a-half, four hours. |

KANNELL - Cross

| | | |
|---|---|---|
| 10:13:25 | 1 | Q.  Okay.  And this was -- what city was your mother's |
| 10:13:27 | 2 | apartment in? |
| 10:13:28 | 3 | A.  Delray Beach. |
| 10:13:31 | 4 | Q.  Delray Beach. |
| 10:13:33 | 5 | Okay.  And that's when you went and went in and picked |
| 10:13:38 | 6 | up your sister's toys and things, her personal things, and you |
| 10:13:45 | 7 | picked up these other things that you told us about. |
| 10:13:49 | 8 | Now, did your mother -- and think about this.  Did |
| 10:13:52 | 9 | your mother tell you to pick up the computers, the camera, |
| 10:14:01 | 10 | anything of value?  Did she tell you to do that, or did you |
| 10:14:05 | 11 | just decide to do that to get something you can sell to help |
| 10:14:09 | 12 | your sister and you get along? |
| 10:14:12 | 13 | A.  More along the lines of just taking everything.  I honestly |
| 10:14:18 | 14 | don't remember if she told me to.  I don't think she did.  I |
| 10:14:23 | 15 | guess while I'm there I just took everything. |
| 10:14:24 | 16 | Q.  Okay.  Now, you say "everything".  In addition to what you |
| 10:14:28 | 17 | have told us about, did you take anything else, like clothes |
| 10:14:31 | 18 | for example? |
| 10:14:32 | 19 | A.  All of their clothes. |
| 10:14:33 | 20 | Q.  All of their clothes. |
| 10:14:34 | 21 | And did you take any furniture or a chair or anything? |
| 10:14:37 | 22 | A.  No. |
| 10:14:38 | 23 | Q.  How about jewelry or personal items?  Nothing like that? |
| 10:14:44 | 24 | A.  No. |
| 10:14:45 | 25 | Q.  Tell us what you took. |

KANNELL - Cross

| | | |
|---|---|---|
| 10:14:46 | 1 | A.  Clothes.  There was a box of hair ties, like hair stuff. |
| 10:14:56 | 2 | Food, clothes, whatever else was there.  My sister's |
| 10:15:01 | 3 | schoolbooks, because my mother was home-schooling her.  I took |
| 10:15:05 | 4 | all of her toys, bookbags, everything. |
| 10:15:10 | 5 | Q.  Other than your sister's stuff -- I am focusing on your |
| 10:15:15 | 6 | mother now.  What of your mother's personal property did you |
| 10:15:18 | 7 | take? |
| 10:15:19 | 8 | You took all of your mother's clothes; is that |
| 10:15:22 | 9 | correct? |
| 10:15:22 | 10 | A.  Yes, sir. |
| 10:15:23 | 11 | Q.  And where did you put the clothes when you took them out of |
| 10:15:27 | 12 | the apartment? |
| 10:15:28 | 13 | A.  In the trunk. |
| 10:15:29 | 14 | Q.  Trunk of what? |
| 10:15:30 | 15 | A.  The rental. |
| 10:15:31 | 16 | Q.  So you've rented the car? |
| 10:15:33 | 17 | A.  Yes. |
| 10:15:33 | 18 | Q.  You rented that in Kissimmee? |
| 10:15:36 | 19 | A.  Yes. |
| 10:15:36 | 20 | Q.  Okay.  Was anybody with you to help you pick up this stuff? |
| 10:15:41 | 21 | Was anybody with you? |
| 10:15:42 | 22 | A.  My boyfriend and my sister. |
| 10:15:45 | 23 | Q.  Your boyfriend and your sister. |
| 10:15:45 | 24 | So there were three of you there, and your boyfriend |
| 10:15:47 | 25 | helped you carry the clothes down and the golf clubs and stuff |

| | | |
|---|---|---|
| 10:15:53 | 1 | like that or whatever.  You carried, he carried, you put stuff |
| 10:15:56 | 2 | in the car. |
| 10:15:56 | 3 | A.  Yes. |
| | 4 | Q.  All right. |
| 10:15:57 | 5 | A.  Oh, and my sister-in-law.  She's 15 years old. |
| 10:16:01 | 6 | Q.  Your sister-in-law? |
| 10:16:03 | 7 | A.  Yes. |
| 10:16:04 | 8 | Q.  Okay.  So actually, there are the two little girls and your |
| 10:16:07 | 9 | boyfriend and yourself.  So there were four of you. |
| 10:16:11 | 10 | All right.  Now, then, did you have to put anything in |
| 10:16:13 | 11 | the back seat with the kids when you drove back? |
| 10:16:16 | 12 | A.  Yes, I did. |
| 10:16:17 | 13 | Q.  You had to fill up the car, didn't you? |
| 10:16:20 | 14 | A.  Yes. |
| 10:16:20 | 15 | Q.  There were a lot of clothes and personal items like that? |
| 10:16:24 | 16 | A.  Mostly clothes.  They had a lot of clothes. |
| 10:16:27 | 17 | Q.  And it took up the whole car pretty much with the kids |
| 10:16:30 | 18 | sitting on top of whatever? |
| 10:16:32 | 19 | A.  Yes. |
| 10:16:32 | 20 | Q.  Okay.  And you drove back to Kissimmee? |
| | 21 | A.  I think -- |
| 10:16:41 | 22 | Q.  Did you go to a pawn shop and sell anything at that time? |
| 10:16:46 | 23 | Did you do anything like that, or did you just drive back after |
| 10:16:48 | 24 | you loaded up the car? |
| 10:16:48 | 25 | A.  I don't think I went to a pawn shop in that area.  I |

KANNELL - Cross

61

10:16:57    1   think -- I think -- no, that wasn't -- no.  Yeah, I drove back

10:16:58    2   to Kissimmee.  I think we stayed in a hotel, and the next

10:17:02    3   morning we drove back, because it was late.

            4   Q.  Okay.

10:17:05    5   A.  And we came back the next day, just me and my boyfriend,

10:17:09    6   and picked up the rest of the stuff because we had put the

10:17:13    7   other stuff in storage.  Yeah, we put it in storage the same

10:17:15    8   day that we got the hotel.  We left it there, we went back,

            9   dropped them off, and then came back and picked up the rest of

           10   the stuff.

10:17:23   11   Q.  Okay.  So you stayed over.  You loaded the car, then you

10:17:25   12   stayed overnight that night in your mother's apartment; is that

10:17:33   13   correct?

10:17:36   14   A.  No.

10:17:36   15   Q.  No.  I misunderstood then.

10:17:39   16       You loaded your stuff, drove back to Kissimmee, and

10:17:41   17   then you and your boyfriend went back and picked up the other

10:17:46   18   stuff, or what was left after you had emptied it of clothes

10:17:50   19   and --

10:17:51   20   A.  The golf clubs.

10:17:53   21   Q.  The golf clubs were the only thing that you didn't pick up

10:17:58   22   the first time?

10:18:00   23   A.  And I think the printers, because the printers were big,

10:18:04   24   and I think like one suitcase of clothes.

10:18:07   25       Because they were big.  The golf clubs were huge.

KANNELL - Cross

| | | |
|---|---|---|
| 10:18:10 | 1 | Q.  And the printers, because the printers were big, and one of |
| 10:18:13 | 2 | the suitcases of clothes and the golf clubs. |
| | 3 | Okay.  So you made two trips then? |
| 10:18:17 | 4 | A.  I made a total altogether three.  Picking up my sister, |
| 10:18:22 | 5 | going back home, the next day going back, getting a hotel, |
| 10:18:27 | 6 | coming back and then going back. |
| 10:18:30 | 7 | THE COURT:  Okay.  All right.  Cross-examination. |
| 10:18:32 | 8 | BY MR. WATTS-FITZGERALD: |
| 10:18:32 | 9 | Q.  After you had emptied the hotel room of everything, you |
| 10:18:35 | 10 | took it all back to Kissimmee, to the residence where you were |
| 10:18:39 | 11 | staying, correct? |
| 10:18:40 | 12 | A.  Yes, sir. |
| 10:18:41 | 13 | Q.  And when your mother contacted you thereafter -- you had |
| 10:18:46 | 14 | her former cell phone.  It had been given to you by the |
| 10:18:50 | 15 | inspector, right? |
| 10:18:51 | 16 | A.  I believe so. |
| 10:18:52 | 17 | Q.  And your mother did call you and you spoke with her and |
| 10:18:56 | 18 | your stepfather either by phone or by e-mail messages a number |
| 10:19:01 | 19 | of times over the next month? |
| 10:19:03 | 20 | A.  Yes, sir. |
| 10:19:03 | 21 | Q.  During that time did you tell her that you had everything |
| 10:19:07 | 22 | out of the hotel? |
| 10:19:07 | 23 | A.  Yes, sir. |
| 10:19:08 | 24 | Q.  Did you tell her you were going to start selling the times |
| 10:19:11 | 25 | in order to support your half sister and to get money for them? |

KANNELL - Cross

| | | |
|---|---|---|
| 10:19:16 | 1 | A.  Yes, sir. |
| 10:19:17 | 2 | Q.  Okay.  Did she ever tell you not to sell the computers? |
| 10:19:20 | 3 | A.  No, sir. |
| 10:19:21 | 4 | Q.  Did you tell her that at a certain point between October |
| 10:19:26 | 5 | 7th and November 28th you had sold the iPad notebook computer? |
| 10:19:31 | 6 | A.  Did I tell her? |
| 10:19:32 | 7 | Q.  Yes. |
| 10:19:34 | 8 | A.  Yes. |
| 10:19:35 | 9 | Q.  Okay.  Did she allow you to keep that money, or did you |
| 10:19:39 | 10 | have to transfer it to her and your stepfather? |
| 10:19:42 | 11 | A.  It was for me to keep. |
| 10:19:44 | 12 | Q.  Okay.  And, in fact, you did sell a second computer -- |
| | 13 | A.  Yes. |
| 10:19:47 | 14 | Q.  -- to the woman you -- the girl you referred to as your |
| 10:19:50 | 15 | sister-in-law? |
| 10:19:50 | 16 | A.  Yes, sir. |
| 10:19:51 | 17 | Q.  And you had planned to sell the other two computers as the |
| 10:19:55 | 18 | opportunity would present itself if you could get them working |
| 10:20:00 | 19 | or if somebody was interested? |
| 10:20:01 | 20 | A.  If I could get them working, yes. |
| 10:20:04 | 21 | Q.  Okay.  Did you ever sell the golf clubs? |
| 10:20:07 | 22 | A.  Yes. |
| 10:20:07 | 23 | Q.  And you sold the camera? |
| 10:20:09 | 24 | A.  Yes. |
| 10:20:09 | 25 | Q.  And at least one of the printers? |

KANNELL - Cross

| | | |
|---|---|---|
| 10:20:12 | 1 | A.  Yes. |
| 10:20:12 | 2 | Q.  Okay.  Now, on November 28th, or a day or two before, you |
| 10:20:15 | 3 | got a call from Postal Inspector Claudia Angel asking to |
| 10:20:20 | 4 | interview and to see your sister -- your younger sister, right? |
| 10:20:23 | 5 | A.  Yes, sir. |
| 10:20:24 | 6 | Q.  And she asked you to come in for an interview at either the |
| 10:20:27 | 7 | Postal Inspection Services Office that you had been at in West |
| 10:20:32 | 8 | Palm Beach or one in Orlando near where you lived? |
| 10:20:36 | 9 | A.  It was just the regular police department in Kissimmee. |
| 10:20:39 | 10 | Q.  Not where you ended up.  She asked you to come to her |
| 10:20:42 | 11 | office, didn't she? |
| 10:20:43 | 12 | A.  I don't think she did. |
| 10:20:46 | 13 | Q.  Okay.  On the 28th, though, you knew she was coming to your |
| 10:20:49 | 14 | house? |
| 10:20:49 | 15 | A.  Yes.  I don't know the exact date, but -- |
| 10:20:52 | 16 | Q.  Okay.  And she did come and visit you, and after seeing |
| 10:20:55 | 17 | that your sister was all right, she asked you to accompany her |
| 10:20:59 | 18 | to the Kissimmee Police Department for an interview? |
| 10:21:02 | 19 | A.  Yes, sir. |
| 10:21:02 | 20 | Q.  Now, the house that you were in, it had been raided for -- |
| 10:21:06 | 21 | because -- there was a raid for drugs there? |
| 10:21:07 | 22 | A.  No, sir. |
| 10:21:08 | 23 | Q.  There never was? |
| 10:21:09 | 24 | A.  Not at that house. |
| 10:21:11 | 25 | Q.  Not at that house.  Okay.  So that was a different house. |

| | | |
|---|---|---|
| 10:21:13 | 1 | Your boyfriend with whom you were living, was he there |
| 10:21:17 | 2 | at the time the agent came by? |
| 10:21:19 | 3 | A.  I'm not sure. |
| 10:21:20 | 4 | Q.  Was your little sister there? |
| 10:21:22 | 5 | A.  Of course. |
| 10:21:23 | 6 | Q.  How about the woman you refer to as your mother-in-law? |
| 10:21:26 | 7 | A.  Yes. |
| 10:21:26 | 8 | Q.  And her daughter? |
| 10:21:27 | 9 | A.  She might have been in school. |
| 10:21:30 | 10 | Q.  Okay.  Your boyfriend, he has multiple felony and |
| 10:21:36 | 11 | misdemeanor convictions for drug trafficking, doesn't he? |
| 10:21:40 | 12 | THE COURT:  This wasn't brought out on direct. |
| 10:21:44 | 13 | MR. WATTS-FITZGERALD:  It's in my pleading, Your |
| 10:21:47 | 14 | Honor. |
| 10:21:47 | 15 | THE COURT:  So what.  There's no relevancy.  See, the |
| 10:21:50 | 16 | question is -- we've got two computers -- two, now -- that were |
| 10:21:51 | 17 | turned over -- and one was obtained from the sister-in-law, I |
| 10:21:55 | 18 | guess three -- and we are talking about whether there was an |
| 10:21:58 | 19 | expectation of privacy that is protected by the constitution |
| 10:22:03 | 20 | against seizure and -- that's what we are talking about. |
| 10:22:08 | 21 | MR. WATTS-FITZGERALD:  Your Honor? |
| | 22 | THE COURT:  I don't know the -- |
| 10:22:09 | 23 | MR. WATTS-FITZGERALD:  The relevancy, I would just |
| 10:22:10 | 24 | proffer to Your Honor, is the defense has claimed that this |
| 10:22:12 | 25 | woman is going to sit there and tell you that she was coerced |

KANNELL - Cross

| | | |
|---|---|---|
| 10:22:16 | 1 | into handing these over.  Part of the coercion was that she was |
| 10:22:20 | 2 | taken to the police station for the interview.  There were very |
| | 3 | persuasive reasons. |
| 10:22:23 | 4 | THE COURT:  We covered all of that.  The reasons don't |
| 10:22:26 | 5 | matter.  The point is, the facts of where she was.  She was in |
| 10:22:30 | 6 | a police station. |
| | 7 | MR. WATTS-FITZGERALD:  Your Honor. |
| 10:22:33 | 8 | THE COURT:  She said that they told her -- which, |
| 10:22:43 | 9 | parenthetically, it is routine for police to say to everybody, |
| 10:22:46 | 10 | we can get a warrant to get this, or we can ask you for your |
| 10:22:51 | 11 | cooperation.  That happened.  She believes she got some sort of |
| 10:22:53 | 12 | inference, or she thought in her own mind that, well, they're |
| 10:22:57 | 13 | police and what-have-you, and should get it and they did it. |
| 10:23:03 | 14 | So there it is.  We don't need to get into all the, |
| 10:23:06 | 15 | you know, the background of all these other people and |
| 10:23:09 | 16 | everything.  She was not at home.  She was at the police |
| 10:23:11 | 17 | station. |
| 10:23:12 | 18 | MR. WATTS-FITZGERALD:  I will move on, Your Honor. |
| | 19 | For the Court's benefit, in case that note doesn't say |
| 10:23:17 | 20 | what we just heard, the chiller is up and running and the air |
| 10:23:20 | 21 | conditioning is back online, Your Honor. |
| 10:23:22 | 22 | THE COURT:  I have been handed that note. |
| 10:23:25 | 23 | Joyce, tell the Jury Section to have the jurors here |
| 10:23:30 | 24 | this afternoon at 1:00.  We'll pick our jury at 1:00. |
| 10:23:35 | 25 | MR. WATTS-FITZGERALD: |

KANNELL - Cross

| | | |
|---|---|---|
| 10:23:36 | 1 | Q.  Okay.  The agents, the postal inspectors, the two of them, |
| 10:23:38 | 2 | they asked you to go to the Kissimmee Police Department, |
| 10:23:42 | 3 | correct? |
| 10:23:42 | 4 | A.  Yes, sir. |
| 10:23:43 | 5 | Q.  And when you made that trip, you did not have the three |
| 10:23:46 | 6 | computers with you that were still in the house, did you? |
| 10:23:49 | 7 | A.  No, I did not. |
| 10:23:50 | 8 | Q.  And during the interview they asked you about the computers |
| 10:23:53 | 9 | and you told them that you still had three back there and that |
| 10:23:56 | 10 | you had sold one to your sister-in-law for $100? |
| 10:23:59 | 11 | A.  Yes, sir. |
| 10:24:00 | 12 | Q.  Okay.  And they then asked your -- or told you that they |
| 10:24:01 | 13 | were interested in those computers because they believed there |
| 10:24:04 | 14 | was evidence on them related to your mother and your |
| 10:24:07 | 15 | stepfather, correct? |
| 10:24:08 | 16 | A.  Yes, sir. |
| 10:24:09 | 17 | Q.  While you were at the police station you were told a number |
| 10:24:12 | 18 | of times that you were not under arrest, weren't you? |
| 10:24:15 | 19 | A.  Yes, sir. |
| 10:24:15 | 20 | Q.  You knew you weren't under arrest? |
| 10:24:18 | 21 | A.  Yes, sir. |
| 10:24:19 | 22 | Q.  They also told you you were free to go, that your -- this |
| 10:24:22 | 23 | interview was voluntary, correct? |
| 10:24:24 | 24 | A.  I don't remember that part, but I was free to go. |
| 10:24:28 | 25 | Q.  Okay.  You understood that.  Whether somebody told you or |

KANNELL - Cross

| | | |
|---|---|---|
| 10:24:31 | 1 | not, you understood you were free to go? |
| 10:24:33 | 2 | A.  Yes. |
| 10:24:34 | 3 | Q.  And nobody displayed any firearms or threatened you in any |
| 10:24:38 | 4 | way? |
| 10:24:38 | 5 | THE COURT:  Let's move on.  I mean, let's shorten |
| 10:24:40 | 6 | this.  We are not before a jury.  You don't need a complete |
| 10:24:44 | 7 | record. |
| 10:24:45 | 8 | BY MR. WATTS-FITZGERALD: |
| 10:24:45 | 9 | Q.  The agents asked if you were willing to voluntarily turn |
| 10:24:49 | 10 | over to them the computers, did they not? |
| 10:24:52 | 11 | A.  Yes. |
| 10:24:52 | 12 | MR. WATTS-FITZGERALD:  Your Honor, may I approach the |
| 10:24:54 | 13 | witness? |
| 10:24:55 | 14 | THE COURT:  I would really like to -- yes, we can |
| 10:25:03 | 15 | develop a whole thing if we go back three months ago. |
| 10:25:07 | 16 | With the Magistrates, you get consents, et cetera, et |
| 10:25:09 | 17 | cetera. |
| 10:25:10 | 18 | All right.  Show her whatever you want to show her. |
| 10:25:18 | 19 | BY MR. WATTS-FITZGERALD: |
| 10:25:19 | 20 | Q.  I am showing you what is marked as Exhibit 1 for this |
| 10:25:23 | 21 | hearing purpose. |
| 10:25:24 | 22 | Do you recognize that consent to search? |
| 10:25:27 | 23 | BY THE COURT: |
| 10:25:27 | 24 | Q.  Did you sign it, young lady? |
| 10:25:31 | 25 | A.  Yes, ma'am -- yes, sir. |

```
            1   Q.  Is that your signature?

            2   A.  Yes, sir.

            3   Q.  All right.

10:25:32    4        Did you give them the key, the password or key words

10:25:36    5   to get into it?

10:25:39    6   A.  The one, because they said if I gave it to them they can

10:25:43    7   look at the computer, and they wouldn't have to take it if

10:25:47    8   there was nothing in it.

10:25:49    9   Q.  So you gave them the password?

10:25:51   10   A.  Yes.  And they looked at it in front of me and within 30

10:25:53   11   seconds they said they have to take it.

10:25:56   12   Q.  Wait just a minute.  I didn't hear you.

10:25:56   13        So you gave them the password?

10:26:00   14        Yes.  Within 30 seconds they said they would have to

10:26:02   15   take it.

10:26:02   16        And they did take it, right?

10:26:04   17   A.  Yes, sir.

10:26:05   18        THE COURT:  All right.  I know there is a lot more you

10:26:10   19   would like to give, but why don't we take the redirect and let

10:26:13   20   it go at that.  If there is something new that comes up I will

           21   give you an opportunity in rebuttal.

10:26:14   22        MR. WATTS-FITZGERALD:  Your Honor, can I literally ask

10:26:17   23   just one question?

10:26:18   24        THE COURT:  All right.

10:26:19   25   BY MR. WATTS-FITZGERALD:
```

| | | |
|---|---|---|
| 10:26:19 | 1 | Q.  Did your mother at any time tell you to destroy the data or |
| 10:26:25 | 2 | information on the computers before you sold them? |
| 10:26:27 | 3 | A.  Never. |
| 10:26:29 | 4 | MR. WATTS-FITZGERALD:  Nothing further, Your Honor. |
| 10:26:31 | 5 | THE COURT:  Mr. Spitale. |
| 10:26:33 | 6 | MR. SPITALE:  Yes, Your Honor, briefly. |
| | 7 | REDIRECT EXAMINATION |
| 10:26:35 | 8 | BY MR. SPITALE: |
| 10:26:35 | 9 | Q.  You stated on cross-examination that you had one -- or I |
| 10:26:41 | 10 | believe two of the computers that were not working; is that |
| 10:26:43 | 11 | correct? |
| 10:26:44 | 12 | A.  Yes, sir. |
| 10:26:45 | 13 | Q.  And those you were not intending to sell because they were |
| 10:26:49 | 14 | not functional? |
| 10:26:50 | 15 | A.  Yes, sir. |
| 10:26:53 | 16 | MR. SPITALE:  That's all, Your Honor. |
| 10:26:55 | 17 | THE COURT:  All right, fine. |
| 10:26:55 | 18 | It would appear on the evidence before the Court that |
| 10:26:58 | 19 | the -- |
| 10:26:59 | 20 | You may step down, young lady, and have a seat.  Thank |
| 10:27:02 | 21 | you. |
| 10:27:10 | 22 | That the motion to suppress the computers must be |
| 10:27:12 | 23 | denied.  There is no violation of federal law regarding the |
| 10:27:19 | 24 | seizure of the computers.  It wasn't a seizure actually, it was |
| 10:27:24 | 25 | a voluntary turn over by the person who then had custody and |

10:27:29    1   control over them, who was not the owner of the computers.  It

10:27:32    2   was the daughter of the defendant.  The owners apparently of

10:27:36    3   the computers were the -- Mrs. Kannell.  That gives her the

10:27:42    4   standing to bring this motion.

10:27:44    5           The question is did she have an expectation of

10:27:48    6   privacy, and clearly she did not.  She turned them loose to be

10:27:57    7   given or sold to anybody that -- or they might come into

10:27:59    8   possession of anyone else.  She turned the computers over to

10:28:02    9   the daughter and from there on the expectation of privacy

10:28:06   10   required by the Fourth Amendment was at that point released.

10:28:11   11           Under these circumstances, it is clear that the

10:28:14   12   government has proper possession of the computers.  The motion

10:28:17   13   is denied.

10:28:18   14           All right.  We will resume today at --

            15           Joyce, did I say 1:00?

            16           COURTROOM DEPUTY:  1:00.

10:28:25   17           THE COURT:  1:00 for the selection of the jury.

10:28:29   18           Oh, wait a minute.  There is a motion to suppress a

10:28:32   19   count of an indictment.  All right.  Let's see what that's all

10:28:44   20   about.  I haven't read it.  This was filed last night, Sunday

10:28:49   21   night or whenever it was.  I got it -- I didn't see it until

10:28:51   22   7:00 this morning.

10:28:51   23           Partial motion to dismiss.  You are moving to

10:28:53   24   dismiss part of the indictment, and the defendant Anja Kannell

10:28:58   25   is moving to dismiss.  It refers to the indictment of October

10:29:45

10:29:46

10:29:51

10:29:55

10:30:06

10:30:10

10:30:11

10:30:14

10:30:17

10:30:22

10:30:34

10:30:42

10:30:43

10:30:46

10:30:53

10:30:57

10:31:00

10:31:06

10:31:19

10:31:28

10:31:32

10:31:36

10:31:39

1  4th, 2011, consisting of 24 counts D.E. 1.  On February 9th,

2  2012, a Superseding Indictment D.E. 52 consisting of 41 counts.

3  Let me go to the end of it.  Maybe that will tell me.

4       At the end of it, it's a motion to suppress evidence,

5  in all respects, is the conclusion.  I see up in the body of

6  the motion that this is all about transcripts of grand jury,

7  and I am not real sure what it is from the memo that is sought

8  to be dismissed.  Let's see.

9       I am quoting on the first page.  She, being defendant

10  Kannell, moves -- argues that the transcript that was provided,

11  the Jencks material, at the calendar call lacks direct

12  testimony regarding Counts 35 to 41 of the superseding

13  indictment.

14       What am I reading from here -- excuse me.  This is

15  government's response.  Pardon me.  We have five pieces of

16  paper -- six -- five pieces of paper.  It came across the

17  Internet thing to my office this morning at 7:00 a.m.

18       That was a motion to suppress.  I had that on top.

19  Now we go to the partial motion to dismiss the indictment,

20  being document number 90, 9-0, and the defendant is moving to

21  dismiss Counts 35 through 41, and it refers to the grand jury

22  transcripts and says that there is no evidence in the

23  transcripts of 35 through 41.

24       All right.  Then the government has filed a response

25  here, document 91, which was, again, filed this morning.  I

KANNELL - Redirect

| 10:31:45 | 1 | have not had a chance to read it.  Let's see what the end |

10:31:45    1    have not had a chance to read it.  Let's see what the end

10:31:48    2    result is.  This one deals with a motion to suppress.

10:31:56    3         All right.  If the government has filed a response, I

10:31:58    4    am not aware of it.  I am not saying you needed to.  You may

10:32:02    5    have gotten it at 7:00 a.m. this morning also.  Am I missing

10:32:07    6    any response by the government to the motion to dismiss?

10:32:12    7         MR. WATTS-FITZGERALD:  Oh, yes, Your Honor.

10:32:15    8         THE COURT:  What docket number?

10:32:17    9         MR. WATTS-FITZGERALD:  94, Your Honor.

10:32:18   10         THE COURT:  94.  91, 90, 93, 88.  Here's 94.

10:32:38   11         All right.  At the end of that you suggest that -- you

10:32:39   12    say that you want me to deny the motion to suppress the

10:32:45   13    evidence in all respects.

           14         Okay.  What do you want me to do about the motion?

10:32:48   15    You are opposed to it; is that correct?

10:32:51   16         MR. WATTS-FITZGERALD:  Yes, Your Honor.

10:32:53   17         THE COURT:  All right.  Now, tell me why, and then I

10:32:56   18    will give Mr. Spitale a chance to answer.

10:32:59   19         The defense says they have reviewed the evidence.

10:33:02   20    There is nothing in the testimony of the grand jury about

10:33:05   21    Counts 35 through 41.

10:33:07   22         Is there anything in the record, in the transcript,

10:33:09   23    about those counts that you think would justify the return of

10:33:15   24    the indictment on those, 35 to 41?

10:33:18   25         MR. WATTS-FITZGERALD:  There is only one reference to

KANNELL - Redirect

| | | |
|---|---|---|
| 10:33:21 | 1 | those counts.  Those counts were added in the superseding |
| 10:33:24 | 2 | indictment, Your Honor.  We realized when counsel noted this |
| 10:33:29 | 3 | that, in fact, there is a missing grand jury transcript.  I |
| 10:33:34 | 4 | contacted the Court Reporter and spoke at great length with her |
| 10:33:38 | 5 | about this, Elaine Soma, and she described to me, and I have |
| | 6 | put it in my response -- |
| 10:33:43 | 7 | THE COURT:  Well, that doesn't make it any evidence |
| 10:33:45 | 8 | that you can argue. |
| | 9 | MR. WATTS-FITZGERALD:  Your Honor -- |
| 10:33:46 | 10 | THE COURT:  We have got to deal with the record. |
| 10:33:49 | 11 | Now, if we need Elaine Soma here to testify under oath, fine. |
| 10:33:54 | 12 | MR. WATTS-FITZGERALD:  Rule 6(e)(1) requires grand |
| 10:33:57 | 13 | jury proceedings to be recorded, and they would normally be |
| 10:34:02 | 14 | transcribed.  We have an obligation under the Jencks Act to |
| 10:34:07 | 15 | give everything we have to the defense.  We have done that, |
| | 16 | Your Honor.  This transcript material is apparently totally |
| | 17 | unavailable.  They have -- |
| 10:34:13 | 18 | THE COURT:  Is it deliverable at all?  Under the |
| 10:34:16 | 19 | Jencks Act, the transcript of witnesses appearing before a |
| 10:34:20 | 20 | grand jury are prohibited by the same Rule 6(e) from disclosure |
| 10:34:26 | 21 | to anyone without an order of Court, is my understanding. |
| 10:34:29 | 22 | MR. WATTS-FITZGERALD:  That's correct, Your Honor. |
| 10:34:31 | 23 | THE COURT:  Did you get an order of Court? |
| 10:34:34 | 24 | Did you get an order of Court permitting you to |
| 10:34:35 | 25 | deliver to the defendant Jencks material about the grand jury |

10:34:38  1   testimony?

10:34:41  2        MR. WATTS-FITZGERALD:  Your Honor, the standing

10:34:43  3   discovery order in this case orders the United States to

10:34:45  4   provide Jencks material to the defendant.

10:34:46  5        THE COURT:  But not grand jury material.

          6        MR. WATTS-FITZGERALD:  Your Honor, that's routinely

          7   interpreted by the Courts to be --

10:34:52  8        THE COURT:  That may be your interpretation.  Where

10:34:53  9   does it say in the standing discovery order that the government

10:34:56  10  is ordered to produce grand jury testimony that is protected by

10:35:04  11  Rule 6(e) from disclosure to anyone to the defense counsel?

10:35:31  12       MR. WATTS-FITZGERALD:  Your Honor, Subsection J of the

10:35:34  13  standing discovery order.

10:35:37  14       THE COURT:  Read it to me, please.

10:35:47  15       MR. WATTS-FITZGERALD:  The government shall have

10:35:49  16  transcribed the grand jury testimony of all witnesses who will

10:35:52  17  testify for the government at the trial of this cause

10:35:56  18  preparatory to a timely motion for discovery.

          19       And then the Jencks Act --

10:36:03  20       THE COURT:  "Shall" transcribe.

          21       MR. WATTS-FITZGERALD:  Right, Your Honor.  And then

          22  Title --

10:36:05  23       THE COURT:  No, period.  Is it a period?  It doesn't

10:36:07  24  say turned over to anybody.  It just says transcribe it.

10:36:08  25       MR. WATTS-FITZGERALD:  "Transcribe who will testify

KANNELL - Redirect

| | | |
|---|---|---|
| 10:36:11 | 1 | preparatory to a timely motion for discovery."  Then the Jencks |
| 10:36:13 | 2 | Act explicitly says, "The government shall no later than the |
| 10:36:17 | 3 | time of the conclusion of the testimony on direct of a witness |
| 10:36:21 | 4 | testifying at trial provide all statements to the defense." |
| 10:36:26 | 5 | THE COURT:  That's at trial, where you can ask the |
| 10:36:29 | 6 | Court for relief under Rule 6(e) to disclose confidential |
| 10:36:33 | 7 | matters.  You didn't get an order.  No order was given. |
| 10:36:38 | 8 | Apparently the government, for whatever reason, innocent, |
| 10:36:44 | 9 | whatever, didn't get the grand jury testimony transcribed. |
| 10:36:47 | 10 | So now, here we are two hours from selecting a jury |
| 10:36:52 | 11 | and you are relying upon an interpretation that your office |
| 10:36:57 | 12 | always places on this, that regardless of the very stern |
| 10:37:02 | 13 | prohibition against handing over grand jury testimony to anyone |
| 10:37:07 | 14 | without an order of the Court permitting that, that the |
| 10:37:11 | 15 | interpretation of what the Magistrate does in the standing form |
| 10:37:16 | 16 | order that orders you to transcribe it and have it ready if |
| 10:37:20 | 17 | needed -- if needed. |
| 10:37:22 | 18 | There is no motion to produce it.  There is nothing |
| 10:37:26 | 19 | except the Jencks Act, which after the witnesses testify, says |
| 10:37:30 | 20 | you've got to turn it over.  It is practice and tradition in |
| 10:37:35 | 21 | this court for the government to, as a matter of courtesy to |
| 10:37:39 | 22 | the Court and counsel, turn over the testimony of witnesses |
| 10:37:42 | 23 | that it intends to call the night before so they can prepare |
| 10:37:47 | 24 | for the cross-examination the next day and not waste the jury's |
| 10:37:51 | 25 | time while the defense lawyers go off and read it in a |

KANNELL - Redirect

10:37:56  1  conference room.

10:37:58  2          But nowhere in there do I interpret that as being the

10:38:03  3  government has willy-nilly the right to transcribe it and turn

10:38:07  4  it over ahead of time.

10:38:09  5          That didn't occur.

10:38:09  6          Now, at the calendar call Mr. Spitale says that you

10:38:14  7  gave him a transcript.

         8          MR. WATTS-FITZGERALD:  That's correct.

10:38:17  9          THE COURT:  Which turns out to be -- partial

10:38:19  10  transcript.  Now, that was done without permission of the

10:38:22  11  Court, so it's in violation of that rule.  There is a problem

10:38:26  12  to start with.

10:38:27  13          In any event, where -- and I will ask

10:38:31  14  Mr. Spitale, where is there an obligation to turn over in

10:38:35  15  advance of the witness' testimony, under the Jencks Act, any

10:38:41  16  other testimony of witnesses before the grand jury?

10:38:46  17          The timing is, after the witness testifies they get to

10:38:49  18  hand -- they've got to hand it to you.  And, of course, we all

10:38:53  19  know they've got to get an order of the Court permitting that.

10:38:58  20  They can't go out willy-nilly or just because of some

10:39:03  21  interpretation of somebody in the Department of Justice, the

10:39:06  22  Court doesn't pay attention to that.  We have to rule on the

         23  laws as set forth in the grand jury.

10:39:10  24          I know of no requirement they turn it over to you in

10:39:13  25  advance of the witness testifying.  So in Counts 35 to 41,

| | | |
|---|---|---|
| 10:39:18 | 1 | where does that leave you?  That leaves you after the witness |
| 10:39:22 | 2 | has testified you get a copy of it -- of any testimony, |
| 10:39:29 | 3 | provided I have permitted them to turn it over.  At that time |
| 10:39:32 | 4 | you can analyze it, and at the time of the completion of the |
| 10:39:35 | 5 | government's case, under Rule -- I've been dealing with civil |
| 10:39:38 | 6 | lately.  That's Rule 50.  This is yours.  In criminal it's Rule |
| 10:39:43 | 7 | 29.  One's motion for a directed verdict at the conclusion -- |
| 10:39:47 | 8 | MR. WATTS-FITZGERALD:  Rule 29, Your Honor. |
| 10:39:50 | 9 | THE COURT:  Thank you.  Rule 29.  Criminal Rule 29. |
| 10:39:52 | 10 | So at that point in time, Mr. Spitale, you have the |
| 10:39:54 | 11 | right to raise this issue again.  Right now it's premature |
| 10:39:58 | 12 | because they don't have to give it to you. |
| 10:40:02 | 13 | I ask, and in good faith, an Officer of the Court, a |
| 10:40:06 | 14 | statement from Mr. Watts-Fitzgerald that he intends to offer |
| 10:40:13 | 15 | evidence on Counts 35 to 41. |
| 10:40:16 | 16 | Do you? |
| 10:40:16 | 17 | MR. WATTS-FITZGERALD:  I do, Your Honor. |
| 10:40:18 | 18 | THE COURT:  In good faith you intend to produce it? |
| | 19 | MR. WATTS-FITZGERALD:  Yes. |
| 10:40:21 | 20 | THE COURT:  To offer evidence on this. |
| 10:40:24 | 21 | So your motion is denied without prejudice to renew it |
| 10:40:27 | 22 | at the Rule 29 segment of time, if it develops that the |
| 10:40:31 | 23 | government has not offered any testimony that would |
| 10:40:35 | 24 | substantiate the return of an indictment and a superseding |
| 10:40:38 | 25 | indictment on Counts 35 to 41. |

| 10:40:41 | 1 | All right.  We will resume with the selection of the |
| 10:40:44 | 2 | jury at 1:00. |
| 10:40:45 | 3 | MR. SPITALE:  Your Honor, could I mention one thing |
| 10:40:48 | 4 | very quickly? |
| 10:40:50 | 5 | THE COURT:  Yes. |
| 10:40:50 | 6 | MR. SPITALE:  Mr. Watts-Fitzgerald has courteously |
| 10:40:57 | 7 | discussed with me that he is not going to manage -- I mean |
| 10:40:59 | 8 | he's not going to mention during his testimony something |
| 10:41:01 | 9 | regarding -- that could be attributed to a statement by the |
| 10:41:04 | 10 | co-defendant regarding my client which could be prejudicial. |
| 10:41:08 | 11 | Given that fact, Your Honor, I am not going to be |
| 10:41:12 | 12 | filing a motion to sever -- this all occurred -- when I got the |
| 10:41:16 | 13 | Jencks material I became aware of this. |
| 10:41:21 | 14 | THE COURT:  So we can identify what you are talking |
| 10:41:24 | 15 | about, what statement is it that you are alluding to?  What is |
| 10:41:28 | 16 | this?  I don't know.  We need it clear. |
| 10:41:31 | 17 | MR. WATTS-FITZGERALD:  All right.  The defendant, |
| 10:41:33 | 18 | Mr. Harvey, was interviewed post arrest, post Miranda.  He made |
| 10:41:39 | 19 | some implicating statements to the agents and inspectors, one |
| 10:41:42 | 20 | of which would further implicate his co-defendant. |
| 10:41:47 | 21 | THE COURT:  Great.  What was the subject-matter? |
| 10:41:49 | 22 | MR. WATTS-FITZGERALD:  The subject-matter was that he |
| 10:41:50 | 23 | stated that neither he nor she are entitled to the money that |
| 10:41:54 | 24 | they had received from the Gulf Coast Claims Facility.  That |
| 10:41:58 | 25 | would raise a Bruton issue, Your Honor.  We are not going to |

KANNELL - Redirect

80

| 10:42:01 | 1 | pursue that particular statement because we are not seeking a |
|---|---|---|

10:42:01  1  pursue that particular statement because we are not seeking a

10:42:05  2  severance.  Only should --

10:42:05  3       THE COURT:  Fine.  You are not going to bring it up,

10:42:08  4  and that takes care of what you were moving to suppress.  Is

10:42:11  5  that correct, Mr. Spitale?

10:42:14  6       MR. SPITALE:  Yes, sir.

10:42:15  7       MR. WATTS-FITZGERALD:  Your Honor?

          8       THE COURT:  Yes.

10:42:16  9       MR. WATTS-FITZGERALD:  In an exercise of caution, can

10:42:16  10  I move ore tenus for permission for the United States, pursuant

10:42:22  11  to Rule 6(e), to disclose to the defense such grand jury

10:42:24  12  transcripts that are in the government's possession that are

10:42:30  13  transcripts of witnesses the United States intends to call in

10:42:30  14  this case?

10:42:30  15       THE COURT:  Just as soon as you file a written motion.

10:42:33  16  When I give permission to disclose grand jury testimony, it is

10:42:37  17  the subject of a written order.  It is based upon the record

10:42:41  18  that is supplied to the Court in camera; namely, all the

10:42:45  19  transcripts, so that I can read those and make a determination.

10:42:50  20       There are other factors that have nothing to do with

10:42:53  21  the selfish little interest of the Department of Justice to

10:42:58  22  build the best case they can.  There are other factors that

10:43:02  23  this Court has to be concerned about.  Namely, names,

10:43:06  24  identities and a whole lot of things of witnesses that come

10:43:09  25  before a grand jury, whether that is to be spread among the

10:43:13  1  community willy-nilly or just thrown out there.  No, it's not

10:43:18  2  because there are safety factors and a lot of other reasons.

10:43:21  3         So what you will do is, if you wish to file a motion

10:43:23  4  to disclose them you will give me the transcripts and a written

10:43:27  5  motion and prepare an order.  If I look at it and there is

10:43:30  6  nothing, and you are going to call each of these witnesses and

10:43:33  7  testify, that's the place.  You don't just give out grand jury

10:43:37  8  testimony.

10:43:38  9         No, it's denied on an ore tenus motion.  You can go

10:43:43  10  file a motion, you can do whatever you want to do.  You could

10:43:47  11  always do it.  That's why the Jencks Act provides that it

          12  should be given after the testimony.  That's to prevent a whole

10:43:52  13  lot of things.  I don't need to give you a lecture on the

10:43:55  14  safety concerns.  You all know that.

10:43:57  15         So file it in writing and I will look at it, but try

10:44:00  16  to file it before two hours before the trial.  This is a real

10:44:04  17  imposition.

10:44:12  18             COURTROOM DEPUTY:  Court is in recess.

          19             [There was a recess for the noon hour].

          20                  AFTERNOON SESSION - 1:00 P.M.

          21         THE COURT:  As the Clerk reads your names, please come

          22  up forward.  John will show you where to sit.

          23             COURTROOM DEPUTY:  Elizabeth Lima, Jenny De Jesus,

          24  Maria Lorenzino, Cecilia Francois, Raphael Toll, Janet Con,

          25  Tony Vitali, Maria Rodriguez, Enrique Nin, Julia Morales,

1   Lindsay Clark, Heather Walker.

2          THE COURT:  Thank you.  We're going to ask all of you

3   in the audience to listen carefully.  If you cannot hear,

4   please raise your hand and we'll get you seats closer down or

5   we'll raise our voices.

6          The purpose for that is so all of you in the audience

7   will be familiar with the questions that we're now going to ask

8   the jury and the answers that they give us so that we don't

9   have to repeat all of this each time we have a new person join

10  the panel.

11         We have this afternoon a trial, which we call a

12  criminal case.  It's a criminal trial, and I'm going to

13  describe the case to you, but first I'm going to introduce the

14  lawyers that will be handling or participating in this case.

15         The name of the case or style of the case is United

16  States versus Joseph Harvey and Anja Karin Kannell.

17         Representing the government in this case is Assistant

18  United States Attorney Tom Watts-Fitzgerald.  We're going to

19  ask if any of you know Mr. Watts-Fitzgerald in a moment.  Thank

20  you.  Remain there, please.

21         We will ask Mr. Timothy Abraham, also an Assistant

22  United States Attorney -- Mr. Abraham, you will note, is the

23  taller of the two.  He's a very tall young man.  I'm going to

24  ask Mr. Watts-Fitzgerald to introduce the two agents that are

25  with him and have them stand.

 1              MR. WATTS-FITZGERALD:  Thank you, Your Honor.

 2              With us at counsel table is Postal Inspector Claudia

 3    Angel.

 4              Next to her is a legal intern from a law school in New

 5    York who's with us for the summer.  Her name is Erica Fulner.

 6              To my far right is Postal Auditor Robert Passero.

 7              THE COURT:  Young lady, your name, please.

 8              THE WOMAN:   Erica Fulner.

 9              THE COURT:  Do any of you know the lawyers or

10    representatives in this case?  Do any of you know any of the

11    lawyers?

12              Yes, juror number 9?

13              A JUROR:  About three and a half years ago, I was in a

14    Grand Jury.  He presented some cases to us.

15              THE COURT:  All right, fine.  Your name, please.

16              A JUROR:  Maria Elaina Rodriguez.

17              THE COURT:  Can the government advise me whether this

18    lady was on the particular Grand Jury that was involved in this

19    case, if you know.

20              MR. WATTS-FITZGERALD:  Your Honor, that predated any

21    activity in this matter.

22              THE COURT:  We will describe to all of you the

23    responsibilities of a Grand Jury and a petit jury.  We'll get

24    into all of that.

25              If you think there's anything about your service,

KANNELL - Redirect

1   ma'am, your individual service, which would in any way carry

2   over and prejudice you in some fashion in this case, I will

3   instruct you that you should listen to the evidence fairly and

4   objectively, decide it solely on this case, irrespective of any

5   other case you may have seen or have had presented to you in

6   some fashion, having been on a Grand Jury or another jury.

7          If I tell you to do that, and not draw on your own

8   Grand Jury session, which probably ran for 18 months.

9          A JUROR:  Yes, 18 months.

10          THE COURT:  Do you think that would carry over or

11   prejudice you in any way for or against the government or for

12   or against either of the defendants?

13          A JUROR:  Not at all.

14          THE COURT:  Thank you, ma'am.  I'll go back later to

15   that same subject.

16          I take it, then, that none of the 12 now seated in the

17   box know any of the five people seated at the government's

18   table?  Good.

19          Do any of the 12 of you have any close friends that

20   work with the Office of the U.S. Attorney?  Hold onto that.

21   We'll come back to you.  That's juror number 9.  We'll come

22   back to that.

23          Let me go on with the introductions.  You can be

24   thinking about it, obviously, if you have a close friend or son

25   or daughter or aunt or brother that works in the U.S.

1   Attorney's Office.  You can be thinking about that.

2        Let me introduce, before I get too far away from

3   everybody's knowledge of everybody here, let's move to counsel

4   for the defendants.  I will ask them, as I introduce them in a

5   moment, to introduce their clients.

6        We have for the defendant, Joseph Harvey, we have

7   Mr. Jan Smith, Assistant Federal Public Defender here in the

8   Southern District of Florida, Federal Public Defender's Office.

9        The other counsel is Mr. Lenard Spitale, who has a

10  private office here in town, but he is court appointed for this

11  case.

12       Mr. Smith, will you kindly introduce your client,

13  please.

14       MR. SMITH:  Ladies and gentlemen of the jury, good

15  afternoon.  I represent Joseph Harvey, who is now standing

16  before you.  Good afternoon.

17       THE COURT:  Mr. Spitale.

18       MR. SPITALE:  Good afternoon, ladies and gentlemen.  I

19  represent Ms. Anja Kannell, who is standing next to me.

20       THE COURT:  Do any of you 12 in the box know either

21  Mr. Smith or Mr. Spitale or either one of their clients?

22       [No response].

23       Have you had any contact with the Federal Public

24  Defender's Office, or do any of you have any friends or family

25  that work in the Federal Public Defender's Office?  Do any of

1    you know the defendants?

2          [No response].

3          THE COURT:  Let me tell you what the case is about.

4    At the end of that, I will ask you if you know anything about

5    this particular case.  This is a summary description of the

6    case.  We're not going to read to you the superseding

7    indictment.  You will have a copy of that with you when you

8    retire to consider your verdict.

9          For the purpose of this afternoon and for picking this

10   jury, I'm going to read you about the case.  These are charges

11   brought by the Department of Justice and the Office of the U.S.

12   Attorney against the individual defendants.

13         The individual defendants have pled not guilty to

14   these charges, so the reading of them is not a matter that

15   presents any evidence against them at all.  It's just a

16   description, which is my telling you what the case is about.

17   It's a little index.  It's like reading a book or something,

18   but you have to listen to the evidence later on, and your

19   verdict will be based on the evidence in this courtroom, from

20   the witnesses, the documents, and not from this little

21   description of the case or the charges that are brought.

22         The government has to prove these charges beyond and

23   to the exclusion of all reasonable doubt.  If it fails to do

24   so, you must find the defendants not guilty.

25         They are cloaked with a presumption of innocence when

1   they plead not guilty, and that remains with them throughout

2   the trial unless and until the government proves each element

3   of each of the counts that are brought against them.  If they

4   fail to do that, you've got to rule for the defendants.  If the

5   government does prove it, you rule for the government.

6         Let me tell you generally what the parties have

7   stipulated this case is all about.  The superseding indictment

8   charges the defendants, Joseph Harvey and Anja Karin Kannell,

9   with a number of separate charges.  These charges are all what

10  we call a count.  Each charge is a count.  There are 41 of

11  them.  They are not, themselves, evidence, as I already told

12  you.  They are simply allegations that the defendant committed

13  certain offenses.

14        The superseding indictment alleges, in general, that

15  the defendants filed numerous fictitious claims against

16  numerous agencies in relation to a disaster and alleged against

17  a private trust fund established in connection with BP

18  Deepwater Horizon oil spill.

19        The charges are that the defendants used the stolen

20  identities of other people in connection with the claims the

21  government alleges, that they've filed, involving the oil spill

22  and in relation to two hurricanes.

23        The oil spill, and there were two hurricanes.  One is

24  Hurricane Ike.  I don't know the date.

25        Mr. Smith, do you remember the name of the other

1    hurricane?

2              MR. SMITH:  Gustav.

3              MR. WATTS-FITZGERALD:  Gustav, Your Honor.

4              THE COURT:  Thank you very much.

5              Two hurricanes and an oil spill.  The charges by the

6    government must be proved beyond and to the exclusion of all

7    reasonable doubt.  That is generally an overview of what the

8    case is about.  I've got more, which I will tell you in a

9    moment.

10             Specifically, the defendants are each charged with 14

11   counts of mail fraud, use of the mail, mail fraud, postage

12   mail, which alleges that the defendants knowingly devised and

13   intended to devise a scheme and artifice to defraud to obtain

14   money and property by means of materially false and fraudulent

15   pretenses, representations, and promises, knowing that they

16   were false and fraudulent when made, and did knowingly cause to

17   be delivered certain mail matters, U.S. mail we're talking

18   about, by the U.S. Postal Service and by private and commercial

19   interstate courier.

20             The allegation is that they put things in the mail to

21   have them delivered by mail and by private and interstate

22   couriers for the purpose of attempting to further that scheme

23   and attempting to do so.

24             Mail fraud is when somebody uses the mail to implement

25   or to carry out some fraudulent or unlawful scheme.

KANNELL - Redirect

1        Moving on, there are 14 counts of mail fraud alleged.

2        Now, Mr. David Kannell is charged with 13 counts of

3   wire fraud.  Wire fraud.

4        These counts allege that they, knowingly and with

5   intent to defraud, devised and intended to devise a scheme and

6   an artifice to defraud and obtain money and property by means

7   of materially false and fraudulent pretenses, representations,

8   and promises, knowing that the pretenses, representations, and

9   promises were false and fraudulent when made, and for the

10  purpose of executing such game and artifice to defraud and for

11  obtaining money they did knowingly transmit and cause to be

12  transmitted in interstate commerce by means of wire transfer,

13  communications in writing, signs, signals, and sounds, I think

14  they meant to say.

15        Now, I'm going to explain to you later at the end of

16  the case the definitions of "pretenses, representations, and

17  promises," and things of that nature.  You'll hear that later.

18        Basically -- and if there's anybody that has a problem

19  with me saying this to the jury let me know -- basically, we're

20  talking about somebody sending something over the telephone or

21  a wire or through the mail that is a false statement, a false

22  promise, or a false pretense.  I will describe all of that to

23  you later.  Basically that they did so, and they did so

24  knowingly.

25        These are only charges.  These are only claims.  This

 1  is not proof.  Proof will come to you from the witness stand

 2  and from the exhibits that are admitted and the other things

 3  that will take place in this courtroom.  This is not proof.

 4          I want to emphasize that because the defendants have

 5  pled not guilty to these charges.  The government has to prove

 6  it.

 7          Now, let's move on.  There are seven counts where each

 8  defendant is charged with access device fraud, which alleges

 9  that they, knowingly and with intent to defraud, used and

10  attempted to use one or more unauthorized access devices during

11  any one-year period and that by such conduct attempted to

12  obtain anything of value aggregating $1,000 or more during that

13  period, and that such conduct was affecting interstate

14  commerce.

15          Again, I will have to describe for you later on an

16  access device.  I'm guessing -- is that an ATM?  What is an

17  access device?

18          MR. WATTS-FITZGERALD:  The equivalent of a credit

19  card, a code number, or a pin number, Your Honor.

20          THE COURT:  All right.  You understand what these

21  seven counts are.  Credit card or pin number or some access

22  device.  We'll give you a very detailed explanation of this

23  later on.

24          Finally, there are four counts of aggravated identity

25  theft, which charge that they knowingly transferred and

1   possessed and used without lawful authority a means of

2   identification of another person during and in relation to a

3   specific felony violation.  That's called identity theft.

4   We'll describe it for you later.  There are four counts of

5   that.

6         As I already told you, you'll get detailed

7   explanations.

8         The total of this comes out to 38, 39 counts.  I

9   believe Mr. Harvey is charged with 41 counts.  I believe

10  Ms. Kannell is charged with 38 counts.  It will be your duty to

11  consider the evidence as it comes in.  This is the

12  responsibility of what you are to do.

13        First of all, have any of you heard anything about a

14  Mr. Harvey and Ms. Kannell and anything about this case as I

15  described it to you before you walked in here today?  Any of

16  you heard about this case?  None of the 12, all right.

17        As I said, the government has to prove this, and they

18  have to prove these allegations, each and every element of each

19  and every allegation, by and to the exclusion of a reasonable

20  doubt.

21        The defendants are presumed innocent by their plea

22  until and unless the government proves that to your

23  satisfaction.  The defendants do not have to present any

24  evidence.  They do not have to take the witness stand and

25  testify, although they have that right if they want to, but

1    they don't have to.  Nobody can force them to or want to force

2    them.  That's their constitutional right.

3            Getting to your job, your job is to listen to the

4    evidence, the 12 of you, whichever 12 are selected.  Some may

5    be excused for one reason or another.  Others may take your

6    place, but your job, and whoever sits in that jury box, your

7    job is to fairly, and without any prejudice or bias, decide

8    whether the government has proven each of these elements by the

9    burden of proof that I've described of beyond and to the

10   exclusion of reasonable doubt.  You do that by listening to the

11   evidence.

12           The way that happens -- this is just telling you your

13   job.  I like to do this with jurors because all the more and

14   more we get folks on juries, and you have some idea of what

15   goes on by seeing television and movies, but if I tell you what

16   you're expected to do, you 're better able to answer the

17   questions that I'm going to ask you in a few minutes so you can

18   be fair and objective.

19           Here's what it is:  You're expected to listen and keep

20   an open mind to the evidence and the witnesses.  The way that

21   works is that the government, they have the burden of proof, so

22   they get to go first and last because they have the burden of

23   proof.  They have the heavier burden.

24           There is no burden on the defense at all to present

25   any evidence if they choose not to, although they may.  They

1    can call witnesses.

2          The way it works, the government will announce a name

3    of somebody.  Hopefully there will be an officer at the back

4    who will get the person in here quickly.  They will call

5    people.  They will come in and be sworn to tell the truth.

6          The first witness comes in, and Mr. Watts-Fitzgerald

7    will ask them questions on direct examination.  When he

8    finishes, he will ask them about the merits of these people.

9    Facts, facts.

10          I will ask your name and address, where were you work

11    -- make this up.  Did you go to Australia four weeks ago on

12    Monday, and the person says yes or no, and then they tell what

13    they did factually.

14          When the direct examination is finished, then

15    Mr. Spitale and Mr. Smith get to ask cross-examination, during

16    which they will bring out anything that they believe was not

17    covered.  Well, they just ask their questions.  They bring out

18    the matters that they think are material and helpful in

19    explaining these allegations.

20          They have brief rebuttal based solely on what is

21    brought out by cross.

22          Then they call the next one.  Somebody right away

23    calls somebody in.  We don't keep you folks sitting in here

24    with nothing to do because some happy idiot turned the

25    air-conditioning off or broke it.

1      You should've been here at 7:00 this morning.  Beads

2  of sweat was running down if you were on this floor or in this

3  building.  That's why you're here at 1:00 instead of 9:00.  We

4  had to get it cool enough so that you could breath up here.

5  They partially succeeded, not entirely.  That's why you were

6  held up.  Normally, we will start promptly.

7      I will tell you all about your promptness.  We need

8  folks that can be here with us at 9:00 every morning, take an

9  hour's lunch, come back, and be here until 5:00, 5:15, going

10  straight through.

11      If you have problems, perhaps some of you have small

12  children that have to be picked up at 3:00 in the afternoon,

13  you need to tell us because once we start this, we need you

14  here all the time.  We need you here on time.  The last couple

15  of juries I've had, I brag on them.  They were lovely people.

16  They came here right at 9:00.  We kept to that schedule.

17      Moving on.  Your job is to sit here and listen, and

18  you say that's easy.  There will be other witnesses, and the

19  defendants, if they wish, they don't have to, but if they wish,

20  they can present witnesses.

21      If Mr. Spitale calls witnesses, the government

22  crosses, and then Mr. Spitale calls the next one.  Mr. Spitale

23  or Mr. Smith doesn't have to call anybody.  I want to make that

24  clear.  Your job is to listen, and you say, "Well, hey, that's

25  easy enough.  We just sit here and look at it like watching a

1    TV program."

2            The big difference here is that your real

3    responsibility, your real job is to decide, as you listen to

4    these witnesses, any conflicts in the facts, any conflicts --

5    you basically decide credibility.  You decide who is telling

6    the truth.

7            Are some people mistaken?  Are some people lying?  I

8    don't say that that's going to happen, but it is one of the

9    options that sometimes, more frequently, somebody will forget

10   something or remember it inaccurately and that sort of thing.

11           If two people say something different, dramatically

12   different, just a conflict, a witness said he was in Australia

13   -- I said assume somebody was in Australia three weeks ago.  I

14   made that up.  Nothing in this case is about Australia three

15   weeks ago.  If witness number 8 says, "Yeah, I was in

16   Australia, and it was 10:00 in the morning, and I saw a guy

17   waving down the street, waving a banner that says 'Down with

18   China.'"

19           Another witness comes in and says, "I was at the same

20   restaurant in Sidney, Australia," and he said, "There was

21   nothing going on.  It was a calm day."  That's a silly example.

22           Now, you heard both witnesses, and they both can't be

23   right.  If it's material, if it's important in this case, if

24   somebody was there in Sidney, Australia saying "Down with

25   China" at 10:00 in the morning on a certain date, you folks

1    decide which witness you believe.

2         Then, collectively, you talk about that when you get

3    in the jury room.  You decide.  If all of you feel that witness

4    was not believable for the reason that they forgot or they're

5    mixed up or they're crazy or they're deliberately lying, then

6    you reject that testimony and base it on witness two, or vice

7    versa.

8         Unlike a TV program, you actually have to think, you

9    know, while you're listening to the program.  You're listening

10   to the evidence.

11        At the end of the day, you've got to make up your

12   mind, collectively, the 12 of you talking together, following

13   the instructions on the law, which I will give you, and the

14   argument of counsel, you listen to that, and then you decide

15   who do we believe.  You base your verdict on the ones you

16   believe.

17        Now, if you come to this jury with an idea in mind

18   that no matter what they prove about those people in Australia,

19   no matter what the evidence is, I've already made up my mind.

20   I'm in favor of one side or the other side, or I have a

21   prejudice about Australia, or I have some crazy prejudice, but

22   it's very real to me, so therefore, if you have a prejudice or

23   bias about something, a family member that may have had some

24   claim for income tax evasion brought by the government or some

25   problem somewhere, some bias where you're prejudiced against

1    the government or you're prejudiced against the defendants --

2    you don't know them, so you couldn't be personally prejudiced

3    against them -- or something about the general nature of this

4    case, the subject-matter of the case -- let me shift to drug

5    cases.

6            Some folks have such a strong feeling about drug cases

7    that they're biased.  They are prejudiced one way or the other.

8    It doesn't matter which way.  It doesn't matter to me which

9    way.  If you've got a bias or prejudice in your mind that will

10   prevent you from listening to the direct and cross-examination

11   and making up your mind about truthfulness and credibility, if

12   you've got a bias or prejudice, please tell us.  We'll excuse

13   you, and we'll take one of these other people.

14           Most folks are able, now that they know what they're

15   doing, you're sitting here and you're deciding truthfulness and

16   you're not trying to decide it to help one side or the other.

17   Wherever it falls out is where it lands.

18           Most people, when they know what their job is, they

19   say, "I think I can do that.  I don't have much trouble with

20   that."  When somebody stands up to you, and I know sometimes

21   young Judges do, because I was a young Judge once a long time

22   ago, they say, "Can you be fair?"

23           You say, "Yeah, I can be fair."  What is he talking

24   about, can I be fair?  What does he mean?  Fair about what?

25   Well, now you know what your job is.  That's about as well as I

 1    can explain this matter of fairness and bias and prejudice.  We

 2    want folks that are completely fair and have an open mind that

 3    will listen to both sides.

 4         Do I have -- if you believe you could not be fair and

 5    sit here for the balance of this week and maybe Monday or

 6    Tuesday of next week -- I want to be fair with you.  It may go

 7    over to Monday or Tuesday.  Do any of you think there could be

 8    a problem with that?

 9         Yes, juror number 1.  What is your name?

10         A JUROR:  Elizabeth Lima.

11         THE COURT:  I don't want you to blurt it out, because

12    all the people that hear you may think, "Oh, I have that same

13    problem," and then you will go on the four-month patent case.

14    That isn't an interesting case.  This is an interesting case.

15    You will find it very interesting.

16         It will take the rest of this week, maybe Monday and

17    Tuesday.  We're going to keep it organized.  We're not going to

18    have you waiting while people are fiddling around trying to get

19    across town.  The lawyers all know that.

20         Getting back to number 1, is there something in your

21    family or personal background that makes you believe that you

22    might have a problem with a case that involves a criminal case,

23    just yes or no?

24         A JUROR:  No.

25         THE COURT:  Generally, sometimes people may have had a

KANNELL - Redirect

```
 1  problem with a close friend or something.
 2          It's a little ahead of where I was going to go with
 3  the voir dire.  This is probably a good place to start.  All of
 4  you just be relaxed and be comfortable.
 5  BY THE COURT:
 6  Q.  Tell me again your name and where you live.
 7  A.  Elizabeth Lima.  Do you want me to say my address?
 8  Q.  Where do you live?
 9  A.  7911 South Miami.
10  Q.  South Miami is fine.  We don't need addresses.  That's
11  okay.  You live in south Miami.
12          How long have you lived in Dade County?
13  A.  23 years.
14  Q.  Do you work, or are you a student?
15  A.  I'm a student at FIU, but next week I start my job with the
16  County.
17  Q.  What will you be doing with the County?
18  A.  I'm going to be working at a summer camp.
19  Q.  It starts next Monday?
20  A.  It starts on Monday until August 16th.
21  Q.  You'll be working with children at the camp?
22  A.  Yes.
23  Q.  What are you studying?
24  A.  I'm studying in October for the Master's.
25  Q.  Are you married?
```

KANNELL - Redirect

100

1   A.   No.

2   Q.   Do you live at home with your folks?

3   A.   Yes.

4   Q.   How far along are you at FIU?

5   A.   Three years left to finish.

6   Q.   So your problem is that this would be the first day of

7   work, and this would be difficult for you?

8   A.   Yes.

9   Q.   Fine.  We'll come back to that.

10       Do you believe, but for having to report to work, if

11  it weren't for that, could you sit here and be a fair juror

12  like these other folks?

13  A.   I don't know what you mean by fair.  I don't know why I'm

14  here.  I guess they wouldn't be here if they didn't do anything

15  wrong.  I guess I'm not open-minded.

16       THE COURT:  I would suggest, particularly given her

17  last answer, that I excuse her.  She will not be charged

18  against either of you.  I excuse her, and we keep her for the

19  end of the jury selection in case we need her.

20       Any objection by anyone to the Court excusing her?

21       MR. WATTS-FITZGERALD:  None, Your Honor.

22       MR. SPITALE:  None, Your Honor.

23       MR. SMITH:  No, Your Honor.

24       THE COURT:  Let me explain.  I really can't excuse

25  folks because every one of these people have reasons why it's

KANNELL - Redirect

 1   going to be very inconvenient to be here during a period of

 2   time.  It may be work.  It may be a job.  It may be the

 3   executive that has a Board meeting next Tuesday.  I can't

 4   excuse him to go to that.

 5        How about the maid that works at a hotel in Miami

 6   Beach, and she's the sole supporter of three children?  I can't

 7   excuse you for an economic reason.  I don't want to mislead

 8   you.

 9        Of course, I have the power to do a lot of things.

10   Basically, I should not be exercising that authority just for

11   economic reasons, no matter how sympathetic, and certainly it

12   is to a young woman who's going to an important first job, but

13   I'm going to have you have a seat.

14        What I'm going to do is, for those that I excuse for

15   this type of problem, and there aren't many of you that will

16   have it, I'm going to let you have a seat in the back row.  You

17   are not needed anywhere until next Monday.  You may be sitting

18   here for several days watching the trial and understanding what

19   I mean by fairness.  It will come.  You will certainly

20   understand it.

21        We'll let you watch this, so you won't be going home

22   today.  You will have a seat here and get to watch a few days

23   of the case.

24        Give the microphone to John and take a seat in the

25   back.

1          Call the next juror, please.

2          COURTROOM DEPUTY:  Karin Poll, Poll.

3   BY THE COURT:

4   Q.  Good afternoon, Ms. Poll.  Tell us your name and what part

5   of town you live in.

6   A.  Karin Poll.  I live in North Miami.

7   Q.  How long have you lived here in Dade County?

8   A.  Approximately 30 years.

9   Q.  Now, from where you were seated, could you hear my

10  explanation of the responsibility of the jury and what the jury

11  does and the introductions of the lawyers and the description

12  of the case that I read to everybody?  Could you hear that from

13  where you were sitting?

14  A.  Yes.

15  Q.  You heard, so far, the responses, which was nobody knew

16  anybody here.  Would your responses thus far be about the same

17  as these other folks, that is that you don't know anybody?

18  A.  I do understand, and I don't really know anybody.

19  Q.  Would your answers be about the same as number 2 and number

20  3 when I said hold up your hands and they didn't?  Would you

21  have been doing the same thing?

22  A.  Pretty much so, yes.

23  Q.  Let's go through it individually then.

24          Are you married?  Do you have children?

25  A.  No, I'm single.  No children.

KANNELL - Redirect

103

1   Q.   Do you work?

2   A.   Yes, I do.

3   Q.   What do you do?

4   A.   Travel consultant for Norwegian Cruise Line for 25 years.

5   Q.   You don't have any friends or relatives who work for law

6   enforcement or work for the Federal Government or know any of

7   these people, right?

8   A.   Nope.

9   Q.   Anything about this case that you think would cause you to

10  have any problems about sitting here for the next few days and

11  deciding it fairly and objectively?  Do you think you can do

12  that?

13  A.   Yes, no problem.

14  Q.   Have you served on a jury before?

15  A.   No.

16  Q.   Let me say, at this point, are you aware of anything at

17  all, any problems with family members or friends, with the

18  government or against the government or anything that would

19  cause you to have some kind of bias at this point against the

20  government, for the government, against the defendants, for

21  them?  Any bias?

22  A.   No.

23  Q.   Good.  Hand it to number 2.

24       Your name, please.

25  A.   Jenny De Jesus.

KANNELL - Redirect

1  Q.  How long have you lived in Dade County?

2  A.  30 years.

3  Q.  Are you married?  Do you have children?

4  A.  Yes, and yes.

5  Q.  First the children, the most important part.  What do they

6  do?  How old are they?

7  A.  32 years old, a 30-year old, a seven-year old, and a

8  five-year old.

9  Q.  Okay.  Let's assume the youngest aren't employed.  What do

10  the other two do?

11  A.  My son is a truck driver.  My daughter works for a bank.

12  Q.  What does your husband do?

13  A.  He is disabled.

14  Q.  I'm sorry about that.

15          Do you work outside the home?

16  A.  Yes, sir.

17  Q.  What do you do?

18  A.  I work for the Miami-Dade Public School System as a time

19  specialist, they call us.

20  Q.  What does that mean?

21  A.  Payroll.

22  Q.  Okay.  You work in the school system.  You don't have any

23  friends or relatives with the police or law enforcement, or do

24  you?

25  A.  No.

KANNELL - Redirect

105

1   Q.   Well, you've heard generally what I've said about trying to

2   get a fair and objective jury.  Do you believe you can be fair

3   and objective?

4   A.   Yes.

5   Q.   Thank you.

6          Your name?

7   A.   Maria Lorenzino.  I live in Kendall.

8   Q.   Are you married?  Do you have children?

9   A.   No, no.

10  Q.   Are you a student?  Do you work?

11  A.   I'm a full-time student at FIU.  I work part-time at Best

12  Buy.

13  Q.   How far along are you?

14  A.   I'll be graduating next spring.

15  Q.   Do you have any big exams coming up?  I know this is

16  getting to the end of school year.  Are you free this week?

17  A.   I'm free for this week.

18  Q.   Do you work at Best Buy?  What do you do there?

19  A.   I sell cameras.

20  Q.   All right.  You don't know any of the people.  You don't

21  know anything about this case.

22          Do you have any close friends or a boyfriend that

23  works for the police?

24  A.   No, Your Honor.

25  Q.   Do you believe you can sit here and give us your undivided

KANNELL - Redirect

1  attention and reach a fair verdict with these other folks?

2  A.  Yes, Your Honor.

3  Q.  You juror number 2, your two little ones, you know the

4  schedule we keep and the need for -- see, we can't start the

5  case until all 12 jurors are here.

6      We can start it if some of these lawyers don't show

7  up, and I may do that if they're late, but you folks have to be

8  here.  If one experiences delay, we have to wait, and it holds

9  everybody up.

10      The fact that you have two smaller children, is there

11  anything about that that prevents you from being here from 9:00

12  to 12:00 and 1:00 to 5:00?

13  A.  I don't believe it will be a problem.

14  Q.  I assure you that you can count on these times.  If any of

15  you have a problem with picking up children or doing something,

16  you can plan on those times.  You can make your plans with

17  confidence.

18      Thank you, young lady.  Would you hand it to the next

19  lady.

20  A.  Good afternoon.

21  Q.  Good afternoon.

22  A.  My name is Cecilia yeah Francois.  This is my first time.

23  I am not from here.  I don't know what to do.  I don't know

24  what to say.

25      I have a little problem.  Last month my nephew had an

KANNELL - Redirect

107

1  accident.  He was dialing his phone to get it.  I don't know if

2  I come in here so many days.  Wednesday I have to leave to go

3  to Orlando for the funeral.  The funeral will be Saturday, but

4  I have to leave Wednesday.

5  Q.  The funeral is Saturday, did you say?

6  A.  Yes.

7  Q.  That is your nephew?

8  A.  Yes, my husband's nephew, but he is part of me.

9  Q.  But this would not interfere with being here Friday from

10 9:00 to 5:00, would it?

11 A.  No, because I hear this morning they said it's a two-week

12 term.  I don't know if I have to.  It's my first time.  I don't

13 know if it's today until next week.

14 Q.  No, I don't run them two days now and two days some other

15 time.  The way we run trials in this division of court is we

16 start at 9:00.  But for this stupid air-conditioning mess, we

17 would have started at 9:00.

18       You will be home, and you can leave at 5:00, 5:15

19 every day, and you will be gone.  All you have to do is come

20 here and be here at 9:00 and sit in that chair, except for a

21 ten-minute break in the morning, a ten-minute break in the

22 afternoon, and an hour for lunch.

23       You sit with these other folks in the back in the jury

24 room.  You sit with the good people of the jury, and we want an

25 honest, good woman who can do that, women and men.  You can do

KANNELL - Redirect

108

1  that, can't you, whether it's your first time?

2       I think the other person figured out that I've had

3  5,000 trials.  It's the same thing every time.  It's the

4  wonderful mystery of 12 people coming together and reaching a

5  good decision.  They do it day in and day out.

6       You are now part of it.  You are a citizen, and this

7  is your job.  The whole thing is, don't you think you can do

8  that?  I know it will help take your mind off your sadness of

9  your nephew.  If you say that you can't pay attention, then I

10  have to listen to that.

11       Could you do what you're told to do?  Could you do

12  that fairly?  You're not mad at anybody in this courtroom, are

13  you?

14  A.  No.

15  Q.  You're not upset that you just found out that you got a

16  two-week service instead of a two-day service.  I'm not going

17  to keep you here two weeks.  It may well be, if we ever pick

18  this jury today, that we can move along and be finished on

19  Friday.

20       You can go to your funeral, and you don't ever have to

21  come back.  If it goes over, you would have to come back

22  Monday.  In fairness to you, Monday through Friday and maybe

23  Monday of the second week.  It won't interfere with your

24  funeral.  We won't hold court on Saturday.

25  A.  Okay.

KANNELL - Redirect

109

1   Q.  Can you be fair and impartial?

2   A.  I don't know.

3   Q.  You don't know.  All right, we'll come back to you.

4        Can I ask you about your family, please.

5   A.  Okay.

6   Q.  Are you married, children?

7   A.  I am divorced.  I have five children.  The last one, she is

8   18.  She's in two years of college now.

9        The first one is married.

10       The second one, married.

11       The third one, married.

12       I have one in Tallahassee at school.

13  Q.  Do you work outside the home?

14  A.  I lost my job.  I just lost my job.

15  Q.  What was your job?

16  A.  I was working, so I was working two jobs before, and I was

17  at the hotel for 21 years.

18       After that, I went to school for CNA, and I went after

19  that to LPN.  I graduated two years ago for LPN.  I plan to

20  move from here to up north if I can find a job.

21  Q.  What does your husband do?

22  A.  My husband was deported like 15 years ago.  He go back to

23  my country, and he leaves me.  Thank you, God, my children are

24  good quality.

25  Q.  Thank you very much.  Hand it to the gentleman next to you.

KANNELL - Redirect

1   A.  Good afternoon.  My name is Raphael Toll.  Married, three

2   children.  The youngest is 22.

3   Q.  Your work, what type of work?

4   A.  I work at the University of Miami, the IT Department, as a

5   technology assistant.  I'm an analyst for the Information

6   Technology Department of the University of Miami.

7   Q.  Is there a subject area, more specifically?

8   A.  I do programming for the Procurement System at the

9   University of Miami, anything that has to do with purchasing,

10  travel.

11  Q.  How long have you worked there?

12  A.  I work full-time at the University of Miami for five years.

13          Before that, I worked at Dade County Schools doing the

14  same thing.

15  Q.  The same type?

16  A.  For Dade County Schools, I was a teacher for sometime for

17  three or four years.

18  Q.  Are you married?  Do you have children?

19  A.  I am married for 20 years.  I have three kids.  The

20  youngest is 22.  The oldest is 30.

21  Q.  What about your wife, does she work outside the home?

22  A.  She works for a bank.

23  Q.  What does she do?

24  A.  She's a bank teller.

25  Q.  All right.  You heard what this case is all about, and you

KANNELL - Redirect

111

1    heard what your responsibilities are.  Do you believe you can

2    do that fairly and accurately?

3    A.  Yes, as long as -- I think I can do that.  I have some sort

4    of feeling against --

5    Q.  You may have some prejudice?

6    A.  About the IT part of this, the information part.

7          Also, during the BP situation, I had some stocks, not

8    for BP exactly.  I had some energy stock, and it took a dive.

9    I have some strong feelings if the monies used for the

10   situation here where coming from the fund that BP provided.

11   That's the only strong feeling I might feel.

12   Q.  That's fair enough.  Let me interrupt you for a second.

13   I'm not being rude.  That may cause you to have some feeling

14   that would be hard to set aside and just base it -- do you

15   think?  Give me a yes or no, not too elaborate.

16   A.  Everything depends on the case.  I will try to detach from

17   previous judgments about the situation.  I think I can do it,

18   Judge.

19   Q.  You'll do your best to listen to the evidence and base your

20   verdict just on the evidence?

21   A.  Certainly, I will.

22   Q.  This is not -- this case does not involve any executives of

23   BP Oil or anything like that.  Nothing like that, or any causes

24   of the fire and all.  None of that.

25          It has to do with the allegations of claims that were

KANNELL - Redirect

112

1  made that were, the government says, false claims.  So that's

2  what we're talking about.  Just a yes or no.  Knowing that, do

3  you believe that there's anything in your background that would

4  prevent you from listening fairly?

5  A.  Those are the only two things.  I work for an IT

6  Department.  Security is part of my job.  I had stocks in the

7  BP situation.  Besides that, I will try to detach.

8  Q.  The critical question on this would be, would you actually

9  vote to hold somebody guilty of something that you believe

10  didn't do it just because you were mad at the company or a

11  company or something else like that?

12       I'm sure you wouldn't do that.  You wouldn't vote to

13  have somebody be guilty or vote against the government and hold

14  them not guilty, nothing to do with the evidence here, just

15  from your own prejudice.  You wouldn't do that, or don't you

16  know?

17  A.  I will try to be objective about the case as best as I can.

18  Q.  All right.  All right.  Let me interrupt you.

19       THE COURT:  I would be inclined to excuse this man for

20  the Court's excuse.  Any objection?

21       MR. SMITH:  No objection.

22       MR. SPITALE:  No objection.

23       MR. WATTS-FITZGERALD:  No objection.

24       THE COURT:  Have a seat in the back of the courtroom.

25       Call the next juror.

```
 1              COURTROOM DEPUTY:  Maria Rodriguez.
 2   BY THE COURT:
 3   Q.  Would you give us your name and where you live.
 4   A.  Maria Rodriguez.  I live in Dade County for 43 years.
 5   Q.  Family, children, married?
 6   A.  I have one child.  He's 43 years old.
 7   Q.  Do you work outside the home?
 8   A.  Yes, I do.  I work for an international bank.  I'm in
 9   charge of accounting.
10   Q.  Your husband, what does he do?
11   A.  I'm a widow.
12   Q.  I'm sorry.  I didn't hear that.  Forgive me.  Could you
13   hear the questions and answers of these other folks from where
14   you were seated?
15   A.  Yes.
16   Q.  Would your answers be about the same as theirs to the
17   facts?
18   A.  Yes, I don't have any problems.
19   Q.  Good.  Thank you, ma'am.  Would you hand the microphone to
20   the next lady.
21   A.  Good afternoon, Your Honor.  My name is Janet Con.  I lived
22   in Dade County for 38 years.  I am married.  I have two
23   children.  I'm a 5th grade teacher.  We are closing school now.
24   We're having our graduation ceremony tomorrow.
25           My daughter is doing her dance recital this week.  I'm
```

KANNELL - Redirect

1   a "charge mom."  That means I'm required to be there at the

2   practices on Thursday and Friday afternoon.

3            THE COURT:  All right.  Is there any objections to the

4   Court excusing this lady?

5            MR. SMITH:  No, Your Honor.

6            MR. WATTS-FITZGERALD:  No, Your Honor.

7            THE COURT:  Give John your ticket.  You got her name,

8   Joyce?

9            COURTROOM DEPUTY:  Yes, Judge.

10           THE COURT:  Go home.

11           Call the next juror.

12           COURTROOM DEPUTY:  Bertha Torres-McCormack.

13  BY THE COURT:

14  Q.  Good afternoon.

15  A.  Bertha Torres-McCormack.  I live in Cutler Bay.  I've been

16  a Miami-Dade residence for 34 years.  Divorced.  One kid, 24.

17  I work at Jackson Memorial Hospital.  I'm a social worker.

18  Q.  How long have you been at Jackson Memorial Hospital?

19  A.  Over ten years.

20  Q.  Do you know any of the people involved in the case or

21  anything about the case?

22  A.  No.

23  Q.  Would your answers be about the same as the other folks?

24  A.  Pretty much the same.

25  Q.  Next?

1  A.  My name is Tony Vitali.  I live in Miami.  I work for an

2  Italian investment company.  I live here for almost ten years.

3  I'm in charge of accounting.  I'm married, no children.

4  Q.  Does your wife work outside the home?

5  A.  No, she works as a secretary in an office.

6  Q.  What type of business does she do?

7  A.  It's a radio station.

8  Q.  Do you know of any reason that you could not sit here for

9  the next few days and render a fair and impartial decision

10  based solely on what's brought to you in this courtroom?

11  A.  No, I don't.

12  Q.  Thank you.

13       Your name again?

14  A.  Maria Rodriguez.  I've been a Dade County resident for the

15  past 26 years.  Two years ago I retired, early retirement from

16  the University of Florida.  I was an assistant for 24 years.  I

17  did that in the Hialeah office.

18       Also, for the past four years I was a physician

19  assistant in the office.  Right now, I am, like I said, I am

20  retired.  I work part-time for Home Depot.

21  Q.  Okay.  That pretty well covers it.

22  A.  I don't have any children, and I am separated.

23  Q.  What were the years, approximately, that you served as a

24  grand juror?

25  A.  It must have been at least four years ago.

KANNELL - Redirect

1   Q.  Was that a Federal or a State?

2   A.  It was in this building.

3   Q.  Federal?

4   A.  Federal.

5           THE COURT:  Now, ladies and gentlemen, and primarily

6   for your benefit, a Grand Jury is a different type of jury.

7   Some of you are nodding, and you apparently know.

8           The Grand Jury passes judgment upon whether a case

9   should go forward to be tried by a petit jury.  You are a petit

10  jury.  A Grand Jury just decides is there sufficient evidence

11  that warrants a trial.  If there is not, no true bill.  The

12  case goes away.

13          If they say yes, it doesn't mean people are guilty or

14  not guilty.  It just means that there's enough evidence to go

15  forward and for the government to meet its burden of proof by

16  proving to the exclusion of all reasonable doubt to a jury of

17  12 people the charges they are bringing.  It's a lesser degree

18  of proof and all of that.

19  BY THE COURT:

20  Q.  Do you understand what I'm saying?

21  A.  Yes, sir.

22  Q.  I will tell you about the burden of proof here.  I've

23  already done it several times.  You will apply the burden I

24  tell you in this case and put that out of your mind.

25          How long were you on the Grand Jury about?

1  A.  About a year and a half.

2  Q.  Do you believe that that work with your fellow grand jurors

3  and all of that would, in any way, prejudice you in this case?

4  A.  No, sir.  It didn't have nothing to do with this case.

5  Q.  Do you believe that you can be fair and listen to the

6  evidence and do your job of talking with the other folks in

7  reaching your verdict?

8  A.  I think so.  I believe that's what we did when we went to

9  the Grand Jury.

10  Q.  Thank you.  Hand it to the gentleman.

11  A.  Good afternoon, Judge.  My name is Enrique Nin.  I work,

12  three kids.  My wife works for the Federal Court.  The other

13  building.  She works for Judge Patrick White, Magistrate Judge

14  Patrick White.

15  Q.  How long has she worked for him?

16  A.  Ten years, eight or ten years.

17  Q.  Does she have a law degree?

18  A.  Yes, sir.

19  Q.  Well, Judge White is one of our finest Judges and does a

20  lot of very good work.

21       Has she had any discussions with you about her work

22  with Judge White that would carry over and cause you to have

23  any prejudice against or for the government or defendants in

24  this case?

25  A.  No, sir.

KANNELL - Redirect

1  Q.  Do you believe you can listen to the witnesses and the

2  argument and the evidence and decide this case solely on what

3  you hear in this courtroom?

4  A.  I believe so.

5  Q.  I will tell all of you not to talk to your spouses or close

6  friends about what you're hearing and the evidence, not talk

7  about the evidence in the case every night when you go home.

8        You can after the case is over.  You can talk to your

9  family or friends, anybody you want to and say whatever you

10  want to say, but during the trial, we ask that the jurors limit

11  their knowledge or discussion or input on the case to just what

12  you hear in the courtroom.

13        It wouldn't be fair to read an article in the paper or

14  listen to something on TV or talk to a neighbor or talk to a

15  spouse or friend and say, "Well, I'm on this case, and I heard

16  this interesting witness today.  What do you think?"

17        Quite incidentally, that person might say something

18  that may affect your verdict.  It's just common sense.  I'm

19  telling you that you wouldn't be able to talk to your wife

20  about your case.

21        The nice part of that is, at the end of the week or

22  so, if your wife asks you every night about the case, you say,

23  "I can't talk to you.  I can't talk to you."

24        About the first day or two, the person says that's

25  fine.  About the third or fourth day, if you've been married as

KANNELL - Redirect

119

 1  long as I have, about the third or fourth day, your wife starts

 2  to say, "What's that case about?"

 3       At the end of the week, when you do get to talk to

 4  her, it may be the first time she has listened to you in a

 5  long, long time.  That's the good part.

 6       So don't talk to your wife or family.  Just wait until

 7  the end of the case.  You can do that, of course.  You've had

 8  experience with the other side.

 9       Do you believe you can be fair and impartial?

10  A.  Yeah, I think so.

11  Q.  Thank you.  You can hand it to the next person.

12  A.  I'm Julia Morales.  I'm a tax auditor.  I am married.  I

13  have an 18-month old baby.

14  Q.  You have a full-time job with the State of Florida?

15  A.  Yes.

16  Q.  Does it bring you into contact with any law enforcement

17  people?

18  A.  No.

19  Q.  I think you said accounting; is that what you said?  What

20  is your work there?

21  A.  Tax auditor.

22  Q.  How long have you worked in that position?

23  A.  Five years.

24  Q.  Married, children?

25  A.  Yes, a child and a husband.

KANNELL - Redirect

120

1  Q.  You told me the child.  You will be able to stay with us

2  with that schedule?

3  A.  Yes.

4  Q.  What does your husband do?

5  A.  He is currently unemployed.

6  Q.  What is his regular work?

7  A.  He doesn't have -- he works retail.  Retail.

8  Q.  Retail work.  Okay.  Selling and things like that at

9  stores?

10  A.  Ah-ha, yes.

11  Q.  Do you believe you can be fair and impartial?

12  A.  Yes.

13  Q.  Good, thank you.  Hand it to the next person.

14  A.  Good afternoon.  Lindsay Clark.  I'm not married, but I am

15  engaged to be married.  I'm a physician assistant with

16  infectious diseases.  I've lived in Miami for ten years.

17  Q.  What does your fiance do?

18  A.  He's a physician.

19  Q.  And as a physician assistant, is this at a hospital or a

20  clinic or what?

21  A.  I work at a rehab facility.  I deal with a lot of people

22  that have post-op infections, urinary track infections.  Thank

23  you, God, nothing very acute.

24  Q.  You've heard all of this.  Do you believe you can be fair

25  and impartial?

KANNELL - Redirect

121

1  A.  Yes, sir.

2  Q.  Let me ask you, I want to ask all of you collectively, but

3  have you served on a jury before today?

4  A.  No, sir.

5        THE COURT:  Other than those that held up their hands

6  and told me -- well, the rest of you, we all know about juror

7  number 8, but have any of you served on a jury before?  Just

8  hold up your hands.  One, two, three, good.

9  BY THE COURT:

10  Q.  Was the jury a criminal or civil case?

11  A.  Civil.

12  Q.  What was yours?

13  A.  Civil.

14  Q.  And yours?

15  A.  Criminal.

16  Q.  Was yours in State or Federal Court?

17  A.  State.

18  Q.  Your two cases, were they in State Court?

19  A.  State.

20        THE COURT:  Also, there's a difference in the burden

21  of proof in a civil and a criminal case.

22        In a civil case, the burden of proof is to prove the

23  person asserting -- the plaintiff in the first instance proves

24  the case by the greater weight of the evidence.  The plaintiff

25  does that, they win.  If they don't do it, they lose.  Greater

KANNELL - Redirect

122

1   weight of the evidence.

2           That's a different burden than proving, as the

3   government must in this case, beyond and to the exclusion of

4   all reasonable doubt.  It's a heavier burden in criminal cases.

5           Juror number 12, you had a criminal case, so you've

6   heard this before, but each of these cases are a little bit

7   different from time to time.  So you must follow the

8   instructions, the law as I tell you at the end of the case.

9           I consult with the lawyers.  We go over the

10  instructions before I give them to you.  Then I give you the

11  instructions.  But you folks have to follow the law.  We accept

12  your verdict on the facts, the facts.  That's your job.

13          The law, you just accept what I tell you is the law,

14  and you apply that to the facts.  You'll have to understand it,

15  but you'll have copies and all of that.  You must follow the

16  law as I give it to you, not something that you heard in

17  another case.

18          Can the three of you do that?  Fine.  Do all of you

19  understand the burden of proof?  Good.

20          A JUROR:  Heather Walker.  I'm a resident of

21  Homestead, Florida.  I've lived there for seven years.  I work

22  at Everglades National Park.  I'm married.  My husband works

23  for Everglades National Park as well.

24  BY THE COURT:

25  Q.  It's Federal?

KANNELL - Redirect

1  A.  It is Federal, yes.

2  Q.  There was another park down there years ago that was

3  operated by the State of Florida.  Is it still there?  The one

4  right off of Florida City?

5  A.  Everglades National Park encompasses from Tamiami Trail to

6  Florida Bay.  There are many state parks along the reefs.  John

7  Penny Camp State Park.

8  Q.  Okay.  So you work for the Federal Government?

9  A.  Yes.

10  Q.  Now, the mere fact that the Federal Government is involved

11  in one side of this case, would that cause you to be prejudiced

12  in any way in favor of the government or against the government

13  or anything like that?

14  A.  I don't think so.

15  Q.  You know what you've got to do, which is judge the

16  credibility of the witnesses whether you work for the

17  government or work for the state or work for Jackson or

18  wherever you work.  Can you do that?  You're obviously an

19  intelligent young woman.  Can you do that?

20  A.  I believe so.

21  Q.  How long has your husband worked for the National Park

22  Service?

23  A.  He's worked there for eight years.

24  Q.  Both of you have been only in the Everglades National Park,

25  or were you in other parks?

KANNELL - Redirect

1    A.   No, we've only both been in Everglades National Park.

2    Q.   Does your work take you out to Dry Tortuga?

3    A.   Due to budget cuts, we don't have enough travel funds to

4    send us out there.  The budget technician is a research

5    coordinator, so there's no need for to us go out there.

6    Q.   There are National Guard people there?

7    A.   Yes, there are Park Service people there.  Some of them I

8    do work with.

9    Q.   So you have not been there?

10   A.   No, they come and see us.

11   Q.   You personally and your husband, have you had the chance to

12   visit?

13   A.   Yes, on our personal funds we go out there.

14   Q.   It's a beautiful place.  We all envy you.  A couple of

15   years ago, Chief Judge and I went to visit.

16            THE COURT:  Have any of you ever suffered damage to

17   your homes or businesses or whatever resulting in a claim to

18   FEMA due to a national disaster claim?  Three of you.

19   BY THE COURT:

20   Q.   When was yours?

21   A.   During Andrew.

22   Q.   In Andrew?

23   A.   My car got all full of water, and I had to get rid of it.

24   Q.   You filed a claim?

25   A.   I filed a claim, and for the Small Business Administration

KANNELL - Redirect

125

1   I think they were doing some -- it was almost like a loan.

2   Q.  Did it turn out all right?  Were you satisfied?

3   A.  Yes, I was.

4   Q.  That's the only claim, right?

5   A.  Right.

6   Q.  Next gentleman.  Same question.

7   A.  Yes, I don't know if it was for Andrew or another

8   hurricane, but yes, we filed.

9   Q.  What were the damages, a car, a house?

10  A.  A house roof and fence.

11  Q.  And that was with FEMA?

12  A.  No, FEMA had nothing to do with this.

13  Q.  Nothing to do with FEMA.  It had to do with an insurance

14  company?

15  A.  Yes, an insurance company.

16  Q.  Did that work out for you, or mostly all right for you?

17  Were you satisfied with how it turned out?  Did you get paid?

18  A.  Yes, sir.

19  Q.  And you were satisfied?

20  A.  Yes.

21  Q.  Down in front.

22  A.  Wilma tore our roof off.  We have 26 units there.  We did

23  file a claim.  Not with FEMA, through an insurance company.

24  Q.  Did it get worked out ultimately?

25  A.  Yes, very well so.

KANNELL - Redirect

126

1  Q.  My point to this is, does somebody have any prejudice of

2  somebody flowing through that?  That's what we're looking for.

3          You were satisfied with ultimately how it worked out?

4  A.  Yes.

5  Q.  Who else?

6  A.  Andrew took my house.

7  Q.  Did you file a claim with FEMA?

8  A.  Yes, and I was satisfied.  They bought me a new house.

9  Q.  And it was with FEMA that did that?

10  A.  SBA and FEMA.

11          THE COURT:  How many of you, if any, own your own

12  businesses?  Anybody own their own business?  No.

13          Do any of you or your spouse, your husband or wife,

14  receive presently, presently receive government unemployment

15  benefits from the Federal Government or the State, I guess?

16  No, okay.

17          Have any of you or close members of your family -- and

18  I'm not going to go deeply into this at all.  I'm not going to

19  ask for details.  Have any of you ever had a problem, close

20  family or nephew, niece, somebody, with any charge brought

21  against them under criminal, State, or Federal laws?

22          In other words, has any of your family or anybody had

23  a problem with the criminal law?  One gentleman has, okay.

24  Hand it back to him.

25  BY THE COURT:

KANNELL - Redirect

1  Q.  Just answer specifically the questions I ask.

2       Which family member?

3  A.  My brother-in-law.

4  Q.  How long ago was it?

5  A.  Like three years.

6  Q.  Two years?

7  A.  Three.

8  Q.  Three years.  What was the nature?  By that I mean drugs,

9  what is the subject-matter?

10  A.  I think it was strong armed robbery or something like that.

11  Q.  Was it State or Federal?

12  A.  It was State.

13  Q.  Has it been concluded and finished, whatever it was?

14  A.  Yes, sir.  Yes, sir.

15  Q.  Was there a trial with your brother-in-law, yes or no?

16  A.  Yes, sir.

17  Q.  At the end of that, did he have to be in jail?

18  A.  Yes, sir, eight years.

19  Q.  So he's still there?

20  A.  No, he's out for three years already.

21  Q.  Okay.  Is there anything about that that causes you to have

22  any bias or prejudice against people charged with criminal

23  activities in an indictment or having to go to trial or

24  anything or -- against the government, against these

25  defendants, any bias that you're aware of flowing from your

KANNELL - Redirect

1  brother-in-law's problems?

2  A.  No.

3          THE COURT:  How about anybody else?  Anything like

4  that with anybody else?  Okay.

5          You all can be writing down any questions that you

6  want me to ask.

7          Now, have any of you or members of your family ever

8  been the victim of a fraud?  This would be something like

9  misuse of a credit card or something like that.  When somebody

10  uses your credit card, gets it and charges something, that's

11  fraud.  We've got two or three people.

12  BY THE COURT:

13  Q.  All right, juror number 2.  Yes, ma'am.

14  A.  I had people take my cards through my mailbox, actually

15  three or four times, and use them.

16  Q.  Did they make charges on them?

17  A.  Yes, they did.

18  Q.  Thank you.  Behind you there.

19  A.  Yes.  In the restaurant, I paid with a credit card, and

20  they later started charging.

21  Q.  How long ago was that?

22  A.  Two years ago, two and a half years ago.

23  Q.  Hand it to the next juror.

24  A.  In November of last year, my purse was stolen from my car.

25  It had my wallet in there, my credit cards.  They used my

 1  credit cards just that day, but I was able to cancel

 2  everything.  That's happened to me, but none of my family.

 3  Q.  How long ago was that?

 4  A.  November of last year, 2011.

 5  Q.  Okay.  Number 2, how long ago was that?

 6  A.  I'm still dealing with it.  I'm trying to get the charges

 7  off my card now.

 8       THE COURT:  This may have something along the line to

 9  do with credit cards.  Do any of you feel that your personal

10  experiences are such that it would be hard for you to be fair

11  in judging those types of offenses, the type involving whether

12  or not somebody's identity was stolen?

13       We call it identity theft, which is what you're

14  talking about.  You've been through it.  You have experienced

15  it.  Do you think it would be difficult for you to sit here and

16  judge this case, which may involve, at some point, identity

17  theft?

18       Can you put that aside and be fair, or do you think

19  you would rather not sit on a case that involved identity

20  theft?

21  BY THE COURT:

22  Q.  How about you, ma'am?  Do you think you can be fair?

23  A.  I can be fair, yes, sir.

24  Q.  How about you, sir?

25  A.  Yes, sir.

KANNELL - Redirect

1   Q.  Ma'am, how about you?

2   A.  Yes.

3           THE COURT:  Either side, any of the lawyers have any

4   questions that you want me to ask?  I've gone over the

5   suggested voir dire.  No questions.

6           Here's one that I overlooked.  Simply that this case,

7   I'm told, the primary agency involved is the United States

8   Postal Inspection Service.  There may be other agents or

9   police, but the Postal Service is the main one that you'll be

10  hearing from agents and inspectors.

11          Have any of you ever had any problem or experience,

12  personal experience, with postal inspectors or postal

13  officials?  Anything personal in your background about the post

14  office?

15          A JUROR:  I did.  It might be trivial, but my mail was

16  moved.  The mailbox was moved to the front of the house.  They

17  said that I had to go through all the procedures.

18  BY THE COURT:

19  Q.  Would you hold that against the post office?

20  A.  No, the next day they brought it right to my door.

21  Q.  Are you going to vote for them because they brought it

22  back?  Can you be fair?

23  A.  Yes.

24          THE COURT:  My wife is very disappointed that the post

25  office has discontinued a large number of the old-fashioned

KANNELL - Redirect

131

1  blue boxes.  You know, they used to be on different corners.

2  She had three of them.

3         One was near the library where we go right across the

4  street.  That's where she mailed her envelopes.  Those are

5  things of the past.  They're all using the Internet or

6  something now, smoke signals, I guess.

7         I made inquiry a while ago, or I suggested the lawyers

8  that have any questions write them down.  He advises me that

9  there are no questions that the lawyers have at this point that

10  they wish for me to ask the jury.

11         I will ask Mr. Watts-Fitzgerald to exercise any

12  peremptory challenges he may have at this time, if any.

13         MR. WATTS-FITZGERALD:  Your Honor, may I have a moment

14  to confer with my colleagues?

15         THE COURT:  Absolutely.

16         While he's doing that, you all might talk to your

17  clients about any potential challenges.

18         MR. WATTS-FITZGERALD:  Your Honor, the United States

19  tenders the panel.

20         THE COURT:  Thank you.

21         Any challenges by Mr. Smith on behalf of his client,

22  peremptory challenges?

23         MR. SMITH:  Your Honor, on behalf of both defendants,

24  we're going to exercise peremptory strikes respectfully on

25  juror number 2, Ms. De Jesus; juror number 4, Ms. Francois;

KANNELL - Redirect

1  juror number 5, formerly number 14, Ms. Maria Rodriguez; juror

2  number 7, Mr. Vitali; juror 8, Ms. Rodriguez; juror number 9,

3  Mr. Nin; juror 10, Ms. Morales; and juror number 11, Ms. Clark.

4          Thank you to everyone.

5          THE COURT:  That's seven challenges.

6          Mr. Spitale, for your client, do you have any

7  challenges of the ones that were named?

8          The ones that have been named, you may step down and

9  report to the Ferguson Building, the new big building across

10  the street, that funny looking one.  It looks like a ship.

11          That's 2, 4, 5, 8, 9, 10, and 11.  We've got six

12  people in the first row.  So number 8, number 9, and number 10,

13  I believe -- hold still for a second.

14          2 is gone, 4 is gone, 5 is gone, 6 remains.

15          Mr. Smith, number 7, is he challenged?

16          MR. SMITH:  Yes, sir, Mr. Vitali.

17          THE COURT:  Number 8 was the lady from the Grand Jury.

18          Number 9 should stay there.

19          MR. SMITH:  Number 9 was defense peremptory number

20  five.

21          THE COURT:  Would you please give us the numbers

22  slowly one more time.

23          MR. SMITH:  Yes, Your Honor.

24          The defense has used eight in total.  The numbers of

25  the jurors excused are as follows:

KANNELL - Redirect

133

1          Juror number 2, Ms. De Jesus --

2          THE COURT:  Just do the numbers.  2, 4, 5, then what?

3          MR. SMITH:  7, 8, 9, 10, and 11, Your Honor.

4          THE COURT:  All right, I missed 9.  That would leave

5  12, 1, 3, and 6; is that correct?

6          MR. SMITH:  That is, Your Honor.

7          THE COURT:  For a total of eight challenges.  Thank

8  you very much.  The two other people are also excused to the

9  jury room.

10          Call the next eight jurors.

11          COURTROOM DEPUTY:  Michael Hart, Ofelia Minagorri --

12          THE COURT:  Mr. Spitale, I cut you off.  Did you have

13  any challenges of those three that were left?

14          MR. SPITALE:  No, Your Honor.

15          THE COURT:  Go ahead, Joyce.

16          COURTROOM DEPUTY:  Thomas Petruna, Eddie Vazquez,

17  Pedro Alvarez, Jeanne Baker, Jose Castillo, Roxana Elden.

18          THE COURT:  Let's start with juror number 2.

19          A JUROR:  I've already gotten confirmation that

20  they're going to be postponing my jury service.  They told me

21  that they're going to postpone it, and I'm not coming back

22  after today.

23          THE COURT:  They should have kept you over there.

24  They sent us over somebody that they excused.  That's nice.

25  We've got to call two more.

1    COURTROOM DEPUTY:  Diego Rivadeneira.

2    THE COURT:  Could all of you hear the questions and

3    answers from where you were seated, all of this hour and a half

4    that we've been through?  Could you hear that, and would your

5    answers be about the same as these three people that are still

6    here?  We've got one hand going up.

7    Anybody else?

8    BY THE COURT:

9    Q.  Juror number 9?

10   A.  Jeanne Baker.

11   Q.  Ms. Baker, what part of town do you live in?

12   A.  Palmetto Bay.

13   Q.  How long have you lived in Dade County?

14   A.  22 years.

15   Q.  Do you work?

16   A.  I do.

17   Q.  What do you do?

18   A.  Criminal defense attorney.

19   Q.  How long have you been practicing criminal law?

20   A.  39 years.

21   Q.  Do you have your own firm?

22   A.  My own firm.

23   Q.  And you specialize in criminal defense?

24   A.  Yes, sir.

25   Q.  Do you believe it's your thinking -- you're a trained

KANNELL - Redirect

135

1  professional.  Do you believe that you can be fair and

2  impartial in this case?  Would I imagine that you could be.

3  That's up to you.

4  A.  First, I thought that I should disclose that I know a

5  number of people in this courtroom.

6  Q.  That takes care of that.  We won't go further than that.  I

7  would have thought probably that you could be fair and

8  impartial and base your verdict on this case.

9         If you know them personally, you are put in too much

10 of an embarrassing position.  Thank you.  Thank you.  You might

11 tell the Jury Section that probably there's going to be a

12 problem with your serving, or maybe you've done that.  All

13 right.

14 A.  I did, Your Honor.  I was told that only you could release

15 me.

16 Q.  Out of this whole complex, all 25 judges.  Boy, do I have a

17 lot of authority.  Thank you for being with us.

18        THE COURT:  Call the next juror.

19        COURTROOM DEPUTY:  Yarla Diaz.

20        THE COURT:  Young lady, you heard what I said to the

21 others.  Would your answers be about the same as these other

22 folks?

23        A JUROR:  Yes.

24 BY THE COURT:

25 Q.  Number 2?

KANNELL - Redirect

136

1  A.  Michael Hart.  I'm retired.  I live in Miami Gardens.

2  Q.  What did you do before retirement?

3  A.  A couple of different things.  I worked 22 years for Dade

4  County HUD as a housing project manager.

5          The last ten or 12 years I worked at an agency as a

6  counselor for a homeless program.

7  Q.  Okay.  Married, children?

8  A.  Yes, I'm married.  My wife is also retired, and I have

9  three grown sons.

10  Q.  Been on a jury before today?

11  A.  Yes, I have.

12  Q.  Civil or criminal?

13  A.  Both.

14  Q.  How many times, roughly?

15  A.  I guess about three or four times in the last --

16  Q.  The most recent time, how long ago; a year, two, three,

17  five?

18  A.  Maybe like four or five years.

19  Q.  Four or five years.  You heard what I said about the burden

20  of proof and all of that, didn't you?

21  A.  Yes.

22  Q.  I'm sure you understood it?

23  A.  Yes.

24  Q.  Can you follow whatever I tell you the law is?  Can you do

25  that and not think about whatever differences there are in the

KANNELL - Redirect

1    other cases?  Can you do that?

2    A.   Yes.

3    Q.   Do you know of any reason you couldn't sit here and be a

4    perfectly fair juror?

5    A.   No, I don't.

6    Q.   Next?

7    A.   Ofelia Minagorri.  I've lived in Miami for over 50 years.

8    I have two kids and two stepkids; 30, 30, 32, and 33.  Lived in

9    different states.  I'm an outside sales consultant for a local

10   company, TSF Sportswear, so I sell apparel.

11   Q.   Your husband?

12   A.   My husband is a journalist.

13   Q.   Working for?

14   A.   The Sun-Sentinel.

15   Q.   Okay.  It will be particularly important, of course, and

16   I'm sure you can do it, not to discuss the facts of this case

17   until it's over with.  When it's over with, anything he wants

18   to know, it's an open case.  You can do that?

19   A.   Uh-huh.

20   Q.   You know all the questions and answers.  Is there anything

21   that you think we ought to know about anything that might be

22   any prejudice or bias or anything?

23        How about claims with the government?  Have you had

24   any unpleasant situation that made you upset or mad or anything

25   like that?

KANNELL - Redirect

138

1  A.  I've had claims and no issues.  They were all solved.

2        I did have my credit card number stolen just last

3  month.  I had to resolve that with the bank.

4  Q.  Do you believe that would carry over and prejudice you in

5  any way in a case that is apparently going to involve identity

6  theft?

7  A.  No.

8  Q.  Good.

9        Yes, sir?

10  A.  Thomas Petruna.  I've lived in Miami for 25 years.  I've

11  been a teacher for 25 years here.  I live in North Beach.

12  Married, and I have a nine-year old daughter.

13  Q.  What do you teach?

14  A.  Language arts, 7th grade.

15  Q.  From a grandparent's perspective, that's a great age.  From

16  a teacher's perspective, it may be different.  Still a great

17  age?

18  A.  Most of the time.

19  Q.  I know we're at the end of the school year because I have a

20  lot of grandkids.  What we need is your undivided attention for

21  the next few days.

22  A.  To be honest with you, since they eliminated mid-terms and

23  final exams at Dade County Public Schools, the kids gave up

24  after FCAT.  After the FCAT test, they said, "We don't want to

25  learn anymore.  We took the FCAT."

KANNELL - Redirect

139

1   Q.  It's a shame, isn't it?

2   A.  No, as far as school goes, I think would I rather be here.

3   Q.  How about the lady next to you -- the gentleman.

4   A.  I work for the W Hotel as a banquet chef.  I'm a father

5   with three children.  Unfortunately, I had a problem with that

6   this past weekend.  I am still married.

7   Q.  I'm sorry, I don't quite understand.  You had a problem

8   this past weekend?

9   A.  Yeah, she just left me.

10  Q.  You're taking care of the children?

11  A.  She is taking the children.

12  Q.  Well, do you believe, under those circumstances, that you

13  can sit here and listen carefully to the evidence?

14  A.  I think my language is not 100 percent, to tell you the

15  truth.

16  Q.  Well, I will leave that for now.

17          As far as your personal situation, do you believe that

18  would distract you or take your mind away so you couldn't

19  listen to the evidence?

20  A.  I was a victim also about credit cards and the company

21  tried to fix my credit.  They didn't.  They take the money

22  away.

23  Q.  Would you rather be on a different case?

24  A.  It doesn't matter.

25  Q.  Thank you, gentleman.  You all make notes.

KANNELL - Redirect

140

1  A.  Pedro Alvarez.  I'm married, two kids.  I've lived in Dade

2  County for 42 years.

3  Q.  Work?

4  A.  I work for Best Buy, retail management.

5  Q.  Retail management.  What do you do?

6  A.  Sales manager.

7  Q.  What do you sell?

8  A.  I sell electronics.

9  Q.  Okay, okay.  Does your wife work outside the home?

10  A.  Yes, she works at Best Buy as well.

11  Q.  Do you know of anything at all that we have not covered

12  here that we ought to know about?

13  A.  Nope.

14  Q.  Thank you.

15       The lady next to you?

16  A.  Hello, my name is Yarla Diaz.  I live in Miami for 21

17  years.  I'm married.  I have two kids, a five-year old and a

18  seven-month old.

19       My occupation is customer service for an insurance

20  agency.  My husband is a supervisor in the UPS warehouse, and

21  I've been a victim of identity theft.  I believe I can be fair

22  in the trial.

23  Q.  How long ago?

24  A.  It was fairly recent.  I just found out in April.  My tax

25  returns were filed somewhere else with my Social.

KANNELL - Redirect

141

1  Q.  All right.  Do you believe that -- I will be instructing

2  you to be careful and listen to just the evidence in the case

3  and base your verdict on only the evidence that you hear in the

4  courtroom and not be influenced by any outside thing.  You

5  heard me say that a half a dozen times.

6       Do you think you can do that, having been recently a

7  victim of identity theft?

8  A.  I believe I can do that.

9  Q.  Thank you, young lady.

10      Next?

11  A.  Jose Castillo.  I work as a handyman.  I've been living

12  here in Miami for 28 years.  I'm married, two kids.  My wife

13  works in the beauty salon.

14  Q.  Works where?

15  A.  Beauty salon.

16  Q.  Okay.  Can you think of anything that would be a problem?

17  Any identity theft?  Any claims for insurance or anything that

18  didn't work out well?  Anything like that?

19  A.  Not that I remember.

20  Q.  Would you hand it to the gentleman next to you.

21  A.  Good afternoon, Your Honor.

22  Q.  Good afternoon.

23  A.  My name is Diego Rivadeneira.  I work with State of Florida

24  Department of Transactions.  I'm an administrator in the Real

25  Estate Department.

1       I have two boys.  One of them is graduating this

2  Friday.  He's an Eagle Scout.  He's also an honor student.  I

3  respectfully would like to see if we could have a short day

4  Friday.  I would love to be in this trial, but I cannot let my

5  son down.

6  Q.  I know that after telling you that I couldn't excuse

7  people, anything that deals with children and graduation and

8  things like that, a child that works as hard as your boy has

9  obviously worked, I mean, hey, you've got to be there for kids.

10  I don't have any problem with that.  Probably the graduation is

11  like mid-morning?  When is it?

12  A.  It's at the University of Miami.  I've got to be there at

13  10:00.  They won't let you in after 10:45.

14  Q.  I'm not going to make you come downtown.  We may well be

15  finished by Friday.

16       THE COURT:  We're going to pick two alternates.  This

17  juror, with the understanding that if we're not finished Friday

18  for any reason, would be excused.

19       He's not going to miss his son's graduation unless he

20  has a flat tire that I can't control, but you're going to be

21  there.

22       Mr. Watts-Fitzgerald -- let me ask Mr. Spitale first,

23  if you don't mind.  How about having it, and if by the time we

24  get to Friday, we would have two alternates left and we just

25  excuse him.  Does that make sense?

KANNELL - Redirect

143

1        MR. SPITALE:  That would be fine, yes, sir.

2        MR. WATTS-FITZGERALD:  Absolutely fine, Your Honor.

3        THE COURT:  Good, fine.

4  BY THE COURT:

5  Q.  So we'll run it through.  If we finish by Friday, 5:00,

6  6:00, then you'll say good-bye to everybody and you'll be gone.

7  Well, you will be gone either way.

8  A.  I won't be here Friday.

9  Q.  It's Friday, so that would be Thursday night.  We could do

10 three alternates.  We talked about two.  I don't know that

11 we're going to need it.  We will take care of it.  You'll be

12 able to go Friday to your graduation.  Don't worry about it.

13        THE COURT:  Matter of fact, if he is otherwise

14 acceptable, we might make him the first alternate.  Let's do

15 that.

16        I'll tell you what we'll do.  Now we're going to shift

17 chairs on you.  First of all, stay right there.  Let's see if

18 we get past peremptories.

19        Any questions anybody wants me to ask?  If not, we'll

20 go to Mr. Watts-Fitzgerald.

21        Mr. Smith, you're right.  Any challenges?

22        MR. SMITH:  If I could speak to Mr. Spitale since

23 we're sharing, Your Honor.

24        THE COURT:  Yes, you all talk.

25        MR. SMITH:  Your Honor, respectfully, the defense

KANNELL - Redirect

144

```
 1  jointly exercises its last two peremptory challenges.  They

 2  will be used on juror number 4 and juror number 9.

 3          THE COURT:  4 and 9.  Thank you very much, ma'am, for

 4  being with us.  Thank you, young lady, for being with us.

 5          Call the next two jurors.

 6          COURTROOM DEPUTY:  Marlon Velez and Daniel Perez.

 7          A JUROR:  My name is Marlon Velez.  I'm married.  I

 8  have two kids.  I've been in Dade County for about 20 years.  I

 9  work for AT&T for 20 years.

10  BY THE COURT:

11  Q.  What do you do for AT&T?

12  A.  I work in the central office where all the electronics are

13  with the switches and stuff like that.

14  Q.  Does your wife work outside the home?

15  A.  Yes, she works for CAC Medical Services.

16  Q.  Okay.  Medical services.  Does her work involve claims work

17  or paying claims or things like that, if you know?

18  A.  No.

19  Q.  Have you been on a jury before?

20  A.  No.

21  Q.  You heard everything that we've asked.  Would your answers

22  be about the same as these other folks?

23  A.  That's correct.

24  Q.  You can be fair and impartial?

25  A.  Yes.
```

KANNELL - Redirect

145

1  Q.  Next?

2  A.  Daniel Perez.  I currently work and live in Miami for 21

3  years.  I'm an assistant manager at a sub shop.  I'm currently

4  a part-time student.

5  Q.  I am so sorry.  What is your work again?

6  A.  Assistant manager at a sub shop.

7  Q.  Have you been on a jury before today?

8  A.  No, sir.

9  Q.  Would your answers be about the same as these other folks?

10  A.  Yes, sir.

11          THE COURT:  Any challenges by the defense?

12          MR. SMITH:  No, Your Honor.

13          MR. SPITALE:  None.

14          MR. WATTS-FITZGERALD:  We tender the panel, Your

15  Honor.

16          THE COURT:  Okay.  Swear the panel.  Stand up, please,

17  and raise your right hands.

18          I'm sorry, number 11, just lower your hand and have a

19  seat.  Everybody else stay where you are.  Go ahead and swear

20  number 11.  I guess we need -- we haven't done this before.

21  Forgive me, folks.  Have a seat.

22          Number 11, move down on the other side of the young

23  lady and leave your seat empty.

24          Call juror number 11.

25          COURTROOM DEPUTY:  Barbara Waxman.

KANNELL - Redirect

146

BY THE COURT:

Q.  Yes, ma'am.  Your name?

A.  Barbara Waxman.  I've been in Miami Beach for 37 years now.
I work for a furniture company called Century at the Dania
Design Center.

       My husband is a parts manager for Power House Marine.
He's been there for five years.  I've been with my company for
eight years.  No children.

Q.  What specifically do you do?  What is your work at those
companies?

A.  I sell high end furniture.

Q.  Are you married, I'm sorry?

A.  Yes, I'm married.  No children.

Q.  What does your husband do?

A.  He's a parts manager at Power House Marine.

Q.  Okay, fine.  Have you served on a jury before?

A.  No.

Q.  Have you ever had any claims or anything like that?

A.  No.

Q.  You heard all the questions.  Is there anything you can
think of that the lawyers should know?

A.  I am close friends with State Attorney Susan Daniel.
That's the only thing.

Q.  Does she discuss her cases with you from time to time?

A.  From time to time.

KANNELL - Redirect

147

1  Q.  Do you think that any of her discussions would carry over

2  and make you prejudiced against or in favor of the government

3  or any of the defendants?

4  A.  No.

5  Q.  Do you believe you can be fair?

6  A.  Yes.

7          THE COURT:  Any challenges by the government of this

8  juror?

9          MR. WATTS-FITZGERALD:  No, Your Honor.

10          THE COURT:  The defense is out of challenges.

11          Swear number 12.  Stand please and raise your right

12  hands.

13          COURTROOM DEPUTY:  Do each of you solemnly swear that

14  you will well and truly decide the issues herein between the

15  United States and Joseph Harvey and Anja Karin Kannell so help

16  you God?

17          ALL JURORS:  Yes.

18          THE COURT:  Be seated.

19          Call one alternate.

20          COURTROOM DEPUTY:  Margarita Staub.

21          A JUROR:  Hello, Margarita Staub.  I work for Florida

22  Power & Light.  Married, two children.  My son works for AT&T.

23  My daughter is still in college.

24  BY THE COURT:

25  Q.  Your husband's work?

KANNELL - Redirect

148

1    A.  Deceased.  He was an auto mechanic.

2    Q.  Have you ever been on a jury before today?

3    A.  Yes.

4    Q.  How many times?

5    A.  Probably four.

6    Q.  The most recent time, when did you serve?

7    A.  I think last year, Judge Brisco on the Civil Court.

8    Q.  Could you hear and do you understand the difference in the

9    burden of proof?

10   A.  Yes.

11   Q.  You've heard all of those questions.  Do you have anything

12   that you think we should know about your background that might

13   have a bearing on your ability to serve?

14   A.  No.

15           THE COURT:  For the government?

16           MR. WATTS-FITZGERALD:  No objection, Your Honor.

17           THE COURT:  Any objection to alternate number 2?

18           MR. SPITALE:  None, Your Honor.

19           THE COURT:  Mr. Smith?

20           MR. SMITH:  None, Your Honor.  Thank you.

21           THE COURT:  I take it that number 1 is approved by all

22   three of you; is that correct?

23           MR. WATTS-FITZGERALD:  Yes, Your Honor.

24           THE COURT:  We're going to seat alternate number 1 as

25   juror number 11.  Wasn't that what we planned to do?

KANNELL - Redirect

149

 1            MR. WATTS-FITZGERALD:  Former juror 11 has become

 2    alternate 1.

 3            MR. SPITALE:  That's fine.

 4            MR. SMITH:  I have no problem.

 5            THE COURT:  Swear the two alternates.

 6            COURTROOM DEPUTY:  [Alternates sworn].

 7            THE COURT:  Ladies and gentlemen that remain, we

 8    appreciate you coming here.  I don't know when you're going to

 9    be called next.  I don't know what their need is over at the

10    Jury Section.  If you would be so kind as to go back to the

11    Ferguson Building, to the 5th floor, and report in.  Thank you

12    very much, folks.  Thank you.

13            Now, ladies and gentlemen, those that remain, the 12

14    and the two alternates, you are the jury for this case.  We're

15    going to take just a short recess because we've been here all

16    assembled since 1:00.  It's now 3:06.  I'm going to take a very

17    short 12-minute recess, and we'll come back and hear the

18    opening statements this afternoon.

19            While you're in the jury room -- you folks now will be

20    going into a jury room.  Marshal John will show you where it

21    is, and he will help you with things.  You can't talk with him

22    about the facts of the case.

23            You can certainly ask him or Joyce or Robin, one of

24    us, the staff people, about times or questions, but not about

25    the facts of the case.  They can't talk to you about the facts.

KANNELL - Redirect

1        While you're in the jury room, we ask that you not

2   start any preliminary discussions about your verdict.

3   Obviously, it is fair to everybody to wait until you've heard

4   all the evidence and the argument of counsel and the

5   instructions.

6        In other words, don't start a preliminary discussion

7   about guilt or innocence or anything like that.  You haven't

8   heard the evidence yet.

9        Beyond that, I think that's about it.  Just be

10  comfortable as best you can being 14 people in that room.  I

11  think we'll keep it short.  You won't be there long.

12       It is now eight minutes after 3:00.  Ten minutes,

13  let's say 3:20.  John will knock on the door and call you back

14  in.  Take the same notes when you come back.  The same seats.

15  Thank you.

16       [The jury exits the courtroom at 3:08 p.m.]

17       THE COURT:  No one has invoked the Rule.  Other than

18  the two case agents and the two defendants and the lawyers,

19  there are no witnesses in the courtroom?

20       MR. WATTS-FITZGERALD:  None, Your Honor, that we're

21  aware of.  It will be the --

22       THE COURT:  Are you invoking the Rule?

23       MR. SMITH:  Yes, Your Honor.

24       MR. SPITALE:  Yes, Your Honor.

25       THE COURT:  You will have to keep the witnesses out of

KANNELL - Redirect

151

1  the courtroom.  I don't know who they are.  If you see one come

2  in and you don't know, you might ask each other.  If you see a

3  witness, tell them to wait outside until they're called, except

4  for the two agents and the two defendants.

5         We'll take a ten-minute recess.  We'll have opening

6  statements when we come back.  You can get set up.

7         MR. WATTS-FITZGERALD:  Mr. Abraham will be doing the

8  opening statements, Your Honor.

9         COURTROOM DEPUTY:  Court is in recess.

10        [There was a short recess].

15:24:02  11        COURTROOM DEPUTY:  All rise.  Court is back in

15:24:04  12  session.

15:24:05  13        THE COURT:  Thank you.

15:24:06  14        Bring the jury in.

15:24:11  15        [The jury returns to the courtroom at 3:20 p.m.]

15:24:12  16        THE COURT:  Thank you.  Be seated.

15:24:14  17        Ladies and gentlemen, at this time counsel may speak

15:24:16  18  to you in their opening statement.  Now, this is not argument.

15:24:19  19  This is simply the opening statement of what they believe, in

15:24:24  20  good faith, that the evidence is going to show as it goes

15:24:27  21  forward.  Sort of an index of things to come.  It's not

15:24:32  22  argument.  You get that at the end of the case.

15:24:37  23        Mr. Abraham, for the government, is going to make the

15:24:41  24  government's opening statement.

25        Mr. Abraham.

KANNELL - Redirect

|  |  |
|---|---|
| | 1 |

                              OPENING STATEMENTS

15:24:42   2          MR. ABRAHAM:  May it please the Court.  Good

15:24:44   3   afternoon, ladies and gentlemen of the jury.

15:24:45   4          As the Judge told you, my name is Tim Abraham.  With

15:24:49   5   me is Thomas Watts-Fitzgerald.  We are the attorneys for the

15:24:53   6   United States in this case.

15:24:53   7          The evidence is going to show three things, and I

15:24:57   8   would like you to remember these three things.  Got, used and

15:25:02   9   spent.  The evidence will show that the defendants Joseph

15:25:06  10   Harvey and Anja Kannell got people's stolen identities.  That

15:25:12  11   means their names, real Social Security numbers, real dates of

15:25:17  12   birth.

15:25:18  13          Second, they used -- the evidence will show that the

15:25:21  14   defendants used these stolen identities to pretend to be other

15:25:25  15   people and file false claims to get money.  Now, the false

15:25:29  16   claims are basically written lies.  Lies in writing.  They did

15:25:33  17   this in several ways, some of it through the Internet, some of

15:25:37  18   it through the mail.  They submitted -- the evidence will show

15:25:43  19   that they submitted these lies to get money from disaster

15:25:48  20   relief agencies by pretending to be victims of disasters.

15:25:54  21          Third, spent.  They got this money and they spent the

15:25:57  22   money.  The evidence will show that they got the money using

15:26:00  23   other people's identities, but they spent the money in their

15:26:03  24   own identity.  I am going to ask you through the course of this

15:26:06  25   trial to follow the money.  Follow the money as you hear the

KANNELL - Redirect

153

| | | |
|---|---|---|
| 15:26:10 | 1 | evidence come in, and you will see from following the money |
| 15:26:13 | 2 | that you should return a verdict of guilty against these |
| 15:26:16 | 3 | defendants for all counts charged. |
| 15:26:18 | 4 | Defendants Joseph Harvey and Anja Kannell are a |
| 15:26:23 | 5 | married couple.  They are charged with several crimes involving |
| 15:26:27 | 6 | identity theft and fraud. |
| 15:26:29 | 7 | As you heard the Judge tell you, Joseph Harvey is |
| 15:26:32 | 8 | charged with 41 instances or counts of different crimes.  He is |
| 15:26:38 | 9 | charged with 16 counts of wire fraud.  He is charged with 14 |
| 15:26:43 | 10 | counts of mail fraud.  He is charged with seven counts of |
| 15:26:47 | 11 | access device fraud and four counts of aggravated identity |
| 15:26:51 | 12 | theft. |
| 15:26:51 | 13 | The Judge is going to explain to you at the end of the |
| 15:26:54 | 14 | trial what those crimes mean and how you define the law.  You |
| 15:26:57 | 15 | are going to determine the facts. |
| 15:27:00 | 16 | Anja Kannell is charged with 38 counts.  In other |
| 15:27:04 | 17 | words, there are just three counts or instances of crimes that |
| 15:27:07 | 18 | are not charged against her.  The rest are charged against -- |
| 15:27:09 | 19 | so 38 counts are charged against both of them. |
| 15:27:12 | 20 | There's three that defendant Joseph Harvey is charged |
| 15:27:13 | 21 | with that she does not have.  Those are three wire fraud |
| 15:27:17 | 22 | counts.  So she is charged with 13 counts of wire fraud, 14 |
| 15:27:21 | 23 | counts of mail fraud, seven counts of access device fraud and |
| 15:27:24 | 24 | four counts of aggravated identity theft. |
| 15:27:27 | 25 | Now, the Judge was telling you a little bit about what |

KANNELL - Redirect

154

15:27:31  1   wire fraud and mail fraud are.  These involve the way the false

15:27:33  2   claims are submitted.  Wire fraud involves submitting them

15:27:35  3   through either the phone or some other electronic manner.

15:27:40  4   Through the Internet.  Mail fraud involves the use of the

15:27:46  5   males.  Access device fraud involves trying to get money by

15:27:50  6   lying and using access devices.

15:27:54  7        Now, access devices could be anything from a debit

15:27:56  8   card to a unique number that is assigned to a person.  You will

15:28:00  9   hear more about that from the Judge later.

15:28:03  10       They are also charged with aggravated identity theft.

15:28:07  11  This is basically using someone else's identity, knowing that

15:28:11  12  you are using it, in the course of a felony.  A felony is a

15:28:15  13  crime that can be punishable by more than one year.  So because

15:28:20  14  they used other people's identities -- they knew they were

15:28:24  15  other people's identities as the evidence will show -- in the

15:28:26  16  course of felonies, wire fraud and mail fraud, they are also

15:28:30  17  guilty of aggravated identity theft as the evidence will show

15:28:33  18  you.

15:28:33  19       I ask that you listen to all the evidence over the

15:28:36  20  next couple of days.  We believe that the evidence will show

15:28:39  21  you that you should render a verdict of guilty against both of

15:28:43  22  those defendants.

15:28:44  23       Getting into the specifics, the evidence we will

15:28:47  24  introduce in this case will show that between 2008 and 2011

15:28:51  25  these defendants stole dozens of real people's identities.

KANNELL - Redirect

| | | |
|---|---|---|
| 15:28:56 | 1 | They then used those identities to file several false claims. |
| 15:29:00 | 2 | And you will see these claims.  They will come into evidence. |
| 15:29:03 | 3 | You will be able to see what these defendants wrote. |
| 15:29:08 | 4 | You will also hear about the money that they received |
| 15:29:11 | 5 | from filing these false claims.  You will hear evidence that |
| 15:29:14 | 6 | several hundreds of thousands of dollars was received by them |
| 15:29:18 | 7 | and spent by them as a course of pretending to be these victims |
| 15:29:23 | 8 | of disasters. |
| 15:29:23 | 9 | Now, in many of these claims what the evidence will |
| 15:29:27 | 10 | show that they would do is take a real person's identity from |
| 15:29:31 | 11 | one place, their name, their real Social Security number, their |
| 15:29:35 | 12 | real date of birth, and then they would pair this with a fake |
| 15:29:38 | 13 | address and a fake story and some fake records to pretend that |
| 15:29:43 | 14 | they were a victim of a disaster in another place.  They |
| 15:29:46 | 15 | wouldn't do any of this face to face, so the people at the |
| 15:29:50 | 16 | disaster relief agencies never got to see them.  They would do |
| 15:29:54 | 17 | this by the phone, by Internet or by the mail. |
| 15:30:00 | 18 | In September 2008, Louisiana was hit by Hurricanes |
| 15:30:07 | 19 | Gustav and Ike.  The evidence will show that these defendants |
| 15:30:11 | 20 | filed 47 false claims under stolen identities for unemployment |
| 15:30:16 | 21 | assistance because of the disaster.  They filed these with the |
| 15:30:20 | 22 | Louisiana Work Force Commission.  Unemployment assistance |
| 15:30:24 | 23 | relating to a disaster is basically somebody saying I suffered |
| 15:30:27 | 24 | because of this storm or this disaster, and I need some help. |
| 15:30:31 | 25 | I need some money to get by. |

KANNELL - Redirect

| | | |
|---|---|---|
| 15:30:33 | 1 | British Petroleum.  In April of 2010 there was an oil |
| 15:30:39 | 2 | spill, a fire and explosion, at the Deepwater Horizon rig in |
| 15:30:46 | 3 | the Gulf of New Mexico. |
| 15:30:48 | 4 | British Petroleum set up a separate entity called the |
| 15:30:51 | 5 | Gulf Coast Claims Facility.  That separate entity, its job was |
| 15:30:55 | 6 | to get these claims and determine which claims should be paid. |
| 15:30:58 | 7 | You will hear evidence from some of the witnesses that worked |
| 15:31:02 | 8 | for the Gulf Coast Claims Facility, so you will hear that term |
| 15:31:05 | 9 | again and again throughout the trial. |
| 15:31:07 | 10 | The evidence will show that in September and October |
| 15:31:09 | 11 | of 2010, these defendants filed 34 false claims with stolen |
| 15:31:16 | 12 | identities with this Gulf Coast Claims Facility, and that was |
| 15:31:19 | 13 | in relation to claiming that they were victims of this oil |
| 15:31:22 | 14 | spill. |
| 15:31:22 | 15 | Moving forward to February 2011.  There were severe |
| 15:31:28 | 16 | storms in North Dakota, specifically in Bismarck and Minot. |
| 15:31:34 | 17 | The evidence will show that between June 2011 and September of |
| 15:31:37 | 18 | 2011, these defendants filed 65 false claims for disaster |
| 15:31:44 | 19 | related unemployment assistance. |
| 15:31:46 | 20 | Moving again forward to August 2011, Tropical Storm |
| 15:31:52 | 21 | Irene hit the State of New York.  The evidence will show that |
| 15:31:58 | 22 | the defendants filed 11 false disaster related unemployment |
| 15:32:02 | 23 | assistance claims.  All those disasters I just mentioned to |
| 15:32:07 | 24 | you, they were presidentially-declared disasters. |
| 15:32:09 | 25 | The charged offenses charge both of these defendants |

KANNELL - Redirect

15:32:13  1    for filing false claims for all of those disasters.

15:32:16  2         Now, remember, I mentioned there are three offenses

15:32:21  3    that defendant Joseph Harvey is charged with that defendant

15:32:27  4    Kannell, his wife, is not charged with.  These relate to severe

15:32:29  5    weather in Mississippi in April and May of 2011.  Nine false

15:32:32  6    claims were filed seeking money for economic losses related to

15:32:37  7    a disaster in Mississippi.  Defendant Joseph Harvey is charged

15:32:40  8    in relation to these nine false claims with three additional

15:32:44  9    counts of wire fraud.

15:32:45  10        The evidence will show what was said in these false

15:32:49  11   claims.  You will often see that some of the information that

15:32:53  12   is made up, the fake stories, are repeated.  In fact, we will

15:32:57  13   show you evidence of two claims that have the exact same story

15:33:01  14   of why the person needs money for disaster relief, but they

15:33:05  15   have a different persons's name.  The evidence will show the

15:33:10  16   defendants were able to get paid large chunks of money using

15:33:16  17   their system.

15:33:17  18        Now, as I said, as the jury, I am asking you to follow

15:33:20  19   the money and also follow the evidence.  The evidence will show

15:33:24  20   that there are photographs of defendant Joseph Harvey

15:33:27  21   withdrawing money from several ATMs in South Florida under the

15:33:32  22   names of some of these stolen identities.

15:33:36  23        The evidence will also show that the bank records,

15:33:42  24   where the money was directed to, was spent by defendant Joseph

15:33:46  25   Harvey and defendant Anja Kannell.

KANNELL - Redirect

158

| | | |
|---|---|---|
| 15:33:50 | 1 | You will also see during the course of this trial |
| 15:33:53 | 2 | phone records.  The evidence will show that defendant Joseph |
| 15:33:57 | 3 | Harvey provided a particular phone number as he was spending |
| 15:34:01 | 4 | some of this money, (407)860-1941.  We will call that the 1941 |
| 15:34:08 | 5 | phone number.  That number that defendant Joseph Harvey |
| 15:34:10 | 6 | provided on several documents to business people, we received |
| 15:34:14 | 7 | the phone records from those -- from that phone number from |
| 15:34:20 | 8 | MetroPCS, and that's a cell phone. |
| 15:34:22 | 9 | When you look at those phone records, you will see |
| 15:34:25 | 10 | that dozens of calls were made to the disaster relief agencies |
| 15:34:30 | 11 | that I just mentioned to you in regard to the disasters that we |
| 15:34:33 | 12 | have talked about and also that dozens of phone calls were made |
| 15:34:37 | 13 | to the banks where the money was deposited in these other |
| 15:34:41 | 14 | people's names.  The evidence will show that was for the |
| 15:34:44 | 15 | purpose of them getting access to the money.  The money would |
| 15:34:47 | 16 | go to a bank in someone else's name, and they had to pretend to |
| 15:34:52 | 17 | be those people to get that money. |
| 15:34:54 | 18 | You will hear from several witnesses regarding the |
| 15:34:56 | 19 | evidence in this case.  Postal Inspector Claudia Angel will |
| 15:35:00 | 20 | testify about how the case was referred to her. |
| 15:35:02 | 21 | She will testify that the disaster relief agencies |
| 15:35:07 | 22 | referred the case because several claims were being sent to one |
| 15:35:13 | 23 | particular bank account.  This bank account was in San Antonio, |
| 15:35:17 | 24 | Texas, and several claims of money were asking that the money |
| 15:35:21 | 25 | be sent to this Texas bank account to two bank account names, |

KANNELL - Redirect

159

| | | |
|---|---|---|
| 15:35:26 | 1 | Robert Brown and Kenneth Green. |
| 15:35:28 | 2 | So there were several claims being filed by other |
| 15:35:32 | 3 | people, female and male names, but they were going to this |
| 15:35:37 | 4 | Texas bank account, Robert Brown and Kenneth Green.  You will |
| 15:35:40 | 5 | later see evidence that connects those bank accounts to these |
| | 6 | defendants. |
| 15:35:45 | 7 | Upon the arrest of these defendants, Angel will |
| 15:35:50 | 8 | testify that in the vehicle that they were driving, a Bentley |
| 15:35:54 | 9 | Arnage, we found debit cards.  These debit cards were in other |
| 15:35:59 | 10 | people's names, the stolen identities that the disaster relief |
| 15:36:03 | 11 | agencies had given money to.  You will see these debit cards |
| 15:36:06 | 12 | later in the trial as we admit them.  Several debit cards, less |
| 15:36:10 | 13 | than ten -- less than ten debit cards were found in the console |
| 15:36:14 | 14 | of the Bentley Arnage that they were driving when they were |
| 15:36:16 | 15 | arrested.  The evidence will show that as Inspector Angel |
| 15:36:21 | 16 | testifies. |
| 15:36:22 | 17 | These debit cards were all in other people's names -- |
| 15:36:26 | 18 | there was one debit card that was in defendant Joseph Harvey's |
| 15:36:30 | 19 | name.  I stand corrected.  One in Joseph Harvey's name, but |
| 15:36:34 | 20 | several of these other ones were in other people's names. |
| 15:36:37 | 21 | After an arrest, a search warrant was obtained to |
| 15:36:42 | 22 | search the trunk of the Bentley Arnage.  When the Bentley |
| 15:36:46 | 23 | Arnage's trunk was searched, Inspector Angel will testify that |
| 15:36:52 | 24 | she found this briefcase.  When we opened up this briefcase, |
| 15:36:56 | 25 | Inspector Angel found within it over 40 other debit cards, and |

KANNELL - Redirect

160

15:37:03  1    you will see these later in trial.

15:37:07  2            Two or three of these debit cards are in the name of

15:37:12  3    defendant Joseph Harvey, but the rest of the 40-something debit

15:37:16  4    cards are in the names of these victims who had their

15:37:19  5    identities stolen and filed claims for disaster relief.

15:37:24  6            Now, why are these debit cards important?  The

15:37:26  7    evidence will show that when they requested money from these

15:37:29  8    disaster relief agencies a lot of times they would load it on

15:37:33  9    to a debit card and mail the debit card to you.  Inspector

15:37:40  10   Angel will testify that all of these debit cards were found in

15:37:43  11   the possession of the defendants.

15:37:44  12           In addition, another thing that was found in this

15:37:48  13   briefcase, Inspector Angel will testify that four computer CDs

15:37:54  14   were found in this briefcase.  Three of those CDs had media on

15:37:59  15   them.  Inspector Angel will tell you that on those CDs were

15:38:05  16   electronic versions of false claims that were filed with these

15:38:10  17   disaster relief agencies.  Dozens and dozens of electronic

15:38:14  18   versions of these claims were on these CDs found in this

15:38:16  19   briefcase in the trunk of the car.

15:38:19  20           In addition, in the same briefcase Inspector Angel

15:38:23  21   will testify that seven handwritten notebooks were found.

15:38:28  22   These seven handwritten notebooks contained other people's

15:38:33  23   identity information.  Their names, their dates of birth, their

15:38:38  24   Social Security numbers.  These seven notebooks contained the

15:38:41  25   names of the people that had filed the claims requesting

KANNELL - Redirect

| | | |
|---|---|---|
| 15:38:44 | 1 | disaster relief that the agencies believed were fraud. |
| 15:38:48 | 2 | Not only did they contain these names, the evidence |
| 15:38:51 | 3 | will show that there were dates handwritten in these notebooks. |
| 15:38:55 | 4 | Those dates handwritten correspond with dates that the disaster |
| 15:38:59 | 5 | relief agencies were contacted. |
| 15:39:01 | 6 | You will hear later in this trial that a fingerprint |
| 15:39:05 | 7 | analyst tested the notebooks.  They found the fingerprints of |
| 15:39:10 | 8 | both defendants all over the notebooks. |
| 15:39:13 | 9 | You will also hear later from a handwriting expert who |
| 15:39:18 | 10 | analyzed the handwriting in notebooks.  They will also tell you |
| 15:39:23 | 11 | that they found the handwriting of both of the defendants. |
| 15:39:27 | 12 | Now, the fingerprint and handwriting experts were also |
| 15:39:28 | 13 | given other material to test.  You will hear them testify that |
| 15:39:29 | 14 | they received some of the false claim envelopes and false |
| 15:39:33 | 15 | claims from the government agencies.  Those government agencies |
| 15:39:36 | 16 | received these suspicious claims.  They were given to the |
| 15:39:39 | 17 | government, the government gave them to these experts to test. |
| 15:39:42 | 18 | They found the fingerprints and handwriting on these envelopes |
| 15:39:46 | 19 | and false claims. |
| 15:39:47 | 20 | So not just finding fingerprints and handwriting in |
| 15:39:50 | 21 | the notebooks in the trunk of the car that they were driving at |
| 15:39:54 | 22 | the time they were arrested, but also on separate documents |
| 15:39:57 | 23 | that were mailed to the disaster relief agencies. |
| 15:39:59 | 24 | You will also hear from Postal Inspector/Financial |
| 15:40:03 | 25 | Analyst Robert Passero.  He will help you follow the money.  He |

KANNELL - Redirect

162

| | | |
|---|---|---|
| 15:40:08 | 1 | will testify about how he analyzed all of the bank records that |
| 15:40:12 | 2 | were set up in these other people's names to see where the |
| 15:40:13 | 3 | money flowed in and out.  He will talk to you about how some of |
| 15:40:17 | 4 | the money that flowed out of these names were spent on a very |
| 15:40:23 | 5 | expensive rental house, $15,000 a month in Lighthouse Point |
| 15:40:28 | 6 | that was rented in the defendant Joseph Harvey's name, giving |
| 15:40:31 | 7 | that same cell phone number that we talked about. |
| 15:40:33 | 8 | He will testify that some of the money was traced to a |
| 15:40:38 | 9 | 37-foot yacht that the defendants were living on.  You will |
| 15:40:41 | 10 | hear from another witness who will tell you that they were |
| 15:40:43 | 11 | living on that yacht.  He could also trace the money to some of |
| | 12 | these luxury cars, like the Bentley Arnage and another Bentley, |
| | 13 | a second Bentley, and trace this money to expensive pets.  For |
| 15:40:53 | 14 | example, it was a Chow puppy that was $1200, and Financial |
| 15:40:56 | 15 | Analyst Passero will talk to you about that. |
| 15:41:00 | 16 | You will also hear from witnesses from the disaster |
| 15:41:04 | 17 | relief agencies, as I told you, the people that work for the |
| 15:41:07 | 18 | relief agencies.  They will talk about how their claims were |
| 15:41:10 | 19 | received and how they were processed. |
| 15:41:12 | 20 | You will hear from the victims who had their identity |
| 15:41:15 | 21 | stolen.  Remember that I earlier said that there was a Texas |
| 15:41:18 | 22 | bank account in the name of Robert Brown and Kenneth Green? |
| 15:41:22 | 23 | You will hear from the real Robert Brown and the real Kenneth |
| 15:41:27 | 24 | Green during the course of this trial.  They will tell you that |
| 15:41:31 | 25 | that was their identity.  That was their real information that |

KANNELL - Redirect

| | |
|---|---|
| 15:41:32 | 1 |

15:41:32  1   was used to open those accounts in Texas, but both of them

15:41:34  2   don't live in Texas.

15:41:35  3        They will tell you, you will hear from those victims,

15:41:38  4   that they never had those losses related to disasters.  That

15:41:43  5   they didn't live in those areas where they had those

15:41:48  6   presidentially-declared disasters.  They will tell you that

15:41:50  7   they never authorized these defendants to file claims on their

15:41:53  8   behalf for money, and they will also tell you, more

15:41:56  9   importantly, they never received any of the money associated

15:41:59  10  with these claims.

15:42:00  11       If you follow the money, it's going to take you back

15:42:04  12  to the defendants.

15:42:05  13       Now, you will also hear from the people that the

15:42:08  14  defendants bought things from.  You will hear from some of the

15:42:11  15  people that rented them the big houses or sold them the luxury

15:42:15  16  vehicles or sold them the jewelry.

15:42:19  17       You won't hear any evidence -- well, you will hear --

15:42:22  18  excuse me.  You will hear financial analyst Passero testify

15:42:27  19  that he found no legitimate income.  He checked all these bank

15:42:31  20  records and he found no source of legitimate income in these

15:42:35  21  records, only proceeds of these false claims.

15:42:37  22       You will also hear a little bit about the mail

15:42:42  23  forwarding system.  Simply that these defendants had mail

15:42:47  24  forwarded in other people's names coming from the disaster

15:42:51  25  relief agencies through different commercial mail drops, like a

KANNELL - Redirect

| | | |
|---|---|---|
| 15:42:53 | 1 | Mail Boxes Etc. or a UPS post office box, and once that mail |
| 15:43:00 | 2 | came from these disaster relief agencies and went to those |
| 15:43:02 | 3 | boxes in other people's names, the evidence will show it was |
| 15:43:04 | 4 | forwarded directly to the defendants' boxes in their names. |
| 15:43:08 | 5 | The evidence will show in actuality they controlled all of |
| 15:43:11 | 6 | these boxes. |
| 15:43:12 | 7 | In fact, the evidence will show in relation to the 47 |
| 15:43:16 | 8 | claims regarding Louisiana, the defendant Anja Kannell had this |
| 15:43:21 | 9 | mail in these other people's names forwarded straight to her |
| 15:43:26 | 10 | box in the Southern District of Florida. |
| 15:43:27 | 11 | We will put on these witnesses over the next couple of |
| 15:43:31 | 12 | days.  We will do our best to move quickly.  Some of these |
| 15:43:35 | 13 | witnesses are victims who are traveling from a far way away, |
| 15:43:40 | 14 | who have never flown on a plane before, who may be sick.  They |
| 15:43:44 | 15 | are going through a great inconvenience to come here, and we |
| 15:43:48 | 16 | are trying to accommodate them in trying to get them on and off |
| 15:43:52 | 17 | the witness stand.  So not everything will come in the exact |
| 15:43:56 | 18 | order that I have explained it to you today, but I ask that you |
| | 19 | have patience as we put the puzzle pieces together. |
| 15:44:01 | 20 | When you see the totality of the evidence, we feel |
| 15:44:05 | 21 | confident that you will come to the same factual conclusions, |
| 15:44:08 | 22 | that the evidence will show that they got, used and spent. |
| 15:44:12 | 23 | They got these stolen identities, they used these identities to |
| 15:44:18 | 24 | get money and that they spent the money in their own name. |
| 15:44:21 | 25 | At the end of this case, we will ask that you return a |

KANNELL - Redirect

165

15:44:23   1    verdict of guilty on all counts.

15:44:26   2            Thank you.

15:44:26   3            THE COURT:  All right.  As I indicated earlier, the

15:44:34   4    counsel are not required to make an opening statement or to

15:44:37   5    present any evidence, but if they wish to do so they may do so.

15:44:42   6            Mr. Smith.

15:44:43   7            MR. SMITH:  Thank you, Your Honor.

15:44:56   8            Ladies and gentlemen, good afternoon.  Ladies and

15:44:57   9    gentlemen, on October 5th of 2011 Joseph Harvey was arrested by

15:45:01   10   federal authorities, and he came before a Court, and since that

15:45:05   11   time, on October 5th of 2011, he has been detained awaiting

15:45:09   12   trial.

15:45:10   13           Now, why is this important?

15:45:12   14           The reason that you will see in this case that this is

15:45:15   15   important is that this case is built on reams of paper -- and

15:45:19   16   you will see it throughout this trial, boxes upon boxes of

15:45:23   17   paper -- and tracking wire transfers, bank records, documents

15:45:28   18   that have traveled by our very modern information technology

15:45:33   19   systems by wire, by mail through our old-fashion system.  So

15:45:38   20   all of these documents that exist have attempted to be tracked.

15:45:44   21           Well, the reason that you will see that this is

15:45:46   22   important is that Mr. Harvey, being detained, did not have

15:45:50   23   access at that point, since October 5th of 2011, to ATM

15:45:56   24   machines, banks, credit cards, things of that nature that he is

15:46:00   25   charged with in this case.

KANNELL - Redirect

166

15:46:02    1    So were any of those cards that were at issue in this

15:46:07    2    case to have been used after October 5th of 2011?  Obviously,

15:46:12    3    you will see, that's an important piece of evidence to suggest

15:46:15    4    that despite these reams of paper, despite these reams of

15:46:20    5    evidence from the banks and the wire transfers and these

15:46:24    6    plastic credit cards and the results of these search warrants

15:46:27    7    and findings that something else is afoot, is it not?  So

15:46:32    8    that's why that will be important and that is my understanding

15:46:35    9    of what you are going to see in this case.

15:46:36   10    Now, the individuals that the government has just

15:46:40   11    spoken to you about, these inconvenienced folks who will come

15:46:44   12    in here and testify, one thing that you are not going to hear

15:46:48   13    from any one of them, including those who were mentioned

15:46:53   14    specifically to you such as Robert Brown and Kenneth Green and

15:46:57   15    an S.L. McCall, none of these individuals know Joseph Harvey,

15:47:02   16    none of these individuals have ever met Joseph Harvey, and

15:47:06   17    until the government accused Mr. Harvey, they have no reason to

15:47:11   18    ever know the existence of Mr. Harvey, and so the only reason

15:47:15   19    that these folks will take that stand and point the finger, if

15:47:19   20    you will, proverbial speaking at Mr. Harvey, is because that is

15:47:26   21    who has been accused of this crime.  They have no other basis

15:47:30   22    to do so.

15:47:31   23    Now, the government's accusations in this case will

15:47:33   24    be, as you heard from Mr. Abraham, based in large part on three

15:47:40   25    pieces of expert testimony, and these are voice exemplars,

KANNELL - Redirect

167

| | | |
|---|---|---|
| 15:47:45 | 1 | handwriting exemplars and fingerprint testimony.  What you will |
| 15:47:48 | 2 | see about these three pieces of expert testimony are things |
| 15:47:54 | 3 | that, despite maybe our general awareness through TV and media |
| 15:47:58 | 4 | and newspapers and our own understanding, lay persons' |
| 15:48:03 | 5 | understanding of the criminal justice system, are that these |
| 15:48:07 | 6 | pieces of evidence, you will see, are not really what they |
| 15:48:11 | 7 | purport to be on TV. |
| 15:48:14 | 8 | For instance, you will see that while somebody may |
| 15:48:17 | 9 | find a fingerprint on a table, they will not be able to tell |
| 15:48:20 | 10 | you when that fingerprint was left on that table.  Was the |
| 15:48:23 | 11 | object on the table there before the fingerprint was left on |
| 15:48:26 | 12 | it, after the fingerprint was left on it; that is not something |
| 15:48:32 | 13 | that the science of fingerprints can tell you.  And in this |
| 15:48:35 | 14 | case they will not be able to tell you whether the writing on |
| 15:48:38 | 15 | these documents that they checked was there before the |
| 15:48:40 | 16 | fingerprint was left or after the fingerprint was left on that |
| 15:48:51 | 17 | document. |
| 15:48:51 | 18 | Further, what you are going to see about these three |
| 15:48:55 | 19 | pieces of scientific evidence or areas of scientific evidence |
| 15:48:56 | 20 | is that these three pieces of evidence or types of evidence are |
| 15:48:57 | 21 | what we refer to as conclusion based, because all three of |
| 15:49:02 | 22 | these experts, you will see, are employed by the government, by |
| 15:49:06 | 23 | law enforcement.  They are handed the evidence that they are |
| 15:49:09 | 24 | going to examine by law enforcement, fellow law enforcement |
| 15:49:14 | 25 | employees in the prosecutors' offices that they work for. |

KANNELL - Redirect

168

15:49:21   1          What they then do is search for data or items that
15:49:25   2   they can then use to base these conclusions they have already
15:49:31   3   reached on, and that's what you are going to see about these
15:49:34   4   pieces of evidence.
15:49:35   5          Ladies and gentlemen, as I have indicated to you and
15:49:39   6   as the government has indicated to you, there are quite a few
15:49:43   7   witnesses in this case.  There are quite a few pieces of paper
15:49:46   8   and documents in this case.  You have heard the government's
15:49:49   9   opening argument.  You have heard my opening argument here.  I
15:49:52   10  will ask you to please, don't make any judgments in this case
15:49:56   11  until you have heard everything.  We will be here for several
15:49:59   12  days, possibly through Friday or Monday.  I ask you not to
15:50:02   13  reach any conclusions until this case is all over and you have
15:50:06   14  heard the law that the Judge will give you to apply the facts
15:50:10   15  that you hear during this case.
15:50:12   16         Thank y'all for your time.
15:50:15   17         THE COURT:  Mr. Spitale.
15:50:16   18         MR. SPITALE:  Thank you, Your Honor.
15:50:18   19         Ladies and gentlemen, my name is Leo Spitale, and I
15:50:29   20  represent Anja Kannell, who is seated here next to me.
15:50:33   21         What this case is about is -- it starts out as
15:50:36   22  mentioned by the prosecutor -- of a family, Mr. Kannell,
15:50:40   23  Mrs. Kannell and their daughter.  And you are going to hear
15:50:43   24  evidence that they lived together.  You are going to hear
15:50:46   25  evidence that they lived in a big house, they had a boat --

KANNELL - Redirect

15:50:50  1  boat or boats -- and that they had expensive cars, and you are

15:50:54  2  also going to hear evidence, as you have already heard, that

15:50:57  3  they had a dog that was a Chow Chow.  You are going to hear

15:51:03  4  evidence that this was a family unit and that -- you are going

15:51:08  5  to hear a lot of evidence that comes supposedly from either the

15:51:13  6  phone, the Internet or the mail.

15:51:17  7        What you have to keep in mind as you listen to the

15:51:21  8  evidence critically is who did the things on the phone, who did

15:51:27  9  the things on the Internet and who did the things on the mail.

15:51:33  10       Now, you will hear some scientific evidence in this

15:51:36  11  case, but the scientific evidence in this case you are going to

15:51:39  12  hear is of different degrees of probability, and you need to

15:51:47  13  listen to that as you go through the evidence.  It is not all

15:51:50  14  the same just because a scientist or an expert comes here to

15:51:55  15  talk to you.  You will hear them say they think this is more

15:51:58  16  probable, this is less probable and so forth.

15:52:01  17       So you need to keep all of those things in mind,

15:52:05  18  because the issue is not just following the money to where it

15:52:08  19  goes because that's the end result.  What the issue is going to

15:52:11  20  be is who knowingly committed these crimes.

15:52:13  21       My client is charged with 38 individual crimes.  Each

15:52:21  22  one of those crimes has to be proven to you beyond a reasonable

15:52:24  23  doubt by evidence that takes away the reasonable doubt.  That

15:52:29  24  is the government's burden in every case, and it is in this

15:52:32  25  case also.

KANNELL - Redirect

15:52:40  1        You will hear the government say many times

15:52:43  2  "they/these".  Those are pronouns, ladies and gentlemen, that

15:52:52  3  refer to more than one person.  However, many of these acts

15:52:56  4  which our clients are accused of were performed by one person.

15:53:01  5  So I want you to keep that in mind.  The proof has to be that

15:53:05  6  my client committed the crime, not that some group of people

15:53:08  7  committed the crime.  They are charged individually, and my

15:53:11  8  client is charged with individually committing a crime, so you

15:53:15  9  have to be aware of the facts and analyze that there is proof

15:53:21  10  that that person, my client, committed a crime.

15:53:26  11        So at the end, ladies and gentlemen, we are going to

15:53:30  12  ask that you determine, and do your duty and your obligation to

15:53:34  13  determine, whether the government has proved its case beyond a

15:53:37  14  reasonable doubt as to each one, which is very, very important,

15:53:42  15  each one of the 38 accusations, not some of them but all of

15:53:48  16  them, and at that time we feel confident that you will find my

15:53:52  17  client not guilty.

15:53:53  18        Thank you.

15:54:05  19        THE COURT:  Ladies and gentlemen, at this time we will

15:54:07  20  commence the taking of testimony and the government will call

15:54:11  21  its first witness.

15:54:12  22        MR. WATTS-FITZGERALD:  Thank you, Your Honor.

15:54:14  23        The United States calls Charlotte Salinger.

24        COURTROOM DEPUTY:  Please raise your right hand.  Do

25  you solemnly swear that the testimony you are about to give

SALINGER - Direct

171

1    will be the truth, the whole truth and nothing but the truth so

2    help you God?

3                    THE WITNESS:  I do.

4                    COURTROOM DEPUTY:  You may be seated.

5                    Please state your full name and spell your last name

6    for the record.

15:55:08    7             THE WITNESS:  Charlotte Salinger, S-a-l-i-n-g-e-r.

8                    COURTROOM DEPUTY:  Thank you.

9             CHARLOTTE SALINGER, GOVERNMENT'S WITNESS, SWORN

10                         DIRECT EXAMINATION

15:55:16   11    BY MR. WATTS-FITZGERALD:

15:55:16   12    Q.  Ms. Salinger, could you tell the ladies and gentlemen of

15:55:20   13    the jury where you reside.

15:55:21   14    A.  Jacksonville, Florida.

15:55:23   15    Q.  How long have you lived there?

15:55:25   16    A.  My whole life.

15:55:26   17    Q.  Are you familiar with someone by the name of April Ivey,

15:55:30   18    with the initials A.I.?

15:55:31   19    A.  Yes, sir.

15:55:32   20    Q.  Who is April Ivey?

15:55:34   21    A.  My half sister.

15:55:35   22    Q.  And what is, if you know, her status or ability to function

15:55:41   23    in every day life?

15:55:42   24    A.  She is legally completely incompetent.

15:55:46   25    Q.  Are you her legal guardian?

SALINGER - Direct

172

15:55:48   1   A.  Yes, sir.

15:55:49   2   Q.  Have you been declared so by a competent court in

15:55:54   3   Jacksonville?

15:55:55   4   A.  Yes, sir.

15:55:55   5   Q.  Does your sister live with you?

15:55:57   6   A.  Yes, sir.

15:55:58   7   Q.  How long has that been the case?

15:56:00   8   A.  This time for a year, and then she lived in an assisted

15:56:07   9   living home -- which I would visit her at least once or twice a

15:56:12  10   week -- for about a year -- a couple of years with them, and

15:56:15  11   with me for a couple of years before that.

15:56:17  12   Q.  Can you tell us from your knowledge whether she also is a

15:56:22  13   long-term resident of Jacksonville?

15:56:25  14   A.  Yes, sir.

15:56:25  15   Q.  How long has April lived in Jacksonville?

15:56:29  16   A.  Her whole life.

15:56:31  17   Q.  And how long has it been now, if you can refresh my memory,

15:56:34  18   that she has actually been physically living with you?

15:56:37  19   A.  This last time, for a year.  I have been her guardian for

15:56:42  20   six years.

15:56:43  21   Q.  Specifically in the summer of 2011, approximately August

15:56:47  22   through, let's say, October, was she living with you?

15:56:53  23   A.  That was right before she moved back in with me.

15:56:57  24   Q.  Was her mail sent or forwarded to you?

15:57:01  25   A.  Yes, sir.

SALINGER - Direct

173

| | | |
|---|---|---|
| 15:57:02 | 1 | Q.  And would you open her mail and assist her with it? |
| 15:57:07 | 2 | A.  Yes, sir. |
| 15:57:08 | 3 | Q.  Now, at any time during the period that you have known your |
| 15:57:11 | 4 | sister since her accident, approximately six years back when |
| 15:57:17 | 5 | you took over as her legal guardian, has she ever lived in the |
| 15:57:22 | 6 | State of New York? |
| 15:57:22 | 7 | A.  No, sir. |
| 15:57:24 | 8 | Q.  Would you know if she had moved to New York? |
| 15:57:28 | 9 | A.  Yes, sir.  Her accident was actually 11 years ago. |
| 15:57:33 | 10 | Q.  Okay.  Back in about 2001 then? |
| 15:57:37 | 11 | A.  Yes, sir. |
| 15:57:37 | 12 | Q.  And you became her guardian.  That was six years ago? |
| 15:57:42 | 13 | A.  Yes, sir. |
| 15:57:43 | 14 | Q.  How are her motor skills? |
| 15:57:47 | 15 | A.  Not good. |
| | 16 | Q.  Can she sign her name? |
| 15:57:48 | 17 | A.  It's really wavy. |
| 15:57:49 | 18 | Q.  Are you familiar with her signature? |
| 15:57:51 | 19 | A.  Yes, sir. |
| 15:57:52 | 20 | Q.  Did there come a time when you first heard the name of a |
| 15:57:56 | 21 | business called Kids Cuts in Albany, New York? |
| 15:58:00 | 22 | A.  No, sir. |
| 15:58:00 | 23 | Q.  You are not aware of that business? |
| 15:58:02 | 24 | A.  I've never heard of it. |
| 15:58:05 | 25 | Q.  Has your sister, to your knowledge, ever been a barber or a |

SALINGER - Direct

174

| | | |
|---|---|---|
| 15:58:14 | 1 | haircutter for children? |
| 15:58:15 | 2 | A.  No, sir. |
| 15:58:15 | 3 | Q.  Did you ever assist your sister as her legal guardian in |
| 15:58:20 | 4 | filing a claim against the State of New York, Department of |
| 15:58:25 | 5 | Unemployment Assistance as a result of damages or economic |
| 15:58:28 | 6 | losses she suffered as a result of Hurricane Irene striking the |
| 15:58:34 | 7 | New York area? |
| 15:58:35 | 8 | A.  No, sir. |
| 15:58:50 | 9 | MR. WATTS-FITZGERALD:  Your Honor, may I approach the |
| 15:58:52 | 10 | witness? |
| 15:58:55 | 11 | THE COURT:  Yes, sir. |
| 15:58:55 | 12 | BY MR. WATTS-FITZGERALD: |
| 15:58:55 | 13 | Q.  Ms. Salinger, if I can invite your attention to the items |
| 15:59:04 | 14 | that I have marked for identification placed before you, |
| 15:59:08 | 15 | starting with Exhibit 52, do you see that item? |
| 15:59:11 | 16 | A.  Yes, sir. |
| 15:59:12 | 17 | Q.  Have you ever seen it before? |
| 15:59:14 | 18 | A.  No, sir.  No, sir. |
| 15:59:16 | 19 | Q.  Did you ever receive such a card bearing your sister's name |
| 15:59:22 | 20 | at her residence or elsewhere? |
| 15:59:24 | 21 | A.  No, sir. |
| 15:59:25 | 22 | Q.  Did you ever see such a card in her possession? |
| 15:59:29 | 23 | A.  No, sir. |
| 15:59:29 | 24 | Q.  Would you be aware if she had such a card? |
| 15:59:33 | 25 | A.  Yes, sir.  She wouldn't even know how to use one. |

SALINGER - Direct

| | | |
|---|---|---|
| 15:59:36 | 1 | Q.  Thank you. |
| 15:59:36 | 2 | And if I now can invite your attention to the item |
| 15:59:39 | 3 | marked for identification Exhibit 66, I would ask you to look |
| 15:59:44 | 4 | through the form and tell me if you recognize any of the |
| 15:59:49 | 5 | signatures therein. |
| 16:00:02 | 6 | A.  No, sir. |
| 16:00:03 | 7 | Q.  Thank you. |
| 16:00:03 | 8 | As legal guardian, do you handle the finances for your |
| 16:00:07 | 9 | sister? |
| 16:00:07 | 10 | A.  Yes, sir. |
| 16:00:08 | 11 | Q.  I am showing you what is marked as Government's Exhibit 51 |
| 16:00:17 | 12 | for identification, and I have tabbed the portion I would like |
| | 13 | to refer to with your sister's name. |
| 16:00:34 | 14 | Can you look at those several pages and tell me if any |
| 16:00:38 | 15 | of the information reflected thereon regarding mailing |
| 16:00:38 | 16 | addresses, locations and payments are financial arrangements |
| 16:00:42 | 17 | with your sister with which you are familiar. |
| 16:00:46 | 18 | A.  No, sir. |
| 16:00:52 | 19 | MR. WATTS-FITZGERALD:  I tender the witness, Your |
| 16:01:03 | 20 | Honor. |
| | 21 | THE WITNESS:  No, sir.  I'm sorry. |
| | 22 | MR. WATTS-FITZGERALD:  That's all right.  I was |
| | 23 | telling the Court that I was -- |
| 16:01:04 | 24 | THE COURT:  Cross-examination.  Mr. Smith, any |
| 16:01:07 | 25 | questions? |

COOPER - Direct

176

| | | |
|---|---|---|
| 16:01:08 | 1 | MR. SMITH:  I have no questions, Your Honor. |
| 16:01:10 | 2 | THE COURT:  Mr. Spitale, any questions? |
| 16:01:12 | 3 | MR. SPITALE:  I have no questions, Your Honor. |
| 16:01:14 | 4 | THE COURT:  Thank you, young lady.  You can step down. |
| 16:01:22 | 5 | [Witness was excused.] |
| 16:01:25 | 6 | THE COURT:  Your next witness, please. |
| 16:01:25 | 7 | MR. WATTS-FITZGERALD:  Your Honor, the United States |
| 16:01:27 | 8 | calls Dr. Nancy Cooper. |
| 16:02:19 | 9 | COURTROOM DEPUTY:  Please raise your right hand.  Do |
| 16:02:20 | 10 | you solemnly swear that the testimony you shall give will be |
| 16:02:24 | 11 | the truth, the whole truth and nothing but the truth so help |
| 16:02:28 | 12 | you God? |
| 16:02:29 | 13 | THE WITNESS:  I do. |
| | 14 | COURTROOM DEPUTY:  Please state your name and spell |
| | 15 | your last name. |
| 16:02:31 | 16 | THE WITNESS:  Nancy Lee Cooper. |
| | 17 | You want my last name or the whole thing? |
| | 18 | COURTROOM DEPUTY:  Your last name. |
| | 19 | THE WITNESS:  Cooper.  "C", double "o," p-e-r. |
| | 20 | COURTROOM DEPUTY:  Thank you. |
| | 21 | NANCY LEE COOPER, GOVERNMENT'S WITNESS, SWORN |
| | 22 | DIRECT EXAMINATION |
| 16:02:40 | 23 | BY MR. WATTS-FITZGERALD: |
| 16:02:40 | 24 | Q.  And that's properly Dr. Cooper, isn't it? |
| 16:02:44 | 25 | A.  Yes.  Yes. |

COOPER - Direct

177

| | | |
|---|---|---|
| | 1 | Q.  What type of doctor are you? |
| 16:02:45 | 2 | A.  I'm a chiropractor. |
| 16:02:46 | 3 | Q.  Where do you practice? |
| 16:02:47 | 4 | A.  Out in the middle of a cow field next to my house in a |
| 16:02:51 | 5 | little place called Branford, Florida. |
| 16:02:53 | 6 | Q.  North central part of the state? |
| 16:02:55 | 7 | A.  Right. |
| 16:02:56 | 8 | Q.  And how long have you been a resident and practitioner in |
| 16:03:01 | 9 | that area? |
| 16:03:02 | 10 | A.  Well, let's see.  We moved back to Florida in 1996. |
| 16:03:05 | 11 | Q.  Where from? |
| 16:03:07 | 12 | A.  Peachtree City, Georgia. |
| 16:03:09 | 13 | Q.  Have you ever lived in New York? |
| 16:03:12 | 14 | A.  No. |
| 16:03:12 | 15 | Q.  How about Louisiana? |
| 16:03:19 | 16 | A.  No. |
| 16:03:20 | 17 | Q.  And you have been there, then, since at least 1996?  Would |
| | 18 | that be approximate? |
| 16:03:24 | 19 | A.  In Branford, Florida.  Yes. |
| 16:03:27 | 20 | Q.  Do you know an individual by the name of Joseph Harvey? |
| 16:03:32 | 21 | A.  No, sir, I do not. |
| 16:03:34 | 22 | Q.  Do you know a woman by the name of Anja Karin Kannell? |
| 16:03:41 | 23 | A.  No, sir, I do not. |
| 16:03:42 | 24 | Q.  Look around the courtroom for me.  Do you see anybody here |
| 16:03:46 | 25 | you know? |

COOPER - Direct

16:03:47  1   A.  No.  Nope.  No, sir.

16:03:48  2   Q.  In fact, to be fair, we have never met before today have

16:03:53  3   we?

16:03:53  4   A.  No, sir.

16:03:54  5   Q.  Have you ever authorized anyone to use your personal

16:03:58  6   identifying information such as your name, date of birth and

16:04:02  7   Social Security number to file a --

16:04:03  8   A.  No, sir, I have not.  I'm sorry.

16:04:05  9   Q.  -- to file a claim for compensation as a result of a

16:04:11  10  natural disaster?

16:04:12  11  A.  No, sir, I have not.

16:04:13  12  Q.  Not in New York?

16:04:19  13  A.  No, sir.

16:04:19  14  Q.  Not in Louisiana?

16:04:21  15  A.  No, sir.

16:04:21  16  Q.  Have you ever had a Chase Bank debit account?

16:04:24  17  A.  No, sir.

16:04:25  18  Q.  Do you remember when Hurricane Ike went through Louisiana?

16:04:29  19  A.  No, sir, I don't remember.

16:04:31  20  Q.  Do you recall Hurricane Irene coming up through Florida and

16:04:35  21  going to New York last summer?

16:04:38  22  A.  Yes, sir, I remember that.

16:04:40  23  Q.  Where were you then?

16:04:41  24  A.  In Branford, Florida.

16:04:44  25          MR. WATTS-FITZGERALD:  Your Honor, may I approach the

COOPER - Direct

| | | |
|---|---|---|
| 16:04:46 | 1 | witness? |
| 16:04:47 | 2 | THE COURT:  Yes. |
| 16:04:48 | 3 | BY MR. WATTS-FITZGERALD: |
| 16:04:48 | 4 | Q.  I show you what is marked as Government's Exhibit 68 for |
| 16:04:52 | 5 | identification.  I ask you to take a moment and look at that |
| 16:04:55 | 6 | and tell me if you recognize the Social Security number and |
| 16:05:00 | 7 | other personal identifying information on that form. |
| 16:05:05 | 8 | A.  Okay.  They do have the last four digits of my Social |
| 16:05:09 | 9 | Security number.  I don't see a birth date on here anywhere. |
| 16:05:14 | 10 | Q.  If you can, go down a page or two to an application form. |
| 16:05:20 | 11 | I think you will find it. |
| 16:05:22 | 12 | A.  They have -- let's see.  That is not my Social -- oh, wait |
| 16:05:26 | 13 | a minute.  Yes, it is.  They have my Social Security number |
| 16:05:30 | 14 | there.  Yes, on the profit/loss they have my Social Security |
| 16:05:49 | 15 | number; name, Nancy Cooper. |
| 16:05:51 | 16 | Q.  Ma'am, if I can invite your attention back to that -- |
| | 17 | A.  First page? |
| 16:05:56 | 18 | Q.  -- that form C you were just looking at. |
| | 19 | A.  The last one I was looking at? |
| 16:06:08 | 20 | Q.  I believe that it's a schedule C to a tax return. |
| 16:06:11 | 21 | A.  Yes.  Profit/loss business? |
| 16:06:12 | 22 | Q.  Yes. |
| | 23 | A.  Okay. |
| 16:06:14 | 24 | Q.  Have you ever been in the construction trade? |
| 16:06:16 | 25 | A.  No, sir, I have not. |

COOPER - Direct

180

16:06:18   1   Q.  Have you ever run a business or been associated with a

16:06:21   2   business known as Atkins Flooring?

16:06:26   3   A.  No, sir, I have not.

16:06:51   4   Q.  Have you ever seen the location depicted in the photo near

16:06:54   5   the end of that?

16:06:56   6           MR. SMITH:  Your Honor, I object.  That document is

16:06:58   7   not in evidence.  It has only been marked for identification.

16:07:02   8           THE COURT:  All right.

16:07:03   9           MR. WATTS-FITZGERALD:  Another witness will

16:07:04   10  authenticate it, Your Honor.  I am not asking her to describe

16:07:05   11  anything, just to testify has she ever seen it.

           12  BY MR. WATTS-FITZGERALD:

16:07:08   13  Q.  Are you familiar with the location depicted therein?

16:07:13   14  A.  No, sir, I am not.

16:07:15   15          THE COURT:  Overruled.  She may answer the question,

16:07:15   16  and she's answered.  Next question.

16:07:19   17  BY MR. WATTS-FITZGERALD:

16:07:19   18  Q.  Have you ever trained dogs for a living?

16:07:23   19  A.  No, sir, I have not.

16:07:24   20  Q.  Did you ever authorize anybody to suggest that you suffered

16:07:28   21  a loss in New York, compensible, as a result of operating a dog

16:07:34   22  training business in year 2011?

16:07:37   23  A.  No, sir, I have not.

16:07:39   24  Q.  Let me show you what is marked as Government's Exhibit 51

16:07:52   25  also for identification.  If I can invite your attention to the

COOPER - Direct

181

| | | |
|---|---|---|
| 16:07:56 | 1 | tab that has your name on it, please examine it and tell me, do |
| 16:08:01 | 2 | you see your Social Security number there? |
| 16:08:09 | 3 | A.  On the first one, no, I don't see my Social Security number |
| 16:08:13 | 4 | on it.  It says "Cooper R" on it.  Is this the one you're |
| 16:08:17 | 5 | speaking of? |
| 16:08:18 | 6 | Q.  Yes.  Please go down several pages to the next tab and see |
| 16:08:25 | 7 | if your Social Security number appears there anywhere that you |
| 16:08:27 | 8 | recognize. |
| 16:08:28 | 9 | A.  I don't see anything on Pompano Beach on the inventory |
| 16:08:30 | 10 | listing. |
| 16:08:31 | 11 | Q.  Have you ever received mail at an address on East Atlantic |
| 16:08:37 | 12 | Boulevard in Pompano Beach? |
| 16:08:39 | 13 | A.  No, sir, I have not. |
| 16:08:41 | 14 | Q.  Have you ever received mail at a post office or post box |
| 16:08:48 | 15 | drop at any time south of Lake Okeechobee? |
| 16:08:53 | 16 | A.  No, sir, I have not. |
| 16:08:55 | 17 | Q.  Are any of your personal phones or cell phone numbers given |
| 16:09:00 | 18 | or start with the area code 347? |
| 16:09:04 | 19 | A.  No, sir, they do not. |
| 16:09:06 | 20 | Q.  What area code would your personal numbers come in under? |
| 16:09:13 | 21 | A.  Area code 386. |
| 16:09:16 | 22 |         MR. WATTS-FITZGERALD:  I tender the witnesses, Your |
| 16:09:18 | 23 | Honor. |
| 16:09:18 | 24 |         MR. SMITH:  No questions, Your Honor. |
| 16:09:20 | 25 |         MR. SPITALE:  No questions. |

SMITH - Direct

182

| | | |
|---|---|---|
| 16:09:23 | 1 | THE COURT:  Thank you, Dr. Cooper.  You may be |
| 16:09:26 | 2 | excused. |
| 16:09:39 | 3 | THE COURT:  Next witness. |
| | 4 | THE WITNESS:  Judge, do I give these to you?  okay. |
| | 5 | THE COURT:  Thank you. |
| 16:09:39 | 6 | MR. WATTS-FITZGERALD:  The United States calls Jordan |
| 16:09:42 | 7 | Smith. |
| 16:10:10 | 8 | THE COURT:  Let's bring in Jordan Smith and move it |
| 16:10:15 | 9 | along. |
| | 10 | COURTROOM DEPUTY:  Please raise your right hand.  Do |
| | 11 | you solemnly swear that the testimony you are about to give |
| | 12 | will be the truth, the whole truth and nothing but the truth so |
| | 13 | help you God? |
| | 14 | THE WITNESS:  I do. |
| 16:10:41 | 15 | COURTROOM DEPUTY:  Thank you.  You may seated. |
| 16:10:44 | 16 | Will you please state your name and spell your last |
| 16:10:47 | 17 | name for the record. |
| 16:10:48 | 18 | THE WITNESS:  Smith. |
| | 19 | COURTROOM DEPUTY:  State your full name. |
| 16:10:51 | 20 | THE WITNESS:  Jordan Smith. |
| 16:10:53 | 21 | COURTROOM DEPUTY:  Thank you. |
| | 22 | JORDAN SMITH, GOVERNMENT'S WITNESS, SWORN |
| | 23 | DIRECT EXAMINATION |
| 16:10:56 | 24 | BY MR. WATTS-FITZGERALD: |
| 16:10:57 | 25 | Q.  Mr. Smith, can you tell the ladies and gentlemen of the |

SMITH - Direct

183

16:10:58   1   jury what you do for a living?

16:11:00   2   A.   I run a mailbox service called Mailbox Forwarding, based

16:11:05   3   out of Grandville, Michigan.  Basically we receive mail for

16:11:09   4   people similar to a traditional mailbox service -- Mail Box

16:11:14   5   Etc., UPS Store P.O. boxes -- except that our customers do

16:11:15   6   not -- don't sign up -- they don't actually have a physical box

16:11:20   7   at our address.

16:11:21   8          We sign up all of our customers online.  And when they

16:11:25   9   become a customer they are assigned a five-digit-long box

16:11:29   10  number, and they can have all of their mail sent to that box

16:11:33   11  number at our address.  So, for example, they'll have all their

16:11:36   12  mail sent to 2885 Sanford Avenue, Southwest, Number 12345,

16:11:42   13  Grandville, Michigan.

16:11:43   14         When we receive the mail, we then split it up by --

16:11:47   15  based on the box number it's sent to and bar code the mail.

16:11:51   16  Basically, we don't stick it in physical mailboxes because our

16:11:58   17  customers don't actually come into the store and pick up their

16:12:02   18  mail.  We --

16:12:02   19  Q.   Can a customer come in the store to set up an account?

16:12:06   20  A.   I don't believe we've ever had -- no, we have never had a

16:12:09   21  customer actually come into the store to set up an account

16:12:11   22  initially.  All the credit card processing and everything is

           23  done online.

16:12:16   24  Q.   Have any customers ever come in to physically pick up the

           25  mail that has been forwarded to your location?

SMITH - Direct

184

16:12:20    1    A.   Yes.  We have several thousand customers and we've probably

16:12:25    2    had about a dozen come in over the life of the business.  We're

16:12:26    3    talking well under one percent I have ever even seen face to

16:12:30    4    face.

16:12:30    5    Q.   Out of the thousands of customers, do they each have a

16:12:36    6    unique box number as it were?

16:12:37    7    A.   Yes, they all have a unique box number.  That's how we

16:12:41    8    determine what mail goes to whom.

16:12:44    9    Q.   And how does one sign up for this service?

16:12:47   10    A.   You sign up online.  Mailboxforwarding.com.  Basically,

16:12:49   11    we -- most of our advertising is done online.  Customers find

16:12:50   12    out about it and set up an account online.

16:12:54   13    Q.   Now, are there any regulations you are aware of from the

16:12:58   14    U.S. Postal Inspection Service that you are required to meet in

16:13:01   15    order to receive mail for other people at your location?

16:13:07   16    A.   Yes.  Basically the same -- the same regulations that would

16:13:09   17    apply to a Mail Box Etc. location or a UPS Store apply to us,

16:13:12   18    which is a form called USPS form 1583, and it's very similar

16:13:16   19    also to a form that's required whenever you open a P.O. box.

16:13:20   20    Basically it's just an anti-fraud measure from the U.S. Postal

16:13:23   21    Service.

16:13:24   22              Every new customer has to fill this out.  It has to

16:13:27   23    include their real home address, their real name, and then two

16:13:31   24    forms of identification -- usually a driver's license, a

16:13:33   25    passport, insurance card, et cetera -- that basically back up

SMITH - Direct

185

16:13:40  1  who they are and -- and back up their home address.  They also

16:13:42  2  have to get the form notarized.  They have to get their

16:13:46  3  signature notarized on the form.  And we retain a copy of this

16:13:47  4  form and copies of their two forms of ID.

16:13:49  5  Q.  And these are -- these forms, they all come to you by mail

16:13:53  6  or do they come to you by Internet?

16:13:55  7  A.  The customer can choose to send them by mail or scan them

16:14:01  8  and e-mail them in or fax them to us.

16:14:03  9  Q.  If I would like a tonier address than Sanford Avenue in

16:14:09  10  Michigan --

11  A.  Uh-huh.

16:14:10  12  Q.  -- can I have my mail first sent somewhere else?

16:14:14  13  A.  Yes.  When we first started up the service we just had the

16:14:18  14  Grandville, Michigan address and found that there was a demand

16:14:22  15  for addresses in some other locations, specifically Florida and

16:14:25  16  California, and so at that point I contacted owners of

16:14:30  17  traditional mailbox stores, one in Pompano Beach, Florida, one

16:14:35  18  in Los Angeles, California, and deals were done where they will

16:14:40  19  receive mail for some of our customers to use those addresses,

16:14:43  20  and they pay a little extra to use one of those two addresses,

16:14:48  21  and then any mail that comes to -- for example, my partner in

16:14:51  22  Pompano Beach, Florida, his customers are three-digit box

23  numbers, my customers are five-digit box numbers, so any mail

24  that comes --

25          COURT REPORTER:  I didn't hear that.

SMITH - Direct

186

16:14:59  1  BY MR. WATTS-FITZGERALD:

16:14:59  2  Q.  If I can ask you to slow down a little bit.

3  A.  Sure.

16:15:02  4  Q.  I know it's real exciting to be here.

5  A.  Yeah.  I'm just trying to cover it in a decent amount of

16:15:07  6  time.  I will slow down then.

7  Q.  Okay.

16:15:10  8  A.  So my partner in Pompano Beach, Florida, all of his

16:15:14  9  customers have three-digit-long box numbers.  My customers have

16:15:19  10  five-digit-long box numbers.  So it's a very simple process.

16:15:23  11  Any mail that comes to him every day that has a five-digit box

16:15:27  12  number on it, he automatically puts it in a larger mailbox and

16:15:31  13  forwards it up to us in Michigan on a daily basis.  So all of

16:15:35  14  the mail that's received for my customers in Florida and

16:15:38  15  California just get shipped on to Michigan.  Then we process it

16:15:42  16  as if it came in in Michigan, which is just an easy way for

16:15:47  17  customers to have other choices of addresses.

16:15:50  18  Q.  So when your customers who have pre-signed with you and

16:15:53  19  received a five-digit box number, of course, the box doesn't

16:15:57  20  really exist.

21  A.  Uh-huh.

16:15:58  22  Q.  When a piece of mail comes in, either directly to your

16:16:04  23  Grandville, Michigan location, your Pompano Beach location or

16:16:09  24  one of these other places where you have a contract or an

16:16:11  25  agreement, what do you do with it at Grandville when the

SMITH - Direct

187

16:16:16  1   physical mail arrives there?

16:16:17  2   A.   Basically, I stick a bar code on it that contains the

16:16:21  3   information of what box it's attached to.   Then we scan the

16:16:24  4   front of the envelope with a high-speed scanner.   We run all

16:16:28  5   the -- all the mail that comes in each day through a high-speed

16:16:32  6   scanner and post those images to online accounts.   Each of our

16:16:38  7   customers could log into an online account, and they will see a

16:16:40  8   list of all the pieces of mail we have received for them, along

16:16:44  9   with the date received and other information.   They should be

16:16:47  10  able to see a little thumbnail image of the front of the

16:16:49  11  envelope so they can tell where it's from.

16:16:50  12       It would be very much like taking paper mail and

16:16:54  13  making it viewable in a format like e-mail.

16:16:57  14  Q.   At that juncture you and your employees have not opened the

16:17:02  15  mail, have you?

16:17:03  16  A.   No, we have not.   We do not open any mail until

16:17:04  17  specifically requested.

16:17:05  18  Q.   If I am a customer, is my website location where I can view

16:17:10  19  what you have scanned secure?

16:17:12  20  A.   Yes.

16:17:13  21  Q.   How?

16:17:13  22  A.   You log in with your e-mail address and password.   It has

16:17:18  23  standard SSL security.   Basically, standard web security for

16:17:23  24  any log-in situation.

16:17:25  25  Q.   Okay.   And how do I pay for this service if I decide that I

SMITH - Direct

188

| | | |
|---|---|---|
| 16:17:29 | 1 | just can't live without virtual mailboxes? |
| 16:17:31 | 2 | A.  You pay through your credit card.  That's the only option. |
| 16:17:38 | 3 | Sign up for an account online.  You have to provide a credit |
| 16:17:39 | 4 | card and we have to have a currently active chargeable card on |
| 16:17:41 | 5 | file for every account.  We charge on a monthly basis and then |
| 16:17:45 | 6 | for any incidentals. |
| 16:17:46 | 7 | Q.  Now, if you have posted the mail online for the customer to |
| 16:17:52 | 8 | view the envelope, what are their options in the further |
| 16:17:57 | 9 | processing of that mail if any? |
| 16:17:59 | 10 | A.  Well, basically they can log in.  They can view the list of |
| 16:18:02 | 11 | all the pieces of mail that they have received and they can |
| 16:18:04 | 12 | choose what to do with each piece of mail individually.  For |
| 16:18:08 | 13 | example, you see there's a piece of mail from AT&T.  It looks |
| 16:18:13 | 14 | like it's a bill.  You can check and say I want that one opened |
| 16:18:17 | 15 | and scanned.  If you say that, we'll -- the next day we'll go |
| 16:18:20 | 16 | and pull that piece of mail out, we'll open it up and we'll |
| 16:18:22 | 17 | scan all the contents and then post that as an Adobe PDF file |
| 16:18:28 | 18 | on to the same website and you can log in and view the whole |
| 16:18:32 | 19 | contents of your mail. |
| 16:18:35 | 20 | If it's something that you think I would rather have |
| 16:18:37 | 21 | that physically for whatever reason, even if we have scanned it |
| 16:18:41 | 22 | already -- when we scan something, we just refile the original |
| 16:18:44 | 23 | piece of mail.  We don't toss it.  If it's something you want |
| | 24 | for some reason -- it might have a check in it, it might have a |
| 16:18:49 | 25 | credit card -- you would then say forward this piece of mail or |

SMITH - Direct

189

| | | |
|---|---|---|
| 16:18:54 | 1 | forward these specific five pieces of male, in which case you |
| 16:18:56 | 2 | can choose what address you want us to send them to.  We'll put |
| 16:19:03 | 3 | them all in one large envelope, a Manila envelope or whatever, |
| 16:19:04 | 4 | and we'll send it via whatever shipping speed you select and |
| 16:19:04 | 5 | basically just charge you what it cost to ship it.  You can |
| 16:19:08 | 6 | have any U.S. Postal Service or FedEx shipping speed. |
| 16:19:13 | 7 | Q.  With thousands of customers, how big is your company? |
| 16:19:16 | 8 | A.  As far as? |
| 16:19:18 | 9 | Q.  Number of employees. |
| 16:19:19 | 10 | A.  Number of employees?  Seven. |
| 16:19:20 | 11 | Q.  So it's highly automated.  It's essentially a web-based |
| 16:19:25 | 12 | business? |
| 16:19:25 | 13 | A.  Yes, it's highly automated.  I mean, we don't have direct |
| 16:19:30 | 14 | interaction with the customers usually, and a lot of it is just |
| 16:19:34 | 15 | based on lists here, the 500 pieces of mail that people have |
| 16:19:39 | 16 | requested scanned since yesterday. |
| 16:19:41 | 17 | Q.  You described the process for opening the account which |
| 16:19:45 | 18 | included notarized signatures on USPS form 1583. |
| | 19 | A.  Uh-huh. |
| 16:19:54 | 20 | Q.  And a credit card and certain ID, name, phone number.  What |
| 16:19:58 | 21 | do you do to verify that in fact the information being provided |
| 16:20:01 | 22 | to you is real? |
| 16:20:02 | 23 | A.  We don't have any further verification of that.  The U.S. |
| 16:20:07 | 24 | Postal Service requires that we collect a form from every new |
| 16:20:10 | 25 | customer, the same as any other mailbox service company, and |

SMITH - Direct

190

16:20:14 1  then on a quarterly basis we hand over copies of those forms to

16:20:20 2  our local U.S. Postal Service branch.  Which, as far as I know,

16:20:25 3  normal process is just to file those away and then just use

16:20:28 4  them in cases where there is -- where there are problems that

16:20:31 5  come up.  It's not so much something that they verify, it's

16:20:36 6  something they fall back on if some issue comes up to try and

16:20:41 7  track down the person.

16:20:42 8  Q.  So you are really at the mercy of the information that is

16:20:44 9  provided to you.

16:20:45 10  A.  Yes.  We don't have any way of checking driver's licenses

16:20:51 11  or passports, any of that information, and we -- we aren't

16:20:52 12  required to.  The U.S. Postal Service can do that whenever they

16:20:56 13  want.  All the forms are -- are accessible to the investigators

16:21:00 14  but just with the volume, I don't believe they actually check

16:21:03 15  them -- check them in most cases.

16:21:05 16  Q.  Under the regulatory requirements that you described, the

16:21:09 17  regulatory field that you must operate in, is it possible for

16:21:14 18  more than one person or entity to share one of your box

16:21:18 19  numbers?

16:21:20 20  A.  Yes.  The rule for that is that every person who is going

16:21:25 21  to be receiving mail at that box number should send in a copy

16:21:30 22  of USPS form 1583.  Now, that doesn't necessarily apply to

16:21:37 23  entities.  Business entities don't -- aren't people.  They

16:21:40 24  don't have to provide IDs or anything like that.  They can just

16:21:44 25  be listed on the form.

SMITH - Direct

191

| 16:21:46 | 1 | Q.   Okay.   Does the box number 15134 resinate with you? |
| 16:21:52 | 2 | A.   Yes. |
| 16:21:53 | 3 | Q.   Why is that? |
| 16:21:54 | 4 | A.   Well, I believe the box was opened about a -- over a |
| 16:21:57 | 5 | year-and-a-half ago, and was contacted by Inspector Angel |
| 16:22:02 | 6 | initially in -- I believe it was August of last year about |
| 16:22:06 | 7 | some -- some issues with that box.  She was investigating, at |
| 16:22:11 | 8 | the time, fraud that had been coming through and at the time I |
| 16:22:14 | 9 | just released all the records that we had on the box.  It had |
| 16:22:19 | 10 | been fairly active.  It received several hundred pieces of mail |
| 16:22:23 | 11 | over the course of about seven months I believe. |
| 16:22:25 | 12 | Q.   What is your actual job title?  You personally. |
| 16:22:28 | 13 | A.   President.  I'm the founder of the company. |
| 16:22:32 | 14 | Q.   That sorts of makes you the geek in charge, right? |
| 16:22:37 | 15 | A.   Yes.  I -- I designed a lot of -- yeah.  I designed a lot |
| 16:22:39 | 16 | of the back-end database systems also.  So ... |
| 16:22:41 | 17 | Q.   And as such are you the custodian of records who maintains |
| 16:22:45 | 18 | care, custody and control of all the business records, |
| 16:22:48 | 19 | electronic or otherwise, that your business maintains in its |
| 16:22:53 | 20 | ordinary course of carrying out its day-to-day activities? |
| 16:22:57 | 21 | A.   Yes, I am. |
| 16:22:58 | 22 | Q.   And in that capacity, did you collect or cause to be |
| 16:23:02 | 23 | collected and review a set of documents related to the account |
| 16:23:02 | 24 | number 15134? |
| 16:23:05 | 25 | A.   Yes.  We have several databases related to every single |

SMITH - Direct

192

| | | |
|---|---|---|
| 16:23:10 | 1 | account.  Whenever somebody requests mail forwarded, that |
| 16:23:13 | 2 | creates a new record in another database.  Whenever somebody |
| 16:23:16 | 3 | even logs into an account, that creates a record and a database |
| 16:23:20 | 4 | but allows them to keep -- it's basically normal for any sort |
| 16:23:24 | 5 | of website log-in.  You create a record in a database that |
| 16:23:26 | 6 | keeps you logged in when you change pages. |
| 16:23:31 | 7 | MR. WATTS-FITZGERALD:  May I approach the witness, |
| 16:23:33 | 8 | Your Honor? |
| 16:23:34 | 9 | THE COURT:  Yes. |
| 16:23:36 | 10 | BY MR. WATTS-FITZGERALD: |
| 16:23:36 | 11 | Q.  I am showing you what is marked as Government's Exhibit 15 |
| 16:23:42 | 12 | for identification.  I ask you to take a moment and look |
| 16:23:46 | 13 | through this set of documents and tell me if you recognize |
| 16:23:48 | 14 | those as the business records of Mailbox Forwarding. |
| 16:23:53 | 15 | A.  Yes, I do so far.  It starts out with form 1583.  We have |
| 16:23:57 | 16 | two copies of that.  I believe this customer actually signed up |
| 16:24:00 | 17 | at one point to use Michigan, Florida, and California |
| 16:24:04 | 18 | addresses,  which happens on occasion. |
| 16:24:04 | 19 | MR. SMITH:  Speculation, Your Honor. |
| 16:24:13 | 20 | THE COURT:  I'm sorry? |
| | 21 | MR. SMITH:  Object to the speculation. |
| | 22 | THE WITNESS:  I know that -- |
| | 23 | THE COURT:  Just a moment.  Just a moment.  Sir, just |
| | 24 | a moment. |
| 16:24:16 | 25 | Mr. Watts-Fitzgerald? |

16:24:18   1         MR. WATTS-FITZGERALD:  Your Honor, I can -- I will

16:24:19   2   re-ask -- I will reformat the question.  I think we can --

16:24:20   3         THE COURT:  Rephrase the question.

16:24:22   4   BY MR. WATTS-FITZGERALD:

16:24:22   5   Q.   Okay.  Are you familiar with those records?

16:24:24   6   A.   Yes, I am.

16:24:25   7   Q.   Are they, indeed, the correct and accurate business records

16:24:28   8   of the company subpoenaed on behalf of the United States and

16:24:32   9   provided to Agent Angel?

          10   A.   Yes.

          11   Q.   Postal Inspector Angel.

16:24:35  12   A.   Yes, these are the records I sent to Inspector Angel in

16:24:40  13   August.

16:24:44  14   Q.   And can you tell us what box number they went to?

          15   A.   Box 15134.

16:24:44  16   Q.   Within that package are there form 1583s that you described

16:24:48  17   to the jury earlier?

16:24:49  18   A.   Yes, there are.

16:24:50  19   Q.   What names are those in?

16:24:52  20   A.   The form 1583 for the Grandville address was sent under the

16:24:56  21   name of Maggie Graham.

16:24:58  22         MR. WATTS-FITZGERALD:  Your Honor, the government

16:25:00  23   moves Government's Exhibit 15 into evidence.

16:25:02  24         MR. SPITALE:  Object based on relevance, Your Honor.

          25         THE COURT:  Object based on --

SMITH - Direct

194

16:25:06  1            MR. SPITALE:  Based on relevancy to the defendant.

16:25:10  2            THE COURT:  Any other objections?

          3            [No response.]

16:25:12  4            THE COURT:  No.  Overruled.  It's admitted into

16:25:14  5    evidence.

          6            [Government Exhibit 15 received in evidence].

16:25:22  7    BY MR. WATTS-FITZGERALD:

16:25:22  8    Q.  Can you tell us -- you mentioned there were two 1583s you

16:25:27  9    believed associated with this box number -- what are the names

16:25:30  10   of the two individuals that are associated with this box?

16:25:33  11   A.  The box for Michigan was Maggie Graham, and the form 1583

16:25:40  12   that was sent in for the box in Florida was in the name of S.L.

16:25:44  13   McCall.

16:25:45  14   Q.  Is that permitted by your company to have two different

16:25:48  15   names at different box locations?

16:25:51  16   A.  Yes, it is.  It would be permitted if they were at the same

16:25:53  17   box location.  Basically, if they're going to be receiving mail

16:25:56  18   under the account, they should each send in a form.  But if

16:26:00  19   they wanted to use separate addresses, that's all right, they

16:26:02  20   are saving money that way.

16:26:04  21   Q.  Did your company's location in Grandville, Michigan

16:26:07  22   actually process mail from both locations directly to you in

16:26:12  23   Grandville and through that Florida box?

16:26:14  24   A.  Yes, we did.

16:26:15  25   Q.  Where was that Florida box located physically?

SMITH - Direct

195

16:26:18  1   A.   It was at 2637 East Atlantic Boulevard in Pompano Beach.

16:26:25  2   Q.   And that's a company that's under contract with you to

16:26:27  3   provide the forwarding service?

16:26:29  4   A.   Yes.  Parcels Plus owned by Bruce Springsteen.

16:26:35  5   Q.   Now, can you tell the ladies and gentlemen of the jury if

16:26:37  6   the form 1583 for Maggie Graham is signed?

16:26:40  7   A.   Yes, it is.

16:26:41  8   Q.   And is the signature notarized as you indicated was

16:26:45  9   required?

16:26:46  10  A.   Yes, it is.  It has a signature under the signature of

16:26:49  11  notary, plus a notary stamp apparently.

16:26:52  12  Q.   And on the stamp, can you read the name of the notary

16:26:55  13  public?

16:26:56  14  A.   I believe it's Mason Chaney.

16:26:58  15  Q.   Okay.  Can you look at the second 1583 form that you said

16:27:03  16  related to somebody by the name of S.L. McCall at the Pompano

16:27:09  17  location?

16:27:09  18  A.   Yes.

16:27:10  19  Q.   Is that 1583 signed?

16:27:15  20  A.   Yes, it is signed.

16:27:16  21  Q.   Is the signature notarized?

16:27:19  22  A.   It is, and it's notarized also by Mason Chaney.

16:27:24  23  Q.   Do you have a forwarding address on that box to which you

16:27:27  24  would direct physical mail if you were told to do so?

16:27:31  25  A.   Well, every time that somebody requests mail forwarded,

SMITH - Direct

196

| | | |
|---|---|---|
| 16:27:35 | 1 | they get to enter the specific address they want it sent to.  I |
| 16:27:39 | 2 | mean, we have a lot of customers that move around fairly |
| 16:27:43 | 3 | frequently.  We have people that -- that live out of RV parks |
| 16:27:47 | 4 | or hotels and they can have their mail sent to a different |
| 16:27:52 | 5 | place every single time. |
| 16:27:54 | 6 | For this box, they have only requested mail sent to |
| 16:27:59 | 7 | one address which is fairly common. |
| 16:28:01 | 8 | Q.  Does your firm accept phone complaints? |
| 16:28:05 | 9 | A.  No, we don't have a phone line simply for simplicity. |
| 16:28:10 | 10 | Q.  Any complaint has to come in over the Internet? |
| 16:28:16 | 11 | A.  Yes.  We have a support system that handles all those |
| 16:28:19 | 12 | problems. |
| 16:28:20 | 13 | Q.  In order to contact the individuals that are signed up for |
| 16:28:23 | 14 | the service, are you required to provide a web address where |
| 16:28:28 | 15 | they can reach you? |
| 16:28:29 | 16 | A.  Everyone has to sign up with an e-mail address.  Yes, sir, |
| 16:28:35 | 17 | everyone has a user name for the account. |
| 16:28:39 | 18 | Q.  What is the user name for this account? |
| 16:28:42 | 19 | A.  Let me find that in a second.  For this account |
| | 20 | swally25@yahoo.com. |
| 16:29:01 | 21 | Q.  Can you tell from your business records whether, in fact, |
| 16:29:04 | 22 | you ever contacted the owners of the box at that address? |
| 16:29:08 | 23 | A.  Yes, I can. |
| 16:29:10 | 24 | Q.  Have you? |
| 16:29:12 | 25 | A.  I don't believe I did.  It's been a while though. |

SMITH - Direct

197

16:29:17   1   Q.  Now, you indicated that every activity associated with the

16:29:21   2   account leaves an electronic fingerprint if you will.

16:29:26   3          Did you ever receive any questions or complaints on

16:29:29   4   that account that you are aware of from your business records?

16:29:33   5   A.  I don't believe I did, no.

16:29:35   6   Q.  Can you tell the ladies and gentlemen of the jury what in

16:29:38   7   fact were the directions you typically received from the

16:29:42   8   account holders regarding forwarding of mail and to where that

16:29:47   9   might have occurred?

16:29:49   10  A.  Let me find the specific page for that.

16:29:55   11         Our specialty is a service.  It is mostly the scanning

16:30:00   12  aspect.  There are a lot of companies out there that do mail

16:30:04   13  forwarding.  There have been companies that have done that for

16:30:07   14  years for people who are full-time RV'ers, et cetera.  What our

16:30:12   15  main specialty is, we will also open and scan mail at our

16:30:17   16  customer's request.  A lot of our customers tend to have their

16:30:23   17  mail opened and scanned and then tossed.

16:30:26   18         This account was a little different.  They had only a

16:30:29   19  handful of things throughout the account.  I believe they

16:30:34   20  received two or three pieces of mail, only a handful amount

16:30:39   21  opened by us.  We provided those mails to Inspector Angel when

16:30:46   22  contacted.  Half of the mail ended up being shredded.  They

16:30:52   23  specifically requested that we don't need that.  Every time

16:30:57   24  they had it forwarded, they forwarded it by UPS express or

16:31:02   25  FedEx express.  Both of them are paying 18 per minimum

SMITH - Direct

198

| | | |
|---|---|---|
| 16:31:07 | 1 | shipment, which is more than most people do.  We have wealthy |
| 16:31:12 | 2 | customers that want things fast. |
| 16:31:15 | 3 | Q.  In this account that's what happened? |
| 16:31:17 | 4 | A.  Yes.  16 or 17 separate forwards stretching from one item |
| 16:31:22 | 5 | to 25 items combined in one envelope. |
| 16:31:25 | 6 | Q.  You especially charge for that service, correct? |
| 16:31:28 | 7 | A.  Yes.  Every time we signed it, we charged the $18.30 plus a |
| 16:31:34 | 8 | handling fee for each item. |
| 16:31:36 | 9 | Q.  Do your records reflect to whom the mail was being |
| 16:31:40 | 10 | forwarded on those many occasions? |
| 16:31:42 | 11 | A.  Yes.  All the forwards were to the same address in North |
| 16:31:46 | 12 | Miami Beach, Florida. |
| 16:31:47 | 13 | Q.  1835 Northeast Miami Gardens Drive, Number 361? |
| 16:31:54 | 14 | A.  It was, yes. |
| 16:31:56 | 15 | Q.  Do you know what that actually is? |
| 16:31:57 | 16 | A.  My guess, just based -- |
| 16:32:01 | 17 | THE COURT:  Don't guess. |
| 16:32:03 | 18 | BY MR. WATTS-FITZGERALD: |
| 16:32:03 | 19 | Q.  Only if you know. |
| 16:32:05 | 20 | A.  I know that would be another mail receiving service because |
| 16:32:14 | 21 | of the number. |
| 16:32:15 | 22 | Q.  Is that key in your industry? |
| 16:32:17 | 23 | A.  The Postal Service requires that customers of mailbox |
| 16:32:22 | 24 | services represent their addresses either with a number symbol |
| 16:32:28 | 25 | or with the letters PMB, which stands for post mailbox. |

SMITH - Direct

16:32:35  1  Q.  From that information and the information available to you

16:32:38  2  in your file, can you tell who opened that mailbox on Northeast

16:32:45  3  North Miami Gardens Drive?

16:32:47  4  A.  I cannot.  They are all being sent to J. Harvey.

16:32:51  5  Q.  At the time that you were subpoenaed, you also found that

16:32:55  6  you had in your possession certain records reflecting the

16:33:00  7  scanning of some mail that had been processed by your company,

16:33:04  8  correct?

16:33:05  9  A.  Yes.

16:33:05  10  Q.  And they are there?

16:33:07  11  A.  Yes.

16:33:07  12  Q.  Can you flip down to those for me?

16:33:23  13  A.  Yeah, basically we never delete any of our scans from the

16:33:27  14  system in case cases like this come along.

16:33:31  15       At the time that Inspector Angel contacted us, even

16:33:35  16  though we had forwarded on about half of the mail and the other

16:33:39  17  half had been shredded already at the customer's request, we

16:33:44  18  still had all of the scanned images that came through of every

16:33:50  19  envelope that has ever come through our address in our records,

16:33:54  20  we sent all of those to Inspector Angel.

16:33:59  21  Q.  Please go to the first piece of scanned mail in Exhibit 15

16:34:04  22  and read me the address.  Not your company address, but to what

16:34:09  23  name was that mail directed?

16:34:11  24  A.  Carson Brooks.

16:34:13  25  Q.  Please do the same thing for the next nine.

SMITH - Direct

200

| | | |
|---|---|---|
| 16:34:17 | 1 | A.  Carson Brooks. |
| 16:34:19 | 2 | THE COURT:  Are they all Carson Brooks? |
| 16:34:22 | 3 | MR. WATTS-FITZGERALD:  No, Your Honor. |
| 16:34:24 | 4 | THE WITNESS:  Third is Jason Williams.  Fourth is |
| 16:34:28 | 5 | Jason Williams.  Fifth is Jason Williams.  Six is Rosa Butler. |
| 16:34:34 | 6 | Seven is Jason Williams.  Eight is Noel Wade.  Ninth is Noel |
| 16:34:40 | 7 | Wade.  Tenth is S.L. McCall. |
| 16:34:48 | 8 | BY MR. WATTS-FITZGERALD: |
| 16:34:48 | 9 | Q.  If I could ask you to just skim through the rest of the |
| 16:34:58 | 10 | mail that you have there, is there a single piece of mail that |
| 16:35:38 | 11 | was addressed to J. Harvey? |
| 16:35:42 | 12 | A.  There was not. |
| 16:35:43 | 13 | Q.  None at all? |
| 16:35:46 | 14 | A.  None at all. |
| 16:35:49 | 15 | Q.  Explain to the jury why it is that you need a 1583 form |
| 16:35:57 | 16 | from the Postal Service to accept mail.  Why would your company |
| 16:36:01 | 17 | have accepted all of this mail directed to apparent strangers, |
| 16:36:05 | 18 | if you will, to the box and to the account? |
| 16:36:08 | 19 | A.  Basically, we require that we have a 1583 on file for the |
| 16:36:12 | 20 | account.  That's how the online system checks the mail.  We |
| 16:36:19 | 21 | receive several thousand pieces of mail a day.  We don't go |
| 16:36:24 | 22 | back to look at the form 1583 every time we receive a piece of |
| 16:36:29 | 23 | mail.  No mailbox company would actually check the form 1583 |
| 16:36:37 | 24 | versus the names on every single piece of mail they receive. |
| 16:36:41 | 25 | Basically our policy, for any five digit piece of |

SMITH - Direct

201

16:36:49  1  mail, we simply enter it.  They are considered to be a good

16:36:56  2  account, they are considered to have covered the requirement

16:36:59  3  and they will have access to that mail.  If they do not have a

16:37:02  4  form 1583 on file, they will not have access to that mail until

16:37:08  5  they send in a form.

16:37:09  6  Q.  When the account was opened, it was paid for in what way?

16:37:13  7  A.  Via credit card.

16:37:15  8  Q.  Under whose name?

16:37:17  9  A.  Let me find the relevant records for that.

16:37:20  10  Q.  While you are doing that, please also locate the records

16:37:24  11  showing how additional payments for the services provided over

16:37:27  12  the course of time were paid and in what credit card name.

16:37:57  13  A.  The account was opened on November 10th of 2010.  At that

16:38:02  14  point, from looking -- by pulling the record printout, it was

16:38:07  15  opened with a credit card in the name of Maggie Graham, which

16:38:16  16  would have been a Mastercard ending in 1266.

16:38:20  17  Q.  Was that card used thereafter to make the necessary

16:38:24  18  periodic payments to keep up the box and to provide for the

16:38:28  19  forwarding and other services?

16:38:29  20  A.  Yes, it was.  It was used for several months.  It looks

16:38:35  21  like they changed cards on February 10th.  They paid for

16:38:40  22  several months, it looks like four months of montl services,

16:38:46  23  and then several forwards also.  When we forward mail, we

16:38:50  24  charge the card at the time for the cost of forwarding.

16:38:53  25  Q.  When the card changed, what was the new name?

SMITH - Direct

16:38:56  1    A.  The name was still Maggie Graham.

16:38:59  2    Q.  So it's Maggie Graham throughout?

16:39:01  3    A.  Yes.  It changed to a Visa ending in 8155, which paid for

16:39:09  4    one monthly bill.  And the next time we tried to charge it for

16:39:13  5    a forward, it wasn't on the 10th of the month, it failed.  So

16:39:20  6    the customer got sent a notification and changed the card

16:39:23  7    again.  That continued to happen quite a few times.

16:39:27  8    Q.  But always a card in the name Maggie Graham?

16:39:31  9    A.  No.  All the way up until the 19th of July.  On the 19th of

16:39:38  10   July, that would have been an attempt to charge for a forward,

16:39:40  11   because that would not have been a monthly bill.  It looks like

16:39:45  12   the next billing record was for an S.L. McCall, a new card.

16:39:55  13   That charge went through, and then the customer changed a

16:40:01  14   couple of weeks later to a card in the name of Horas Perry.

16:40:06  15   They voluntarily changed to that card.  It's a zero dollar

16:40:11  16   charge.  They changed at a time when there wasn't a bill due.

16:40:15  17   That card paid for two bills.

16:40:18  18        The next bill that failed -- that card paid for one

16:40:21  19   bill.  Then the next bill failed.  They changed the card in the

16:40:25  20   name of Mike Thomas, which paid for one bill.  They tried a

16:40:30  21   card in the name of Robert Brown, a card in the name of George

16:40:35  22   Knox, H. Perry, a card in the same of S.L. McCall.  The S.L.

16:40:41  23   McCall was the only one out of that set that went through and

16:40:45  24   paid the pending charge for the forward.

16:40:48  25        After that, it looks like they voluntarily changed

SMITH - Cross

203

16:40:51   1   without a bill due to a card in the name of Mike Thomas.  That

16:40:58   2   one failed.  No.  That one went through.  They voluntarily

16:41:02   3   changed their card in the name of Joseph Mixon, which paid for

16:41:07   4   service for three months.  It looks like that was the one that

16:41:10   5   was on the account.

16:41:12   6   Q.  Did the use of so many different credit cards and so many

16:41:16   7   different names ever trigger an alarm or concern at your

16:41:19   8   company?

16:41:20   9   A.  Not over that period of time.  We try to -- we leave most

16:41:26   10  of the stuff with credit card fraudulent, suspicious activity

16:41:31   11  to our payment gateway service, authorize.net.  They have

16:41:37   12  automated filters that they go through and attempt to set off

16:41:42   13  whether transactions are suspicious, but we don't actually look

16:41:47   14  through accounts and pull these records unless we are

16:41:51   15  specifically looking.  We have too many accounts to be

16:41:55   16  constantly seeing every time.

16:41:57   17  Q.  You basically contract out your processing service?

16:42:00   18  A.  Yes.  They do fraud filters.  It occurred over a long

16:42:04   19  enough period of time.  It wasn't like they were trying 20 card

16:42:08   20  numbers in a day.

16:42:10   21         MR. WATTS-FITZGERALD:  Thank you, Your Honor.  I

16:42:12   22  tender the witness.

16:42:14   23         THE COURT:  All right.  Mr. Smith.

           24                      CROSS EXAMINATION

16:42:17   25  BY MR. SMITH:

SMITH - Cross

204

| | | |
|---|---|---|
| 16:42:23 | 1 | Q.  Mr. Smith, good afternoon. |
| 16:42:25 | 2 | A.  Hello. |
| 16:42:26 | 3 | Q.  Mr. Smith, with respect to mailbox 15134, when was that |
| 16:42:35 | 4 | mailbox shut down? |
| 16:42:37 | 5 | A.  I would have to look at the notes a second.  It looks like |
| 16:42:53 | 6 | the last charge took place on November 10th, 2011, exactly one |
| 16:43:00 | 7 | year after the box was opened.  Initially, contacted by |
| 16:43:04 | 8 | Inspector Angel on August 2nd, contacted by another detective |
| 16:43:07 | 9 | on August 29th. |
| 16:43:09 | 10 | At that time, with both of them, we left the box open. |
| 16:43:12 | 11 | I provided the information.  There was an ongoing |
| 16:43:15 | 12 | investigation, so we left the box open.  I believe this was a |
| 16:43:18 | 13 | case of the last credit card -- |
| 16:43:20 | 14 | Q.  Hold on.  You can't believe.  You have to know. |
| 16:43:23 | 15 | A.  I don't have the records in front of me.  I don't have the |
| 16:43:27 | 16 | required records to be able to tell for sure the exact date. |
| 16:43:32 | 17 | It was some time right around November 10th of 2011. |
| 16:43:35 | 18 | Q.  Okay.  So approximately how many transactions took place on |
| 16:43:39 | 19 | the account for mailbox 15134 after October 5th of 2011 to your |
| 16:43:48 | 20 | knowledge? |
| 16:43:48 | 21 | A.  October 5th of 2011.  If I can count out these a second. |
| 16:44:13 | 22 | It appears from the billing records that one |
| 16:44:16 | 23 | successful transaction took place.  It looks like we had an |
| 16:44:19 | 24 | outstanding bill of $62.60, which would have been for a forward |
| 16:44:25 | 25 | that was never paid. |

SMITH - Cross

205

| | | |
|---|---|---|
| 16:44:26 | 1 | The account was ultimately shut down for lack of |
| 16:44:33 | 2 | payment, essentially abandoned, which is fairly common.  A bill |
| 16:44:37 | 3 | fails, the customer never updates the credit card, the account |
| 16:44:42 | 4 | gets closed. |
| 16:44:43 | 5 | Q.  That was the only transaction after October 5th in that |
| 16:44:48 | 6 | account? |
| 16:44:48 | 7 | A.  It looks like October 10th, 12th, 20th -- okay.  That would |
| 16:44:54 | 8 | not have been the customer.  That would have been our system |
| 16:44:58 | 9 | automatically attempting the bill. |
| 16:45:00 | 10 | On November 10th, the system was able to sufficiently |
| 16:45:05 | 11 | charge $5.50.  That was the last transaction. |
| 16:45:09 | 12 | Q.  How many unsuccessful transaction attempts? |
| 16:45:11 | 13 | A.  Three unsuccessful transaction attempts after the 20th of |
| 16:45:15 | 14 | October. |
| 16:45:15 | 15 | MR. SMITH:  Thank you.  I have no further questions, |
| 16:45:18 | 16 | Your Honor. |
| 16:45:18 | 17 | THE COURT:  Mr. Spitale? |
| | 18 | CROSS EXAMINATION |
| 16:45:24 | 19 | BY MR. SPITALE: |
| 16:45:24 | 20 | Q.  Good afternoon, sir. |
| 16:45:26 | 21 | A.  Hello. |
| 16:45:32 | 22 | Q.  You stated during your direct examination that the process |
| 16:45:35 | 23 | used to open up the accounts was done through a computer, is |
| 16:45:39 | 24 | that correct? |
| 16:45:39 | 25 | A.  Yes.  All of our customers open accounts through our |

| | | |
|---|---|---|
| 16:45:44 | 1 | website. |
| 16:45:44 | 2 | Q.  That means you have no personal knowledge of who the person |
| 16:45:47 | 3 | was that opened the account through the computer? |
| 16:45:49 | 4 | A.  No.  I have probably met roughly 4.5 experts of our |
| 16:45:55 | 5 | customer base in person. |
| 16:45:56 | 6 | Q.  In this case you didn't meet the person, you opened it? |
| 16:46:00 | 7 | A.  No, sir, I did not. |
| 16:46:01 | 8 | Q.  Also, the way your business works, you forward the mail. |
| 16:46:06 | 9 | You have no idea who actually receives the mail or picks it up, |
| 16:46:10 | 10 | do you? |
| 16:46:10 | 11 | A.  No, we don't.  All the mail that was forwarded were all one |
| 16:46:14 | 12 | day express service.  It was all tracked, I believe, but I do |
| 16:46:18 | 13 | not believe that any of it had to be signed for.  We don't |
| 16:46:22 | 14 | track that anyway.  We simply send it per the customer and the |
| 16:46:27 | 15 | tracking number and let it go. |
| 16:46:29 | 16 | Q.  As you stated during direct, you don't verify any of the |
| 16:46:32 | 17 | documents which you receive? |
| 16:46:33 | 18 | A.  No.  We have no way of verifying that information.  It's |
| 16:46:37 | 19 | available to the U.S. Postal Service and the investigators at |
| 16:46:42 | 20 | their discretion if they want to take a look at it.  We have no |
| 16:46:46 | 21 | way of verifying driver's license numbers or accuracy or |
| 16:46:50 | 22 | anything like that. |
| 16:46:55 | 23 |         MR. SPITALE:  Nothing further. |
| 16:46:59 | 24 |         THE COURT:  Redirect. |
| | 25 |             REDIRECT EXAMINATION |

16:47:01    1    BY MR. WATTS-FITZGERALD:

16:47:01    2    Q.   You described four transactions for counsel after October

16:47:05    3    5th, 2011.

16:47:07    4    A.   Yes.

16:47:07    5    Q.   When you say "transactions", you're a computer guy, are

16:47:11    6    those automatic charges?

16:47:22    7    A.   Let me just cross reference this with the forwarding

16:47:26    8    records just to make doubly sure before I claim that.  Let me

16:47:55    9    step back a second.

16:47:56   10         23rd of September 2011, the customer changed their

16:47:59   11    credit card number for the last time to a credit card in the

16:48:02   12    name of Joseph Mixon.  That card was not charged on that day.

16:48:09   13    They went into the billing system and said this card to charge

16:48:13   14    from now on.

16:48:14   15    Q.   It was after the cycle?

16:48:20   16    A.   That happened the 23rd of September.

16:48:22   17    Q.   Then what happened after that?

16:48:25   18    A.   Well, on the 23rd of September, later that day, we

16:48:31   19    forwarded -- we fulfilled the forward that they requested.

16:48:37   20    Charged them $69.60 on that forward on the 23rd of September to

16:48:43   21    the new card.

16:48:44   22         On the 28th of September we forwarded some pieces of

16:48:48   23    mail, 15 pieces of mail, charged them $29.55.

16:48:55   24         On the 29th of September we forwarded one piece of

16:48:58   25    mail, charged $19.09 to the card.  That was the last forward we

SMITH - Redirect

208

| | | |
|---|---|---|
| 16:49:05 | 1 | ever did for the account. |
| 16:49:07 | 2 | Q.  If I can stop you there.  Did you receive any further |
| 16:49:11 | 3 | instruction to forward any mail on that account? |
| 16:49:14 | 4 | A.  We did not. |
| 16:49:15 | 5 | Q.  The last forwarding instruction that you received upon |
| 16:49:18 | 6 | which you acted was the 29th of September 2011? |
| 16:49:22 | 7 | A.  Yes.  One piece of mail, UPS express charged successfully. |
| 16:49:27 | 8 | The 10th of October we attempted to charge the customer's |
| 16:49:31 | 9 | monthly fee, which because of overuse -- we have a certain |
| 16:49:36 | 10 | number -- pieces of mail we will receive for them and scan for |
| 16:49:40 | 11 | them, et cetera, per month. |
| 16:49:42 | 12 | Also, if they keep mail with us for longer than 30 |
| 16:49:46 | 13 | days, we start to charge storage fees.  The monthly charges can |
| 16:49:52 | 14 | differ from month to month.  We attempted to charge $62.60 to |
| 16:49:58 | 15 | their credit card as their month fee.  That was declined. |
| 16:50:01 | 16 | Q.  Did you ever have a successful transaction with them after |
| 16:50:04 | 17 | that? |
| 16:50:04 | 18 | A.  Yes.  We re-attempted the $62.60 on the 12th of October, |
| 16:50:10 | 19 | then also the 20th, ten days later, which is common practice. |
| 16:50:14 | 20 | It failed both times. |
| 16:50:16 | 21 | Q.  Is that done automatically by your computer system, your |
| 16:50:20 | 22 | billing system? |
| 16:50:21 | 23 | A.  Yes.  We attempt after two days and after ten days. |
| 16:50:26 | 24 | Q.  Does your record reflect any account with the box owners, |
| 16:50:31 | 25 | any change in the credit cards on the account after that |

SMITH - Redirect

209

16:50:34   1   transaction on the 29th of September?

16:50:36   2   A.   The only other transaction I am seeing here is a

16:50:40   3   transaction on the 10th of November, then -- which would have

16:50:43   4   been their next month billing date -- that went through

16:50:47   5   sufficiently for $5.50.

16:50:50   6   Q.   $5.50?

16:50:52   7   A.   Yes.

16:50:52   8   Q.   Against what credit card?

16:50:53   9   A.   The same credit card that it failed earlier.  Which

16:50:57   10  probably means --

16:50:58   11          MR. SMITH:  Objection to speculation, Your Honor.

16:51:01   12          THE COURT:  Sustained.  The answer is stricken.  We

16:51:04   13  don't want probabilities.

16:51:06   14          Next question.

16:51:06   15  BY MR. WATTS-FITZGERALD:

16:51:06   16  Q.   Have you had that experience in the past, where a card

16:51:11   17  might have failed but upon retrial it would have been

16:51:17   18  successful?

16:51:17   19  A.   Yes, if the retrial account was less than the original

16:51:22   20  transaction.

16:51:23   21  Q.   Would that say to you that it could be a debit card?

16:51:27   22  A.   Or a prepaid card with a set balance on it that gets wound

16:51:32   23  down and expires.

16:51:34   24  Q.   So it's fair to say, certainly after October 5th of 2011,

16:51:40   25  your company had no live contact or direct interaction with the

SMITH - Redirect

210

| | | |
|---|---|---|
| 16:51:49 | 1 | box holders? |
| 16:51:50 | 2 | MR. SMITH:  Objection to leading, Your Honor. |
| 16:51:52 | 3 | THE COURT:  Sustained. |
| 16:51:53 | 4 | BY MR. WATTS-FITZGERALD: |
| 16:51:53 | 5 | Q.  After the date I mentioned, October 5th, did your company |
| 16:51:58 | 6 | have any direct interactions with the box holders? |
| 16:52:01 | 7 | A.  No.  The only other interaction -- |
| 16:52:05 | 8 | THE COURT:  He answered the question.  No. |
| 16:52:09 | 9 | BY MR. WATTS-FITZGERALD: |
| 16:52:09 | 10 | Q.  Did your customer have any electronic interaction with the |
| 16:52:14 | 11 | account? |
| 16:52:15 | 12 | A.  Yes.  After October 10th, our company would have sent -- |
| 16:52:25 | 13 | THE COURT:  He answered the question. |
| 16:52:27 | 14 | Do you have any further questions?  He is adding a lot |
| 16:52:32 | 15 | of other stuff. |
| 16:52:34 | 16 | MR. WATTS-FITZGERALD:  No further questions, Your |
| 16:52:38 | 17 | Honor. |
| 16:52:38 | 18 | THE COURT:  You can step down. |
| 16:52:40 | 19 | The instruction that I give you every evening and |
| 16:52:43 | 20 | every time I recess is simply, don't let anyone talk to you -- |
| 16:52:47 | 21 | don't you let anyone talk about the case. |
| 16:52:50 | 22 | It is very unlikely, but if somebody comes up to you |
| 16:52:54 | 23 | on the street or you should get a phone call about the case -- |
| 16:52:57 | 24 | it's very, very unlikely -- I have to tell you hang up.  Walk |
| 16:53:03 | 25 | away.  Don't talk to them.  Don't let anything come to your |

| | | |
|---|---|---|
| 16:53:08 | 1 | attention except what you hear in the courtroom. |
| 16:53:11 | 2 | As far as family and friends, you know the |
| 16:53:14 | 3 | instruction, please don't discuss it with them.  Quite |
| 16:53:17 | 4 | incidentally, they may say something that would affect your |
| 16:53:20 | 5 | verdict. |
| 16:53:21 | 6 | In the morning we will start promptly at 9:00.  We |
| 16:53:24 | 7 | will start with the witnesses promptly at 9:00.  So we ask you |
| 16:53:28 | 8 | to be here a few minutes before 9:00.  It is really important |
| 16:53:33 | 9 | because you can see, you've got 14 people in the jury box. |
| 16:53:37 | 10 | We've got whatever we've got, five, ten, 15 people |
| 16:53:41 | 11 | around here.  Everybody has to wait if one of us, me or anybody |
| 16:53:45 | 12 | else is late.  Please try to leave in plenty of time that you |
| 16:53:51 | 13 | get here. |
| 16:53:53 | 14 | John will meet you, of course, let you in.  Don't hang |
| 16:53:57 | 15 | around down in the lobby.  It's nicer than sitting in a small |
| 16:54:03 | 16 | jury room, but the witnesses come and go, people talk, and |
| 16:54:08 | 17 | quite incidentally you might overhear something that was some |
| 16:54:14 | 18 | lawyer talking to a witness or something like that. |
| 16:54:21 | 19 | The lawyers can't talk to you.  If you run into them |
| 16:54:25 | 20 | in the elevator, smile at them.  Maybe good morning.  Don't get |
| 16:54:29 | 21 | into any conversations with them.  They can't talk to you.  You |
| 16:54:33 | 22 | can't talk to them.  All of this is to avoid any innocent |
| 16:54:38 | 23 | contact except what you hear in the courtroom. |
| 16:54:40 | 24 | We thank you very much for your patience today.  We |
| 16:54:46 | 25 | made good progress in the trial.  Proceeding along the same |

SMITH - Redirect

16:54:53  1  lines, we are working toward trying to conclude it this week if

16:54:58  2  we can.  If we can't, then it will go over.  Thank you for your

16:55:02  3  patience.  See you tomorrow morning.  Be here a few minutes

16:55:06  4  before 9:00.  Thank you.  When you come, go directly into the

16:55:12  5  jury room.  Don't hang around the lobby.  Thank you.

         6           [The jury leaves the courtroom at 4:55 p.m.]

16:55:36  7           THE COURT:  Let's wait until the jury gets down the

16:55:38  8  hallway.

16:55:39  9           Bear in mind the instruction.  Please do not have any

16:55:42 10  contact with the jury.  I know it's difficult sometimes.  We

16:55:47 11  are human.  You say good morning.  Please don't have any

16:55:51 12  conversations with them.  That just creates problems that we

16:55:55 13  have to deal with later on.

16:56:02 14           Can you give counsel a list of the witnesses you

16:56:05 15  intend to call so he can be looking at them overnight?

16:56:09 16           MR. WATTS-FITZGERALD:  I will, Your Honor.  It may

16:56:11 17  take me a few minutes because, obviously, we have been delayed

16:56:15 18  because of what happened today.

16:56:18 19           THE COURT:  Whatever you have to do, send it to them

16:56:23 20  as best you can.  We need a total list of witnesses too.  I

16:56:28 21  seem to have a document that was filed in the court file that

16:56:32 22  says exhibits and witness list, but it's mixed up.  Let's see

16:56:47 23  if -- sometime this evening give her a total list, whether it's

16:56:51 24  in the same order or not.

16:56:55 25           The courtroom deputy has to keep an accurate list of

| | | |
|---|---|---|
| 16:56:58 | 1 | the witnesses and exhibits.  It will be helpful.  With 51, 55 |
| 16:57:03 | 2 | witnesses and numerous exhibits, it will be helpful for her to |
| 16:57:07 | 3 | have a typed up list.  You can do that tonight or in the |
| 16:57:10 | 4 | morning. |
| 16:57:11 | 5 | MR. WATTS-FITZGERALD:  Your Honor, there was one thing |
| 16:57:13 | 6 | that the Court asked for from the government and the defense |
| 16:57:16 | 7 | which is likely to come up in the next day or so.  You asked us |
| 16:57:21 | 8 | to prepare just a brief cautionary instruction for similar acts |
| 16:57:29 | 9 | evidence. |
| 16:57:29 | 10 | THE COURT:  Leave it with Joyce.  I will look it over. |
| 16:57:34 | 11 | MR. WATTS-FITZGERALD:  The parties are agreed on it. |
| 16:57:37 | 12 | THE COURT:  All right.  The defendants are remanded |
| 16:57:39 | 13 | into the custody of the U.S. Marshal. |
| 16:57:43 | 14 | [Proceedings concluded at 5:00 p.m.] |
| | 15 | C E R T I F I C A T E |
| | 16 | I hereby certify that the forgoing is an accurate |
| | 17 | transcription of proceedings in the above-entitled matter. |
| | 18 | /S/  ROBIN MARIE DISPENZIERI |
| | 19 | _____    _____ |
| | | DATE FILED        ROBIN MARIE DISPENZIERI, RPR |
| | 20 | Official Federal Court Reporter |
| | | United States District Court |
| | | 400 N. Miami Avenue, Ste. 8S67 |
| | 21 | Miami, FL  33128 - 305/523-5659 |
| | | Email:  Rdispenzieri@gmail.com |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

**A**

**abandoned** 205:2
**ability** 148:13 171:22
**able** 6:23 17:1 22:4 35:20 92:16 97:14
118:19 120:1 129:1 143:12 155:3
157:16 167:9,14 187:10 204:16
205:10
**about** 4:5,6,16 5:4 6:1 7:12 8:3,4 9:10
10:12,25 12:12 13:19 14:5,25 15:9
15:19,20 18:25 22:6 23:1,15 28:13
28:25 32:10 34:3,15,23 35:12,19
38:25 40:2,22 42:6,18 45:9,18,25
50:14,16,22 51:14,15,16 53:4 58:7
58:8,17,23 65:6,18,20 67:8 71:20
72:6 73:14,20,23 74:5,25 79:15
80:23 83:13,25 84:24 85:1 86:3,4
86:10,16 87:7 88:8,18 89:20 91:13
91:14,16 93:8 94:7 95:14 96:2,18
96:21,23 97:3,6,11,24,24,25 101:5
102:16,19 103:9,10 104:14 105:1
105:21 106:11 109:4 110:21,25
111:6,17 112:2,17 113:16 114:21
114:23 116:22,25 117:1,21 118:6,7
118:20,22,24,25 119:1,2 121:6
127:21 128:3 129:14,22,24 130:1
130:13 131:17 134:5 135:21 136:15
136:19,25 137:21,23 139:3,20
140:12 142:23 143:10,12 144:8,22
145:9 148:12 149:22,24,24,25
150:2,7,9 153:25 154:9 155:4
158:12,20 162:1,3,7,15,18 163:22
166:11 167:2,18 168:3,21 170:25
172:10 173:10 177:15 182:11 184:2
184:12 191:4,6,11 199:16 210:21
210:23
**above-entitled** 213:17
**Abraham** 1:16 82:21,22 151:7,23,25
152:2,4 166:24
**Absolutely** 131:15 143:2
**accept** 122:11,13 196:8 200:16
**acceptable** 143:14
**accepted** 200:17
**access** 90:8,10,16,17,21 153:11,23
154:5,6,7 158:15 165:23 201:3,4
**accessible** 190:13
**accident** 107:1 173:4,9
**accommodate** 164:16
**accompany** 64:17
**according** 8:18 13:8 23:16
**Accordingly** 15:1
**account** 158:23,23,25,25 159:4 162:22
178:16 183:19,21 184:12 187:7
188:3,5 189:17 191:23 192:1,3
194:18 196:17,18,19 197:2,4,8,18
197:19 198:3 200:18,20 201:2,6,13
203:5 204:19 205:1,3,6 206:3 208:1
208:3,24,25 209:19 210:11
**accounting** 113:9 115:3 119:19
**accounts** 159:5 163:1 187:6 203:14,15
205:23,25
**accuracy** 206:21
**accurate** 193:7 212:25 213:16
**accurately** 111:2
**accusations** 166:23 170:15
**accused** 166:17,21 170:4
**acquired** 14:9
**across** 72:16 98:19 131:3 132:9
**Act** 74:14,19 75:19 76:2,19 77:15
81:11
**acted** 208:6
**active** 188:4 191:10
**activities** 27:23 191:20
**activity** 83:21 197:1 203:10
**acts** 170:3 213:8
**actual** 191:12
**actuality** 164:5
**actually** 4:11 14:7 16:14 37:3 41:7
42:8 47:13 60:8 70:24 96:8 112:8
128:14 172:18 173:9 183:6,17,21
190:14 192:16 194:22 198:15
200:23 203:13 206:9
**acute** 120:23
**adamant** 35:19
**added** 74:1
**adding** 210:14
**addition** 11:6 58:16 160:12,20
**additional** 157:8 201:11

**additionally** 39:5 53:17
**address** 20:12 29:15 43:9,18,19,20,21
43:23 44:23 52:23 53:6 55:24 56:1
93:10 99:7 155:13 181:11 183:7,11
184:23 185:1,9,14 187:22 189:2
193:20 195:23 196:1,7,14,16,22
198:11 199:19,22,22
**addressed** 200:11
**addresses** 99:10 175:16 185:15,19,20
186:17 192:18 194:19 198:24
**Administration** 124:25
**administrator** 141:24
**admit** 159:12
**admitted** 90:2 194:4
**Adobe** 188:17
**advance** 77:15,25
**advancing** 184:11
**advise** 83:17
**advised** 14:18 16:3 33:18
**advises** 131:8
**affect** 118:18 211:4
**affecting** 90:13
**afoot** 166:7
**after** 7:25 14:4,9 18:7,12,17 24:1
27:14 33:9 37:3 40:2,21 46:1 50:2
50:11 51:21,22 55:2,20 56:6 57:20
60:23 61:18 62:9 64:16 76:19 77:17
78:1 81:12 109:18,18 118:8 133:22
138:24,24 142:6,13 150:12 159:21
166:2 167:12,16 202:25 204:7,19
205:5,13 207:2,15,17 208:16,23,23
208:25 209:24 210:5,12
**afternoon** 47:18,20,23 66:24 81:20
82:11 85:15,16,18 86:9 94:12 102:4
106:20,21 107:22 110:1 113:21
114:2,14 117:11 120:14 141:21,22
149:18 152:3 165:8 204:1 205:20
**again** 26:1 30:7 51:8 72:25 78:11
90:15 99:6 115:13 145:5 156:9,9,20
202:7
**against** 65:20 76:13 84:11,12 86:12,15
87:3,15,16 96:25 97:1,3 100:18
103:18,19,20 111:4 112:13 117:23
123:12 126:21 127:22,24,24 130:19
147:2 153:2,18,18,19 154:21 174:4
209:8
**age** 29:8 138:15,17
**agencies** 87:16 152:20 155:16 158:10
158:21 159:11 160:8,17 161:1,5,15
161:15,23 162:17,18 163:25 164:2
**agency** 130:7 136:5 140:20
**agent** 15:4 16:3 18:21 65:2 193:9
**agents** 17:6,11,22 27:6 71:6 89:9 79:19
82:24 130:8,10 150:18 151:4
**aggravated** 90:24 153:11,24 154:10
154:17
**aggregating** 90:12
**ago** 23:25 36:25 49:3 52:20 68:15
83:13 93:11 95:13,15 97:22 109:19
109:22 115:15,25 123:2 124:18,25
127:4 128:21,22,22 129:3,5 131:7
136:16 140:23 173:9,12 191:5
**agreed** 23:11
**agreement** 186:25
**ahead** 36:5,12 37:19 77:4 99:2 133:15
145:19
**Ah-ha** 120:10
**air** 4:2,6,20 6:1,2,24 24:24 28:21
66:20
**air-conditioning** 93:25 107:16
**alarm** 203:7
**Albany** 173:21
**allegation** 88:20 91:19
**allegations** 87:12 91:18 93:19 111:25
**allege** 89:4
**alleged** 27:13 87:16 89:1
**allegedly** 28:24
**alleges** 87:14,21 88:12 90:8
**allow** 63:9
**allowed** 36:17
**allows** 192:4
**alluding** 79:15
**all-day** 11:3
**almost** 115:2 125:1
**along** 16:19,22 58:12,13 100:4 105:13
108:18 123:6 129:8 182:9 187:8
199:14 211:25
**already** 17:1 25:22 34:17 37:9 53:15

87:11 91:6 96:19 116:23 127:20
133:19 168:2 169:2 188:22 199:17
**alternate** 142:14 147:19 148:17,24
149:2
**alternates** 142:16,24 143:10 149:5,6
149:14
**alternative** 21:2
**although** 91:25 92:25
**altogether** 62:4
**Alvarez** 133:17 140:1
**always** 32:7 76:12 81:11 202:8
**Amendment** 20:22 21:18 27:6 71:10
**AMERICA** 1:4
**among** 39:1 80:25
**amount** 186:5 197:20
**analyst** 110:5 161:7,25 162:15 163:18
**analyze** 78:4 170:9
**analyzed** 161:10 162:1
**Andrew** 124:21 125:7 126:6
**Angel** 14:20 25:15 34:7 64:3 83:3
158:19 159:7,15,23,25 160:10,13,15
160:20 191:5 193:9,11,12 197:21
199:15,20 204:8
**Angela** 34:7
**Angeles** 185:18
**Anja** 1:8 2:2 15:15 19:9 29:1 71:24
82:16 85:19 87:8 147:15 152:10
153:1,6 157:25 164:8 168:20
177:22
**announce** 93:2
**another** 34:7 39:6 42:7 84:6 91:2 92:5
95:19 122:17 123:2 125:7 155:14
160:12 162:10,12 180:9 192:2
198:20 204:8
**answer** 5:4 11:9 30:4 35:13 42:21
51:24 73:18 92:16 100:17 127:1
180:15 209:12
**answered** 180:16 210:8,13
**answers** 82:8 102:19 113:13,16 114:23
134:3,5 135:21 137:20 144:21
145:9
**anti-fraud** 184:20
**Antonio** 158:23
**anybody** 59:20,21 71:7 75:24 89:18
94:23 102:16,17,18 108:12 118:9
126:12,22 128:3,4 134:7 143:19
177:24 180:20 211:11
**anyhow** 4:7
**anymore** 138:25
**anyone** 71:8 74:21 75:11 76:13 100:20
178:5 210:20,21
**anything** 9:7 30:23 32:7 37:1 40:8
42:18 44:3 45:3 53:10 54:22 55:15
56:8,20,23,25 58:10,17,21 60:10,22
60:23 73:22 83:25 86:4 90:12 91:13
91:14 93:16 100:14 103:9,16,18
105:21 106:11 110:9 111:23 112:3
114:21 123:13 127:21,24 128:3
130:13 137:17,20,21,22,24 140:11
141:16,17,18 142:7 146:18,20
148:11 150:7 154:7 180:11 181:9
190:24 206:22 210:25
**anyway** 51:17 206:14
**anywhere** 101:17 179:9 181:7
**apartment** 40:13 41:12 43:10,10,13
43:17 52:13,19 54:10,24 55:7,10,23
55:24 57:3,21 58:2 59:12 61:12
**apparel** 137:10
**apparent** 200:17
**apparently** 8:6 12:22 13:20 23:11,17
31:12 71:2 74:16 76:8 116:7 138:5
195:11
**appeal** 26:8
**appear** 70:18
**APPEARANCES** 1:14 2:1
**appearing** 74:19
**appears** 181:7 204:22
**Appellate** 26:9
**application** 79:10
**apply** 116:23 122:14 168:14 184:17,17
190:22
**appointed** 85:10
**appreciate** 169:8
**approach** 68:12 174:9 178:25 192:7
**approved** 148:21
**approximate** 179:6
**approximately** 7:25 14:4 18:23 30:18
38:23,25 45:8,17 47:23,23 50:20

51:17 102:8 115:23 172:21 173:4
204:18
**April** 3:3 7:11 10:8 11:6 12:20 13:2,8
14:3,7,14,18,21,22 15:14,25 16:3
17:22 21:23,22 27:20 28:18 29:5
140:24 156:1 157:5 171:17,20
172:15
**area** 14:8,24 16:12 38:10 46:7,10 47:6
49:1 60:25 110:7 174:7 177:9
181:18,20,21
**areas** 49:2 163:5 167:19
**argue** 74:8
**argues** 72:10
**argument** 11:10,12,18 18:15 96:14
118:2 150:4 151:18,22 168:9,9
**armed** 127:10
**Arnage** 159:9,14,22 162:12
**Arnage's** 159:23
**around** 4:5 30:20 31:13 45:11 46:24
49:19 50:19 51:22 55:21 98:18
177:24 196:2 204:17 211:11,15
212:5
**arrangements** 14:13 175:16
**arrest** 8:1 14:4 22:11 23:12 43:4,14
52:12 57:20 67:18,20 79:18 159:7
159:21
**arrested** 12:8,11,12 13:24 23:9,10,11
38:6 40:6 41:10 45:13,20 46:14
47:20 159:15 161:22 165:9
**arrived** 4:12 6:5 27:14,21
**arrives** 187:1
**arriving** 15:3
**article** 118:13
**artifice** 88:13 89:6,10
**arts** 138:14
**aside** 12:2 111:14 129:18
**asked** 8:4,5 10:5 14:23 31:22,23 32:4
34:22 35:11 38:10 41:1 64:6,10,17
67:2,8,12 68:9 144:21 213:6,7
**asking** 10:11,20,22 34:20 43:9 49:18
64:3 157:18 158:24 180:10
**asks** 118:22
**aspect** 197:12
**assembled** 149:16
**asserting** 121:23
**assigned** 154:8 183:9
**assist** 173:1 174:3
**assistance** 155:21,22 156:19,23 174:5
**assistant** 82:17,21 85:7 110:5 115:16
115:19 120:15,19 145:3,6
**assisted** 172:8
**associated** 163:9 180:1 194:9,10 197:1
**assume** 23:20 95:13 104:9
**assuming** 5:13 27:4
**assure** 106:14
**Atkins** 180:2
**Atlantic** 181:11 195:1
**ATM** 90:16 165:23
**ATMs** 157:21
**attached** 187:3
**attachment** 6:13
**attempt** 202:10 203:12 208:23
**attempted** 21:5 90:10,11 165:20
208:8,14
**attempting** 88:22,23 205:9
**attempts** 205:12,13
**attention** 77:22 106:1 108:9 138:20
174:13 175:2 179:16 180:25 211:1
**attorney** 82:18,22 84:20 86:12 134:18
146:22
**attorneys** 5:17 152:5
**Attorney's** 1:16 85:1
**attributed** 79:9
**AT&T** 144:9,11 147:22 188:13
**audience** 82:3,6
**auditor** 83:6 119:12,21
**August** 99:20 156:20 172:21 191:6
193:13 204:8,9
**aunt** 84:25
**Australia** 93:11 95:12,13,14,16,20,24
96:18,21
**authenticate** 180:10
**authorities** 165:10
**authority** 91:1 101:10 135:17
**authorize** 180:20
**authorized** 31:9 163:7 178:5
**authorizes** 17:10
**authorize.net** 203:11

auto 148:1
automated 189:11,13 203:12
automatic 207:6
automatically 26:7 186:12 205:9
   208:21
available 199:1 206:19
Ave 2:8
Avenue 183:12 185:9 213:20
avoid 26:10 211:22
awaiting 165:11
aware 73:4 79:13 103:16 127:25
   150:21 170:9 173:23 174:24 184:13
   197:4
awareness 167:3
away 20:19 26:1 39:20,23,24 44:25
   85:2 93:22 116:12 139:18,22
   164:13 169:23 190:3 210:25
awful 15:8
A.F.P.D 1:21
A.I 171:18
a.m 1:8 4:1 72:17 73:5
A.U.S.A 1:15,16

**B**

baby 119:13
back 4:11 5:2,3,24 14:4,8 15:25 25:16
   26:1 30:13 31:5,5,5 33:9 36:19 37:3
   37:5 38:15,24 39:9,25 40:3,9,11,21
   40:25 41:9 45:21 46:2,4,10 49:17
   51:6 52:3,18 54:19 56:16,17 57:21
   60:11,11,20,23 61:1,3,5,8,9,16,17
   62:5,5,6,6,10 66:21 67:9 68:15
   84:14,21,22 93:4 99:4 100:9 100:9
   101:16,25 107:23 108:21,21 109:3
   109:22 112:24 126:24 130:22
   133:21 149:10,17 150:13,14 151:6
   151:11 163:11 172:23 173:4,10
   177:10 179:16 184:25 185:1 190:6
   202:22 207:9
background 66:15 98:21 112:3
   130:13 148:12
back-end 191:16
Baker 133:17 134:10,11
balance 98:5 209:22
bank 104:11 110:22,24 113:8 138:3
   157:23 158:16,23,23,25,25 159:4,5
   162:1,22 163:19 165:17 178:16
banks 158:13 165:24 166:5
banner 95:17
banquet 139:4
bar 5:18 183:15 187:2
Barbara 145:25 146:3
barber 173:25
base 96:6,15 111:14,19 135:8 141:3
   168:2 206:5
based 10:23 15:3 80:17 86:19 93:20
   115:10 166:24 167:21 183:2,15
   189:15 193:24,25 194:1 198:16
basically 89:18,19,23 95:5 101:10
   152:16 154:11 155:23 183:3,16
   184:10,16,20,25 187:2,23 188:10
   189:5 192:4 194:17 199:13 200:19
   200:25 203:17
basis 7:13,15 10:25 15:11 166:21
   175:8 188:5 190:1
Bay 114:15 123:6 134:12
Beach 12:23 14:24 29:24 30:9 38:10
   38:16 48:24 58:3,4 64:8 101:6
   138:11 146:3 181:9,12 185:17,22
   186:8,23 195:1 198:12
Beads 94:1
Bear 212:9
bearing 148:13 174:19
beautiful 124:14
beauty 141:13,15
became 79:13 173:12
become 149:1 183:9
before 1:11 11:1 21:18 23:12 26:19
   27:9 43:13 52:11,12 64:2 68:6 70:2
   70:18 74:19 76:23 77:16 80:25
   81:16,16 85:2,16 91:15 103:14
   109:16 110:13 121:3,7 122:6,10
   136:2,10 144:19 145:7,20 146:16
   148:2 164:14 165:10 167:11,15
   172:11,23 174:14,17 178:2 207:8
   211:8 212:4
behalf 131:21,23 163:8 193:8

Behind 128:18
being 13:20 19:11 28:20 72:9,20 77:2
   106:11 107:9 111:13 135:17 144:4
   144:4 150:10 158:22 159:2 165:22
   189:21 197:22 198:9 199:4
believable 96:4
believe 7:5 8:17,20 9:5,14 21:11 29:10
   40:12 42:5 43:19,21,23 45:12 57:4
   57:17,19 62:16 70:10 91:9,9 93:16
   96:1,15,16 98:4,21 100:10 105:2,25
   106:13 111:1 112:3,9 117:2,5,8
   118:1,4 119:9 120:1,24 123:20
   132:13 134:25 135:1 138:4 139:12
   139:17 140:21 141:1,8 147:5
   151:19 154:20 179:20 183:20
   190:14 191:4,6,11 192:16 195:14
   196:25 197:5,19 204:12,14 206:12
   206:13
believed 67:13 161:1 194:9
believes 66:11
belongings 42:19
benefit 66:19 116:6
benefits 126:15
Bentley 59:8,14,22,22 162:12,12,13
Bertha 114:12,15
Besides 112:7
best 14:2 28:1 80:22 105:11,18 111:19
   112:17 140:4,10 150:10 164:12
   212:20
better 25:19 41:23 92:16
between 63:4 147:14 154:24 156:17
beyond 25:24 86:22 88:6 92:9 122:3
   150:9 169:22 170:13
bias 92:7 96:23,25 97:9,12 98:1
   103:19,21 127:22,25 137:22
biased 97:7
big 26:24,25 61:23,25 62:1 95:2
   105:15 132:9 163:15 168:25 189:7
bill 116:11 188:14 202:4,11,16,18,19
   202:19,20 203:1 204:24 205:2,9
billing 202:12 204:22 207:13 208:22
   209:4
bills 202:17
birth 152:12 155:12 160:23 178:6
   179:9
Bismarck 156:16
bit 122:6 153:25 163:22 186:2
blue 131:1
blurt 98:11
Board 101:3
boat 168:25 169:1
boats 169:1
Body 72:5
book 86:17
bookbags 59:4
borne 15:12
borrowed 48:5
both 24:12 27:19 95:22,22 98:3
   123:24 124:1 131:23 136:13 153:19
   154:21 156:25 161:8,11 163:1
   194:22 197:25 204:10 208:20
bought 56:21,22 126:8 163:14
Boulevard 2:4 181:12 195:1
box 59:1 84:17 85:20 92:6 164:1,10
   181:14 183:4,6,9,10,15 184:6,7,17
   184:19 185:22,23 186:9,10,11,19
   187:3 190:18,21 191:1,4,7,9 193:14
   193:15 194:9,10,11,12,15,17,23,25
   195:23 196:6,22 200:18 201:18
   204:7,10,12 208:24 210:1,6 211:9
boxes 131:1 164:1,3,4,6 165:16,16
   183:5
boy 135:16 142:8
boyfriend 14:14,15 15:7 17:15 32:19
   38:3 50:6,8,9,10 54:23 55:25 59:22
   59:23,24 60:9 61:5,17 65:1,10
   105:22
boyfriend's 7:23 8:14 17:15 29:18
boys 142:1
BP 87:17 111:7,8,10,23 112:7
brag 94:15
branch 190:2
Branford 177:5,19 178:24
break 107:21,21
breath 93:20 213:8
brief 93:20 213:8
briefcase 159:24,24 160:13,14,19,20

briefly 70:6
bring 26:1 48:6 71:4 80:3 93:16,17
   119:16 151:14 182:8
bringing 4:22 116:17
Brisco 148:7
British 156:1,4
broke 93:25
broken 4:14
Brooks 199:24 200:1,2
brother 84:25
brother-in-law 127:3,15
brother-in-law's 128:1
brought 9:23 11:1 45:21 65:12 86:11
   86:21 87:3 93:21 96:24 115:10
   126:20 130:20,21
brow 20:1
Brown 159:1,4 162:22,23 166:14
   202:21
Bruce 195:4
Bruton 79:25
budget 124:3,4
build 80:22
building 4:3,21 5:6 6:4 41:15 94:3
   116:2 117:13 132:9,9 149:11
built 16:15
bunch 6:7 49:10
burden 24:8 92:9,21,22,23,24 116:15
   116:22,23 121:20,22 122:2,4,19
   136:19 148:9 169:24
buses 26:2
business 115:6 124:25 126:12 158:6
   173:21,23 179:21 180:1,2,22 184:2
   189:12 190:23 191:18,19 192:14
   193:7 196:21 197:4 206:8
businesses 124:17 126:12
busy 26:9
Butler 200:5
Buy 105:12,18 140:4,10

**C**

C 176:19 179:18,20 213:15,15
CAC 144:15
calendar 24:2,3 72:11 77:6
California 185:16,18 186:15 192:17
call 5:12,16 24:2,23 37:3 28:11 31:16
   40:24 42:7,10,12 47:3,7,9,16,19,19
   48:6 51:10,10,11,23,24 53:5 54:21
   55:21 56:11,14 62:17 64:3 72:11
   76:23 77:6 80:13 81:6 82:11 87:10
   93:1,4,22 94:23 102:1 104:19
   112:25 114:11 123:13 133:10,25
   135:18 144:5 145:24 147:19 150:13
   159:14 170:20 210:23 212:15
called 8:1 38:8 40:12 41:1 42:17 45:13
   45:20 46:14 47:19 48:10,12 51:11
   51:12,20 56:10 91:3 146:4 149:9
   151:3 156:4 173:21 177:5 183:2
   184:18
calls 41:9 45:22 46:5 93:23 94:21,22
   158:10,12 170:23 176:8 182:6
calm 95:21
came 23:11 31:12 61:5,9 65:2 72:16
   94:16 164:2 165:10 186:16 199:18
camera 13:6 39:5 53:20,21 54:1 58:9
   63:23 80:18
cameras 105:19
camp 99:18,21 123:7
cancel 129:1
capacity 191:22
car 18:8 31:3 48:20 50:3 51:5,6 54:16
   54:17,25 55:13 59:16 60:2,13,17,24
   61:11 124:23 125:9 128:24 160:19
   161:21
card 90:19,21 128:9,10,19 129:7 138:2
   154:8 159:18 160:9,9 174:19,22,24
   183:22 184:25 188:2,4,4,25 189:20
   201:7,12,15,17,24,25 202:6,8,12,14
   202:15,17,18,19,21,22 203:1,3
   203:10,19 204:13 205:3 207:11,11
   207:12,13,21,25 208:15 209:8,9,16
   209:21,22
cards 128:14,25 129:1,9 139:20 159:9
   159:9,11,12,13,17,25 160:2,4,6,10
   165:24 166:1,6 201:21 203:6
   208:25
care 31:6 40:8 42:21 80:4 135:6
   139:10 143:11 191:18

careful 141:2
carefully 55:18,19 82:3 139:13
carried 60:1,1
carry 59:25 84:1,10 88:25 117:22
   138:4 147:1
carrying 191:20
cars 162:12 169:1
Carson 199:24 200:1,2
case 1:3 8:4 9:22,25 12:5 13:6 14:25
   17:10 19:9,12 20:4,22,23 21:4
   22:10,10 25:5,16 33:9 39:11,12,15
   66:19 75:3 78:5 80:14,22 82:12,13
   82:14,15,15,17 83:10,19 84:2,4,5
   85:11 86:3,5,6,10,16,21 87:7 88:8
   89:16 91:14,16 95:14,23 97:4,4
   98:13,14,14,22,22 100:19 101:23
   102:12 103:9 105:21 106:5 110:25
   111:16,22 112:17 114:20,21 116:8
   116:12,24 117:3,4,24 118:2,7,8,11
   118:15,20,22 119:2,7 121:10,11,22
   121:24 122:3,5,8,17 123:11 129:16
   129:19 130:6 135:2,8 137:16,18
   138:5 139:23 141:2 149:14,22,25
   150:18 151:22 152:6 154:24 158:19
   158:20,22 164:25 165:14,15,25
   166:2,9,23 167:14 168:7,8,10,13,15
   168:21 169:11,11,24,25 170:13
   172:7 189:1 199:14 204:13 206:6
   210:21,23
cases 83:14 97:5,6 121:18 122:4,6
   137:1 146:24 190:4,15 199:14
Castillo 133:17 141:11
cause 75:17 88:16 89:11 103:9,19
   111:13 117:22 123:11 191:22
causes 25:7 111:23 127:21
caution 80:9
cautionary 213:8
CDs 160:13,14,15,18
Cecilia 81:24 106:22
cell 62:14 158:8 162:7 181:17
Center 146:5
central 144:12 177:6
Century 146:4
ceremony 113:24
certain 63:4 87:13 88:17 95:25 189:20
   199:6 208:9
certainly 12:5 23:14 101:11,19 111:21
   149:23 209:24
certify 213:16
cetera 68:16,17 184:25 197:14 208:11
chair 58:21 107:20
chairs 143:17
challenged 25:21 132:15
challenges 131:12,17,21,22 132:5,7
   133:7,13 143:21 144:1 145:11
   147:7,10
chance 73:1,18 124:11
Chaney 195:14,22
change 192:6 208:25
changed 201:21,25 202:3,6,13,15,16
   202:19,25 203:3 207:10
charge 35:22,24 87:10 90:25 113:9
   114:1 115:3 126:20 156:25 158:5
   189:5 191:14 198:6 201:24 202:4
   202:10,13,16,24 204:6 205:11
   207:13 208:8,13,14
chargeable 188:4
charged 8:9 11:7 88:10 89:2 90:8 91:9
   91:10 100:17 127:22 153:3,5,8,9,9
   153:10,16,18,18,19,20,22 154:10
   156:25 157:3,4,7 165:25 169:21
   170:7,8 198:7 207:12,20,23,25
   208:7
charger 32:14,15,16 33:15,16
charges 86:10,14,21,22 87:8,9,9,19
   88:5 89:25 90:5 116:17 128:10,16
   129:6 207:6 208:13
charging 128:20
Charlotte 3:7 170:23 171:7,9
Chase 178:16
check 4:9 188:14,24 190:14,15 200:23
checked 5:7 163:19 167:15
checking 190:10
checks 200:20
chef 139:4
Chief 124:15
child 113:6 119:25 120:1 142:8
children 94:12 99:21 101:6 102:24,25

104:3,5 105:8 106:10,15 109:6,7,23
110:2,18 113:5,23 115:3,22 119:24
136:7 139:5,10,11 142:7 146:8,13
147:22 174:1
**chiller** 4:14 5:5 66:20
**China** 95:18,25
**chiropractor** 177:2
**choices** 186:17
**choose** 92:25 185:7 188:12 189:2
**Chow** 162:14 169:3,3
**CHRISTOPHER** 1:21
**chunks** 157:16
**circumstances** 19:8 20:14 71:11
139:12
**cite** 20:23
**cities** 49:14
**citizen** 108:6
**citizens** 4:18,22
**city** 42:1 49:6,7,11 51:18 58:1 123:4
177:12
**civil** 78:5 121:10,11,13,21,22 136:12
148:7
**civilian** 25:18,20
**claim** 96:24 124:17,18,24,25 125:4,23
126:7 161:14 174:4 178:9 207:8
**claimed** 65:24
**claiming** 156:13
**claims** 79:24 87:15,20 89:25 111:25
112:1 137:23 138:1 141:17 144:16
144:17 146:18 152:15,16 154:2
155:1,2,5,9,20 156:5,6,6,8,11,12,18
156:23 157:1,6,8,11,13 158:22,24
159:2 160:5,16,18,25 161:15,16,19
162:18 163:7,10,21 164:8
**Clark** 82:1 120:14 132:3
**Claudia** 12:20 64:3 83:2 158:19
**clean** 40:13
**clear** 31:4 71:11 79:16 94:24
**clearly** 71:6
**Clerk** 81:21
**client** 8:25 11:5 24:4 79:10 85:12
131:21 132:6 169:21 170:6,8,10,17
**clients** 85:5,21 131:17 170:4
**clinic** 120:20
**cloaked** 86:25
**close** 49:1 84:19,24 99:1 105:22 118:5
126:17,19 146:22
**closed** 205:4
**closer** 30:3 82:4
**closing** 113:23
**clothes** 40:19,19,23 41:2 42:18,20
44:6,10,17,18,24 49:20 52:5,7,9,18
53:8,9,16 54:8,12,13 55:23 56:20
56:20 58:17,19,20 59:1,2,8,11,25
60:15,16,16 61:18,24 62:2
**clothing** 54:8
**clubs** 13:7 23:22 39:5 53:18 54:6
59:25 61:20,21,25 62:2 63:21
**CNA** 109:18
**Coast** 79:24 156:5,8,12
**code** 90:19 181:18,20,21 183:15 187:2
**coerced** 20:17 65:25
**coercion** 66:1
**colleagues** 131:14
**collect** 38:24 189:24 191:22
**collected** 39:1,5 191:23
**collectively** 96:2,12 121:2
**college** 109:8 147:23
**combined** 198:5
**come** 4:18 11:24 14:23 21:22,24 22:4
25:16 26:17 31:19 32:9 33:18 34:22
35:11 38:10 40:6 41:10 46:15 48:4
54:19 57:5 64:6,10,16 71:7 80:24
81:21 84:21,21 90:1 93:5 94:9
96:17 100:9 101:19 107:2,19
108:21,21 109:3 124:10 142:14
149:17 150:14 151:1,6,21 153:1
155:2 164:15,17,21 166:11 173:20
181:20 183:17,19,21,24 184:2
185:5,6 190:5 196:10 199:14,19
210:25 211:16 212:4 213:7
**comes** 69:20 91:8,11 93:6 95:19 169:5
169:14 185:21,24 186:11,22 187:5
190:6 210:22
**comfortable** 10:6,12 99:4 150:10
**coming** 19:11 24:3 25:23 28:1 62:6
64:13 105:15 108:4 111:10 133:21
149:8 163:24 178:20 191:8

**commence** 170:20
**commerce** 89:12 90:14
**commercial** 88:18 163:25
**Commission** 155:22
**committed** 87:12 169:20 170:6,7,10
**committing** 170:8
**common** 39:19 118:18 196:7 205:2
208:19
**communications** 89:13
**community** 81:1
**companies** 112:10,11 115:2 125:14,15
125:23 137:10 139:20 146:4,7
189:7,25 191:13 193:8 194:14
195:2 199:7,22 200:16,23 203:8
209:25 210:5,12
**company's** 194:21
**compensation** 178:9
**compensible** 180:21
**competent** 172:2
**complaint** 196:10
**complaints** 196:8 197:3
**complete** 10:6 68:6
**completely** 98:2 171:24
**completion** 78:4
**complex** 135:16
**complications** 26:9,10 27:8
**computers** 7:10,14 8:4,18 13:12 14:10
14:19 15:21,25 16:4,6,18,23 17:3
17:12,18,20,23 18:2,19,20 19:7,10
19:24 20:15 21:6,23 22:25 25:16
28:24,24 29:11,20 30:9,11,22 32:10
32:21 33:10,19,25 34:23 35:1,3,12
36:15,24 39:2 53:11,18,25 54:1
58:9 63:2,17 65:16 67:6,8,13 68:10
70:2,10,22,24 71:1,3,8,12
**Con** 81:24 113:21
**conceded** 13:3
**concern** 4:22 203:7
**concerned** 39:2 80:23
**concerns** 81:14
**conclude** 212:1
**concluded** 27:17 127:13 213:14
**conclusion** 72:5 76:3 78:7 167:21
**conclusions** 164:21 168:2,13
**conditioning** 4:2,6 6:1,3,24 24:25
28:21 66:21
**conduct** 15:5 26:1 90:11,13
**confer** 131:14
**conference** 77:1
**confidence** 106:17
**confident** 164:21 170:16
**confidential** 76:6
**confirmation** 133:19
**confirmed** 7:20 8:6
**conflict** 95:12
**conflicts** 95:4,4
**connection** 87:17,20
**connects** 159:5
**consent** 7:13,15 8:12,16 18:13 20:16
36:24 68:22
**consents** 68:16
**consider** 11:11,12 24:9,10 86:8 91:11
**considered** 21:2,4 22:9 201:1,2
**consisting** 72:1,2
**console** 159:13
**constantly** 203:16
**constitution** 65:19
**constitutional** 92:2
**construction** 179:24
**construed** 19:20
**consult** 122:9
**consultant** 103:4 137:9
**contact** 85:23 119:16 196:13 209:25
211:23 212:10
**contacted** 14:21 31:13 62:13 74:4
161:5 185:16 191:5 196:22 197:22
199:15 204:7,8
**contain** 161:2
**contained** 160:22,24
**contains** 187:2
**contents** 3:1 188:17,19
**continue** 20:4
**continued** 202:7

**contract** 186:24 195:2 203:17
**control** 71:1 142:20 191:18
**controlled** 164:5
**CONT'D** 2:1
**convenience** 14:24
**conversation** 34:13 35:8 43:13 45:23
46:15,17 50:2,3
**conversations** 211:21 212:12
**conveyed** 18:10
**convictions** 65:11
**cool** 94:4
**cooling** 5:19
**Cooper** 3:9 176:8,16,19,21,24 179:15
181:4 182:1
**cooperation** 66:11
**coordinator** 124:5
**copies** 122:15 185:4 190:1 192:16
**copy** 78:2 86:7 185:3 190:21
**Coral** 2:4
**corners** 131:11
**correct** 9:16 12:17,18 18:23 19:5
23:12,13 29:12 31:7,10 38:11,13
39:3,7,16 43:24 50:21 57:18 59:9
61:13 62:11 67:3,15,23 70:11 73:15
74:22 77:8 80:5 133:5 144:23
148:22 193:7 198:6 199:8 205:24
**corrected** 159:19
**correspond** 161:4
**cost** 189:5 201:24
**counsel** 26:5,5 28:22 74:2 75:11 76:22
83:2 85:3,9 96:14 150:4 151:17
165:4 207:2 212:14
**counselor** 136:6
**counsel's** 38:2
**count** 71:19 87:10,10 106:14 204:21
**country** 109:23
**counts** 72:1,2,12,21 73:21,23 74:1,1
77:25 78:15,25 87:3 88:11 89:1,2,4
90:7,21,24 91:4,8,9,10 153:3,8,9,10
153:10,11,16,17,19,22,22,23,23,24
157:9 165:1
**County** 99:12,16,17 102:7 104:1
110:13,16 113:4,22 115:14 134:13
136:4 138:23 140:2 144:8
**couple** 39:6 55:16 94:14 124:14 136:3
153:5 154:20 164:11 172:10,11
202:14
**courier** 88:19
**couriers** 88:22
**course** 5:13 6:8 9:19,22 13:14 20:12
24:14 25:6 39:22 65:5 77:18 101:9
119:7 137:15 152:24 154:12,16
155:7 158:1 162:2 189:11,15,19,21
191:20 201:12 211:14
**court** 1:1 2:7,7 4:2,9,10 5:3,14,20 6:25
7:16,18 8:23 9:4,6,10,13,15,18
10:11,22 11:9,15,18,20,22 12:10,14
12:16,19 13:13,17 14:6 15:8 16:5,9
16:13,15,18,21,23 17:3,6,24 18:1,5
18:8,11,14,25 19:3,7 20:1,13,25
21:22,24 22:5,17,19,21,25 23:6,8,14
24:9 25:17 26:4,5,6,9 28:4,8,19
29:4,8 30:4,6 33:20,24 34:1,18,25
35:9 36:5,8,10 37:19 40:3,4 45:14
45:16 47:12,15 62:7 65:12,15,22
66:4,8,22 68:5,14,23 69:18,24 70:5
70:17,18 71:17 73:8,10,17 74:4,7
74:10,18,21,23,23,24 75:5,8,14,20
75:23 76:5,6,14,21,22 77:9,11,19,22
78:9,13,18,20 79:5,14,21 80:3,8,15
80:18,23 81:18,21 82:2 83:7,9,15
83:17,22 84:10,14 85:10,17,20 86:3
88:4 90:20 98:11,25 99:5 100:16,20
100:24 102:3 107:15 108:24 112:19
112:24 113:2 114:3,4,7,10,13 116:5
116:19 117:12 121:3,6,16,18,20
122:24 124:16,19 126:11,25 128:3
128:12 129:8,21 130:3,18,24
131:15,20 132:5,17,21 133:2,4,7,12
133:15,18,23 134:2,8 135:18,20,24
142:16 143:3,4,13,24 144:3,10
145:11,16 146:1 147:7,10,18,24
148:7,15,17,19,21,24 149:5,7
150:17,22,25 151:9,11,13,16 152:2
165:3,10 168:17 170:19 172:2
174:11 175:23,24 176:2,4,6 179:2
180:8,15 182:1,3,3,5 185:20 192:9
192:20,23 193:3,25 194:2,4 198:17

200:2 203:23 205:17 206:24 209:12
210:3,8,13,18 212:7,19,21 213:6,10
213:12,19,20
**courteously** 79:6
**courtesy** 39:19 76:21
**courthouse** 24:25
**courtroom** 4:4,16 5:7 6:6 23:4,7 28:12
28:16 71:16 81:18,23 86:19 90:3
102:2 108:12 112:24 113:1 114:9
114:12 115:10 118:3,12 133:11,16
134:1 135:5,19 141:4 144:6 145:25
147:13,20 149:6 150:16,19 151:9
151:11,15 170:24 171:4,8 176:9,14
176:18,20 177:24 182:10,15,19,21
211:1,23 212:6,25
**Courts** 75:7
**Court's** 66:19 112:20
**cover** 186:5
**covered** 66:4 93:17 140:11 201:2
**covers** 115:21
**cow** 177:4
**co-defendant** 79:10,20
**crazy** 96:5,21
**create** 192:5
**created** 26:4
**creates** 26:8 192:2,3 212:12
**credibility** 95:5 97:11 123:16
**credit** 90:18,21 128:9,10,19,25 129:1
129:9 138:2 139:20,21 165:24
166:6 183:22 188:2,3,25 189:20
201:7,12,15 203:6,10 204:13 205:3
207:11,11 208:15,25 209:8,9
**crime** 154:13 166:21 170:6,7,8,10
**crimes** 153:5,8,14,17 169:20,21,22
**criminal** 24:15 25:25 78:6,9 82:12,12
98:22 121:10,15,21 122:4,5 126:21
126:23 127:22 134:18,19,23 136:12
167:5
**critical** 112:8
**critically** 169:8
**cross** 37:21 93:21 203:24 205:18 207:7
62:7 70:9 76:24 93:15 97:10 175:24
**crosses** 94:22
**cross-examination** 3:5,13,14 37:19,20
**cross-examined** 24:12
**Cruise** 103:4
**crux** 35:10
**currently** 120:5 145:2,3 188:4
**custodian** 191:17
**custody** 13:3 15:25 70:25 191:18
213:13
**customer** 140:19 183:9,19,21 184:22
185:7 187:18 188:7 189:25 192:16
202:6,13 205:3,8 206:5,14 207:10
210:10
**customers** 183:5,8,17,24 184:1,5,11
185:19,22,23 186:9,9,14,17,18
187:7 189:7,14 196:2 197:16 198:2
198:23 205:25
**customer's** 197:16 199:17 208:8
**cut** 133:12
**Cutler** 114:15
**cuts** 124:3 173:21
**cycle** 207:15

### D

**Dade** 99:12 102:7 104:1 110:13,16
113:4,22 115:14 134:13 136:3
138:23 140:1 144:8
**daily** 186:13
**Dakota** 156:16
**damage** 124:16
**damages** 125:9 174:5
**dance** 113:25
**Dania** 146:4
**Daniel** 144:6 145:2 146:22
**dark** 45:9,9 51:18
**data** 70:1 168:1
**database** 191:16 192:2,3,5
**databases** 191:25
**date** 17:19 23:10 45:14 64:15 87:24
95:25 155:12 178:6 179:9 187:9
204:16 209:4 210:5 213:19
**dates** 30:20 152:11 160:23 161:3,4,4
**daughter** 7:10 11:8 12:20 13:20 14:11
14:16 15:14 17:10,13,18 20:19
21:11 22:2 23:17 27:2,3,4 29:1 31:7

53:7 65:8 71:2,9 84:25 104:11
113:25 138:12 147:23 168:23
**David** 89:2
**day** 1:12 13:2 17:21 25:7 26:19 38:7
39:22 40:7 46:12,22 47:17 54:18
55:1,11,14,14,16 56:5,14 57:3,4,5
57:17,20,20,24 61:5,8 62:5 64:2
76:24 95:21 96:11 100:6 107:19
108:5,5 118:24,25 119:1 129:1
130:20 142:3 171:23 186:11 187:5
188:15 200:21 203:20 206:12
207:12,18 213:7
**daylight** 46:25
**days** 6:2 14:4 23:16 31:3 38:23 39:12
40:11 101:18,22 103:10 107:2,14
107:14 115:9 138:21 154:20 164:12
168:12 208:13,19,23,23
**day-to-day** 191:20
**DCF** 11:8
**de** 2:4 81:23 103:25 131:25 133:1
**deal** 4:9 10:3 19:4 25:14 26:11 30:2
74:10 120:21 212:13
**dealing** 4:6 6:23 10:1 16:24 19:7 78:5
129:6
**deals** 73:2 142:7 185:18
**dealt** 9:24
**debit** 154:7 159:9,9,11,12,13,17,18,25
160:2,3,6,9,9,10 178:16 209:21
**Deceased** 148:1
**December** 24:17
**decent** 186:5
**decide** 58:11 84:4 92:7 95:3,5,5 96:1,3
96:14 97:16 118:2 147:14 187:25
**decided** 44:15
**decides** 116:10
**deciding** 97:15 103:11
**decision** 108:5 115:9
**declared** 172:2
**declined** 208:15
**deep** 25:1
**deeply** 126:18
**Deepwater** 87:18 156:2
**defendant** 1:20 2:2 6:19 7:11 12:10,12
13:4,14,17,21,24 15:15,16 17:9
19:9,22 20:17 21:9 23:9 24:21 26:7
26:12,13,14,22,23 29:2 71:2,24
72:9,20 74:25 75:4 79:17 85:6
87:12 90:8 153:20 157:3,3,7,20,24
157:25 158:2,5 159:18 160:3 162:6
164:8 194:1
**defendants** 1:9 12:7,22 28:22 84:12
85:4 86:1,12,13,24 87:4,8,15,19
88:10,12 90:4 91:21,23 94:19 97:1
103:20 117:23 127:25 131:23 147:3
150:18 151:4 152:9,14 153:3,4
154:22,25 155:3,19 156:11,18,22,25
157:16 159:6,7 160:11 161:8,11
162:9 163:7,12,14,23 164:4 213:12
**defendant's** 12:20 21:17 29:5
**Defender** 85:7
**Defender's** 1:21 85:8,24,25
**defense** 10:18,18 11:23 13:3 14:13
26:18 28:23 65:24 73:19 74:15
75:11 76:4,25 80:11 92:24 132:19
132:24 134:18,23 143:25 145:11
147:10 213:6
**define** 14:2 153:14
**definitions** 89:16
**defraud** 88:13 89:5,6,10 90:9
**degree** 116:17 117:17
**degrees** 169:12
**delay** 10:2 27:12,17 106:8
**delayed** 212:17
**delete** 199:13
**deliberately** 96:5
**deliver** 74:25
**deliverable** 74:18
**delivered** 88:17,21
**Delray** 12:23 16:8,9 18:18 29:24 30:9
38:16 42:2,3,5 47:11 49:1 58:3,4
**demand** 185:14
**demonstrating** 20:20
**denied** 70:23 71:13 78:21 81:9
**deny** 26:6 73:12
**department** 31:25 32:3 34:10 64:9,18
67:2 77:21 80:21 86:11 110:4,6
112:6 141:24,25 174:4
**depends** 13:18 111:16

**depicted** 180:4,13
**deported** 109:22
**deposited** 158:13
**Depot** 115:20
**deputy** 4:4 6:6 23:4,7 28:12,16 71:16
81:18,23 102:2 113:1 114:9,12
133:11,16 134:1 135:19 144:6
145:25 147:13,20 149:6 151:9,11
170:24 171:4,8 176:9,14,18,20
182:10,15,19,21 212:25
**describe** 82:13 83:22 89:22 90:15 91:4
180:10
**described** 14:14 74:5 91:15 92:9
189:17 190:16 193:16 207:2
**description** 3:19 86:5,16,21 102:11
**Design** 146:5
**designed** 191:15
**desk** 55:8
**despite** 166:4,4 167:3
**destroy** 70:1
**detach** 111:16 112:7
**detailed** 90:22 91:6
**details** 126:19
**detained** 165:11,22
**detective** 204:8
**determination** 80:19
**determine** 153:15 156:6 170:12,13
184:8
**develop** 19:15 68:15
**develops** 78:22
**device** 90:8,16,17,22 153:11,23 154:5
**devices** 90:10 154:6,7
**devise** 88:13 89:5
**devised** 88:12 89:5
**dialing** 107:1
**Diaz** 135:19 140:16
**Diego** 134:1 141:23
**differ** 208:14
**difference** 19:23 26:24 95:2 121:20
148:8
**differences** 136:25
**different** 32:4 64:25 95:11,12 116:6
122:2,7 131:1 136:3 137:9 138:16
139:23 153:8 154:8,15 163:25 169:12
194:14,15 196:4 197:18 203:6,7
**difficult** 27:9 100:7 129:15 212:10
**difficulty** 30:2
**digit** 200:25
**digits** 179:8
**dire** 5:24 6:8 99:3 130:5
**direct** 3:4,8,10,12 29:6 40:12,15 65:12
72:11 76:3 93:7,14 97:10 171:10
176:22 182:23 189:13 195:24
205:22 206:16 209:25 210:6
**directed** 12:22 20:18 78:7 157:24
199:23 200:17
**direction** 13:4
**directions** 197:7
**directly** 164:4 186:22 194:22 212:4
**disabled** 104:13
**disappointed** 130:24,24
**disaster** 87:16 124:18 152:19 155:14
155:16,21,23,24 156:18,22 157:7,14
158:10,21 159:10 160:5,8,17 161:1
161:4,23 162:16 163:24 164:2
178:10
**disasters** 152:20 155:8 156:23,24
157:1 158:11 163:4,6
**disclose** 76:6 80:11,18 81:4 135:4
**disclosure** 74:20 75:11
**discontinued** 130:25
**discovery** 7:20 75:3,9,13,18 76:1
**discretion** 206:20
**discuss** 32:3 33:3 137:16 146:24 211:3
**discussed** 79:7
**discussion** 118:11 150:6
**discussions** 117:21 147:1 150:2
**diseases** 120:16
**dismiss** 6:15,22 71:23,24,25 72:19,21
73:6
**dismissed** 72:8
**DISPENZIERI** 2:6 213:18,19
**displayed** 68:3
**disruptive** 21:14
**distance** 25:22
**distract** 139:18
**District** 1:1,1,12 2:7 24:15 85:8
164:10 213:20

**dive** 111:8
**division** 1:2 107:15
**divorced** 109:7 114:16
**docket** 6:11,14,14,15,17,20 72:3 73:8
**doctor** 177:1
**document** 72:20,25 167:17 180:6
212:21
**documents** 86:20 158:6 161:22
165:17,20 167:15 168:8 191:23
192:13 206:17
**dog** 41:5,7,8 44:6,11,25 45:1 46:17
169:3 180:21
**dogs** 180:18
**doing** 22:6 26:20 97:15 99:17 102:21
106:15 110:13 113:25 125:1 131:16
151:7 201:10
**dollar** 202:15
**dollars** 155:6
**done** 5:25 74:15 77:10 116:23 135:12
146:8 123:23 184:11 185:18
197:13 205:23 208:21
**door** 5:7 130:20 150:13
**double** 176:19
**doubly** 207:8
**doubt** 86:23 88:7 91:20 92:10 116:16
122:4 169:23,23 170:14
**down** 4:14 5:8,18 7:23 8:2 12:10 22:4
27:14 38:10 43:6 59:25 70:20 82:4
94:2 95:17,17,24 123:2 125:11
128:5 131:8 132:8 142:5 145:22
176:4 179:10 181:6 186:7 190:7
199:12 204:4 205:1 209:23 210:18
211:15 212:7
**downtown** 142:14
**dozen** 141:5 184:2
**dozens** 154:25 158:10,12 160:17,17
**Dr** 176:8,24 182:1
**dramatically** 95:11
**draw** 84:7
**drive** 48:14,20 50:13 51:6,22 57:23
60:23 198:13 199:3
**driven** 46:1 52:3,3
**driver** 104:11
**driver's** 184:24 190:10 206:21
**driving** 4:12 159:8,14 161:21
**drop** 54:18 181:15
**dropped** 61:9
**drops** 163:25
**drove** 40:24 47:2,11,25 55:21,25 57:15
60:11,20 61:1,3,16
**drug** 65:11 97:4,6
**drugs** 64:21 127:8
**Dry** 124:2
**due** 124:3,18 202:16 203:1
**during** 27:10,18 62:21 67:8 79:8
90:10,12 91:2 93:15 101:1 111:7
118:10 124:21 158:1 162:24 168:15
173:3 205:22 206:16
**duty** 91:10 170:12
**D.E** 72:1,2

**E**

**E** 213:15,15
**each** 61:6 82:9 87:2,3,10 88:10 90:7
91:18,18 92:8 122:6 147:13 151:2
169:21 170:14,15 184:5 187:5,6
188:12 194:18 198:8
**Eagle** 142:2
**earlier** 55:25 162:21 165:3 193:17
209:9
**early** 5:23 92:9 46:5 51:14,17 115:15
**easily** 27:8
**East** 181:11 195:1
**easy** 43:7 94:18,25 186:16
**economic** 101:7,11 157:6 174:5
**Eddie** 133:16
**effect** 52:18
**eight** 23:25 117:16 123:23 127:18
132:24 133:7,10 146:8 150:12
200:6
**either** 14:11 20:20 27:16 47:17 62:18
64:6 84:12 85:20,21 100:18 130:3
143:7 154:3 169:5 186:22 198:24
**elaborate** 111:15
**Elaina** 83:16
**Elaine** 74:5,11
**Elden** 133:17

**elderly** 25:21 27:13
**electronic** 13:4 154:3 160:16,17
191:19 197:2 210:10
**electronics** 140:8 144:12
**element** 87:2 91:18
**elements** 92:8
**elevator** 211:20
**elicit** 36:10
**eliminated** 138:22
**Elizabeth** 81:23 98:10 99:7
**elsewhere** 174:20
**else's** 154:11 158:16
**Email** 1:18,23 2:5,9 213:21
**embarrass** 20:2
**embarrassing** 135:10
**emergency** 6:24
**emphasize** 90:4
**employed** 104:9 167:22
**employees** 167:25 187:14 189:9,10
**emptied** 61:18 62:9
**empty** 145:23
**encompasses** 123:5
**end** 17:21 25:16 26:21 72:3,4 73:1,11
86:4 89:15 96:11 100:19 105:16
118:21 119:3,7 122:8 127:17
138:19 146:11 151:22 153:13
164:25 169:19 170:11 180:5
**ended** 33:8 39:14 64:10 197:22
**ending** 201:16 202:3
**energy** 111:8
**enforcement** 103:6 104:23 119:16
167:23,24,24
**engaged** 120:15
**enough** 27:23 94:4,25 111:12 116:14
124:3 203:19
**Enrique** 81:25 117:11
**enter** 196:1 201:1
**entire** 5:6
**entirely** 94:5
**entities** 190:23,23
**entitled** 79:23
**entity** 156:4,5 190:18
**entries** 7:2
**entry** 6:14
**envelope** 187:4,11 188:8 189:3,3
198:5 199:19
**envelopes** 131:4 161:14,18
**envy** 124:14
**equivalent** 90:18
**ergo** 20:20
**Erica** 83:5,8
**erroneous** 4:7
**especially** 198:6
**ESQ** 2:3
**essentially** 189:11 205:2
**establish** 34:1
**established** 87:17
**Estate** 141:25
**et** 68:16,16 184:25 197:14 208:11
**Etc** 164:1 183:5 184:17
**evasion** 96:24
**even** 26:13,20 33:15 36:23 38:22
174:25 184:3 188:21 192:3 199:15
**evening** 46:5 51:14 210:19 212:23
**event** 77:13
**events** 12:7
**ever** 35:7 63:2,21 108:17,20 124:16
126:19 128:7 130:11 146:18 148:2
166:16,18 173:5,25 174:3,17,19,22
177:13 178:5,16 179:24 180:1,4,11
180:18,20 181:11,14 183:20,24
184:3 196:22 197:3 199:19 203:7
208:1,16
**Everglades** 122:22,23 123:5,24 124:1
**every** 91:18,19 94:8 100:25 107:19
108:3 118:7,22 169:24 171:23
184:22 186:11 188:5 189:24 190:20
191:25 195:25 196:5 197:1,23
198:7 199:18 200:22,24 203:16
210:19,20
**everybody** 66:9 85:3 102:12 106:9
143:6 145:19 150:3 211:11
**everybody's** 85:3
**everyone** 132:4 196:16,17
**everything** 4:10 31:4 33:4 44:6,10,18
54:9,10,11 58:13,15,16 59:4 62:9
62:21 66:16 74:15 111:16 129:2
144:21 164:17 168:11 183:22

**evidence** 3:18 6:18 8:10 11:7 15:9 20:14 21:6,16 25:15 35:23,25 36:1 67:14 70:18 72:4,22 73:13,19 74:7 78:15,20 84:3 86:15,18,19 87:11 91:11,24 92:4,11,20,25 96:10,19 111:19,20 112:14 116:10,14 118:2,6,7 121:24 122:1 139:13,19 141:2,3 150:4,8 151:20 152:7,9,13 152:18,22 153:1 154:15,17,19,20,23 155:2,5,9,19 156:7,10,17,21 157:10 157:13,15,19,19,23 158:2,14,19 159:5,15 160:7 161:2 163:17 164:3 164:5,7,20,22 165:5 166:3,3 167:6 167:19,19,20,20,23 168:4,24,25 169:2,4,5,8,10,11,13,23 180:7 193:23 194:5,6 213:9
**evidentiary** 10:18 11:1,10,20 17:7 19:15 20:7,9 22:6 24:5,13,19 25:3,4 27:17 28:10
**exact** 30:20 64:15 157:13 164:17 204:16
**exactly** 41:14 111:8 204:6
**examination** 3:4,6,8,10,12,15 29:6 37:21 70:7 93:7,14 171:10 176:22 182:23 203:24 205:18,22 206:25
**examine** 167:24 181:1
**example** 54:8 58:18 95:21 162:14 183:11 185:21 188:13
**exams** 105:15 138:23
**except** 44:10 54:22 76:19 107:20 151:3 183:5 211:1,23
**exciting** 186:4
**exclusion** 86:23 88:6 91:19 92:10 116:16 122:3
**excuse** 6:20 18:15 21:14 26:21 40:3 72:14 97:12 100:17,18,24 101:4,7 101:14 112:19,20 142:6,25 163:18
**excused** 92:5 132:25 133:8,24 142:18 176:5 182:2
**excusing** 100:20 114:4
**executed** 8:13 17:25
**executing** 18:12 89:10
**execution** 20:15
**executive** 4:9,10 5:3 6:25 101:3
**executives** 111:22
**exemplars** 166:25 167:1
**exercise** 80:9 131:11,24
**exercises** 144:1
**exercising** 101:10
**Exhibit** 3:20 6:19 68:20 174:15 175:3 175:11 179:4 180:24 192:11 193:23 194:6 199:21
**exhibits** 3:16,17 90:2 212:22 213:1,2
**exist** 165:20 186:20
**existence** 166:18
**exists** 19:20
**exists** 150:16
**expectation** 17:8 19:10 20:18,21 65:19 71:5,9
**expected** 6:9 92:16,19
**expensive** 13:7 162:5,13 169:1
**experience** 119:8 130:11,12 209:16
**experienced** 129:14
**experiences** 106:8 129:10
**expert** 161:9 166:25 167:2 169:14
**experts** 161:12,17 167:22 206:4
**expires** 209:23
**explain** 89:15 98:1 100:24 153:13 200:15
**explained** 164:18
**explaining** 93:19
**explains** 5:21
**explanation** 90:22 102:10
**explanations** 91:7
**explicitly** 76:2
**explosion** 156:2
**express** 197:24,25 206:12 208:7
**extra** 185:20
**e-mail** 62:18 185:8 187:13,22 196:16

**F**

**F** 213:15
**face** 155:15,15 184:3,4
**facility** 17:14 79:24 120:21 156:5,8,12
**fact** 8:12 11:6,12 12:3 20:16 25:7 27:21 63:12 74:3 79:11 106:10 123:10 143:13 157:12 164:7 178:2 189:21

**196:21** 197:7
**factors** 80:20,22 81:2
**factual** 15:9 164:21
**factually** 93:13
**fail** 87:4
**failed** 202:5,18,19 203:2 208:20 209:9 209:17
**fails** 86:23 205:3
**fair** 50:20 92:18 97:22,23,24,24 98:2,4 98:6 100:11,13 105:2,2 106:1 109:1 111:12 115:9 117:5 118:13 119:9 120:11,24 129:10,18,22,23 130:22 135:1,7 137:4 140:21 144:24 147:5 150:3 178:2 209:24
**fairly** 84:3 92:7 103:11 108:12 111:2 112:4 140:24 191:10 196:2,7 205:2
**fairness** 98:1 101:19 108:22
**faith** 78:13,18 151:20
**fake** 155:12,13,13 157:12
**fall** 190:6
**falls** 18:16 97:17
**false** 88:14,16 89:7,9,21,21,22 112:1 152:15,15 154:1 155:1,5,20 156:11 156:18,22 157:1,5,8,10 160:16 161:14,14,19 163:21
**familiar** 82:7 171:17 173:18 175:17 180:13 193:5
**family** 85:24 96:23 98:21 103:17 109:4 113:5 118:9 119:6 126:17,20 126:22 127:2 128:7 129:2 168:22 169:4 211:2
**far** 13:14 15:10 27:25 53:25 83:6 85:2 100:4 102:15,16 105:13 139:2,17 164:13 189:8 190:2 192:15 211:2
**fashion** 26:11 84:2,6
**fast** 198:2
**father** 139:4
**favor** 96:20 123:12 147:2
**favorable** 19:22
**fax** 185:8
**FCAT** 138:24,24,25
**feasible** 4:18
**February** 12:6 22:15,18,20,21 24:18 24:18 72:1 156:15 201:21
**federal** 1:21 2:7 6:4 36:18 70:23 85:7 85:8,23,25 103:6 116:1,3,4 117:12 121:16 122:25 123:1,8,10 126:15 126:21 127:11 165:10 213:19
**FedEx** 189:6 197:25
**fee** 19:8 208:9,15
**feel** 8:12 10:6 19:18 36:7 96:3 111:11 129:9 164:20 170:16
**feeling** 36:14 97:6 111:4,11,13
**feelings** 111:9
**fees** 208:13
**fellow** 117:2 167:24
**felonies** 154:16
**felony** 65:10 91:3 154:12,12
**felt** 8:11,15 19:18 36:16,19,23
**FEMA** 124:18 125:11,12,13,23 126:7 126:9,10
**female** 159:3
**fence** 125:10
**Ferguson** 132:9 149:11
**few** 31:17 38:2 48:6 92:17 101:22 103:10 115:9 138:21 168:6,7 202:7 211:8 212:3,17
**fiance** 120:17
**fictitious** 87:15
**fiddling** 98:18
**field** 177:4 190:17
**Fifth** 21:17 27:6 200:5
**figure** 35:5 44:21
**figured** 39:21 40:22 49:22 108:2
**file** 80:15 81:3,10,15,16 125:3 126:7 152:15 155:1 163:7 178:7,9 188:5 188:17 190:3 199:2 200:19 201:4 212:21
**filed** 6:7,10,16 7:6 10:8 24:23 26:7 71:20 72:24,25 73:3 87:15,21 124:24,25 125:8 140:25 155:20 156:11,18,22 157:6 159:2 160:5,16 160:25 212:21 213:19
**filing** 6:13 79:12 155:5 157:1 174:4

**fill** 60:13 184:22
**filters** 203:12,18
**final** 27:15 138:23
**Finally** 90:24
**finances** 175:8
**financial** 162:14 163:18 175:16
**find** 17:7 23:24 24:23 39:13 46:8 48:2 55:5 86:24 98:15 109:20 167:9 170:16 179:11 184:11 196:19 197:10 201:9
**finding** 161:20
**findings** 166:7
**fine** 9:18 36:3 43:6 46:19 53:4 56:17 70:17 74:11 80:3 83:15 99:10 100:9 118:25 122:18 143:1,2,3 146:16 149:3
**finest** 117:19
**finger** 166:19
**fingerprint** 161:6,12 167:1,9,10,11,12 167:16,16 197:2
**fingerprints** 161:7,18,20 167:13
**finish** 100:5 143:5
**finished** 93:14 108:18 127:13 142:15 142:17
**finishes** 93:8
**fire** 111:24 156:2
**firearms** 68:3
**first** 4:13 11:15 15:7 17:4 20:9 28:11 34:15 38:5,16 46:17 47:3,7,9,19,19 61:22 72:9 82:13 91:3 92:22 93:6 100:6 101:12 104:5 106:22 107:12 108:1 109:9 118:24 119:4 121:23 132:12 135:4 142:22 143:14,17 170:21 173:20 179:17 181:3 185:12 185:13 199:21
**FIU** 99:15 100:4 105:11
**five** 72:15,16 84:17 109:7 110:12 119:23 132:20 136:17,18,19 146:7 180:22 205:21 211:10
**five-digit** 185:23 186:11,19
**five-digit-long** 183:9 186:10
**five-year** 104:8 140:17
**fix** 28:21 139:21
**fixed** 4:13
**fixing** 4:6
**FL** 1:17,22 2:4,8 213:21
**Flagler** 1:22
**flat** 142:20
**flip** 199:12
**floor** 94:2 149:11
**Flooring** 180:2
**floors** 5:9,18
**Florida** 1:1,7 24:15 32:1 37:16 85:8 115:16 119:14 122:21 123:3,4,6 141:23 147:21 157:21 164:10 171:14 177:5,10,19 178:20,24 185:15,17,22 186:8,14 192:17 194:12,23,25 198:12
**flowed** 162:3,4
**flowing** 126:2 127:25
**flown** 26:3 164:14
**flush** 19:15
**focus** 15:20 17:9,11
**focusing** 59:5
**folks** 92:14 93:23 94:8 95:25 97:6,14 98:2 100:2,12,25 102:17 106:1,7 107:23 113:13 114:23 117:6 122:11 135:22 144:22 145:9,21 149:12,19 166:11,19
**follow** 28:9 122:7,11,15 136:24 152:25 152:25 157:18,19 161:25 163:11
**following** 6:8 38:2 96:12 153:1 169:18
**follows** 132:25
**Food** 59:2
**force** 43:3 92:1,1 155:22
**forget** 95:9
**Forgive** 13:12 145:21
**forgoing** 213:16
**forgot** 96:4
**form** 76:15 175:4 179:7,10,18 184:18 184:18,19 185:2,3,4 189:18,24 190:22,25 192:15 193:16,20 194:11 194:18 195:6,15 200:15,22,23 201:4,5
**format** 187:13
**former** 62:14 149:1
**formerly** 132:1

**forms** 184:24 185:4,5 190:1,13
**forth** 14:9 77:23 169:16
**forward** 21:4 81:22 116:9,15 151:21 156:15,20 188:25 189:1 201:23 202:5,10,24 204:24 206:8 207:19 207:20,25 208:3
**forwarded** 163:24 164:4,9 172:24 183:25 192:1 195:25 197:24,24 198:10 199:16 206:11 207:19,22,24 208:5
**forwarding** 163:23 183:2 192:14 195:3,23 197:8,13 201:19,24 207:7 208:5
**forwards** 186:13 198:4,11 201:23
**found** 33:7 38:18 55:5 108:15 140:24 159:9,13,24,25 160:10,12,14,18,21 161:7,11,18 163:19,20 185:14 199:5
**founder** 191:13
**four** 17:3,11,18 18:19 30:12 50:14,15 50:16,17 51:6 53:17 54:1 57:25 60:9 90:24 91:4 93:11 110:17 115:18,25 128:15 136:15,18,19 148:5 153:11,24 160:13 179:8 201:22 207:2
**four-month** 98:13
**Francis** 81:24 106:22 131:25
**fraud** 88:11,11,24 89:1,3,3 90:8 128:8 128:11 153:6,9,10,11,21,22,23 154:1,1,2,4,5,16,16 157:9 161:1 191:8 203:18
**fraudulent** 88:14,16,25 89:7,9 203:10
**free** 8:12 67:22,24 68:1 105:16,17
**frequently** 95:9 196:3
**Friday** 107:9 108:19,22 114:2 142:2,4 142:15,17,24 143:5,8,9,12 168:12
**friend** 48:7 84:24 99:1 118:15
**friends** 48:6,10,12,14 84:19 85:24 103:5,17 104:23 105:22 118:6,9 146:22 211:2
**from** 4:7 7:5,10,21 11:24 12:2 13:9,14 13:25 14:3 17:16,18 18:1,17 19:10 19:24 21:6 25:15 26:22 27:3 28:25 29:22 30:9 32:12 33:6 34:10 38:19 39:1 41:13 42:7,10,12 43:24 47:16 48:20 50:17 54:21 55:21 56:12,23 57:21 64:3 65:17 71:9 72:7,14 74:20 75:11 76:10 78:14 79:24 83:4 85:2 86:19,20 90:1,2 97:10 102:9 102:12 106:11,11,23 107:9 109:20 111:10,16 112:4,15 113:13 115:15 122:7 123:5 126:15 127:25 128:8 130:10 132:17 134:3 138:15,15 146:24,25 152:19 153:1 154:7,9 155:5,10 156:7 157:21 158:7,7,7,18 160:7 161:9,15,24 162:10,16,16,20 162:23 163:3,13,14,14,24 164:2,13 166:5,13,24 169:5 172:12 177:11 184:13,20 187:11 188:13 189:24 194:22 196:21 197:4,7 198:4 199:1 199:13 200:16 201:14 204:22 207:14 208:14 213:6
**front** 55:8 69:10 125:21 130:16 187:4 187:10 204:15
**fulfilled** 207:19
**full** 35:8 124:23 171:5 182:19
**full-time** 105:11 110:12 119:14 197:14
**Fulner** 83:5,8
**function** 171:22
**functional** 70:14
**fund** 87:17 111:10
**funds** 124:3,13
**funeral** 107:3,3,5 108:20,24
**funny** 132:10
**furniture** 58:21 146:4,11
**further** 10:2 37:18 70:4 79:20 88:22 135:6 167:18 188:8 189:23 205:15 206:23 208:2 210:14,16

**G**

**Gables** 2:4
**game** 89:10
**Garber** 5:7
**Gardens** 136:1 198:13 199:3
**gateway** 203:11

gave 7:13 8:16 9:8,15 18:21 31:16 43:19 44:23 53:6 56:14 69:6,9,13 77:7 138:23 161:17
geek 191:14
general 87:14 97:3 167:3
generally 53:15 87:6 88:7 98:25 105:1
gentleman 34:8 109:25 117:10 125:6 126:23 139:3,25 141:20
gentlemen 85:14,18 116:5 149:7,13 151:17 152:3 165:8,9 168:5,19 170:2,11,19 171:12 182:25 195:5 197:6
George 202:21
Georgia 177:12
gets 5:3 128:10 205:4 209:22 212:7
getting 15:8 46:25 47:20 50:24 51:18 62:5 92:3 98:20 105:16 154:23 158:15
girl 17:13 32:24 63:14
girls 60:8
give 8:5,7,12 9:4,9 25:4 28:13 30:23 35:21 36:3 43:17 69:4,19,21 73:18 74:15 78:12 80:16 81:4,7,13 82:8 90:22 96:13 101:24 105:25 111:15 113:3 114:7 122:10,10,16 132:21 168:14 170:25 176:10 182:4,11 210:19 212:14,23
given 27:21 62:14 71:7 76:7 79:11 81:12 100:16 159:11 161:13,16 181:17
gives 5:4 71:3
giving 33:8 162:6
gleaned 15:4
go 5:12 8:8 11:7 12:25 13:21 17:10 23:18,21 24:10 27:2 31:4,5,19 36:5,11 37:3,19 38:15,16 39:1 40:3,12,13 42:6 44:24 46:6,8 49:17 49:19 53:8,8,9 54:23,24 55:4 60:22 67:2,22,24 68:1,15 69:20 72:3,19 76:25 77:20 81:9 84:14,23 92:22 93:11 98:6,13 99:2 101:4 102:23 107:2 108:20 109:22 114:10 116:9 116:14 118:7 122:9 124:5,13 126:18 127:23 130:17 131:3 133:15 135:6 143:12,20 145:19 149:10 158:16 169:13 179:10 181:6 188:15 199:21 200:21 203:12 206:15 211:16 212:2,4
God 28:14 109:23 120:23 147:16 171:2 176:12 182:13
goes 20:6 92:15 108:21 116:12 139:2 151:20 169:19 184:8
going 5:4 10:17 11:8 17:6 20:3 23:9 26:23,24 28:2,3 37:2 38:1 39:20,22 40:2,23 41:23 44:3,4,5,7,16,17,23 44:25 52:25 53:3,8,9 62:5,5,6,24 65:25 79:7,8,11,25 80:3 81:6 82:2,7 82:12,13,18,23 86:6,10 89:15 92:17 94:9 95:8,21 98:17,17 99:2,18 101:1,12,13,14,16,21 108:16 126:18 126:18 130:21 131:24 133:20,21 134:6 135:11 138:5 142:14,16,19 142:20 143:11,16 148:24 149:8,15 149:16,20 151:20,23 152:7,24 153:13,15 159:3 163:11 164:15 166:9,12 167:18,24 168:3,23,24 169:2,3,4,11,19 170:11 178:21 190:20 194:17
golf 13:7 23:22 39:5 53:18 54:6 59:25 61:20,21,25 62:2 63:21
gone 5:16 19:2,3 107:19 130:4 132:14 132:14,14 143:6,7
good 4:24 37:23 42:16 46:4 47:10 50:17 78:13,18 84:18 85:14,16,18 99:3 102:4 103:23 106:20,21 107:24,25 108:5 109:24 110:1 113:19,21 114:14 117:11,20 119:5 120:13,14 121:8 122:19 138:8 141:21,22 143:3 151:20 152:2 165:8 173:15 201:1 204:1 205:20 211:20,25 212:11
goodness 4:12
good-bye 143:6
gotten 48:7 73:5 133:19
government 1:15 3:20 12:25 14:21 19:12 26:16 28:4,23,25 36:18 71:12 72:24 73:3,6 75:9,15,17 76:2,8,21 77:3 78:23 82:17 83:17 84:11 86:20

87:2,5,5,21 88:6 90:5 91:17,22 92:8 92:21 93:2 94:21 96:24 97:1 103:6 103:18,18,20,20 112:1,13 116:15 117:23 122:3 123:8,10,12,12,17 126:14,15 127:24 137:23 147:2,7 148:15 151:23 161:15,15,17,17 166:10,17 167:22 168:6 170:1,13 170:20 193:22 194:6 213:6
government's 6:13,17,21 8:7 11:25 20:8,12,15 72:15 78:5 80:12 84:17 151:24 166:23 168:8 169:24 171:9 175:11 176:21 179:4 180:24 182:22 192:11 193:23
grade 113:23 138:14
graduated 109:19
graduating 105:14 142:1
graduation 113:24 142:7,10,19 143:12
Graham 193:21 194:11 195:6 201:15 202:1,2,8
grand 72:6,21 73:20 74:3,12,20,25 75:5,10,16 76:9,13 77:16,23 80:11 80:16,25 81:7 83:14,18,23 84:6,8 115:24 116:6,8,10,25 117:2,9 132:17
grandkids 138:20
grandmother 48:4
grandparent's 138:15
Grandville 183:3,13 185:14 186:23,25 193:20 194:21,23
grant 28:9
great 25:22 30:2 74:4 79:21 138:15,16 164:15
greater 121:24,25
Green 159:1,4 162:22,24 166:14
group 25:22,25 170:6
groups 25:17
grown 136:9
GSA 4:8
Guard 124:6
guardian 171:25 172:19 173:5,12 174:3 175:8
guess 8:4 33:6 36:18 43:10 48:24 58:15 65:18 100:14,15 126:15 131:6 136:15 145:20 198:16,17
guessing 90:16
guilt 150:7
guilty 86:13,24 87:1 90:5 112:9,13,14 116:13,14 153:2 154:17,21 165:1 170:17
Gulf 79:24 156:3,5,8,12
Gustav 88:2,3 155:19
guy 95:16 207:5

H
H 202:22
hair 59:1,1
haircutter 174:1
half 25:7 38:11 51:4 62:25 83:13 117:1 128:22 134:3 141:5 171:21 197:22 199:16,17
halfway 25:1
half-day 11:3 24:19
hallway 212:8
hand 33:19 77:18,18 82:4 103:23 106:18 109:25 113:19 117:10 119:11 120:13 124:20 134:1 141:20 145:18 170:24 176:9 182:10 190:1
handed 17:24 66:22 167:23
handful 197:19,20
handing 66:1 76:13
handle 175:8
handles 196:11
handling 82:14 198:8
hands 19:11 102:20 121:5,8 145:17 147:12
handwriting 161:9,10,11,12,18,20 167:1
handwritten 160:21,22 161:3,4
handyman 141:11
hang 210:24 211:14 212:5
happen 8:15 26:19 35:20 95:8 202:7
happened 15:21 17:7 23:23 37:3,16 38:7 40:15 66:11 129:2 198:3 207:16,17 212:18
happening 39:13

happens 92:12 192:18
happy 93:24
hard 111:14 129:10 142:8
Hart 133:11 136:1
Harvey 1:7,20 13:18 30:21 79:18 82:16 85:6,15 87:8 91:9,14 147:15 152:10 153:4,7,20 157:3,7,20,25 158:3,5 160:3 165:9,22 166:16,16 166:17,18,20 177:20 199:4 200:11
Harvey's 159:18,19 162:6
having 4:23 10:2 30:2 50:1 84:6 100:10 113:24 127:23 141:6 142:23 hear 7:5 11:24 26:22 49:23 69:12 82:3 89:17 98:12 102:9,12 107:11 113:12,13 118:3,12 134:2,4 141:3 148:8 149:17 152:25 154:9 155:4,5 156:7,8 158:18 161:6,9,13,24 162:10,16,20,23 163:3,13,14,17,17 163:18,22 166:12 168:8,9,11,14 169:2 173:20,24
hearing 10:18 11:1,3,3,10,20 17:7 19:15 20:7,9 21:15 22:6 24:5,13,19 25:4,4 26:17 27:15 28:10 30:2 68:21 118:6 130:10
heat 4:19,23
Heather 82:1 122:20
heavier 92:23 122:4
held 94:6 121:5
Hello 140:16 147:21 204:2 205:21 help 7:1 28:14 58:11 59:20 97:16 108:8 147:15 149:21 155:24 161:25 171:2 176:11 182:13
helped 59:25
helpful 6:25 55:17 93:18 213:1,2
her 7:11,12,20,21,21,22,23,23 8:2,2,2 8:3,12,14,14 11:8 13:9,9,20 14:13 14:14,24 15:2,15,17,17 16:9 17:11 17:14,15 18:8,8 20:1,18 21:11,12 23:17 26:25 27:1,1,2 31:9,22 32:5 33:20,21 39:20 40:8,9,19,19,20,22 41:1,2,4,16,17 42:18,19,19 43:9,9 43:10,13,24 44:3,3,4,5,16,23 45:21 46:8 48:16 49:5 50:2 51:10,24 52:5 52:6,8,10,11 53:9,23,23 55:22 56:11,20,22,25 57:6 58:6 59:3,4 61:15,17,24 63:4,6,10 64:10,17 65:8 66:6,12 68:18,18 71:3 74:4 83:4,5 100:16,17,18,18,19,20 113:25 114:7 117:21 119:4 131:4 144:16 146:24 147:1 153:18 158:20 164:9 171:22,25 172:9,16,19,24 173:1,1,4,5,9,12,14,16,18 174:3,20 174:22 180:10 212:23 213:2
Hey 94:24 142:9
hi 31:23
Hialeah 115:17
Hide 57:7
high 146:11
highly 189:11,13
high-speed 187:4,5
him 77:7 82:25 101:4 117:15 126:24 142:25 143:14 149:21,23 186:11
hit 155:18 156:21
hold 5:2 84:20 102:20 108:24 112:9,13 121:8 130:19 132:13 204:14
holders 197:8 210:1,6
holds 106:8
home 7:22,22 8:13,14 13:21,22 14:15 14:15,22 15:2 16:10 17:11,14 18:9 18:18,21 19:24 27:14 42:6 44:2 56:18 62:5 66:16 100:2 101:21 104:15 107:18 109:13 110:21 113:7 114:10 115:4,20 118:7 140:9 144:14 172:9 184:23 185:1
homeless 136:6
homeowner 14:17
homes 124:17
Homestead 122:21
home-schooling 59:3
honest 5:4 107:25 138:22
honestly 40:16,16,42:24 45:4,6 58:13

honor 5:12,16 7:8 8:24 9:14,17 10:10 11:14,17,19 12:1,13,15,18 13:16 14:8 15:6 16:8,12,19,25 17:5,22 18:9 24:19 26:6 20:11,24 21:21 22:1 22:14,20,24 23:3,13 24:8 25:13,21 26:2 27:19 28:7 30:1 33:22 36:9 37:18 45:15 47:14 65:14,21,24 66:7 66:18,21 68:12 69:22 70:4,6,16 73:7,9,16 74:2,9,16,22 75:2,6,12,21 78:8,17 79:3,11,25 80:7 83:1,20 88:3 90:7 90:19 100:21,22,23 105:24 106:2 113:21 114:5,6 131:13,18,23 132:23 133:3,6,14 135:14 141:21 142:2 143:2,23,25 145:12,15 147:9 148:16,18,20,23 150:20,23,24 151:8 165:7 168:18 170:22 174:9 175:20 176:1,3,7 178:25 180:6,10 181:23 181:24 192:8,19 193:1,22,24 200:3 203:21 205:16 209:11 210:2,17 212:16 213:5
HONORABLE 1:11
Hopefully 93:3
hopes 5:25
Horas 202:14
Horizon 87:18 156:2
hospital 114:17,18 120:19
hot 4:21 20:3
hotel 12:23 14:4 32:12 38:16,17,19,24 39:1,16 41:4,11 46:13 49:19 54:20 55:8 56:7,12 57:12,13,14,15 61:2,8 62:5,9,22 101:5 109:17 139:4
hotels 49:10 196:4
hour 51:4 81:19 107:22 134:3
hours 50:14,15,16,17 51:2 57:23,25 76:10 81:16
hour's 94:9
house 16:1,1,13,16 18:4 29:18 31:5 32:13,17 33:1 36:4,20,21 37:4,5 64:14,20,24,25,25 67:6 125:9,10 126:6,8 130:16 146:6,15 162:5 168:25 177:4
houses 163:15
housing 136:4
HUD 136:4
huge 61:25
Hub 22:19 50:7 54:4
human 212:13
hundred 191:10
hundreds 155:6
hurricane 87:24 88:1 125:8 174:6 178:18,20
hurricanes 87:22,23 88:5 155:18
husband 104:12 109:21,22 113:10 119:25 120:4 122:22 123:21 124:11 126:13 137:11,12 140:20 146:6,14
husband's 107:8 147:25

I
ID 57:6,8,9,11 185:4 189:20
idea 25:11 92:14 96:17 206:9
identification 3:18 91:2 174:14 175:3 175:12 179:5 180:7,25 184:24 192:12
identify 179:14
identifying 178:6 179:7
identities 80:24 87:20 152:10,14,23 154:14,15,25 155:1,25 156:12 157:22 159:10 160:5 164:23,23
identity 90:24 91:3 129:12,13,16,19 138:5 140:21 141:7,17 152:24 153:6,11,24 154:10,11,17 155:10 160:23 162:20,25
idiot 93:24
IDs 190:24
Il 1:21
Ike 87:24 155:19 178:18
image 187:10
images 187:6 199:18
imagine 135:2
immediately 47:24
impartial 109:1 115:9 119:9 120:11 120:25 135:2,8 144:24
implement 88:24
implicate 79:20
implicating 79:19
important 20:1 26:13 95:23 101:12 104:5 137:15 160:6 165:13,15,22

166:3,8 170:14 211:8
**importantly** 163:9
**imposition** 25:24 81:17
**improper** 23:21
**imputing** 23:20
**inaccurately** 95:10
**incidentally** 118:17 211:4,17
**incidentals** 188:6
**inclined** 112:19
**include** 184:3
**included** 13:5 189:18
**including** 14:16 166:13
**income** 96:24 163:19,20
**incompetent** 171:24
**inconvenience** 25:24 164:15
**inconvenienced** 166:11
**inconvenient** 101:1
**indeed** 193:7
**index** 3:16 86:17 151:21
**indicate** 9:8
**indicated** 7:19 8:11 14:10,25 165:3
168:5,6 195:8 197:1
**indicates** 11:5
**indicating** 8:25
**indicted** 23:10
**indictment** 6:16,22 12:5 22:12,13,15
22:17,22,25 23:2,11,15 24:17 71:19
71:24,25 72:2,13,19 73:24 74:2
78:24,25 86:7 87:7,14 127:23
**individual** 14:19 84:1 86:12,13 169:21
177:20
**individually** 102:23 170:7,8 188:12
**individuals** 166:10,15,16 194:10
196:13
**industry** 198:22
**infections** 120:22,22
**infectious** 120:16
**inference** 66:12
**influenced** 141:4
**information** 4:5,7,13 15:3 34:16 70:2
110:5 111:6 157:11 160:23 162:25
165:18 175:15 178:6 179:7 187:3,9
189:21 190:8,11 199:1,1 204:11
206:18
**infringe** 21:17
**initially** 183:22 191:6 204:7
**initials** 171:18
**innocence** 86:25 150:7
**innocent** 23:20 76:8 91:21 211:22
**input** 118:11
**inquiry** 131:7
**Inspection** 14:23 64:7 130:8 184:14
**inspector** 7:14 14:20 15:1,23,24 25:14
27:20 31:14 33:3,18,25 34:7,9
41:14 46:21 56:10 57:11 62:15 64:3
83:2 158:19 159:15,23,25 160:9,13
160:15,20 191:5 193:11,12 197:21
199:15,20 204:8
**inspectors** 7:20 8:1 29:11 67:1 79:19
130:10,12
**inspector's** 41:18,25 48:21 49:5,13
51:19
**Inspector/Financial** 161:24
**instance** 121:23 167:8
**instances** 153:8,17
**instead** 94:3 108:16
**instruct** 84:3
**instructed** 13:20
**instructing** 141:1
**instruction** 13:25 208:3,5 210:19
211:3 212:9 213:8
**instructions** 6:8 96:13 122:8,10,11
150:5
**insurance** 125:13,15,23 140:19 141:17
184:25
**intelligent** 123:9
**intend** 78:18 212:15
**intended** 83:18 89:5
**intending** 70:13
**intends** 76:23 78:14 80:13
**intent** 39:9,11 89:5 90:9
**interaction** 189:14 209:25 210:7,10
**interactions** 210:6
**interest** 80:21
**interested** 16:4 63:19 67:13
**interesting** 98:14,14,15 118:16
**interfere** 25:5 107:9 108:23
**intern** 83:4

**international** 113:8
**Internet** 72:17 131:5 152:17 154:4
155:17 169:6,9 185:6 196:10
**interpret** 77:2
**interpretation** 75:8 76:11,15 77:21
**interpreted** 75:7
**interrupt** 24:9 27:24,25 111:12
112:18
**interrupting** 18:15
**interruption** 25:8
**interstate** 88:19,21 89:12 90:13
**interview** 13:8 14:3 15:5,24 32:9 64:4
64:6,18 66:2 67:8,23
**interviewed** 14:25 79:18
**intimidated** 19:18,18
**introduce** 82:13,24 85:2,4,5,12 154:24
**introduction** 21:16
**introductions** 84:23 102:11
**inventory** 181:9
**investigating** 191:7
**investigation** 15:4 204:12
**investigator** 14:21
**investigators** 17:23 190:13 206:19
**investment** 115:2
**invite** 174:13 175:2 179:16 180:25
**invoked** 150:17
**invoking** 150:22
**involve** 111:22 129:16 138:5 144:16
154:1
**involved** 83:18 114:20 123:10 129:19
130:7
**involves** 98:22 154:2,4,5
**involving** 87:21 129:11 153:5
**iPad** 13:6,12 17:5 39:6 63:5
**Irene** 156:21 174:6 178:20
**irrespective** 84:4
**issue** 8:17 10:1 12:2 13:6 14:11 17:8
19:8,13,17 20:6 21:13 26:12 27:25
78:11 79:25 166:1 169:18,19 190:6
**issues** 138:1 147:14 191:7
**Italian** 115:2
**item** 174:15 175:2 198:4,8
**items** 12:24 13:1,5,7,9,22 14:9 16:20
16:22 17:11 32:11 40:1,18 41:4
44:8,9 46:13 56:11 58:23 60:15
168:1 174:13 198:5
**Ivey** 171:17,20

---

**J**

**J** 1:16 75:12 199:4 200:11
**Jackson** 114:17,18 123:17
**Jacksonville** 171:14 172:7,13,15
**jail** 11:7 51:11 127:17
**JAMES** 1:11
**Jan** 1:21 85:7
**Janet** 81:24 113:21
jan_smith@fd.org 1:23
**Jason** 200:4,5,5,6
**Jeanne** 133:17 134:10
**Jencks** 72:11 74:14,19,25 75:4,19 76:1
76:19 77:15 79:13 81:11
**Jenny** 81:23 103:25
**Jesus** 81:23 103:25 131:25 133:1
**jewelry** 58:23 163:16
**job** 92:3,3,6,7,13 94:17,24 95:3 97:18
97:25 99:15 101:2,12 108:7 109:14
109:14,15,20 112:6 117:6 119:14
122:12 156:5 191:12
**jobs** 109:16
**John** 81:22 101:24 114:7 123:6 149:20
150:13 211:14
**join** 82:9
**jointly** 144:1
**Jordan** 3:11 182:6,8,20,22
**Jose** 133:17 141:11
**Joseph** 1:7,20 82:16 85:6,15 87:8
147:15 152:9 153:4,7,20 157:3,7,20
157:24 158:2,5 159:18,19 160:3
162:6 165:9 166:15,16 177:20
203:3 207:12
**journalist** 137:12
**journey** 14:8
**Joyce** 22:13 66:23 71:15 114:8 133:15
149:23 213:10
**Jr** 2:3,3
**judge** 1:12 5:7 97:21 111:18 114:9
117:11,13,13,19,22 123:15 124:15

129:16 148:7 152:4 153:7,13,25
154:9 168:14 182:4
**judges** 97:21 117:19 135:16
**judging** 129:11
**judgment** 10:3,17 116:8
**judgments** 117:17 168:10
**Julia** 81:25 119:12
**July** 202:9,10
**juncture** 187:14
**June** 1:23 23:24 156:17
**juries** 92:14 94:15
**juror** 83:12,13,16 84:9,13,21 98:9,10
98:24 100:1 102:1 106:3 112:25
114:11 115:24 121:6 122:5,20
128:13,23 130:15 131:25,25 132:1
132:1,2,2,3,3 133:1,18,19 134:9
135:18,23 137:4 142:17 144:2,7
145:24 147:8,21 148:25 149:1
**jurors** 4:22 66:23 92:13 106:5 117:2
118:10 132:25 133:10 144:5 147:17
**jury** 1:11 4:10,17 5:1,1,23,24 21:8,14
21:18 25:1,2,18 26:19,21 27:10,22
28:20,21 66:23,24 68:6 71:17 72:6
72:21 73:20 74:3,13,20,25 75:5,10
75:16 76:9,10,13 77:16,23 79:2
80:11,16,25 81:7 82:8 83:14,18,23
83:23 84:6,6,8 85:14 86:10 89:19
92:6 96:3,17 100:9 102:10,10
103:14 105:2 107:23,24 108:18
116:6,6,8,9,10,10,16,25 117:9 121:3
121:7,10 131:10 132:17 133:9,20
135:11 136:10 144:19 145:7 146:16
148:2 149:10,14,19,20 150:11,16
151:14,15 152:3 157:18 171:13
183:1 193:17 195:5 197:6 200:15
211:9,16 212:5,6,7,10
**jury's** 76:24
**just** 4:17 7:2 15:21 16:5 23:6 27:7
29:15 32:21 33:20,21,24 34:16,24
34:25 35:13 36:3 40:3,8,15,16,24
42:21 43:6,22 44:4 48:7 49:17 50:4
50:24 58:11,13,15 60:23 61:5 64:9
65:23 66:20 69:12,23 75:24 77:20
80:15 81:1,7 86:13 92:12 93:17
94:25 95:12 98:23 99:4 101:10
108:15 109:14 111:14,20 112:2,10
112:14 116:10,14 118:11,18 119:6
121:7 122:13 127:1 129:1 133:2
138:2 139:9 140:24 141:2 142:24
145:18 149:15 150:9 153:17 156:23
158:11 161:20 166:10 169:14,18
179:18 180:11 184:20 185:13 186:5
186:15,16 188:1,22 189:5,14 190:3
190:3,14,24 191:9 192:23,23,23
198:16 200:9 207:7,8 212:12 213:8
**justice** 77:21 80:21 86:11 167:5
**justify** 73:23

---

**K**

**Kannell** 1:8 2:2 3:3 6:12,16 7:11 8:1
10:8,15,15 11:6 12:11,21 13:2,8,14
13:21,24 14:3,7,14,18,21,22 15:14
15:15 16:3,6 17:18,22 19:9,22
20:16 21:9,23 22:2 23:17,21 27:20
28:18 29:1,1,5,8 33:24 37:23 71:3
71:24 72:10 82:16 85:19 87:8 89:2
91:10,14 147:15 152:10 153:4,16
157:4,25 164:8 168:20,22,23
177:22
**Kannell's** 13:4,21 15:25
**Karin** 1:8 2:2 82:16 87:8 102:2,6
147:15 177:22
**keep** 63:9,11 92:19 93:23 98:17
100:18 106:4 108:17 150:11,25
169:7,17 170:5 192:4 201:18
208:12 212:25
**keeping** 39:12
**keeps** 192:6
**Kendall** 105:7
**Kenneth** 159:1,4 162:22,23 166:14
**kept** 94:16 133:23
**key** 69:4,4 198:22
**kid** 114:16
**kids** 60:11,17 110:19 117:12 137:8
138:23 140:1,17 141:12 142:9
144:8 173:21
**kind** 51:24 103:19 149:10

**kindly** 85:12
**KING** 1:11
**Kissimmee** 7:21 16:14 17:15,18,22
18:18,22 29:15 30:14 32:1 34:6,10
37:16 38:15,23 39:10,20 45:9,20
46:2,4,11 47:2,8,10,16,24 48:21
49:17 50:17 51:7 52:4 56:16,17,18
57:21 59:18 60:20 61:2,16 62:10
64:9,18 67:2
**knew** 23:1 32:8 35:4 64:13 67:20
102:15 154:14
**knock** 150:13
**know** 4:15 5:8,21,22 9:10 10:9 13:19
13:23,25 16:13 17:8 18:15 21:21,23
22:2,10,11,13 25:17 27:5 30:20
32:6 33:7 34:2,25 35:19 36:17,18
39:11,21,22 42:1 43:4,13,20 44:13
44:19,21 47:9 48:24,25 49:2,2,6,9
49:19,22 50:12,12 52:2,6,21,23
55:23 64:15 65:22 66:15 69:18
77:19,24 79:16 81:14 82:19 83:9,10
83:19 84:17 85:20 86:1,4 87:24
89:19 96:9 97:2,14,18,20,25 98:19
100:13,13 102:17,18 103:6 105:15
105:20,21 106:3,23,23 107:1,12,13
108:8 109:2,3 112:16 114:20 115:8
116:7 121:6 123:15 125:7 131:1
135:4,9 137:3,18,20,21 138:19
140:11,12 142:6 143:10 144:17
146:21 148:12 149:8,9 151:1,2
166:15,18 171:22 173:8 174:25
177:20,22,25 186:4 190:2 192:22
198:15,19,20 204:14 211:2 212:10
**knowing** 88:15 89:8 112:2 154:11
**knowingly** 88:12,16 89:4,11,24 90:9
90:25 169:20
**knowledge** 85:3 118:11 172:12 173:25
204:20 206:2
**known** 12:4 23:9,14 173:3 180:2
**knows** 4:13 9:13
**Knox** 202:22

---

**L**

**lack** 205:1
**lacks** 72:11
**ladies** 85:14,18 116:5 149:7,13 151:17
152:3 165:8,8 168:5,19 170:2,11,19
171:12 182:25 195:5 197:6
**lady** 42:21 55:17 57:5 68:24 70:20
83:7,18 106:18,19 113:20 114:4
132:17 135:20 139:3 140:15 141:9
144:4 145:23 176:4
**Lake** 181:15
**lands** 97:17
**language** 138:14 139:14
**laptop** 13:11,12 14:10
**laptops** 13:5 15:14,16
**large** 130:25 157:16 166:24 189:3
**largely** 14:3
**larger** 186:12
**last** 5:11,15 9:25 28:17 30:4,6 71:20
92:22 94:14 100:17 106:25 109:7
128:24 129:4 136:5,15 138:2 144:1
148:7 171:5 172:19 176:15,17,18
178:21 179:8,19 182:16 191:6
204:6,13 205:11 207:11,25 208:5
**late** 10:1 24:4 25:16 46:7,24,24 47:17
47:17 61:3 106:7 211:12
**lately** 78:6
**later** 23:16 38:24 40:11 42:11 57:3,17
76:2 84:14 86:18 89:15,17,23 90:15
90:23 91:4 128:20 154:9 159:5,12
160:1 161:6,9 202:14 207:18
208:19 212:13
**law** 20:22,23 70:23 83:4 96:13 103:5
104:23 117:17 119:16 122:8,11,13
122:13,16 126:23 134:19 136:24
153:14 167:23,24,24 168:14
**lawful** 91:1
**LAWRENCE** 1:11
**lawyer** 73:23 126:21
**lawyer** 211:18
**lawyers** 76:25 82:14 83:9,11 98:19
102:11 106:6 122:9 130:3 131:7,9
146:21 150:18 211:19
**lay** 167:4
**lead** 14:21

**leading** 33:20 210:2
**learn** 38:5 138:25
**learned** 15:9,13 24:17 63:25 115:25 172:9 177:17
**least** 5:25 15:13 24:17 63:25 115:25 172:9 177:17
**leave** 39:20 56:15 78:1 107:2,4,18 133:4 139:16 145:23 203:9 211:12 213:10
**leaves** 78:1 109:23 197:2 212:6
**lecture** 81:13
**Lee** 3:9 176:16,21
**left** 47:24 56:13,16,17 61:8,18 100:5 133:13 139:9 142:24 167:10,11,12 167:16,16 204:10,12
**legal** 17:8 20:6,20 83:4 171:25 173:5 174:3 175:8
**legally** 19:23 171:24
**legitimate** 27:6 163:19,20
**Lenard** 85:9
**length** 74:4
**lent** 48:4
**Leo** 2:3 168:19
**Leon** 2:4
**LEONARDO** 2:3
leo@spitalelaw.com 2:5
**less** 31:22 37:6 159:12,13 169:16 209:19
**lesser** 116:17
**let** 8:25 11:24 16:5 19:25 24:10 33:6 35:1 38:22 40:3 43:22 46:13 48:8 55:15 69:19 72:3 84:23 86:3 87:6 89:19 97:4 100:24 101:16,21 103:16 111:12 112:18 121:2 142:4 142:13,22 180:24 196:19 197:10 201:9 206:15 207:7,8 210:20,21,25 211:14
**letters** 198:25
**let's** 9:10 15:20 16:13 22:4 23:4 25:10 34:1 35:8 41:9 48:9 68:5,5 71:19 72:8 73:1 85:3 90:7 102:23 104:9 133:18 143:14,17 150:13 172:22 177:10 179:12 182:8 212:7,22
**library** 131:3
**license** 184:24 206:21
**licenses** 190:10
**lies** 152:16,16,19
**life** 26:3 171:16,23 172:16 184:2
**light** 19:21 147:22
**Lighthouse** 162:5
**like** 5:21 25:8 26:10 34:25 35:20 36:16 39:20 41:15 42:9 46:25 49:1,20 51:3 56:25 58:17,23 59:1 60:1,15 60:23 61:24 68:14 69:19 86:17 92:13 94:25 100:12 109:22 111:23 111:23 112:11 115:19 120:8 123:13 125:1 127:5,10 128:3,8,9 132:10 136:18 137:25 141:18 142:3,8,11 144:13,17 146:18 150:7 152:8 162:12 163:25 175:12 185:9 187:12 187:13 188:14 190:24 199:14 201:21,22 202:11,25 203:4,19 204:5,23 205:7 206:22 211:18
**likely** 213:7
**Lima** 81:23 98:10 99:7
**limit** 118:10
**Lindsay** 82:1 120:14
**line** 3:19,19 103:4 129:8 196:9
**lines** 58:13 212:1
**list** 25:19 187:8 188:10 212:14,20,22 212:23,25 213:3
**listed** 190:25
**listen** 55:17 82:3 84:3 86:18 92:3,19 94:17,24 95:3 96:14 98:3 108:10 111:19 117:5 118:1,14 139:13,19 141:2 154:19 169:7,13
**listened** 119:4
**listening** 92:10 96:9,9 97:10 112:4
**listing** 181:10
**lists** 189:15
**literally** 12:4 69:22
**little** 35:19 36:16 41:15 49:22,25 50:3 50:4,11,23 51:17 52:17 56:1 60:8 65:4 80:21 86:17,20 99:25 122:6 153:25 163:22 177:5 185:20 186:2 187:10 197:18
**live** 99:6,8,11 100:2 102:5,6 105:7 113:3,4 114:15 115:1,2 134:11 136:1 138:11 140:16 145:2 163:2,5

172:5 188:1 196:3 209:25
**lived** 32:24 64:8 99:12 102:7 104:1 113:21 120:16 122:21 134:13 137:7 137:8 138:10 140:1 168:24,25 171:15 172:8,15 173:5 177:13
**lives** 7:21 14:7
**living** 13:22 14:12,13,14 29:14,16 32:4 36:7 43:24 52:12 65:1 141:11 162:9 162:11 172:9,18,22 180:18 183:1
**load** 160:8
**loaded** 60:24 61:11,16
**loan** 125:1
**lobby** 211:15 212:5
**local** 137:9 190:2
**locate** 201:10
**located** 194:25
**location** 12:25 13:3 180:4,13 183:25 184:15,17 186:23,23 187:18 194:17 194:21 195:17
**locations** 175:16 185:15 194:15,22
**log** 187:7,22 188:10,18
**logged** 192:6
**logical** 25:7
**logically** 43:16
**logs** 192:3
**log-in** 187:24 192:5
**long** 7:3 28:2 49:3 50:12,23 51:1,22 97:21 99:12 102:7 104:1 110:11 111:3 114:18 116:25 117:15 119:1 119:5,5,22 123:21 127:4 128:21 129:3,5 134:13,19 136:16 140:23 150:11 171:15 172:7,15,17 177:8 203:18
**longer** 208:12
**long-term** 172:13
**look** 15:12 33:5 35:1 37:14 42:8 69:7 81:5,15 94:25 158:9 175:3,14 177:24 179:5 192:12 195:15 200:22 203:13 204:5 206:20 213:10
**looked** 37:5,8 69:10
**looking** 32:8 126:2 132:10 179:18,19 201:14 203:15 212:15
**looks** 42:9 132:10 188:13 201:20,22 202:11,25 203:4 204:5,23 205:7
**loose** 71:6
**Lorenzino** 81:24 105:7
**Los** 185:18
**lose** 121:25
**loss** 180:21
**losses** 157:6 163:4 174:6
**lost** 51:25 109:14,14
**lot** 15:8 26:8 39:13 44:19 60:15,16 69:18 80:24 81:2,13 101:9 117:20 120:21 135:17 138:22 160:8 169:5 189:14 191:15,15 196:2 197:12,16 210:14
**Louisiana** 155:18,22 164:8 177:15 178:14,18
**love** 142:4
**lovely** 94:15
**lower** 5:8 145:18
**LPN** 109:19,19
**lunch** 94:9 107:22
**luxury** 162:12 163:15
**lying** 95:7 96:5 154:6

---

**M**

**machines** 165:24
**mad** 108:12 112:10 137:24
**made** 5:12,16 24:16,18 62:3,4 67:5 79:18 88:16 89:9 95:14 96:19 112:1 131:7 137:24 157:12 158:10,12 211:25
**Maggie** 193:21 194:11 195:6 201:15 202:1,2,8
**Magistrate** 9:24 11:2 24:18 76:15 117:13
**Magistrates** 68:16
**maid** 101:5
**mail** 88:11,11,11,12,17,17,20,21,24,24 89:1,21 130:15 152:18 153:10,23 154:1,4,16 155:17 160:9 163:22,23 163:25 164:1,1,9 165:19 169:6,9 172:24 173:1 181:11,14 183:3,4,10 183:12,14,15,18,25 184:8,15,17 185:5,7,12,19,21,23 186:11,14,22 187:1,5,8,12,15,16 188:7,9,11,12,13

188:16,19,23,25 189:15 190:21 191:10 192:1 194:17,22 195:24,25 196:4,6 197:8,12,15,17,20,22 198:9 198:20 199:7,16,21,23 200:10,16 200:17,20,21,23,24 201:1,3,4,23 206:8,9,11 207:23,23,25 208:3,7,10 208:12
**mailbox** 128:14 130:16 183:2,2,4 185:17 186:12 189:25 192:14 198:23,25 199:2 200:23 204:3,4,19
**mailboxes** 183:16 188:1
**Mailboxforwarding.com** 184:10
**mailed** 131:4 161:23
**mailing** 175:15
**mails** 197:21
**main** 130:9 197:15
**maintains** 191:17,19
**make** 39:23 59:13 74:7 80:19 93:11 94:23 96:11 106:16 128:16 139:25 142:14,25 143:14 147:2 151:23 165:4 168:10 201:17 207:8
**makes** 26:24 98:21 191:14
**making** 97:11 187:13
**male** 159:3 189:1
**males** 154:5
**man** 41:15 82:23 112:19
**manage** 79:7
**management** 140:4,5
**manager** 48:8 136:4 140:6 145:3,6 146:6,15
**mandate** 13:9
**Manila** 189:3
**manner** 154:3
**many** 17:20 25:20 30:11 57:23 101:15 107:2 123:6 126:11 136:14 148:4 155:9 170:1,3 198:10 203:6,6,15 204:18 205:12
**man's** 29:17
**Margarita** 147:20,21
**Maria** 81:24,25 83:16 105:7 113:1,4 115:14 132:1
**MARIE** 2:6 213:18,19
**Marine** 146:6,15
**Marisa** 48:17,18 59:20 49:15 50:4,10 54:23 55:25
**Marisa's** 48:20 55:13
**marked** 3:17 68:20 174:14 175:3,11 179:4 180:7,24 192:11
**Marlon** 144:6,7
**married** 99:25 102:24 104:3 105:8 109:6,9,10,11 110:1,18,19 113:5,22 115:3 118:25 119:12,24 120:14,15 122:22 136:7,8 138:12 139:6 140:1 140:17 141:12 144:7 146:12,13 147:22 153:5
**Marshal** 41:16 149:20 213:13
**Mason** 195:14,22
**Mastercard** 201:16
**Master's** 99:24
**material** 72:11 74:16,25 75:4,5 79:13 93:18 95:23 161:13
**materially** 88:14 89:7
**materials** 12:3
**matter** 9:23 10:12 11:4 21:2 35:10 66:5 76:21 83:21 86:14 96:18,19 97:8,8 98:1 101:11 139:24 143:13 213:17
**matters** 76:7 88:17 93:18
**may** 13:17 22:14 24:22 27:5 29:4 68:12 70:20 73:4 75:8 84:5 92:4,5,25 96:23 98:6,12,25 101:2,2,2,17 106:7 108:17 111:5,13 118:18 119:4 129:8,16 130:8 131:12,13 132:8 138:16 142:14 151:17 152:2 157:5 164:14 165:5 167:8 171:4 174:9 178:25 180:15 182:1,15 192:7 211:4 212:16
**maybe** 24:17 72:3 98:5,16 108:22 135:12 136:18 167:3 177:6
**ma'am** 49:23 68:25 84:1,14 113:19 128:13 129:22 130:1 144:3 146:2 179:16
**McCall** 166:15 194:13 195:16 200:7 202:12,22,23
**mean** 10:15 27:6 32:7 40:15,18 52:23 68:5 79:7 97:24 100:13 101:19 104:20 116:13 127:8 142:9 153:14 189:13 196:2

188:16,19,23,25 189:15 190:21 191:10 192:1 194:17,22 195:24,25 196:4,6 197:8,12,15,17,20,22 198:9 198:20 199:7,16,21,23 200:10,16 200:17,20,21,23,24 201:1,3,4,23 206:8,9,11 207:23,23,25 208:3,7,10 208:12
**means** 26:21 88:14 89:6,12 91:1 114:1 116:14 152:11 206:2 209:10
**meant** 89:14
**measure** 184:20
**mechanic** 148:1
**media** 160:14 167:3
**Medical** 144:15,16
**meet** 116:15 184:14 206:6 211:14
**meeting** 101:3
**member** 96:23 127:2
**members** 103:17 126:17 128:7
**memo** 72:7
**Memorial** 114:17,18
**memory** 172:17
**men** 107:25
**mental** 36:10
**mention** 46:17 79:3,8
**mentioned** 24:3 32:21 156:23 157:2 158:11 166:13 168:22 194:8 210:5
**mercy** 190:8
**mere** 123:10
**merits** 93:8
**mess** 24:25 107:16
**messages** 62:18
**met** 37:24 166:16 178:2 206:4
**method** 21:2
**MetroPCS** 158:8
**Mexico** 156:8
**Miami** 1:2,7,17,22 2:8,8 47:5 99:9,10 99:11 101:5 104:6,9,12 115:1 120:16 136:1 137:7 138:10 140:16 141:12 142:12 145:2 146:3 198:12,13 199:3 213:20,21
**Miami-Dade** 104:18 114:16
**Michael** 133:11 136:1
**Michigan** 183:3,13 185:10,14 186:13 186:15,16,23 192:17 194:11,21 197:11 211:21
**microphone** 5:14 21:22 30:3 101:24 113:19
**middle** 21:15 177:4
**mid-morning** 142:11
**mid-terms** 138:22
**might** 7:5 21:14 37:1 40:17 44:19 65:9 71:7 98:22 111:11 118:17 130:15 131:16 135:10 137:21 143:14 148:12 151:2 188:24,24 197:9 209:17 211:17
**Mike** 202:20 203:1
**Minagorri** 133:11 137:7
**mind** 22:5 36:19 66:12 92:20 96:12,17 96:19 97:9,11 98:2 108:8 116:24 139:18 142:23 169:7,17 170:5 212:9
**minimum** 197:25
**Minot** 156:16
**minute** 23:6 31:23 52:20 69:12 71:18 179:13
**minutes** 7:12 51:3,4,25 92:17 150:12 150:12 211:8 212:3,17
**Miranda** 79:18
**misconstrued** 19:19
**misdemeanor** 65:11
**mislead** 101:7
**miss** 142:19
**missed** 133:4
**missing** 73:5 74:3
**Mississippi** 157:5,7
**mistaken** 95:7
**misunderstand** 40:14
**misunderstood** 61:15
**misuse** 128:9
**mixed** 96:5 212:22
**Mixon** 203:3 207:12
**mobility** 25:21
**modern** 165:18
**mom** 30:21 32:6 51:23 53:5,5,6,10 55:2 114:1
**moment** 40:3 43:6,22 82:19 85:5 88:9 131:13 179:5 192:12,23,23,24
**mom's** 53:25 54:8
**Monday** 1:8 93:12 98:5,7,16 99:19,20 101:17 108:22,22,23 168:12
**money** 23:19,19,22 30:24 31:10 48:2,4 48:5 62:25 63:9 79:23 88:14 89:6 89:11 139:21 152:15,19,21,22,23 152:25,25 153:1 154:5 155:4,25 157:6,14,16,19,21,24 158:4,13,15 158:15,17,24,24 159:11 160:7

161:25 162:3,4,8,11,13 163:8,9,11
164:24,24 169:18 194:20
**monies** 111:9
**month** 53:1,3 62:19 106:25 138:3
162:5 202:5 208:11,14,14,15 209:4
**monthly** 188:5 202:4,11 208:9,13
**months** 7:25 23:25 27:9 68:15 84:8,9
191:11 201:20,22,22 203:4
**mon1** 201:22
**mops** 20:1
**Morales** 81:25 119:12 132:3
**more** 12:22 25:22 58:13 69:18 88:8
90:10,12 92:13,14 95:9 110:7
132:22 133:25 154:9,13 163:8
169:15 170:3 190:18 198:1
**morning** 4:1,16 5:17 6:5 21:12 22:3,7
27:10 37:23 61:3 71:22 72:17,25
73:5 94:1,8 95:16,25 107:11,21
211:6,20 212:3,11 213:4
**most** 19:21 39:14 97:14,18 104:5
136:16 138:18 148:6 184:11 190:15
198:1 203:9
**mostly** 60:16 125:16 197:11
**mother** 7:23 8:14 13:9,20 14:15 15:17
17:15 29:17 38:5 39:18 40:5,12,14
40:24 41:9 42:7,10,12 47:17 51:8
52:12 54:21 55:22,22,24 56:6 58:8
58:9 59:3,6 62:13,17 67:14 70:1
**mother's** 16:9 18:18 29:18 52:12
57:20 58:1 59:6,8 61:12
**mother-in-law** 65:6
**motion** 6:11,15,18,18,21 7:9,9,13,15
10:19,23,23 13:3 15:10 19:3,4 20:9
20:10 23:1 24:2,16,23 26:6 28:10
28:23 70:22 71:4,12,18,23 72:4,6
72:18,19 73:2,6,12,14 75:18 76:1
76:18 78:7,21 79:12 80:15 81:3,5,9
81:10
**motions** 6:10 7:6,7 22:9
**motivation** 27:1
**motive** 23:21
**motor** 173:14
**move** 26:5 66:18 68:5 80:10 85:3 90:7
108:18 109:20 145:22 164:12 182:8
196:7 206:3
**moved** 16:24 130:16,16 172:23 173:8
177:10
**moves** 21:4 72:10 193:23
**movies** 92:15
**moving** 71:23,25 72:20 80:4 89:1
94:17 156:15,20
**much** 44:13 49:2 54:14 60:17 88:4
97:19 102:22 109:25 114:24 133:8
135:9 144:3 149:12 187:12 190:5
211:24
**multiple** 15:6 65:10
**must** 50:19 70:22 86:24 88:6 115:25
122:3,7,15 190:17
**myself** 42:8
**mystery** 108:4

**N**

N 213:20
**name** 7:11 28:16,17 34:8 48:16 56:14
82:15 83:5,7,15 87:25 93:2,10 98:9
99:6 102:4 103:24 105:6 106:22
110:1 113:3,21 114:7 115:1,13
117:11 140:16 141:23 144:7 146:2
152:4 155:11 157:15 158:16 159:19
159:19 160:2 162:6,22 164:24
168:19 171:5,5,17 173:16,20
174:19 175:13 176:14,15,17,18
177:20,22 178:6 179:15 181:1
182:16,17,19 184:23 189:20 193:21
194:12 195:12,16 196:17,18 199:23
201:8,12,15,25 202:1,8,14,20,21,21
203:1,3 207:12
**named** 132:7,8
**namely** 21:3 80:18,23
**names** 80:23 81:21 152:11 157:22
158:14,25 159:3,10,17,20 160:4,23
160:25 161:2 162:2,4 163:24 164:3
164:4,9 193:19 194:9,15 200:24
203:7
**Nancy** 3:9 176:8,16,21 179:15
**national** 122:22,23 123:5,21,24 124:1
124:6,18

**natural** 178:10
**nature** 89:17 97:3 127:8 165:24
**near** 64:8 131:3 180:4
**necessarily** 30:23 39:19 190:22
**necessary** 20:6,20 21:7 201:17
**need** 10:17 11:4,9,20 17:6 35:14 36:4
37:6 40:23 50:20 53:8 66:14 68:6
74:11 79:16 81:13 94:7,13,13,14
99:10 100:19 106:4 124:5 138:20
143:11 145:20 149:9 155:24,25
169:12,17 197:23 200:15 212:20
**needed** 23:19 33:5 34:24 35:13 40:19
40:20 41:2,42:20,20,21 52:5,6,6,9
55:22 57:8 73:4 76:17,17 101:17
**needs** 157:14
**neighbor** 118:14
**neither** 79:23
**nephew** 106:25 107:7,8 108:9 126:20
**never** 17:11 26:3 32:7,8 37:24 64:23
70:3 155:16 163:4,7,9 164:14
173:24 178:2 183:20 199:13 204:25
205:3
**new** 69:20 82:9 83:4 126:8 132:9
156:3,21 173:6,8,21 174:4,7 177:13
178:12,21 180:21 184:22 189:24
192:2 201:25 202:12 207:21
**newspapers** 167:4
**next** 5:7 45:22 55:16 56:14 57:2,4,5,20
61:2,5 62:5,19 76:24 83:4 85:19
93:22 94:22 98:6 99:15,19 101:3,17
102:1 103:10 105:14 106:18 107:13
109:25 112:25 113:20 114:11,25
115:9 119:11 120:13 125:6 128:23
130:20 133:10 135:18 137:6 138:21
139:3 140:15 141:10,20 144:5
145:1 149:9 154:20 164:11 168:20
176:6 177:4 180:16 181:6 182:3
188:15 199:25 202:4,12,18,19
209:4,14 213:7
**nice** 42:9 118:21 133:24
**nicer** 211:15
**niece** 126:20
**night** 5:11,15 38:22 42:11,14,17 44:1
44:1 45:7,22,23,24,25 46:6,13
61:12 71:20,21 76:23 118:7,22
143:9
**Nin** 81:25 117:11 132:3
**nine** 157:5,8 199:25
**nine-year** 138:12
**Ninth** 200:6
**nobody** 68:3 92:1 102:15
**nodding** 116:7
**Noel** 200:6,6
**none** 52:8 84:16 91:16 100:21,22
111:24 129:2 145:13 148:18,20
150:20 166:15,16 200:13,14
**noon** 81:19
**Nope** 37:15 103:8 140:13 178:1
**normal** 24:14 34:2 190:3 192:4
**normally** 22:9 25:8 74:13 94:6
**north** 102:6 109:20 138:11 156:16
177:6 198:11 199:2
**Northeast** 193:13 199:2
**Norwegian** 103:4
**notarized** 185:2,3 189:18 195:8,21,22
**notary** 195:11,11,12
**note** 66:19,22 82:22
**notebook** 13:6 17:5 39:7 63:5
**notebooks** 160:21,22,24 161:3,7,8,10
161:21
**noted** 12:2 74:2
**notes** 139:25 150:14 204:5
**nothing** 35:8 43:18 53:15 35:1 37:18
52:8 57:1 58:23 69:8 70:4 73:20
76:18 80:20 81:6 93:24 95:14,21
111:23 112:14 117:4 120:23 125:12
125:13 171:1 176:11 182:12 206:23
**notice** 6:13
**noticed** 5:12,15
**notification** 202:6
**November** 12:9 14:20 24:16 29:10
30:18 31:13 63:5 64:2 128:24 129:4
201:13 204:6,17 205:10 209:3
**nowhere** 77:2
**number** 6:11,17,20 7:8 56:14 62:18
67:17 72:20 73:8 83:12 84:21 87:9
90:19,19,21 95:19 98:9,20 102:19
102:19 103:23 106:3 121:7 122:5

128:13 129:5 130:25 131:25,25
132:1,1,2,2,3,12,12,12,15,17,18,19
132:19 134:8 135:4 135:5,25
138:2 144:2,2 145:18,20,22,24
147:11 148:17,21,24,25 154:8
155:11 158:3,5,5,7 162:7 178:7
179:6,9,13,15 181:2,3,7 183:10,11
183:12,15 184:6,7 186:12,19 189:9
189:10,20 190:21 191:1,24 193:14
194:9 198:13,21,24 206:15 207:11
208:10
**numbers** 132:21,24 133:2 152:11
160:24 181:17,20 185:23,23 186:9
186:10 190:19 203:20 206:21
**numerous** 87:15,16 213:2
**N.E** 1:17

**O**

o 176:19
**oath** 24:11 74:11
**object** 167:11 180:6 192:21 193:24,25
**objection** 28:4 36:9 100:20 112:20,21
112:22,23 148:16,17 209:11 210:2
**objections** 114:3 194:2
**objective** 20:21 92:18 105:2,3 112:17
**objectively** 84:4 103:11
**obligation** 74:14 77:14 170:12
**obtain** 8:8 29:20 30:9 32:11 88:13
89:6 90:12
**obtained** 7:10 17:7 29:11 65:17
159:21
**obtaining** 89:11
**obviously** 9:8 26:15 27:12 84:24
123:18 142:9 150:3 166:2 212:17
**occasion** 192:18
**occasions** 198:10
**occupation** 140:19
**occur** 24:22 77:5
**occurred** 12:7 79:12 197:9 203:18
**october** 12:8,13,14,15,16 13:24 14:5
22:11 23:4,5,7,8,11,15,17,23 24:16
28:25 30:18 45:12,15,18,22 51:16
63:4 71:25 99:24 156:10 165:9,11
165:23 166:2 172:22 204:19,21
205:5,7,14 207:2 208:8,18 209:24
210:5,12
**Ofelia** 133:11 137:7
**off** 4:2 54:18 61:9 76:25 93:25 108:8
123:4 125:22 129:7 133:12 164:16
203:12
**offenses** 87:13 129:11 156:25 157:2
**offer** 78:14,20
**offered** 78:23
**office** 1:16,21 14:23 41:18,25 46:21
48:21 49:5,13 50:24 51:19 52:11
64:7,11 72:17 76:11 84:20 85:1,8
85:10,24,25 86:11 115:5,17,19
130:14,19,25 144:12 164:1 181:14
**officer** 78:13 93:3
**offices** 5:17 167:25
**Official** 2:7 213:19
**officials** 130:13
**often** 157:11
**oh** 41:6,22 42:9 49:20 50:9,17 57:9
60:5 71:18 73:7 98:12 179:12
**oil** 87:18,21,23 88:5 111:23 156:1,13
**okay** 5:20 14:8,20 14:6 16:18 18:5
23:8 29:10,14 30:13,18,21 31:16,19
31:21,24 32:3,9 33:1,3,10 34:15,17
36:5,7 37:8,11 38:21,39 1,15,24
41:9 42:6,16 43:2,9 44:12 45:7,10
46:4,19 47:10,21 50:9,17,19,23
51:4,10 52:1,17 53:4,5,14,21 54:6,7
56:17 57:2,9 58:1,5,16 59:20 60:8
60:20 61:4,11 62:3,7 63:2,9,12,21
64:2,13,16,25 65:10 67:1,12,25
73:14 99:11 104:9,22 108:25 109:5
115:21 120:8 123:8 126:16,23
127:21 128:4 129:5 136:7 137:15
140:9,9 141:16 144:16 145:16
146:16 173:10 179:8,23 182:4
186:7 187:25 191:1 193:5 195:15
204:18 205:7
**Okeechobee** 181:15
**old** 6:2 52:24 60:5 104:6,7,7,8 113:6
119:13 138:12 140:17,18
**oldest** 110:20

**old-fashion** 165:19
**old-fashioned** 130:25
**once** 55:5 94:13 97:21 164:1 172:9
**one** 5:7,8 19:4,19,20,20,21,23 9:2,9,10
9:19 12:11,22 14:10,19 15:18 16:2
17:17 18:3,19 19:17 25:7 26:8
32:12,13,14,15,21 33:5,11,12,15,16
34:25 35:4,14 37:5,7,8,8 42:9 48:14
49:14,20 57:17 61:24 62:1 63:25
64:8 65:17 67:10 69:6,23 70:9 73:2
73:25 79:3,19 85:21 87:23 90:10
92:5 93:22 94:22 95:8 96:20 97:7
97:13,16 100:25 106:8 109:7,9,10
109:11,12 113:6 114:16 117:19
121:8 123:3,11 126:23 130:6,9
131:3 132:10,22 134:6 142:1
147:19 149:23 150:17 151:1 154:13
155:11 158:22 159:18,19 166:12,13
169:22 170:3,4,14,15 174:25
179:19 181:3,4 184:3,9 185:17,17
185:20 186:24 188:14 189:3 190:18
190:18 192:17 196:7 198:4,5 202:4
202:18,20,23 203:2,2,4 204:6,22
206:11 207:24 208:7 211:11 213:5
**ones** 6:7 35:5 96:15 106:3 132:7,8
159:20
**One's** 78:7
**one-year** 90:11
**ongoing** 204:11
**online** 66:21 183:8,23 184:10,11,12
184:17,23 186:2,7 188:3,7 200:20
**only** 4:5 12:11 16:24 22:3 49:18 52:10
61:21 73:25 80:2 89:25,25 111:11
112:5 123:24 124:1 125:4 135:14
141:3 146:23 161:2 163:21 166:18
180:7 188:2 196:6 197:18,20
198:19 202:23 205:5 209:2 210:7
**onto** 84:20
**open** 4:19 6:3,3 92:20 98:2 117:18
163:1 173:1 184:19 187:16 188:16
197:15 204:10,12 205:23,25
**opened** 159:24 187:14 188:14 191:4
197:17,21 199:2 201:6,13,15 204:7
206:3,6
**opening** 149:18 151:5,8,18,19,24
152:1 165:4 168:9 189:17
**open-minded** 100:15
**operate** 190:17
**operated** 123:3
**operating** 180:21
**opportunity** 63:18 69:21
**opposed** 73:15
**option** 188:2
**optional** 37:11
**options** 95:9 188:8
**oral** 11:12
**order** 62:25 74:21,23,24 75:3,9,13
76:7,7,14,16 77:19 80:17 81:5
164:18 184:15 196:13 212:24
**ordered** 75:10
**orderly** 26:11
**orders** 75:3 76:16
**ordinary** 191:20
**ore** 80:10 81:9
**organized** 98:17
**original** 22:24,25 23:2 188:22 209:19
**Orlando** 14:8,24 16:12 64:8 107:3
**other** 6:10 8:17 9:2 13:5,7,17 14:16
15:19,21 16:2,20,22 18:4,6,20 26:8
32:15,25 33:14,16 35:2,5,15 37:7
37:11 40:23 42:19 45:3 58:7 59:5
61:7,17 63:17 66:15 77:16 80:20,22
81:2 84:5 85:9 87:20,25 90:2 94:18
96:20 97:7,13,16 100:12 102:17
104:10 106:1 107:14,23 108:2
113:13 114:23 117:6,12 119:8
121:5 123:25 126:22 130:8 133:8
135:21 137:1 144:22 145:9,22
150:6,17 151:2 152:14,23 153:16
154:3,14,15 158:13 159:2,9,17,20
159:20,25 160:22 161:13 162:2
163:24 164:3,9 166:21 179:7
181:24 187:18 188:17 189:7 189:7
189:25 194:2 199:16 201:19 209:2
210:7,15
**others** 5:23 17:14,15 92:5 135:21
**otherwise** 35:25 52:3 143:13 191:19
**ought** 137:21 140:12

ourselves 23:24
out 5:12,16 11:6 13:22 15:12 17:7,16
   19:15 23:12 24:20 27:9,24 28:21
   31:4 35:5 38:24 39:12,13,16,22
   40:13,20 44:21 48:4,7 49:2 54:17
   57:6 59:11 62:22 65:12 77:9,20
   81:1,7 88:25 91:8 93:16,17,21
   97:17 98:11 108:2,5,15 116:24
   124:2,4,5,13 125:2,16,17,24 126:3
   127:20 135:16 140:24 141:18
   147:10 150:25 162:3,4 168:21
   177:4 183:3 184:5,12,22 188:16
   191:20 192:15 196:3 197:12 202:23
   203:17 204:21
outset 12:4
outside 21:8 104:15 109:13 110:21
   113:7 115:4 137:9 140:9 141:4
   144:14 151:3
outstanding 204:24
over 6:7 7:6 24:1,24 26:19 33:9,19
   36:15 40:6 44:24 47:11 53:14,15
   57:22 61:11 62:19 65:17 66:1 68:10
   70:25 71:1,8 75:24 76:13,20,22
   77:4,14,24 78:3 84:2,10 89:20 98:7
   108:21 114:19 117:22 118:8 122:9
   130:4 133:23,24 137:7,17,17 138:4
   147:1 149:9 154:19 159:25 161:8
   164:11 168:13 173:5 184:2 190:1
   191:4,11 196:10 201:11 203:9,18
   212:2 213:10
overhear 211:17
overlap 21:17
overlooked 130:6
overnight 61:12 212:15
Overruled 180:15 194:4
overuse 88:7
overview 88:7
own 7:22 16:17 40:21,24 56:20 66:12
   84:7 112:15 126:11,11,12,12
   134:21,22 152:24 164:24 167:4
owned 14:15 195:4
owner 71:1
owners 71:2 185:16 196:22 208:24

P

pack 56:21
package 193:16
page 3:2,19,19 72:9 179:10,17 197:10
pages 175:14 181:6 192:6
paid 125:17 128:19 156:6 157:16
   201:6,12,21 202:3,17,18,20,24
   203:3 204:25
pair 155:12
Palm 14:24 38:10 47:14 48:24 64:8
Palmetto 134:12
panel 5:2,2 82:10 131:19 145:14,16
panties 56:21
paper 72:16,16 118:13 165:15,17
   166:4 168:7 187:12
Parcels 195:4
Pardon 72:15
parenthetically 66:9
park 122:22,23 123:2,5,7,21,24 124:1
   124:7
parks 123:6,25 196:3
part 20:16 25:13 66:1 67:24 71:24
   102:4 104:5 107:8 108:6 111:6,6
   112:6 118:21 119:5 134:11 166:24
   177:6
partial 6:15,21 71:23 72:19 77:9
partially 94:5
participating 82:14
particular 80:1 83:18 86:5 158:3,23
particularly 100:16 137:15
parties 20:19 87:6 213:11
partner 185:21 186:8
parts 146:6,15
part-time 105:11 115:20 145:4
Passero 83:6 161:25 162:15 163:18
passes 116:8
passport 184:25
passports 190:11
password 9:3,9 33:12,14 69:4,9,13
   187:22
passwords 8:19,23 9:2,4,15 33:10 35:4
past 115:15,18 131:5 139:6,8 143:18
   209:16

patent 98:13
patience 164:19 211:24 212:3
Patrick 117:13,14
pause 19:25
pawn 13:11 60:22,25
pawned 13:10
pawning 39:14
pay 31:3,4,9 77:22 108:9 185:20
   187:25 188:2
paying 144:17 197:25
payment 203:11 205:2
payments 175:16 201:11,18
Payroll 104:21
PDF 188:17
Peachtree 177:12
Pedro 133:17 140:1
pending 9:22,25 22:10 202:24
Penny 123:7
people 22:8,8 26:2,10 27:13 28:1
   66:15 84:17 87:20 93:5,8 94:15
   95:7,7,11 96:18 97:13,18 98:12,18
   98:25 100:25 103:7 105:20 107:24
   108:4 114:20 116:13,17 119:17
   120:21 124:6,7 127:22 132:1,14
   132:12 133:8 134:5 135:5 142:7
   149:24 150:10 152:15 155:15 158:6
   158:17 159:3 160:25 162:17 163:13
   163:15 170:6 183:4 184:15 189:15
   190:23 196:3 197:14 198:1 211:9
   211:10,16
people's 152:10,23 154:14,15,25
   158:14 159:10,17,20 160:22 162:2
   163:24 164:3,9
per 197:25 206:14 208:11
percent 139:14 184:3
peremptories 143:18
peremptory 131:12,22,24 132:19
   144:1
Perez 144:6 145:2
perfectly 137:4
performed 170:4
perhaps 5:23 94:11
period 27:25 28:2 31:12 75:23,23
   90:11,13 101:11 173:3 203:9,19
periodic 201:18
permission 77:10 80:10,16
permitted 78:3 194:14,16
permitting 74:24 76:14 77:19
Perry 202:14,22
person 13:13 14:22 70:25 82:9 91:2
   93:4,12 108:2 118:17,24 119:11
   120:13 121:23 154:8 157:14 170:3
   170:4,10 190:7,18,20 206:2,5
personal 22:4,12 49:5 53:16 58:6,23
   59:6 60:15 98:21 124:13 129:9
   130:12,13 139:17 178:5 179:7
   181:17,20 206:2
personally 97:2 124:11 135:9 191:12
persons 167:4
person's 157:15
person's 155:10
perspiring 7:4
persuasive 66:3
pertaining 32:5
petit 83:23 116:9,9
Petroleum 156:1,4
Petruna 133:16 138:10
pets 162:13
phone 27:2 47:3,16 62:14,18 107:1
   154:3 155:17 158:2,3,5,7,7,8,9,12
   162:7 169:6,8 181:17 189:20 196:8
   196:9 210:23
phones 181:17
photo 180:4
photographs 157:20
physical 183:6,16 187:1 195:24
physically 172:18 183:24 188:21
   194:25
physician 115:18 120:15,18,19
pick 15:17 17:11 23:18,21 27:2 31:4,5
   38:11 39:23 40:6,7,13,13 42:25
   43:2 44:24 46:8,15,20,23 47:7 53:8
   53:9,10,19 54:8,19 55:4,15,22 58:9
   59:20 61:21 66:24 108:17 142:16
   183:17,24
picked 15:17,18 16:6,9 17:16 29:21
   32:11 39:24 40:7,17 41:13,17,24

42:14 45:21 46:20 49:4,5,14 50:18
   51:21,22 52:11 53:16,17 54:9,10
   55:10 56:1 58:5,7 61:6,9,17 94:12
picking 45:25 62:4 86:9 106:15
picks 206:9
pick-up 47:13
piece 166:3 186:22 188:12,13,16,23,25
   199:21 200:10,22,24,25 207:24
   208:7
pieces 72:15,16 164:19 166:25 167:2,6
   167:19,20 168:4,7 187:8 188:11
   189:1,15 191:10 197:20 200:21
   207:22,23 208:10
pin 90:19,21
place 8:8 13:25 18:16 20:13 31:21
   81:7 90:3 92:6 99:3 124:14 155:11
   155:14 177:5 196:5 204:6,18,23
placed 174:14
places 76:12 186:24
plaintiff 1:5 121:23,24
plan 106:16 109:19
plane 164:14
planes 25:23
planned 63:17 148:25
plans 106:16
plastic 166:6
plea 91:21
plead 87:1
pleading 12:3 20:24 65:13
pleadings 6:7
please 11:12 28:16 29:4,8 30:4 35:16
   42:22 75:14 81:21 82:4,20 83:7,15
   85:13 97:12 102:1 103:24 109:4
   132:21 145:16 147:11 152:2 168:10
   170:24 171:5 176:6,9,14 181:1,6
   182:10,16 199:21,25 201:10 211:3
   211:12 212:9,11
pled 86:13 90:5
plenty 211:12
plus 195:4,11 198:7
PMB 198:25
podium 21:24
point 11:6 21:5 25:2 26:7 32:9 34:22
   35:11 63:4 66:5 71:10 78:10 103:16
   103:19 126:1 129:16 131:9 162:5
   165:23 166:19 185:16 192:17
   201:14
pointless 33:17
police 7:23 8:3 9:15 10:14 31:25 32:3
   34:5,10 57:11 64:9,18 66:2,6,9,13
   66:16 67:2,17 104:23 105:23 130:9
policy 200:25
Poll 102:2,2,4,6
Pompano 181:9,12 185:17,22 186:8
   186:23 195:1,16
Ponce 2:4
portion 175:12
position 10:2 11:25,25 12:1 19:16
   20:8,12 21:1,20 27:16 119:22
   135:10
possessed 91:7
possession 15:15 29:1 71:8,12 80:12
   160:11 174:22 199:6
possible 35:22 40:17 190:17
possibly 37:1 168:12
post 46:21 50:24 52:11 79:18,18
   130:13,19,24 164:1 181:14,14
   187:6 188:17 198:25
postage 88:11
postal 7:14,20 8:1 14:20,23 15:1 25:14
   27:20 29:11 31:13 33:3,18,25 34:9
   41:13,13,15,16,18,25 46:21 48:21
   49:5,13 51:18 64:3,7 67:1 83:2,6
   88:18 130:8,9,12,12 158:19 161:24
   184:14,20 189:6,24 190:2,12
   193:11 198:23 200:16 206:19
posted 188:7
postpone 133:21
postponing 133:20
post-op 120:22
potential 131:17
pound 41:8
power 101:9 146:6,15 147:22
practice 76:20 177:3 208:19
practices 114:2
practicing 134:19
practitioner 177:8
predated 83:20

predicate 34:1,2
prejudice 78:21 84:2,11 92:7 96:21,21
   96:22 97:9,12 98:1 111:5 112:15
   117:3,23 126:1 127:22 137:22
   138:4
prejudiced 96:25 97:1,2,7 123:11
   147:2
prejudicial 79:10
preliminary 150:2,6
premature 78:11
prepaid 209:22
preparatory 75:18 76:1
prepare 76:23 81:5 213:8
presence 21:8,16 28:21
present 28:22,22 34:2,6,11 35:7 63:18
   91:23 92:24 94:20 165:5
presented 21:16 83:14 84:5
presently 126:14,14
presents 86:15
President 191:13
presidentially-declared 156:24 163:6
presumably 10:13 11:2
presume 21:11
presumed 91:21
presumption 86:25
pretend 152:14 155:13 158:16
pretending 152:20 155:7
pretense 89:22
pretenses 88:15 89:7,8,16
pretty 46:7,24 60:17 102:22 114:24
   115:21
prevent 81:12 97:10 112:4
prevents 106:11
previous 111:17
previously 15:4
pre-arrangement 14:22
pre-signed 186:18
primarily 116:5
primary 130:7
printer 54:3,5,6,6
printers 39:6 61:23,23 62:1,1 63:25
printout 201:14
prior 28:20
privacy 8:21 17:8 19:10 20:18,21
   65:19 71:6,9
private 85:10 87:17 88:18,21
probabilities 209:13
probability 169:12
probable 169:16,16
probably 17:9 20:3 42:24 43:1 47:20
   50:19 51:1,16,24 52:3,19 53:9 84:8
   99:3 135:7,11 142:10 148:5 184:1
   206:4 209:10
problem 20:5 26:4,25 35:5 77:11
   89:18 96:25 98:8,13,22 99:1 100:6
   101:15 103:13 106:13,15,25 126:19
   126:23 130:11 135:12 139:5,7
   141:16 142:10 149:4
problems 21:19 36:4 94:11 103:10,17
   113:18 128:1 190:4 196:12 212:12
procedure 28:9
procedures 24:14 130:17
proceed 4:24 10:21 12:23 28:6
proceeded 13:10
proceeding 22:15 24:4 211:25
proceedings 1:11 74:13 213:14,17
proceeds 163:21
process 186:10,15 189:17 190:3
   194:22 205:22
processed 162:19 199:7
processes 36:11
processing 183:22 188:9 203:17
Procurement 110:8
produce 75:10 76:18 78:18
professional 135:1
proffer 65:24
profit/loss 179:14,21
program 95:1 96:8,9 136:6
programming 110:8
progress 211:25
prohibit 19:10
prohibited 74:20
prohibition 76:13
project 136:4
promise 89:22
promises 88:15 89:8,9,17
promptly 5:21 94:6 211:6,7
promptness 94:7

**pronouns** 170:2
**proof** 90:1,1,3 92:9,21,23 116:15,18 116:22 121:21,22,22 122:19 136:20 148:9 170:5,9
**proper** 71:12
**properly** 26:18 176:24
**property** 15:16 40:13 44:24 46:16 59:6 88:14 89:6
**prosecutor** 168:22
**prosecutors** 167:25
**protected** 65:19 75:10
**protects** 26:12
**prove** 86:22 87:5 90:5 91:17,18 96:18 121:22
**proved** 88:6 170:13
**proven** 92:8 169:22
**proverbial** 166:20
**proves** 87:2 91:22 121:23
**provide** 75:4 76:4 188:3 190:24 195:3 196:14 201:18
**provided** 72:10 78:3 111:10 158:3,6 189:21 190:9 193:9 197:21 201:11 204:11
**provides** 81:11
**proving** 116:16 122:2
**public** 1:21 85:7,8,23,25 104:18 138:23 195:13
**pull** 30:3 188:16 203:14
**pulling** 201:14
**punishable** 154:13
**puppy** 162:14
**purchasing** 110:9
**purport** 167:7
**purpose** 68:21 82:6 86:9 88:22 89:10 158:15
**purse** 18:8 128:24
**pursuant** 80:10
**pursue** 80:1
**push** 5:1
**pushed** 5:24
**put** 20:2 54:14 55:12 59:11 60:1,10 61:6,7 74:6 88:20 116:24 129:18 135:9 164:11,19 189:2
**puts** 186:12
**puzzle** 164:19
**p-e-r** 176:19
**P.A** 2:3
**p.m** 81:20 150:16 151:15 212:6 213:14
**P.O** 183:5 184:19

**Q**

**quality** 109:24
**quarterly** 190:1
**question** 10:5,11 11:9 25:3 30:6,7 35:11 42:22 44:20 65:16 69:23 71:5 112:8 125:6 180:15,16 193:2,3 209:14 210:8,13
**questions** 31:18 32:5 34:20 38:2 50:2 55:18 82:7 92:17 93:7,17 113:13 127:1 128:5 130:4,5 131:8,9 134:2 137:20 143:19 146:20 148:11 149:24 175:25 176:1,2,3 181:24,25 197:3 205:15 210:14,16
**quickly** 79:4 93:4 164:12
**quite** 118:17 139:7 168:6,7 202:7 211:3,17
**quoting** 72:9

**R**

**R** 181:4 213:15
**radio** 115:7
**raid** 64:21
**raided** 64:20
**raise** 26:12,13 78:11 79:25 82:4,5 145:17 147:11 170:24 176:9 182:10
**raising** 26:14
**ran** 84:8
**range** 51:13
**Raphael** 81:24 110:1
**rather** 10:1 129:19 139:2,23 188:20
**Raton** 76:1 46:1,4
**Rdispenzieri@gmail.com** 2:9 213:21
**re** 92:16
**reach** 106:1 168:13 196:15
**reached** 168:3
**reaching** 108:4 117:7
**read** 7:1 43:22 71:20 73:1 75:14 76:25
80:19 86:6,10 102:12 118:13 195:12 199:22
**reading** 72:14 86:14,17
**reads** 81:21
**ready** 10:20 28:6 76:16
**real** 72:7 81:16 95:2,3 96:22 141:24 152:11,11 154:25 155:10,11,12 162:23,23,25 184:23,23 186:4 189:22
**realized** 74:2
**really** 30:20 68:14 100:24 102:18 167:6 173:17 186:20 190:8 211:8
**reams** 165:15 166:4,4
**reason** 23:20 25:13 76:8 92:5 96:4 101:7 115:8 137:3 142:18 165:14 165:21 166:17,18 188:21,24
**reasonable** 4:24 20:18 86:23 88:7 91:19 92:10 116:16 122:4 169:22 169:23 170:14
**reasons** 13:6 27:1,5,6 44:19 66:3,4 81:2 100:25 101:11
**rebuttal** 69:21 93:20
**recall** 178:20
**receipt** 20:15
**receive** 126:14,14 174:19 183:3,14 184:15 185:19 197:3 200:21,22,24 206:17 208:2,10
**received** 3:17 6:9 79:24 155:4,6 158:6 161:14,16 162:19 163:9 181:11,14 186:14,19 187:8,9 188:11 191:10 194:6 197:7,20 208:5
**receives** 206:9
**receiving** 190:21 194:17 198:20
**recent** 136:16 140:24 148:6
**recently** 141:6
**recess** 81:18,19 149:15,17 151:5,9,10 210:20
**recital** 113:25
**recognize** 9:22 68:22 175:4 179:6 181:8 192:13
**record** 7:18 9:6,7 10:3,6,13,16,16,23 10:24 11:13,16 13:15 14:1 15:12,12 19:25 20:2,2,23 18 24:6,11 28:17 28:19 68:7 73:22 74:10 80:17 171:6 182:17 192:2,3,5 201:14 202:12 208,24
**recorded** 74:13
**records** 155:13 157:23 158:2,7,9 162:1 163:20,21 165:17 191:9,17 191:18 192:14 193:5,7,12 196:21 197:4 198:9 199:6,19 201:9,10 203:14 204:15,16,22 207:8
**recover** 17:1
**redirect** 3:6,15 69:19 70:7 206:24,25
**refs** 123:6
**refer** 65:6 167:21 170:3 175:13
**reference** 73:25 207:7
**referred** 12:21 63:14 158:20,22
**referring** 6:19
**refers** 71:25 72:21
**refile** 188:22
**refine** 9:1
**reflect** 19:25 28:19 198:9 208:24
**reflected** 175:15
**reflecting** 199:6
**reformat** 193:2
**refresh** 172:17
**regard** 19:21 158:11
**regarding** 20:14 33:25 35:3 70:23 72:12 79:9,10 158:18 164:8 175:15 197:8
**regardless** 19:17,17 76:12
**regular** 64:9 120:6
**regulations** 184:13,16
**regulatory** 190:16,17
**rehab** 120:21
**reject** 96:6
**relate** 157:4
**related** 8:17 34:17 67:14 156:19,22 157:6 163:4 191:23,25 195:16
**relating** 155:23
**relation** 87:16,22 91:2 156:13 157:8 164:7
**relationship** 32:7
**relative** 17:10
**relatives** 103:5 104:23
**relaxed** 99:4
**release** 56:8,11 135:14
**released** 71:10 191:9
**relevance** 193:24
**relevancy** 65:15,23 194:1
**relevant** 20:23 201:9
**relief** 76:6 152:20 155:16 157:14 158:10,21 159:10 160:5,8,17 161:1 161:5,23 162:17,18 163:25 164:2
**reluctant** 26:6
**relying** 76:11
**remain** 82:20 149:7,13
**remained** 12:24
**remains** 87:1 132:14
**remanded** 213:12
**remember** 34:8 35:24 37:1,2 40:16 41:14 42:24,25 43:5,8,9 45:4,6 49:3 49:4,7,11 58:14 67:24 87:25 95:10 141:19 152:8 157:2 162:21 178:18 178:19,22
**remembered** 43:20
**render** 115:9 154:21
**renew** 78:21
**rental** 31:3 54:16,17 55:14 59:15 162:5
**rented** 54:25 59:16,18 162:6 163:15
**repeat** 30:4 82:9
**repeated** 157:12
**Rephrase** 193:3
**report** 100:10 132:9 149:11
**reported** 2:6 4:10
**Reporter** 2:7 20:1 74:4 185:25 213:19
**represent** 85:15,19 168:20 198:7
**representations** 88:15 89:7,8,16
**representatives** 83:10
**Representing** 82:17
**request** 197:16 199:17
**requested** 160:7 187:17 189:16 196:6 197:23 207:19
**requesting** 160:25
**requests** 192:1 195:25
**require** 200:19
**required** 20:21 21:10 71:10 114:1 165:4 184:14,19 190:12 195:9 196:14 204:16
**requirement** 77:24 201:2
**requirements** 190:16
**requires** 74:12 189:24 198:23
**research** 15:4 124:4
**reserve** 20:13
**reside** 38:3 171:13
**resided** 32:16
**residence** 38:15 62:10 114:16 174:20
**resident** 18:4 115:14 122:20 172:13 177:8
**residents** 14:16 16:2
**residing** 12:23 16:17 30:14
**resinate** 191:1
**resolve** 138:3
**resolved** 11:4 24:20
**respect** 19:16,23 204:3
**respectfully** 131:24 142:3 143:25
**respecting** 21:1
**respects** 72:5 73:13
**response** 6:17,21 8:6 12:3 20:8 35:17 72:15,24 73:3,6 74:6 85:22 86:2 194:3
**responses** 8:7 102:15,16
**responsibilities** 83:23 111:1
**responsibility** 26:16 91:12 95:3 102:10
**rest** 18:16 44:22 54:19 61:6,9 98:16 121:6 153:18 160:3 200:9
**restaurant** 95:20 128:19
**restrictions** 20:20
**result** 8:15 11:8 36:7 73:2 169:19 174:5,6 178:9 180:21
**resulting** 124:17
**results** 166:6
**resume** 71:14 79:1
**retail** 120:7,7,8 140:4,5
**retain** 185:3
**retire** 86:8
**retired** 115:15,20 136:1,8
**retirement** 115:15 136:2
**retrial** 209:17,19
**retrieve** 46:13
**retrieved** 15:14 18:3,17,19,20
**return** 73:23 78:24 153:2 164:25
179:20
**returned** 13:2 38:23
**returns** 140:25 151:15
**review** 191:23
**reviewed** 10:16 73:19
**re-ask** 193:3
**re-attempted** 208:18
**rid** 23:18 124:23
**ride** 31:23,24 46:8 48:13
**rig** 156:2
**right** 5:20 8:21 9:20,21,21 11:23 12:19 13:19 16:15 17:24 18:11,14 20:5,25 21:18 23:14,23 25:23 28:3,9 30:19 31:12,14 33:24 34:5 36:5,18 37:16 37:19 40:9 41:19,24 42:5,5,7 43:6,8 44:1 45:7,17,18 46:2,14,24 47:24 48:5,19 49:13 50:1,10 51:14 52:21 56:12,20 60:4,10 62:7,15 64:4,17 68:18 69:3,16,18,24 70:17 71:14,19 72:24 73:3,11,17 75:21 77:3 78:11 78:11 79:1,17 83:6,15 90:20 91:16 91:25 92:2 93:22 94:16 95:23 103:7 105:20 109:3 110:25 112:18,18 114:3 115:19 123:4 125:2,4,6,16 128:13 130:20 131:3 133:4 135:13 141:1 143:17,241 145:17 147:11 165:3 170:24 172:23 175:22 176:9 177:7 180:8 182:10 191:14 194:19 203:23 204:17 213:12
**rights** 26:12
**rise** 151:11
**Rivadeneira** 134:1 141:23
**robbery** 127:10
**Robert** 83:6 159:1,4 161:25 162:22,23 166:14 202:21
**Robin** 2:6 149:23 213:18,19
**rocky** 32:6
**Rodriguez** 81:25 83:16 113:1,4 115:14 132:1,2
**roof** 5:5 125:10,22
**room** 4:17 14:4 38:24 39:2 44:8 54:9 55:15 62:9 77:1 96:3 107:24 133:9 149:19,20 150:1,10 211:16 212:5
**Rosa** 200:5
**roughly** 136:14 206:4
**route** 12:21
**routine** 66:9
**routinely** 75:6
**row** 110:16 132:12
**Roxana** 133:17
**RPR** 2:6 213:19
**rude** 111:13
**rule** 74:12,20 75:11 76:6 77:11,22 78:5,6,6,8,9,9,22 80:11 87:4,5 150:17,22 190:20
**rules** 24:15
**ruling** 20:13
**run** 107:14,15 143:5 180:1 183:2 187:4 211:19
**running** 66:20 94:2
**RV** 196:3
**RV'ers** 197:14

**S**

**S** 213:18
**sadness** 108:8
**safe** 55:20
**safety** 81:2,14
**sales** 137:9 140:6
**Salinger** 3:7 170:23 171:7,9,12 174:13
**salon** 141:13,15
**same** 5:8,18 10:5 42:14 45:22,24,25 46:12 51:18 55:1,11,14 61:7 74:20 84:15 95:19 98:12 102:16,19,21 108:3 110:14,15 113:16 114:23,24 125:6 134:5 135:21 144:22 145:9 150:14,14 157:13 160:20 162:7 164:21 169:14 184:16,16 188:18 189:25 194:16 198:11 199:25 202:22 209:9 211:25 212:24
**San** 158:23
**Sanford** 183:12 185:9
**satisfaction** 91:23
**satisfied** 10:12,22,24 125:2,17,19 126:3,8
**Saturday** 107:3,5 108:24
**saving** 194:20

saw 6:9 38:21 95:16
saying 4:8 11:11 73:4 89:19 95:24
116:20 155:23
says 9:3 19:14 72:22 73:19 75:24 76:2
76:19 77:6 93:12 95:15,17,19 112:1
118:24 181:4 212:22
SBA 126:10
scan 185:7 187:3 188:17,22 197:15
208:10
scanned 187:19 188:15,21 189:16
197:17 199:18,21
scanner 187:4,6
scanning 197:11 199:7
scans 199:13
schedule 27:25 94:16 106:4 120:2
179:20
scheduled 24:19
scheme 88:13,22,25 89:5
school 65:9 83:4 104:18,22 105:16
109:12,18 113:23 138:19 139:2
schoolbooks 59:3
Schools 110:13,16 138:23
science 167:13
scientific 167:19,19 169:10,11
scientist 169:14
Scout 142:2
sealed 4:20
search 8:8,13 35:21 68:22 159:21,22
166:6 168:1
searched 159:23
seat 60:11 70:20 101:13,16,22,24
112:24 145:19,21,23 148:24
seated 84:16,17 102:9 113:14 134:3
147:18 151:16 168:20 171:4 182:15
seats 82:4 150:14
second 20:10 63:12 108:23 109:10
111:12 132:13 152:13 162:13
195:15 196:19 204:5,21 207:9
seconds 37:6 69:11,14
secretary 115:5
Section 5:1 66:23 135:11 149:10
secure 187:19
security 112:6 152:11 155:11 160:24
178:7 179:6,9,13,14 181:2,3,7
187:23,23
see 4:17 5:6 8:2 15:8 18:1 23:8 24:7
25:10 26:24 31:17,19,22 41:22
44:20 48:6 56:10 64:4 65:15 71:19
71:21 72:5,8 73:1 106:4 124:10
142:3 143:17 151:1,2 153:1 155:2,3
155:16 157:11 158:1,9 159:5,11
160:1 162:2 164:20 165:14,16,21
166:3,9 167:2,6,8,18,22 168:3
174:15,22 177:10,24 179:9,12
181:2,3,6,9 187:17 188:13 211:9
212:3,22
seeing 64:16 92:15 203:16 209:2
seeking 80:1 157:6
seem 212:21
seems 19:12 20:5 27:15
seen 31:22 84:5 174:17 180:4,11 184:3
segment 78:22
seize 12:25
seized 19:11 21:6 26:17 28:25
seizure 12:4 19:23 65:20 70:24,24
select 189:4
selected 27:10 92:4
selecting 76:10
selection 5:1,24 25:1,2 26:19 27:22
28:20 71:17 79:1 100:19
selfish 80:21
sell 8:9 13:9 20:19 23:19,22,22 30:24
34:25 58:11 60:22 63:2,12,17,21
70:13 105:19 137:10 140:7,8
146:11
selling 39:25 62:24 120:8
send 26:1 124:4 185:7 189:2,4 190:21
194:18 201:5 206:14 212:19
sending 27:12 89:20
SENIOR 1:12
sense 118:18 142:25
sent 22:4 133:24 158:22,25 172:24
183:10,12,15 185:12 193:12,20
194:12 196:1,4,6 199:4,20 202:6
210:12
separate 27:16 87:9 156:4,5 161:22
194:19 198:4
separated 115:22

September 155:18 156:10,17 207:10
207:16,18,20,22,24 208:6 209:1
serious 39:11,21
serve 148:6,13
served 103:14 115:23 121:3,7 146:16
service 41:13 83:25 84:1 88:18 108:16
108:16 123:22 124:7 130:8,9
133:20 140:19 183:2,4 184:9,14,21
185:13 187:25 189:6,24,25 190:2
190:12 195:3 196:14 197:11 198:6
198:20,23 200:16 203:4,11,17
206:12,19
services 14:23 64:7 144:15,16 198:24
201:11,19,22
serving 135:12
session 4:1 81:20 84:8 151:12
set 24:1 47:1 77:23 111:14 151:6
156:4 162:2 183:19,21 184:12
191:23 192:13 202:23 203:12
209:22
seven 23:25 52:25 53:3 90:7,21 122:21
132:5 153:10,23 160:21,22,24
189:10 191:11 200:6
seven-month 140:18
seven-year 104:7
sever 79:12
several 13:10 14:9,16 101:18 116:23
112:17 153:5 155:1,6 157:21 158:6
158:18,22,24 159:2,12,20 168:11
175:14 181:6 184:1 191:10,25
200:21 201:20,22,23
severance 80:2
severe 156:15 157:4
shame 139:1
share 190:18
sharing 17:14 143:23
shift 97:4 143:16
ship 132:10 189:5
shipment 198:1
shipped 186:15
shipping 189:4,6
shirt 41:16
shop 13:11 60:22,25 145:3,6
short 7:24 60:24 51:4 142:3 149:15,17
151:10 151:10
shorten 68:5
should've 94:1
show 7:18 9:6 57:6,7,8,9 68:18,18
81:22 106:6 149:20 151:20 152:7,9
152:13,18,22 154:15,17,20,24
155:10,19 156:10,17,21 157:10,13
157:15,19,23 158:2,24 159:15
160:7 161:3 164:3,5,7,22 179:4
180:24
showed 57:11
showing 68:20 175:11 192:11 201:11
shredded 197:22 199:17
shut 204:4 205:1
sick 164:14
side 96:20,20 97:16 119:8 123:11
130:3 145:22
sides 24:12 98:3
Sidney 95:20,24
sign 68:24 173:16 183:6,8 184:9,10
188:3 196:16
signals 89:13 131:6
signature 69:1 173:18 185:3 195:8,10
195:10,21
signatures 175:5 189:18
signed 36:23 192:16 195:6,19,20
196:13 198:7 206:13
signing 37:1
signs 89:13
silly 95:21
similar 183:4 184:18 213:8
simple 186:10
simplicity 196:9
simply 20:2 25:25 87:12 130:6 151:19
163:23 196:9 201:1 206:14 210:20
since 4:4 9:25 12:4 36:17 138:22
143:22 149:16 165:10,23 173:4
177:17 189:16
single 102:25 191:25 196:5 200:10,24
sir 11:21 30:5,10,17 31:8,11,15 32:2
32:23 37:10,13,15,17,25 38:4,7,14
39:4,8 40:10 43:25 45:2,19 46:3
52:14,16,22 55:19 56:19 60:12,20
62:23 63:1,3,16 64:5,19,22 67:4,11

67:16,19,21 68:25 69:2,17 70:12,15
80:6 104:16 116:21 117:4,18,25
121:1,4 125:18 127:14,14,16,18
129:23,24,25 132:16 134:24 138:9
143:1 145:8,10 171:19 172:1,4,6,14
172:25 173:2,7,9,11,13,19,22 174:2
174:8,11,16,18,18,21,23,25 175:6
175:10,18,21 177:21,23 178:1,4,8
178:11,13,15,17,19,22 179:25 180:3
180:14,19,23 181:13,16,19 192:23
196:16 205:20 206:7
sister 31:6,17,22 32:18 38:11 39:15,17
40:6,7,8,21 41:10,11,13,20,24 42:8
42:14 44:2 45:21 46:2,15,20,21,23
47:7 49:4,14,18,18,21,22,25 50:1,3
50:11,18,23,24 51:5,19,21,22 52:4
52:11,17,24 53:7,17 54:22,23 55:20
55:25 56:18,19 58:12 59:22,23 62:4
62:25 64:4,4,17 65:4 171:21 172:5
173:4,25 174:3 175:9,17
sister's 40:18 44:5,17,18 49:20 52:9
53:22 55:4 56:1 58:6 59:2,5 174:19
175:13
sister-in-law 32:16,18 60:5,6 63:15
65:17 67:10
sit 4:23 7:4 49:17 65:25 81:22 94:17
94:25 98:5 100:11 105:25 107:20
107:23,24 115:8 129:15,19 137:3
139:13
sits 92:6
sitting 9:13 60:18 93:23 97:15 101:17
102:13 103:10 211:15
situation 5:23 111:7,10,17 112:7
137:24 139:17 187:24
six 23:25 49:18 52:25 72:16 132:11
172:20 173:4,12 200:5
six-and-a-half 53:2,4
skills 173:14
skim 200:9
skip 48:9
sleeves 7:4
slow 12:10 43:6 186:2,6
slowly 132:22
small 14:15 94:11 124:25 211:15
smaller 106:10
smile 211:20
Smith 1:21 3:11,13 85:7,12,14,21
87:25 88:2 93:15 94:23 100:23
112:21 114:5 131:21,23 132:15,16
132:19,23 133:3,6 143:21,22,25
145:12 148:19,20 149:4 150:23
165:6,7 175:24 176:1 180:6 181:24
182:7,8,18,20,22,25 192:19 202:3,5
203:23,25 204:1,3 205:15 209:11
210:2
smoke 131:6
snack 5:18
social 56:10 114:17 140:25 152:11
155:11 160:24 178:7 179:6,8,12,13
179:14 181:2,3,7
sold 13:11,11 14:9,11,18 15:18 16:1
17:2 18:4,19 19:2 20:24 32:12,15
32:16,22 33:5,11,16 35:14 37:9
63:5,23 67:10 70:2 71:7 163:15,16
sole 101:6
solely 84:4 93:20 115:10 118:2
solemnly 28:12 147:13 170:25 176:10
182:11
solicitous 25:17
solid 13:11
Soma 74:5,11
some 6:10,14 9:23 12:24 13:6,18
23:22 26:11 39:5 40:13,23,23 50:2
50:11 53:18 56:22 66:11 77:20
79:19 83:14 84:2,6 88:25 90:21
92:4,14 93:24 94:11 95:7,7 96:21
96:23,24,25 97:6 103:19 106:6
107:14 111:3,5,7,8,9,13 116:7
124:7 125:1 129:16 152:7 162:17
154:3 155:13,24,25 156:7 157:11
157:22 158:4 161:14 162:3,8,11
163:14 164:12 169:10 170:6,15
185:15,19 188:24 190:6 191:7,7
199:7 204:17 207:22 211:17
somebody 13:19 19:18 24:11 48:14
50:5 63:19 67:25 77:21 88:24 89:20
93:3,22,23 95:9,13,24 97:20 112:9
112:13 126:1,2,20 128:9 133:24

155:23 167:8 192:1,2 195:16,25
210:22
somebody's 129:12
someone 154:11 158:16 171:17
someplace 49:14
something 4:14 5:25 8:25 33:7 34:17
53:18 54:1 58:11 69:20 79:8 86:17
89:20 95:10,11 96:23 97:3 98:20
99:1 106:15 112:9,11 118:14,17
122:16 127:10 128:8,9,10 129:8
131:6 166:7 167:12 188:20,22,23
190:5,6 211:4,17,18
sometime 110:16 212:23
sometimes 95:9 97:20 98:25 212:10
somewhat 14:13
somewhere 49:1 51:12 54:25 96:25
140:25 185:12
son 84:24 104:11 142:5 147:22
sons 136:9
son's 48:4 142:19
soon 5:3 80:15
sorry 16:5,21 23:10 30:1 39:18 45:5
52:15 53:23 104:14 113:12 139:7
145:5,18 146:12 175:21 178:8
192:20
sort 6:14 13:18 66:11 95:10 111:3
151:21 192:4
sorted 24:20 27:8
sorts 191:14
sought 72:7
sound 45:17
sounds 89:13
source 163:20
south 99:9,10,11 157:21 181:15
Southern 1:1 24:15 85:8 164:10
Southwest 183:12
space 54:14
speak 5:14 57:6,8 143:22 151:17
speaking 166:20 181:5
specialist 104:19
specialize 134:23
specialty 197:11,15
specific 91:3 189:1 196:1 197:10
specifically 34:23 35:12 53:11 88:10
110:7 127:1 146:9 156:16 166:14
172:21 185:15 187:17 197:23
203:15
specifics 154:23
speculation 192:19,21 209:11
speed 189:4,6
spell 28:17 171:5 176:14 182:16
spending 158:3
spent 152:9,21,21,23 155:7 157:24
162:4 164:22,24
spill 87:18,21,23 88:5 156:2,14
Spitale 2:3,3 3:4,6,14 5:22 7:5,7,8,17
7:19 8:24 9:5,7,12,14,17 10:5,7,8
10:20 11:5,14,17,19,21 19:5,6,14
21:1,20,21,23 22:1 24:8 27:19
28:11 29:3,4,7 30:7,8 33:22,23 34:4
36:6,13 37:18 70:5,6,8,16 73:18
77:6,14 78:10 79:3,6 80:5,6 85:9,17
85:18,21 93:15 94:21,22,22 100:22
112:22 132:6 133:12,14 142:22
143:1,22 145:13 148:18 149:3
150:24 168:17,18,19 176:2,3
181:25 193:24 194:1 205:17,19
206:23
Spitale's 20:9 28:10
split 183:14
spoke 57:5 62:17 74:4
spoken 19:19 36:11 57:4 166:11
Sportswear 137:10
spouse 118:15 126:13
spouses 118:5
spread 80:25
spring 105:14
Springsteen 195:4
SSL 187:23
staff 149:24
stamp 195:11,12
stand 82:25 90:1 91:24 145:16 147:11
159:19 164:17 166:19
standard 187:23,23
standing 13:13,18 25:10 71:4 75:2,9
75:13 76:15 85:15,19
stands 10:4,13,24 97:20 198:25
start 5:21 8:3 27:22,22 62:24 77:12

94:6,13 99:3,15 106:4,6 107:16
133:18 150:2,6 181:18 208:13
211:6,7
**started** 39:25 107:17 128:20 185:13
**starting** 7:2 47:1 174:15
**starts** 99:19,20 119:1 168:21 192:15
**state** 28:16 116:1 119:14 121:16,17,18
121:19 123:3,6,7,17 126:15,21
127:11,12 141:23 146:22 156:21
171:5 173:6 174:4 176:14 177:6
182:16,19
**stated** 7:11 70:9 79:23 205:22 206:16
**statement** 78:14 79:9,15 80:1 89:21
151:18,19,24 165:4
**statements** 10:13,14 76:4 79:19
149:18 151:6,8 152:1
**states** 1:1,4,12,16,2 77:5 78:5 80:13
82:16,18,22 130:7 131:18 137:9
147:15 152:6 170:23 176:7 182:6
193:8 213:20
**station** 7:24 8:3 34:5 66:2,6,17 67:17
115:7
**status** 11:23 171:22
**Staub** 147:20,21
**stay** 120:1 132:18 143:17 145:19
**stayed** 51:7 61:2,11,12
**staying** 7:22 8:9 29:23 62:11
**Ste** 2:4,8 213:20
**step** 55:19,19 70:20 132:8 176:4 207:9
210:18
**stepfather** 62:18 63:10 67:15
**stepkids** 137:8
**stern** 76:12
**stick** 183:16 187:2
**still** 4:21 15:25 27:16 46:7,10,12,25
49:15 52:5,6 56:19 67:6,9 123:3
127:19 129:6 132:13 134:5 138:16
139:6 147:23 199:18 202:1
**stipulated** 87:7
**stock** 111:8
**stocks** 111:7 112:6
**stole** 154:25
**stolen** 87:19 128:24 129:12 138:2
152:10,14 155:20 156:11 157:22
159:10 160:5 162:21 164:23
**stop** 208:2
**storage** 31:4 54:16,18 61:7,7 208:13
**store** 183:5,17,19,21 184:17
**stores** 120:9 185:17
**stories** 157:12
**storm** 155:24 156:20
**storms** 156:16
**story** 155:13 157:13
**straight** 38:15 51:6 54:24 94:10 164:9
**strangers** 200:17
**street** 1:17,22 49:9 95:17 131:4
132:10 210:23
**stretching** 198:4
**stricken** 209:12
**strikes** 131:24
**striking** 174:6
**stripping** 17:16
**strong** 97:6 111:9,11 127:10
**student** 99:14,15 105:10,11 142:2
145:4
**studying** 99:23,24
**stuff** 23:18 27:2 39:20,23 40:20,23
44:5,7 54:18,19,22 55:4,10 56:1
59:1,5,20,25 60:1 61:6,7,10,16,18
144:13 203:10 210:15
**stupid** 107:16
**style** 82:15
**sub** 145:3,6
**subject** 80:17 84:15 110:7
**subjective** 20:21
**subject-matter** 79:21,22 97:4 127:9
**submission** 15:13 23:16
**submissions** 11:12
**submit** 10:24
**submitted** 15:11 152:18,19 154:2
**submitting** 10:12 154:2
**subpoena** 22:4
**subpoenaed** 10:9 21:12 22:3 193:8
199:5
**Subsection** 75:12
**subsequent** 13:8
**subsequently** 14:18
**substantiate** 78:24

**succeeded** 94:5
**successful** 204:23 208:16 209:18
**successfully** 208:7
**suffered** 124:16 155:23 174:6 180:20
**sufficient** 116:10
**sufficiently** 205:10 209:5
**suggest** 25:14 27:7 73:11 100:16
166:3 180:20
**suggested** 15:5 21:3 130:5 131:7
**suggestion** 25:6
**suitcase** 61:24
**suitcases** 62:2
**summary** 86:5
**summation** 27:15
**summer** 83:5 99:18 172:21 178:21
**sun** 46:25
**Sunday** 71:20
**sunset** 51:15,16
**Sun-Sentinel** 137:14
**superseding** 12:5 22:15,21,23 24:17
72:2,12 74:1 78:24 86:6 87:7,14
**supervisor** 55:9 57:10 140:20
**supplied** 80:18
**support** 31:9 62:25 196:11
**supporter** 101:6
**suppose** 21:8
**supposedly** 169:5
**suppress** 6:11,18,18 7:9,9 8:22 15:10
16:24 19:4,20 20:12,22 23:1 28:24
70:22 71:18 72:4,18 73:2,12 80:4
**sure** 36:25 42:4 43:21 65:3 72:7
112:12 136:22 137:16 186:3 204:16
207:8
**Susan** 146:22
**suspicious** 161:16 203:10,13
**Sustained** 36:10,11 209:12 210:3
**swalfy25@yahoo.com** 196:20
**swear** 18:12 145:16,19 147:11,13
149:5 170:25 176:10 182:11
**sweat** 4:18,23 94:2
**switches** 144:13
**sworn** 11:22 29:5 93:5 149:6 171:9
176:21 182:22
**symbol** 198:24
**sympathetic** 101:11
**system** 104:18,22 110:8 157:17 163:23
165:19 167:5 196:11 199:14 200:20
205:8,10 207:13 208:21,22
**systems** 165:19 191:16
**S-a-l-i-n-g-e-r** 171:7
**S.L** 166:15 194:12 195:16 200:7
202:12,22,22

---

**T**

**T** 213:15,15
**tab** 181:1,6
**tabbed** 175:12
**table** 3:1 83:2 84:18 167:9,10,11
**take** 7:14 8:2 13:22,25 16:10 21:7,15
24:22 27:16,18,23 28:1,3,3 31:23
33:4 35:2,15,18 36:24 37:6 38:19
39:15 41:7,8 43:7 44:6,24,25,25
46:8,16 49:7 50:13 54:22 55:12,12
57:23 58:17,21 59:7 69:7,11,15,16
69:19 84:16 90:3 91:24 92:5 94:8
97:13 98:16 101:24 108:8 124:2
128:14 139:18,21 143:11 148:21
149:15,16 150:14 151:5 155:10
163:11 166:19 179:5 192:12 206:20
212:17
**taken** 28:20 66:2
**takes** 17:13 40:4 135:6 169:23
**taking** 19:21 22:5,6 31:6 33:8 39:9
58:13 139:10,11 170:20 187:12
**talk** 8:2 9:10 34:15 49:24 55:8 96:2
118:5,6,8,14,14,19,23,23 119:3,6
131:16 143:24 149:21,25 162:3,15
162:18 169:15 210:20,21,25 211:16
211:19,21,22
**talked** 32:10 40:5 51:7 143:10 158:12
162:7
**talking** 8:3 12:11 13:19 15:9,20 22:6
34:3 49:21 65:18,20 79:14 88:17
89:20 96:12 97:23 112:2 117:6
129:14 184:3 211:18
**tall** 82:23
**Tallahassee** 109:12

**taller** 82:23
**Tamiami** 123:5
**tampering** 8:10 11:7 35:23,25 36:1
**tax** 96:24 119:12,21 140:24 179:20
**teach** 138:13
**teacher** 110:16 113:23 138:11
**teacher's** 138:16
**technician** 124:4
**technicians** 4:11
**technology** 110:5,6 165:18
**telephone** 89:20
**television** 92:15
**tell** 4:2 7:16 11:22 22:17 24:6 29:8,15
30:21 31:16 33:24 35:13,16 40:14
40:17 42:18,24 44:3,4,15 46:15
53:6,10 54:21 58:9,10,25 62:21,24
63:2,4,6 65:25 66:23 70:1 72:3
73:17 84:7 86:3 87:6 88:8 92:15
93:5,12 94:7,13 97:17 99:17 102:4
116:22,24 118:5 122:8,13 135:11
136:24 139:14 143:16 151:3 153:7
160:15 161:10 162:10,24 163:3,6,8
167:9,13,14 171:12 172:12 175:4
175:14 179:6 181:1 182:25 187:11
192:13 193:14 194:8 195:5 196:21
197:6 199:2 204:16 210:24
**teller** 110:24
**telling** 24:6 27:1 52:20 86:16 92:12
95:5 118:19 142:6 153:25 175:23
**ten** 7:12 114:19 115:2 117:16,16
120:16 136:5 150:12 159:13,13
208:19,23 211:10
**tend** 197:16
**tender** 145:14 175:19 181:22 203:22
**tenders** 131:19
**Tenth** 200:7
**tenus** 80:18 81:9
**ten-minute** 107:21,21 151:5
**term** 107:12 156:8
**test** 184:16 161:13,17
**tested** 161:7
**testified** 24:21 78:2
**testifies** 25:15 27:4 77:17 159:16
**testify** 21:10,18 24:5,11 26:23,24 27:6
74:11 75:17,25 76:19 81:7 91:25
158:20,21 159:8,23 160:10,13,21
161:13 162:1,8 163:18 166:12
180:11
**testifying** 76:4 77:25
**testimony** 21:7,9,11 27:3,23 28:2,3,13
72:12 73:20 75:1,10,16 76:3,9,13
76:22 77:15,16 78:2,23 79:8 80:16
81:8,12 96:6 166:25 167:1,2 170:20
170:25 176:10 182:11
**Texas** 158:24,25 159:4 162:21 163:1,2
**thank** 20:25 21:25 22:1 33:22 70:20
78:9 82:2,19 83:1 84:14 88:4 105:5
106:18 109:23,25 113:19 115:12
117:10 119:11 120:13,22 128:18
131:20 132:4 133:7 135:10,10,17
139:25 140:14 141:9 144:3,4
148:20 149:11,12 150:15 151:13,16
165:2,7 168:16,18 170:18,22 171:8
175:1,7 176:4,20 182:1,5,15,21
203:21 205:15 211:24 212:2,4,5
**theft** 90:25 91:3 129:13,17,20 138:6
140:21 141:7,17 153:6,12,24
154:10,17
**their** 4:11 8:6 12:24 21:16 22:7 26:3
28:22 31:7 36:10 39:23 54:13 58:19
58:20 85:5,21 91:21 92:2 93:17
97:18 118:11 121:5 126:12 149:9
151:18 152:11,23 155:11,11,11
157:17 160:4,23,23,23 162:18,20,25
162:25 163:7 164:4,24 168:23
183:10,11,17 184:23,23 185:1,2,4
188:8 196:4 197:16 198:24 203:3
206:20 207:10 208:15,15 209:4
**theirs** 113:16
**themselves** 87:11
**thereon** 175:15
**they/these** 170:2
**thing** 52:10 61:21 68:15 72:17 79:3
95:10 102:21 108:3,7 110:14 141:4
146:23 160:12 166:12 176:17
199:25 213:5
**things** 16:24 24:6,20 31:1 38:19,24
39:1,15 53:16,16,23,25 54:7,7

56:22 58:6,6,7 80:24 81:13 88:20
89:17 90:2 101:9 112:5 120:8 131:5
136:3 142:8 144:17 149:21 151:21
152:7,8 163:14 165:24 167:6,22 169:8
169:9,9,17 197:19 198:2
**think** 4:23,24 8:5 16:6 17:6,8 20:1
27:19 28:1,2 34:7,10 38:17 40:16
41:16,19 42:2,6 43:19 45:11 46:18
47:17 49:7 53:15 55:16 57:4 58:8
58:14 60:21,25 61:1,1,2,23,24
64:12 73:23 83:25 84:10 89:13
93:18 96:8 97:19 98:7,12 103:9,11
108:2,7 111:3,15,17 117:8 118:16
119:10,19 123:14 125:1 127:10
129:15,18,22 136:25 137:21 139:2
139:14 141:6,16 146:21 147:1
148:7,12 150:9,11 169:15 179:11
188:20 193:2
**thinking** 84:24 85:1 134:25
**thinks** 26:13
**third** 16:1 20:19 109:11 118:25 119:1
152:20 200:4
**Thomas** 1:15 133:16 138:10 152:5
202:20 203:1
**thomas.watts-fitzgerald@usdoj.gov**
1:18
**though** 26:14,20 36:23 64:13 196:25
199:16
**thought** 40:22 41:11 46:10 66:12
135:4,7
**thousand** 184:1 200:21
**thousands** 155:6 184:5 189:7
**threatened** 68:3
**threats** 19:20
**three** 8:18 13:5,11,12 14:10 15:13,21
16:18 17:17,23 18:20 19:7 21:6,6
27:9 28:24,24 31:3 32:13 39:2 50:4
50:16,17 59:24 62:4 65:18 67:5,9
68:15 83:13 95:13,14 100:5 101:6
110:1,17,19 117:12 121:8 122:18
124:18 127:5,7,8,20 128:11,15
131:2 133:13 134:5 136:9,15,16
139:5 143:10 148:22 152:7,8
153:17,20,21 157:2,8 160:7,20,24
166:24 167:2,18,20,21 197:20
203:4 205:13
**Three-and-a-half** 57:25
**three-digit** 185:22
**three-digit-long** 186:9
**three-hour** 21:15
**through** 4:19 25:2 27:3 55:19 72:21
72:23 73:21 89:21 94:10 102:23
108:22 125:23 126:2 128:14 129:14
130:17 134:4 143:5 152:17,18,24
154:3,4 163:25 164:15 165:19
167:3 168:12 169:13 172:22 175:4
178:18,20 187:5 188:2 191:8
192:13 194:23 199:18,19 200:9
202:13,23 203:2,12,14 205:23,25
206:3 209:4
**throughout** 87:1 156:9 165:16 197:19
202:2
**thrown** 39:20,23,24 81:1
**thumbnail** 187:10
**Thursday** 114:2 143:9
**ticket** 114:7
**ties** 59:1
**till** 25:16
**Tim** 152:4
**time** 7:4,23,24 11:11 12:5 17:2 21:4
25:14 27:23,25 28:3 29:14 31:12
32:9 33:18 34:22 35:11 36:14 38:19
43:17 45:7 46:22 47:6 49:7 50:11
51:13,15,16 53:10 57:2 60:22 61:22
62:21 65:2 70:1 76:3,25 77:4 78:3,4
78:10,22 82:9 94:14,14 97:21 101:2
104:18 106:22 107:12,15 108:1,13
119:4,5 122:7,7 131:12 132:22
136:16 138:18 142:23 146:24,24,25
146:25 148:6 151:17 161:22 165:11
168:16 170:16,19 172:8,19 173:3
173:20 181:15 186:6 191:8,8
195:25 196:5 197:23 198:7 199:5
199:15 200:22 201:12,24 202:4,16
203:9,16,19 204:10,17 207:11
210:20 211:12
**timeliness** 12:2
**timely** 26:6,7,14 75:18 76:1

times 30:20 62:19,24 67:18 106:14,16 116:23 128:15 136:14,15 141:5 148:4 149:24 160:8 170:1 202:7 208:20
timing 77:17
Timothy 1:16 82:21
Timothy.Abraham@usdoj.gov 1:19
tire 142:20
title 75:22 191:12
today 5:25 20:3 71:14 91:15 101:22 107:13 108:18 118:16 121:3 133:22 136:10 145:7 148:2 164:18 178:2 211:24 212:18
together 96:12 108:4 164:19 168:24
told 5:1,22 6:6 7:2 8:18,24 10:15,25 13:20,23 15:17 23:17 31:17 32:5,7 33:4,8,25 34:24 35:4 36:2 38:8 39:15,19 41:2 43:2,20 44:5,16,23 45:13 47:7 53:15 54:1 55:22,24,24 56:6 57:5 58:7,14,17 66:8 67:9,12 67:17,22,25 87:11 91:6 108:11 120:1 121:6 130:7 133:20 135:14 152:4 162:17 195:24
Toll 81:24 110:1
Tom 38:1 82:18
tomorrow 113:24 212:3
tonier 185:9
tonight 213:3
Tony 81:25 115:1
top 60:18 72:18
tore 125:22
Torres-McCormack 114:12,15
Tortuga 124:2
toss 188:23
tossed 197:17
total 62:4 91:8 132:24 133:7 212:20 212:23
totality 164:20
totally 4:14,20 74:16
touch 5:3
toward 212:1
town 25:22 85:10 98:19 102:5 134:11
toys 53:22,23 56:25 58:6 59:4
trace 18:2 162:11,13
traced 162:8
track 120:22 190:7 206:14
tracked 165:20 206:12
tracking 32:13 165:17 206:15
trade 179:24
tradition 76:20
traditional 183:4 185:17
trafficking 65:11
Trail 123:5
trained 134:25 180:18
training 180:22
trains 26:2
transaction 204:23 205:5,11,12,13 208:16 209:1,2,3,20
transactions 141:24 203:13 204:18 207:2,5
transcribe 75:20,24,25 76:16 77:3
transcribed 74:14 75:16 76:9
transcript 1:11 72:10 73:22 74:3,16 74:19 77:7,10
transcription 213:17
transcripts 72:6,22,23 80:12,13,19 81:4
transfer 63:10 89:12
transferred 17:22 90:25
transfers 165:17 166:5
transmit 89:11
transmitted 89:12
transportation 15:1
transported 16:11
travel 103:4 110:10 124:3
traveled 25:21 165:18
traveling 164:13
tremendous 25:23
trial 1:11 10:2 11:15 19:22 20:13 21:12,14,15 24:1 25:5,8,17 26:21 27:9,11,17,18,22,24 75:17 76:4,5 81:16 82:11,12 87:2 101:18 116:11 118:10 127:15,23 140:20 142:4 152:25 153:14 156:9 158:1 159:12 160:1 161:6 162:24 165:12,16 211:25
trials 107:15 108:3
tried 116:9 139:21 202:4,20

trigger 203:7
trip 67:5
trips 39:14 62:3
trivial 130:15
Tropical 156:20
trouble 97:19
truck 104:11
true 25:24 116:11
truly 147:14
trunk 59:13,14 159:22,23 160:19 161:21
trust 87:17
truth 17:2 28:13,14,14 93:5 95:6 139:15 171:1,1,1 176:11,11,11 182:12,12,12
truthful 5:4
truthfulness 97:11,15
try 26:1 81:15 111:16 112:7,17 190:6 203:9 211:12
trying 6:24 7:1 8:21 18:2 42:8 43:3 97:16 98:18 105:1 129:6 154:5 164:16,16 186:5 203:19 212:1
TSF 137:10
Tuesday 98:6,7,17 101:3
turn 32:15 33:16 68:9 70:25 76:20,22 77:3,14,24 78:3 125:2
turned 36:15 65:17 71:6,8 75:24 93:24 125:17
turns 77:9
TV 95:1 96:8 118:14 167:3,7
Twenty-three 29:9
twice 172:9
two 7:25 8:18,23 9:2,18 13:2 14:4 15:19,22,24 17:17 18:6,20 21:15 23:16 25:17 27:9 30:24 32:13,21,25 33:3,14 34:11 35:2,15 37:7,11 38:23 39:22 40:11 48:10,12 51:2 60:8 62:3 63:17 64:2 65:16,16 67:1 70:10 76:10 81:16 82:23,24 87:22 87:23 88:5 95:11 96:6 104:10 106:3 106:10 107:14,14 108:17 109:8,16 109:19 112:5 113:22 115:15 118:24 121:8,18 127:6 128:11,22,22 133:8 133:25 136:16 137:8,8 140:1,17 141:12 142:1,16,24 143:10 144:1,5 144:8 147:22 149:5,14 150:18,18 151:4,4 157:13 158:25 160:2 179:10 184:23 185:4,20 192:16 194:8,10,14 197:20 202:17 208:23
two-day 108:16
two-week 107:11 108:16
type 101:15 110:3,15 115:6 116:6 129:11 177:1
typed 213:3
types 32:5 129:11 167:20
typically 197:7

U

Uh-huh 5:20 9:18 29:19 30:15 33:13 34:19 36:5 41:21 42:13 57:16 137:19 185:11 186:21 189:19
ultimately 48:12 125:24 126:3 205:1
Um 51:9
unauthorized 90:10
unavailable 55:9 56:13 74:17
unaware 54:19
unclear 9:6
uncomfortable 36:16
under 19:8 24:11,15 67:18,20 71:11 74:11,14,18 76:6 77:15 78:5 126:21 139:12 155:20 157:21 181:20 184:3 190:16 193:20 194:18 195:2,10 201:8
underlying 14:25
understand 9:17 13:15 16:23 41:22 90:20 101:20 102:18 116:20 122:14 122:19 139:7 148:8
understanding 15:10 74:21 101:18 142:17 166:8 167:4,5
understood 67:25 68:1 136:22
undivided 105:25 138:20
unemployed 120:5
unemployment 126:14 155:20,22 156:19,22 174:5
Unfortunately 139:5
unique 154:8 184:6,7
unit 169:4

United 1:1,4,12,16 2:7 75:3 80:10,13 82:15,18,22 130:7 131:18 147:15 152:6 170:23 176:7 182:6 193:8 213:20
units 125:22
University 110:4,6,9,12 115:16 142:12
unlawful 88:25
unlawfully 19:11,11
unless 87:2 91:22 142:19 203:14
Unlike 96:8
unlikely 210:22,24
unpleasant 137:24
unsuccessful 205:12,13
until 5:2 26:19 27:17,23 39:12 41:17 44:13 51:7 54:20 55:21 71:21 87:2 91:22 94:9 99:20 101:17 106:5 107:13 119:6 137:17 150:3 151:3 166:17 168:11,13 187:16 201:4 202:9 212:7
updates 205:3
UPS 140:20 164:1 183:5 184:17 197:24 208:7
upset 108:15 137:24
urinary 120:22
use 19:12 88:11 90:10 128:15 154:4 168:2 174:25 178:5 185:19,20 190:3 192:17 194:19 203:6
used 87:19 90:9 91:1 111:9 128:25 131:1 132:24 144:2 152:8,13,14 154:14 155:1 163:1 164:22,23 166:2 201:17,20 205:23
uses 196:17,18
using 131:5 152:22 154:6,11,12 157:16
USPS 184:18 189:18 190:22
usually 184:24 189:14
U.S 5:17 84:20,25 86:11 88:17,18 184:14,20 189:6,23 190:2,12 206:19 213:13

V

valid 7:15
valuable 13:5
value 58:10 90:12
variety 13:4
Vazquez 133:16
vehicle 159:8
vehicles 163:16
Velez 144:6,7
verdict 78:7 86:8,19 96:15 106:1 111:20 117:7 118:18 133:8 141:3 150:2 153:2 154:21 165:1 211:5
verification 189:23
verify 189:21 190:5 206:16
verifying 206:18,21
versa 96:7
versions 160:16,18
versus 82:16 200:24
very 4:21 6:25 23:20 25:16 26:9 27:9 32:6 66:2 76:12 79:4 82:23 88:4 95:9 96:22 98:2,6,11 99:17 117:20 120:23 125:25 130:24 133:8 144:3 149:12,16 162:4 165:18 170:14,14 184:18 186:10 187:12 210:22,24,24 211:24
via 189:4 201:7
vice 96:6
victim 128:8 139:20 140:21 141:7 155:14
victims 25:20 27:14 152:20 155:7 156:13 160:4 162:20 163:3 164:13
view 187:18 188:8,10,18
viewable 187:13
violation 70:23 77:11 91:3
virtual 188:1
Visa 202:3
visit 64:16 124:12,15 172:9
Vitali 81:25 115:1 132:2,16
voice 166:25
voices 82:5
voir 5:24 6:8 99:3 130:5
volume 190:14
voluntarily 8:12 68:9 202:15,25 203:2
voluntary 18:12 67:23 70:25

vote 112:9,12,13 130:21
vs 1:6

W

W 1:22 139:4
Wade 200:6,7
wait 12:10 28:20 69:12 71:18 106:8 119:6 150:3 151:3 179:12 211:11 212:7
waited 53:5 55:21
waiting 51:23,24 98:18
waiver 20:16
Walk 210:24
walked 4:16,17 91:15
Walker 82:1 122:20
wallet 128:25
want 8:15 10:25 26:16 35:17 43:3,4 47:9 68:18 73:12,14 81:10 90:4 91:25 92:1 94:23 98:2,6,11 99:7 101:7 107:24 118:9,10 121:2 128:6 130:4 138:24 170:5 176:17 188:14 188:23 189:2 190:13 196:1 198:2 206:20 209:13
wanted 31:17 32:11 33:4 34:16 44:19 194:19
wants 11:5 24:4 137:17 143:19
warehouse 140:20
warrant 8:8,13 35:22 66:10 159:21
warrants 116:11 166:6
wasn't 41:11 61:1 65:12 70:24 148:25 202:5,16 203:19
waste 76:24
watch 101:21,22
watching 94:25 101:18
water 124:23
Watts-Fitzgerald 1:15 3:5,8,10,12,15 5:10,11,15 9:21 11:24 12:1,13,15 12:18,20 13:16 14:2,7 15:23 16:8 16:11,14,16,19,22,25 17:5,21,25 18:3,6,9,12,24 19:2 20:11 21:3 22:14,18,20,23 23:5,12,13 25:10 25:12,13 28:6 30:1 36:9 37:22 38:1 45:15 47:13 62:8 65:13,21,23 66:7 66:18,25 68:8,12,19 69:22,25 70:4 73:7,9,16,25 74:9,12,22 75:2,6,12 75:15,21,25 77:8 78:8,14,17,19 79:6,17,22 80:7,9 82:18,19 83:1 83:20 88:3 90:18 93:6 100:21 112:23 114:6 131:11,13,18 142:22 143:2,20 145:14 147:9 148:16,23 149:1 150:20 151:7 152:5 170:22 171:11 174:9,12 175:19,22 176:7 176:23 178:25 179:3 180:5,12,17 181:22 182:6,24 186:1 192:7,10,25 193:1,4,22 194:7 198:18 200:3,8 203:21 207:1 209:15 210:4,9,16 212:16 213:5,11
Watts-Fitzgerald's 25:6
waving 95:17,17
wavy 173:17
Waxman 145:25 146:3
way 4:11,20,24 5:18 7:12,25 22:3 27:24 32:12 36:23 49:9 68:4 84:1 84:11 90:12,12,20 93:2 97:7,8,9 107:15 117:3 123:12 138:5 143:7 154:1 164:13 186:16 190:10 194:20 201:6 202:9 206:8,18,21
ways 152:17
wealthy 198:1
weather 157:5
web 187:23 196:14
website 187:18 188:18 192:5 206:1
web-based 189:11
Wednesday 107:2,4
week 98:5,6,16 99:15 105:16,17 107:13 108:23 113:25 118:21 119:3 172:10 212:1
weekend 6:7 7:6 24:1,24 26:19 139:6 139:8
weeks 93:11 95:13,15 108:17 202:14
weight 121:24 122:1
well 4:7 7:3,5,16,17 8:7 9:8 10:8,11 15:11 17:6 22:10 24:6 34:24,25 35:14 38:1 40:23 42:5,20 43:3 44:17 47:6 48:8 51:16 52:19 55:8 66:12 74:7 93:17 94:24 97:25,25 105:1 108:17 115:21 117:19 118:15

121:6 122:23 125:25 139:12,16
140:10 141:18 142:14 143:7 147:14
163:17 165:21 177:10 184:3 188:10
191:4 195:25 207:18
went 7:21 8:2 14:3 15:1,18,24 18:20
37:5 38:17,24 40:6,11,14 18 45:20
46:12,20,23 49:9 53:14 54:17,24
55:7,10 56:7,7,16,17 57:2,11,21,21
57:24 58:5,5 60:25 61:8,17 109:18
109:18 117:8 124:15 164:2 178:18
193:14 202:13,23 203:2 207:13
209:4
were 4:8,11 6:8 7:10 8:18 12:7 14:3
14:16 15:6,13,14,16,25 16:3 17:1
19:19 28:24 29:11,14,16,23 30:11
30:13 31:6,9,13 33:1 34:5,11,20
35:20 36:14,17 37:11 39:2 40:18
44:3,7,16 46:10,10 47:2,5,10,16
49:21 50:23 51:23 52:20 53:17
56:13 59:24 60:9,15 61:21,23,25,25
62:1,10,24 64:20 65:1,16 66:2 67:6
67:13,17,17,18,22 68:1,9 70:10,13
70:13 71:3 74:1 80:4 87:23 88:16
89:9 93:10 94:2,5,15 102:9,13
111:25 112:1,10 113:14 115:23
116:25 121:18 123:25 125:1,2,9,17
125:19 126:3 132:7 133:13 134:3
138:1 140:25 154:14 155:14 156:13
156:15,24 157:6,16 158:10,12,22,24
159:2,3,8,9,13,14,14,17,20 160:10
160:14,15,16,18,24 161:3,9,12,16
161:21,22,23 162:2,4,9,10,18,19
166:1,1,13 170:4 178:23 179:18
184:6 185:18 194:8,16 195:24
197:7 198:11 199:5 201:12 203:19
206:11
weren't 67:18,20 100:11
West 14:24 38:10 47:14 48:24 64:7
we'll 5:6 34:25 35:1 66:24 82:4,5
83:23 84:21,21 90:22 91:4 97:12,13
100:9 101:21 109:3 143:5,16,19
149:17 150:11 151:5,5 188:15,15
188:16,16 189:2,4
we're 10:1 53:7 82:2,7,18 86:6 88:17
89:19 98:17,17 112:2 113:24 126:2
131:24 138:19 142:16,17 143:11,16
143:23 148:24 149:14 150:20 184:2
we've 4:3 6:20 24:24,25 26:21 65:16
124:1 128:11 132:11 133:25 134:4
134:6 144:21 149:15 183:20 184:1
211:10,10
whatsoever 5:19
what-have-you 66:13
whichever 92:4
while 19:25 28:20 36:25 38:17 50:25
51:4,7 55:3,5 58:15 67:17 76:25
96:9 98:18 131:7,16 149:19 150:1
167:8 196:25 201:10
White 117:13,14,19,22
whole 6:7 26:8 28:13 29:15 49:10
60:17 68:15 80:24 81:12 108:7
135:16 171:1,16 172:16 176:11,17
182:12 188:18
widow 113:11
wife 110:21 115:4 117:12 118:19,22
119:1,6 126:13 130:24 136:8 140:9
141:12 144:14 157:4
Williams 6:6 200:4,5,5,6
willing 68:9
willy-nilly 77:3,20 81:1
Wilma 125:22
win 121:25
windows 4:19 6:3,4
wire 89:3,3,12,21 153:9,21,22 154:1,2
154:16 157:9 165:17,19 166:5
wish 27:6,12 81:3 94:19,19 131:10
165:5
wished 21:9
wishes 19:14
withdrawing 157:21
witness 12:21 28:11,15,18 29:5 30:2,5
68:13 76:3 77:15,17,25 78:1 90:1
91:24 93:6 95:12,15,19 96:1,3,6
118:16 151:3 162:10 164:17 170:21
171:3,7,9 174:10 175:19,21 176:5,6
176:13,16,19,21 179:1 180:9 182:3
182:4,14,18,20,22 192:7,22 200:4
203:22 211:18 212:22

witnesses 11:1 25:18,19,20,25 27:20
28:5 74:19 75:16 76:19,22 77:16
79:22 80:22 99:1 142:9,19
94:18,20,21 95:4,22 118:1 123:16
150:19,25 156:7 158:18 162:16
164:11,13 168:7 181:22 211:7,16
212:14,20 213:1,2
woman 14:11,12 18:17 63:14 65:6,25
83:8 101:12 107:25 123:19 177:22
women 107:25
wondered 32:8
wonderful 108:4
word 36:11
words 19:19 44:4 52:17 69:4 126:22
150:6 153:17
work 32:14,25 33:15 48:7 84:20 85:25
93:10 99:14 100:7,10 101:2 103:1,5
103:6 104:15,18,22 105:10,11,18
109:13 110:3,3,4,12,21 112:5 113:7
113:8 114:17 115:1,4,20 117:2,11
117:20,21 119:20 120:6,8,21
122:21 123:8,16,17,17,18 124:2,8
125:16 134:15 139:4 140:3,4,9
141:11,18,23 144:9,12,14,16,16
145:2,5 146:4,9 147:21,25 155:22
162:17 167:25
worked 110:11,13 117:15 119:22
123:21,23 125:24 126:3 136:3,5
142:9 156:7
worker 114:17
working 4:3,8 63:18,20 70:10 99:18
99:21 109:16,16 137:13 212:1
works 84:25 92:21 93:2 101:5 104:11
105:23 110:22 115:5 117:12,13
120:7 122:22 140:10 141:13,14,24
142:8 144:15 147:22 206:8
worry 143:12
wouldn't 27:22,22,24 38:22 39:24
69:7 100:14 112:12,12,15 118:13
118:19 155:15 174:25
wound 209:22
write 131:8
writing 81:15 89:13 128:5 152:16
167:14
written 80:15,17 81:4 152:16
wrong 35:1 49:9 100:15
wrote 155:3

Y
yacht 162:9,11
Yarla 135:19 140:16
yeah 9:13 32:25 41:19 42:11 51:9 52:5
53:24,25 54:18 55:2 61:1,7 95:15
97:23 106:22 119:10 139:9 186:5
191:15 199:13
year 105:16 117:1 128:24 129:4
136:16 138:19 148:7 154:13 172:8
172:10,19 180:22 191:6 204:7
years 60:5 83:13 99:13 100:5 102:8
103:4 104:2,7 109:8,17,19,22
110:12,17,19 113:4,6,22 114:16,19
115:2,15,15,16,18,23,25 117:16,16
119:23 120:16 122:21 123:2,23
124:15 127:5,6,8,18,20 128:22,22
134:14,20 136:3,5,18,19 137:7
138:10,11 140:2,7 141:12 144:8,9
145:3 146:3,7,8 172:10,11,20 173:4
173:9,12 197:14
year-and-a-half 191:5
yesterday 189:16
York 83:5 156:21 173:6,8,21 174:4,7
177:13 178:12,21 180:21
young 18:17 42:21 55:17 68:24 70:20
82:23 83:7 97:21,21 101:12 106:18
123:19 135:20 141:9 144:4 145:22
176:4
younger 11:8 31:6 64:4
youngest 104:9 110:2,20
y'all 168:16

Z
zero 202:15

$
$1,000 90:12
$100 14:19 67:10
$1200

162:14
$15,000 162:5
$18.30 198:7
$19.09 207:25
$29.55 207:23
$5.50 205:11 209:5,6
$62.60 204:24 208:14,18
$69.60 207:20

1
1 1:12 68:20 72:1 98:9,20 133:5
148:21,24 149:2
1st 23:24
1:00 5:2,25 27:23 47:20,22,23,23
50:11 66:24,24 71:15,16,17 79:2
81:20 94:3 106:12 149:16
10 132:3,11,12 133:3
10th 201:13,21 202:5 204:6,17 205:7
205:10 208:8 209:3 210:12
10:00 95:16,25 142:13
10:45 142:13
100 139:14
11 132:3,11 133:3 145:18,20,22,24
148:25 149:1 156:22 173:9
11-20701-CR-JLK 1:3
12 84:16,19 85:20 91:16 92:4,4 96:12
106:5 108:4 116:17 122:5 133:5
136:5 147:11 149:13
12th 205:7 208:18
12-minute 149:17
12:00 47:22 106:12
12345 183:12
1266 201:16
13 89:2 153:22
14 88:10 89:1 132:1 150:10 153:9,22
211:9
14:5 52:25
15 3:20 51:3,4,4 60:5 109:22 192:11
193:23 194:6 199:21 207:23 211:10
150 1:22
15134 191:1,24 193:15 204:3,19
1583 184:18 189:18 190:22 192:15
193:20 194:11 195:6,15,19 200:15
200:19,22,23 201:4
1583s 193:16 194:8
16 153:9 198:4
16th 99:20
1607 2:4
17 198:4
171 3:7,8
176 3:9,10
18 84:8,9 109:8 197:25
18-month 119:13
182 3:11,12
1835 198:13
19th 202:9,9
194 3:20
1941 158:4
1996 177:10,17

2
2 102:19 103:23 106:3 128:13 129:5
131:25 132:11,14 133:1,2,18
135:25 148:17
2nd 204:8
20 110:19 144:8,9 203:19
20th 12:14 205:7,13 208:19
2001 173:10
2008 154:24 155:18
2010 156:1,11 201:13
2011 12:8,16 23:7,8,24 28:25 29:10
30:19 31:13 72:1 129:4 154:24
156:15,17,18,20 157:5 166:5,9,13
166:2 172:21 180:22 204:6,17,19
204:21 207:3,10 208:6 209:24
2012 1:8 22:16 72:2
2013 3:13
205 3:14
206 2:4 3:15
21 109:17 140:16 145:2
22 110:2,20 134:14 136:3
23 99:13
23rd 207:10,16,18,20
24 72:1 114:16 115:16
25 25:19 27:12 103:4 135:16 138:10
138:11 198:5
26 115:15 125:22

2637 195:1
28 141:12
28th 12:9 14:20 29:10 31:13 63:5 64:2
64:13 207:22
2885 183:12
29 3:3,4 78:7,8,9,9,22
29th 204:9 207:24 208:6 209:1

3
3 102:20 133:5
3:00 94:12 150:12
3:06 149:16
3:08 150:16
3:20 150:13 151:15
30 37:6 51:24 69:10,14 102:8 104:2
110:20 137:8,8 208:12
30-year 104:7
305/446-3030 2:4
305/523-5659 2:8 213:21
305/530-7000 1:22
305/961-9413 1:17
305/961-9438 1:18
32 104:7 137:8
33 137:8
33128 2:8 213:21
33130 1:22
33132 1:17
33134 2:4
34 114:16 156:11
347 181:18
35 27:13 72:12,21,23 73:21,24 77:25
78:15,25
361 198:13
37 3:5 146:3
37-foot 162:9
38 91:8,10 113:22 153:16,19 169:21
170:15
386 181:21
39 91:8 134:20

4
4 1:8 131:25 132:11,14 133:2 144:2,3
4th 1:17 23:4,7,8,23 72:1
4.5 206:4
4:00 50:19 51:13
4:55 212:6
40 159:25
40-something 160:3
400 2:8 213:20
407)860-1941 158:4
41 72:2,12,21,23 73:21,24 77:25 78:15
78:25 87:10 91:9 153:8
42 140:2
43 113:4,6
47 155:20 164:7

5
5 3:20 132:1,11,14 133:2
5th 12:13,15,16,16 13:24 22:11 23:11
23:23 45:15,18,22 46:5 113:23
149:11 165:9,11,23 166:2 204:19
204:21 205:5 207:3 209:24 210:5
5,000 108:3
5:00 50:19,20 51:13 94:9 106:12
107:10,18 143:5 213:14
5:15 94:9 107:18
50 25:19 78:6 137:7
500 189:15
51 27:12 175:11 180:24 213:1
52 72:2 174:15
55 213:1

6
6 132:14 133:5
6th 57:17
6(e) 74:20 75:11 76:6 80:11
6(e)(1) 74:12
6:00 50:20 51:13 143:6
65 156:18
66 175:3
68 179:4

7
7 132:2,15 133:3
7th 14:5 23:15,17,24 28:25 30:19 63:5
138:14

**7:00** 4:5 45:11 51:13 71:22 72:17 73:5
    94:1
**7:15** 4:5
**7:30** 4:17
**70** 3:6
**7911** 99:9

─────────── **8** ───────────

**8** 95:15 121:7 132:2,11,12,17 133:3
**8S67** 2:8 213:20
**8:00** 45:11
**8155** 202:3
**84** 6:20
**88** 6:11,19 7:3,8 73:10

─────────── **9** ───────────

**9** 83:12 84:21 132:2,11,12,18,19 133:3
    133:4 134:9 144:2,3
**9th** 22:16,18,20,21 72:1
**9-0** 72:20
**9:00** 1:8 4:1,25 94:3,8,16 106:11
    107:10,16,17,20 211:6,7,8 212:4
**90** 6:15 7:3 72:20 73:10
**91** 6:17 7:3 72:25 73:10
**92** 7:3
**93** 6:14,14 7:3 73:10
**94** 6:20,21 73:9,10,10
**99** 1:17