**U.S. Department of Justice**
**United States Marshals Service**

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

#400

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 11-20701-CR-KING |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOSEPH HARVEY | Preliminary Order of Forfeiture |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$807.20 in United States currency

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
USM, 401 North Miami Avenue, Miami, Florida 33128-7715

FILED by _CBR_ D.C.

MAR 07 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA TIMOTHY J. ABRAHAM
UNITED STATES ATTORNEY'S OFFICE
99 N.E. 4TH STREET, SUITE 700
MIAMI, FLORIDA  33132-2111

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

PLEASE SERVE THE ATTACHED PRELIMINARY ORDER OF FORFEITURE IDENTIFIED FOR FORFEITURE.

AGENCY CASE NO.    18858–MF         CATS I.D. NO.    12–USP–001212

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (305) 961-9438 | DATE 10/29/12 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 04 | 12 | | 2-15-13 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Ann Dickerson (Legal Dept) Public Storage Inc. | |
| Address *(complete only if different than shown above)* | Date of Service: 2/15/13   Time: 9:50 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | | | 55.00 | | $807.20 | |

REMARKS: Legal Dept - Ann Dickerson - Check written out to the Marshal Service Public Storage Inc. in the amount of $807.20 in reference to the preliminary order of Forfeiture for the property of Joseph Harvey and or Anja Harvey.

| PRIOR EDITIONS MAY BE USED | | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|